IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> EAST PENN MANUFACTURING COMPANY, INC., <br><br> Defendants. | CIVIL ACTION NO. 18-1194 |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Bertha M. Astorga on behalf of the Secretary of Labor, United States Department of Labor.

Thank you for your consideration of this matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Post Office Address: | Kate S. O'Scannlain <br> Solicitor of Labor |
| Oscar L. Hampton III <br> Regional Solicitor <br> Office of the Solicitor <br> U.S. Department of Labor <br> Suite 630E, The Curtis Center <br> 170 S. Independence Mall West <br> Philadelphia, PA  19106-3306 <br> 215.861.5162 (facsimile) | Oscar L. Hampton III <br> Regional Solicitor <br><br> /s/Bertha M. Astorga <br> Berta M. Astorga <br> Attorney <br> PA ID #320644 <br> astorga.bertha.m@dol.gov <br> 215.861.5126 |
| Date:  April 19, 2018 |  |
|  | U.S. DEPARTMENT OF LABOR <br> Attorneys for Petitioner |