# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | : | |
| *Secretary of Labor*, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EAST PENN MANUFACTURING CO., | : | No. 18-1194 |
| *Defendant*. | : | |

## O R D E R

**AND NOW**, this 10th day of May, 2019, upon consideration of Defendant's Second Motion to Compel (Doc. No. 53), Plaintiff's Response in Opposition (Doc. No. 54), Defendant's Reply in Support (Doc. No. 56), a telephone conference held on April 24, 2019, and the Court's *en camera* review of the documents, it is **ORDERED** that the motion (Doc. No. 53) is **GRANTED**.[1]

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Although the motion is granted, the Court does not conclude that the documents must be produced in their totality. Plaintiff will produce the documents with redactions that are consistent with the Court's instructions, pursuant to the *en camera* review and provided to Plaintiff via email.