IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK PIZZELLA,[1] *Acting Secretary of Labor,* *Plaintiff,* | : : : : | CIVIL ACTION |
| v. | : : | |
| EAST PENN MANUFACTURING CO., *Defendant.* | : : : | No. 18-1194 |

## ORDER

AND NOW, this 15th day of August, 2019, upon consideration of Defendant's Emergency Motion to Compel (Doc. No. 72), Plaintiff's Response in Opposition (Doc. No. 77), and a Chambers Conference held on July 17, 2019, it is **ORDERED** that the Motion (Doc. No. 72) is **DENIED**.[2]

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Secretary of Labor Patrick Pizzella is substituted for R. Alexander Acosta as the plaintiff in this action.

[2] East Penn Manufacturing Company moved "to compel preservation and production of the full, unedited video recordings made by the team working at the direction of Plaintiff's expert Dr. Robert Radwin on June 17–22, 2019[.]" Em. Mot. to Compel at 1 (Doc. No. 72). At the Chambers Conference on this Motion and other outstanding discovery issues, counsel for the Department of Labor stated that the Department would turn over the full, unedited videos in accordance with the scheduling order for this case. As such, the Court is denying this Motion. However, when the Department produces the videos, the Department must include a statement that certifies that no edits or alterations have been made.