**Index of Exhibits**

| Ex. No. | Part | Description |
|---|---|---|
| 1001 | | *Supervisor Declarations*: |
| | 1001-01 | Declaration of Kevin Border |
| | 1001-02 | Declaration of Heidy Coldren |
| | 1001-03 | Declaration of Jarrett Coleman |
| | 1001-04 | Declaration of Bill Gall |
| | 1001-05 | Declaration of Bryan Heffner |
| | 1001-06 | Declaration of Tim Heffner |
| | 1001-07 | Declaration of Kevin Henninger |
| | 1001-08 | Declaration of Kyle Mohn |
| | 1001-09 | Declaration of Shawn Parsons |
| | 1001-10 | Declaration of Edras Placencia |
| | 1001-11 | Declaration of Jason Reece |
| | 1001-12 | Declaration of Alex Roudybush |
| | 1001-13 | Declaration of Kyle Smith |
| | 1001-14 | Declaration of Gerald Witman, Jr. |
| | 1001-15 | Declaration of Nate Youse |
| 1002 | | *Employee Declarations*: |
| | 1002-001 | Declaration of Lenin Acevedo |
| | 1002-002 | Declaration of Louis Acevedo |
| | 1002-003 | Declaration of Michael A. Acevedo |
| | 1002-004 | Declaration of Felix Acosta-Pimental |
| | 1002-005 | Declaration of Timothy L. Adam |
| | 1002-006 | Declaration of Kevin Adams |
| | 1002-007 | Declaration of Lyle Adams |
| | 1002-008 | Declaration of Cindy Agelwei |
| | 1002-009 | Declaration of Pedro Agosto, Jr. |
| | 1002-010 | Declaration of Steven Agosto |
| | 1002-011 | Declaration of Tania Aguasvivas |
| | 1002-012 | Declaration of Jonathan Allen |
| | 1002-013 | Declaration of Victor Allende |
| | 1002-014 | Declaration of Maria M. Almonte |
| | 1002-015 | Declaration of Rosa M. Almonte |
| | 1002-016 | Declaration of Justin Alvarado-Salazar |
| | 1002-017 | Declaration of Samuel Amaro |
| | 1002-018 | Declaration of Kevin Anavitate |
| | 1002-019 | Declaration of John Anderson |
| | 1002-020 | Declaration of Craig Angstadt |
| | 1002-021 | Declaration of David Philip Angstadt |
| | 1002-022 | Declaration of Wesley Arbogast |
| | 1002-023 | Declaration of Gregory Arnold |
| | 1002-024 | Declaration of Sarah Auchenbach |
| | 1002-025 | Declaration of Mahlon Auker |

| Ex. No. | Part | Description |
| --- | --- | --- |
| | 1002-026 | Declaration of Hunter Aurand |
| | 1002-027 | Declaration of Ronald A Baker |
| | 1002-028 | Declaration of Laszol Balazs |
| | 1002-029 | Declaration of Bruce Balliet |
| | 1002-030 | Declaration of Josephyne Barbosa |
| | 1002-031 | Declaration of Edwin Baret |
| | 1002-032 | Declaration of Nicholas Bari |
| | 1002-033 | Declaration of Jean Barreau Sr. |
| | 1002-034 | Declaration of George Barthold |
| | 1002-035 | Declaration of Max Batista |
| | 1002-036 | Declaration of Mark A Bauer |
| | 1002-037 | Declaration of Frank Beahn |
| | 1002-038 | Declaration of Steven Becker |
| | 1002-039 | Declaration of Daniel Behm |
| | 1002-040 | Declaration of Wayne R. Beitler |
| | 1002-041 | Declaration of Tara Bell |
| | 1002-042 | Declaration of Charles Berger |
| | 1002-043 | Declaration of Janet Berger |
| | 1002-044 | Declaration of Abraham Berges |
| | 1002-045 | Declaration of David R. Bieber |
| | 1002-046 | Declaration of Ryan Bishop |
| | 1002-047 | Declaration of Musa Biswas |
| | 1002-048 | Declaration of Jacob Boehm |
| | 1002-049 | Declaration of Brian C. Bogert Sr. |
| | 1002-050 | Declaration of Reed Bogosh |
| | 1002-051 | Declaration of April Bossler |
| | 1002-052 | Declaration of Jason Bower |
| | 1002-053 | Declaration of Brady Bowlin |
| | 1002-054 | Declaration of Barry L. Boyer |
| | 1002-055 | Declaration of Jeremy D. Boyer |
| | 1002-056 | Declaration of Jonathan Boyer |
| | 1002-057 | Declaration of Todd Boyer |
| | 1002-058 | Declaration of Troy Boyer |
| | 1002-059 | Declaration of Ryan Boyle |
| | 1002-060 | Declaration of Phil Breidenstein |
| | 1002-061 | Declaration of John R Brensinger |
| | 1002-062 | Declaration of Christian Brito |
| | 1002-063 | Declaration of Eric Brossman |
| | 1002-064 | Declaration of Ronald W Buchter Jr. |
| | 1002-065 | Declaration of Gary Buck |
| | 1002-066 | Declaration of Ivan Burgos |
| | 1002-067 | Declaration of Johnlee Burgos |
| | 1002-068 | Declaration of Dominique Jose Burgos-Figueroa |
| | 1002-069 | Declaration of Keith Burkert |

| Ex. No. | Part | Description |
|---|---|---|
| | 1002-070 | Declaration of Jason M. Busch |
| | 1002-071 | Declaration of Shawn Butler |
| | 1002-072 | Declaration of David Buzinski |
| | 1002-073 | Declaration of Daniel Caballero |
| | 1002-074 | Declaration of Ashley Camps |
| | 1002-075 | Declaration of Kevin Canals-Ortiz |
| | 1002-076 | Declaration of Kathia Caraballo |
| | 1002-077 | Declaration of Adam Cassel |
| | 1002-078 | Declaration of Yokarina Castillo |
| | 1002-079 | Declaration of Silvio Castro |
| | 1002-080 | Declaration of Ricardo Ceballos |
| | 1002-081 | Declaration of Dionisio Cespedes |
| | 1002-082 | Declaration of Victor Cespedes-Vilchez |
| | 1002-083 | Declaration of Sue Chattin |
| | 1002-084 | Declaration of Ellen Christman |
| | 1002-085 | Declaration of Neal Christman |
| | 1002-086 | Declaration of Jason Chubb |
| | 1002-087 | Declaration of Angel L. Citron |
| | 1002-088 | Declaration of Aaron J Clay |
| | 1002-089 | Declaration of Justin Clifford |
| | 1002-090 | Declaration of Mayra Coello |
| | 1002-091 | Declaration of Hector Colon |
| | 1002-092 | Declaration of Javen Colon, Jr. |
| | 1002-093 | Declaration of Nydia I. Colon |
| | 1002-094 | Declaration of Carolina Concepcion-Abad |
| | 1002-095 | Declaration of Royce B. Connor, Jr. |
| | 1002-096 | Declaration of Jacob Conrad |
| | 1002-097 | Declaration of Demitrius Contsicos |
| | 1002-098 | Declaration of Eugene Cooper |
| | 1002-099 | Declaration of Tanya L Cooper |
| | 1002-100 | Declaration of Jason Corona |
| | 1002-101 | Declaration of Orlando Cotto-Ramos |
| | 1002-102 | Declaration of Adam Covatta |
| | 1002-103 | Declaration of David Cramsey |
| | 1002-104 | Declaration of Sheila Crutcher |
| | 1002-105 | Declaration of Hector Cruz |
| | 1002-106 | Declaration of Jazzlynn Cruz |
| | 1002-107 | Declaration of Joseph Cruz |
| | 1002-108 | Declaration of Rolando Cruz |
| | 1002-109 | Declaration of Lissette Damiani |
| | 1002-110 | Declaration of Dennis R Davis |
| | 1002-111 | Declaration of Scott V Davis |
| | 1002-112 | Declaration of Bryan Degler |
| | 1002-113 | Declaration of Madeline Del Valle |

| Ex. No. | Part | Description |
|---|---|---|
| | 1002-114 | Declaration of Marleni DeLaCruz |
| | 1002-115 | Declaration of Dylan DeLong |
| | 1002-116 | Declaration of Kimberly A. DeLong |
| | 1002-117 | Declaration of Matthew W. DeLong |
| | 1002-118 | Declaration of Ryan Delp |
| | 1002-119 | Declaration of Howard Delvin III |
| | 1002-120 | Declaration of Shawn Dengler |
| | 1002-121 | Declaration of Brian Derr |
| | 1002-122 | Declaration of Chris Dewald |
| | 1002-123 | Declaration of Eric Diaz |
| | 1002-124 | Declaration of Felipe Diaz |
| | 1002-125 | Declaration of Michael DiBenedetto |
| | 1002-126 | Declaration of Colton N. Dietrich |
| | 1002-127 | Declaration of Michael R. Dietrich |
| | 1002-128 | Declaration of Richard A Dietrich |
| | 1002-129 | Declaration of Sean Dill |
| | 1002-130 | Declaration of Christine Diltz |
| | 1002-131 | Declaration of Jan Carlo Ditin |
| | 1002-132 | Declaration of Jesse E. Dixon III |
| | 1002-133 | Declaration of Daniel Dolan |
| | 1002-134 | Declaration of Anthony Domanski |
| | 1002-135 | Declaration of Jimmy Donton |
| | 1002-136 | Declaration of Romeo Eaddy |
| | 1002-137 | Declaration of Jennifer Ebling |
| | 1002-138 | Declaration of Melinda Ebling |
| | 1002-139 | Declaration of Dwayne L. Eckert |
| | 1002-140 | Declaration of David Edge |
| | 1002-141 | Declaration of Christina Elliott |
| | 1002-142 | Declaration of Jon Elliott |
| | 1002-143 | Declaration of Gustavo A. Enriquez |
| | 1002-144 | Declaration of Justin A. Epler |
| | 1002-145 | Declaration of Christopher Eppler |
| | 1002-146 | Declaration of Clay Jordan Erb |
| | 1002-147 | Declaration of Clifford Ernst |
| | 1002-148 | Declaration of Chad N. Esposito |
| | 1002-149 | Declaration of Matthew Esslinger |
| | 1002-150 | Declaration of Prime Esteria |
| | 1002-151 | Declaration of Malwin Estevez |
| | 1002-152 | Declaration of Emily L Estremera |
| | 1002-153 | Declaration of Chris Evans |
| | 1002-154 | Declaration of Eugene D Farley, Jr. |
| | 1002-155 | Declaration of Christopher Farrar |
| | 1002-156 | Declaration of Daniel Faust |
| | 1002-157 | Declaration of David Fegely |

| Ex. No. | Part | Description |
|---|---|---|
| | 1002-158 | Declaration of Bob Fehnel |
| | 1002-159 | Declaration of Elington Felix |
| | 1002-160 | Declaration of Cory Fenstermaker |
| | 1002-161 | Declaration of Eric Fenstermaker |
| | 1002-162 | Declaration of Jose Fernandez |
| | 1002-163 | Declaration of Yorby Fernandez-Tejada |
| | 1002-164 | Declaration of Jose Ferrer-Jimenez |
| | 1002-165 | Declaration of Bradley Fidler |
| | 1002-166 | Declaration of Cristino Figueroa |
| | 1002-167 | Declaration of Theresa Figueroa |
| | 1002-168 | Declaration of Kevin Fisher |
| | 1002-169 | Declaration of Robin B. Flamish |
| | 1002-170 | Declaration of Bradley Flexer |
| | 1002-171 | Declaration of Cristin Flicker |
| | 1002-172 | Declaration of Alejandro Emmanuel Fonseca-Rivera, Jr. |
| | 1002-173 | Declaration of Robert Foose Jr. |
| | 1002-174 | Declaration of Cody Frain |
| | 1002-175 | Declaration of Roi Franco-Molina |
| | 1002-176 | Declaration of Lloyd Frantz |
| | 1002-177 | Declaration of Dary Esther Frias |
| | 1002-178 | Declaration of Jonathan Fricker |
| | 1002-179 | Declaration of David Fritsch |
| | 1002-180 | Declaration of David Frymoyer |
| | 1002-181 | Declaration of James Gaddis |
| | 1002-182 | Declaration of Billy Gambler |
| | 1002-183 | Declaration of Andrew Gangawere |
| | 1002-184 | Declaration of Daniel Garcia |
| | 1002-185 | Declaration of Emanuel Garcia |
| | 1002-186 | Declaration of Michael Garvine-Hilton, Jr. |
| | 1002-187 | Declaration of Charles Gawrich Sr. |
| | 1002-188 | Declaration of Darren Gehres |
| | 1002-189 | Declaration of Eric Gehringer |
| | 1002-190 | Declaration of Dakota George |
| | 1002-191 | Declaration of Robert Gephart Sr. |
| | 1002-192 | Declaration of Debra Gernert |
| | 1002-193 | Declaration of Jesse Gilmer |
| | 1002-194 | Declaration of Alex Godfrey |
| | 1002-195 | Declaration of Marcelo Gomez |
| | 1002-196 | Declaration of Gary Gonzalez |
| | 1002-197 | Declaration of Luis Gonzalez |
| | 1002-198 | Declaration of Vicente Gonzalez-Zavala |
| | 1002-199 | Declaration of Eric Gottshall |
| | 1002-200 | Declaration of Nevin Graham |
| | 1002-201 | Declaration of Carlene Grainger |

| Ex. No. | Part | Description |
|---|---|---|
| | 1002-202 | Declaration of Brian A. Green |
| | 1002-203 | Declaration of Robert Green |
| | 1002-204 | Declaration of Kevin L. Greenawalt |
| | 1002-205 | Declaration of Nicholas Greene |
| | 1002-206 | Declaration of Jan Greenwood |
| | 1002-207 | Declaration of Matthew F. Grim |
| | 1002-208 | Declaration of Shawn Gring |
| | 1002-209 | Declaration of David H. Groff |
| | 1002-210 | Declaration of Tammy Groff |
| | 1002-211 | Declaration of Mike Guarino |
| | 1002-212 | Declaration of Derek Guest |
| | 1002-213 | Declaration of Emilio J Guilbe |
| | 1002-214 | Declaration of Zachary Guiles |
| | 1002-215 | Declaration of Michelle Guzman-Escribano |
| | 1002-216 | Declaration of Drew Hafer |
| | 1002-217 | Declaration of Tyler G. Hahn |
| | 1002-218 | Declaration of Mark Hallman |
| | 1002-219 | Declaration of Joseph Hamaker |
| | 1002-220 | Declaration of Jessica Hanley |
| | 1002-221 | Declaration of Sheldon Hannibal-Nixon |
| | 1002-222 | Declaration of David Hansen |
| | 1002-223 | Declaration of Stevi N Harris |
| | 1002-224 | Declaration of Devin Harron |
| | 1002-225 | Declaration of Kevin Hartline |
| | 1002-226 | Declaration of Bruce Hartman |
| | 1002-227 | Declaration of Chris Hauck |
| | 1002-228 | Declaration of Cory L Hausman |
| | 1002-229 | Declaration of Dale J. Hawkins |
| | 1002-230 | Declaration of Edward Andrew Hecker |
| | 1002-231 | Declaration of Dean Heffelfinger |
| | 1002-232 | Declaration of Brian Hehnly |
| | 1002-233 | Declaration of Keith Heinemann |
| | 1002-234 | Declaration of Jeffrey Heller |
| | 1002-235 | Declaration of Stephanie Henn |
| | 1002-236 | Declaration of Alex Hepner |
| | 1002-237 | Declaration of Bradley S. Herbein |
| | 1002-238 | Declaration of Marlyn Heredia |
| | 1002-239 | Declaration of Jonathan Herflicker |
| | 1002-240 | Declaration of George Herman |
| | 1002-241 | Declaration of Arnulfo Hernandez |
| | 1002-242 | Declaration of Elisbel Hernandez |
| | 1002-243 | Declaration of Luis Hernandez |
| | 1002-244 | Declaration of Salvador Hernandez |
| | 1002-245 | Declaration of Elvin Herrera-Warner |

| Ex. No. | Part | Description |
|---|---|---|
| | 1002-246 | Declaration of Jeremy Hertzog |
| | 1002-247 | Declaration of Kyle Hess |
| | 1002-248 | Declaration of Curtis Hetzer |
| | 1002-249 | Declaration of Timothy Hilbert |
| | 1002-250 | Declaration of Kevin Hildenbrand |
| | 1002-251 | Declaration of Jayme Hinnershitz |
| | 1002-252 | Declaration of Oscar Hinojosa |
| | 1002-253 | Declaration of Dane Hiryak |
| | 1002-254 | Declaration of Mason Hoffman |
| | 1002-255 | Declaration of Randolph C. Houck |
| | 1002-256 | Declaration of Matthew Houptley |
| | 1002-257 | Declaration of Cory Hricik |
| | 1002-258 | Declaration of Cintia Huertas |
| | 1002-259 | Declaration of Kenneth Hughes Sr. |
| | 1002-260 | Declaration of Katelyn Hummel |
| | 1002-261 | Declaration of Dennis Hunsicker |
| | 1002-262 | Declaration of Justin M Huyett |
| | 1002-263 | Declaration of Austin Isamoyer |
| | 1002-264 | Declaration of Anil Isardat |
| | 1002-265 | Declaration of Asya Jackson |
| | 1002-266 | Declaration of Vincent Jackson |
| | 1002-267 | Declaration of Rosale Jadion |
| | 1002-268 | Declaration of Michael Jaromnak |
| | 1002-269 | Declaration of Duane Jenne |
| | 1002-270 | Declaration of Evan Jerasa |
| | 1002-271 | Declaration of Genesis Jiminian |
| | 1002-272 | Declaration of Elvert Joga |
| | 1002-273 | Declaration of James John |
| | 1002-274 | Declaration of Michael Jones |
| | 1002-275 | Declaration of Robin Jones |
| | 1002-276 | Declaration of Timothy J. Jones |
| | 1002-277 | Declaration of Joseph R. Juntunen |
| | 1002-278 | Declaration of Stephen Kachmar |
| | 1002-279 | Declaration of Derik Kalin |
| | 1002-280 | Declaration of Derek Kanavins |
| | 1002-281 | Declaration of Jeffrey Kauffman |
| | 1002-282 | Declaration of Brian Keck |
| | 1002-283 | Declaration of Mary Keck |
| | 1002-284 | Declaration of Justin W. Kehm |
| | 1002-285 | Declaration of Jason Keller |
| | 1002-286 | Declaration of Joseph Kelly |
| | 1002-287 | Declaration of Jonathan Kemner |
| | 1002-288 | Declaration of Sean Kerschner |
| | 1002-289 | Declaration of Marvin King |

| Ex. No. | Part | Description |
|---|---|---|
| | 1002-290 | Declaration of Andrew T. Klein |
| | 1002-291 | Declaration of Anita Klemm |
| | 1002-292 | Declaration of Randall Kline |
| | 1002-293 | Declaration of Tiffany Kline |
| | 1002-294 | Declaration of Jeffrey Kohler |
| | 1002-295 | Declaration of Lisa Kopicz |
| | 1002-296 | Declaration of Derek Kramer |
| | 1002-297 | Declaration of Dale Krantz |
| | 1002-298 | Declaration of George Kressley |
| | 1002-299 | Declaration of Ryan Krick |
| | 1002-300 | Declaration of Alex Kriner |
| | 1002-301 | Declaration of Brian Kunkel |
| | 1002-302 | Declaration of Peter Kunkleman |
| | 1002-303 | Declaration of Russell Kunkleman |
| | 1002-304 | Declaration of Christopher Kutz |
| | 1002-305 | Declaration of Miles Lahue |
| | 1002-306 | Declaration of Shawn F Laky |
| | 1002-307 | Declaration of Judy Landis |
| | 1002-308 | Declaration of Patrick Landis |
| | 1002-309 | Declaration of Bradley Lane |
| | 1002-310 | Declaration of Kevin Lapp |
| | 1002-311 | Declaration of Liborio Lara |
| | 1002-312 | Declaration of Tim Larkin |
| | 1002-313 | Declaration of Bruce G. Laurent, Jr. |
| | 1002-314 | Declaration of Kyle Lawhorne |
| | 1002-315 | Declaration of James LeBlanc |
| | 1002-316 | Declaration of Aubrey Lee |
| | 1002-317 | Declaration of Jesus Leija |
| | 1002-318 | Declaration of Cody Lengel |
| | 1002-319 | Declaration of Mark Lenhardt |
| | 1002-320 | Declaration of Charles Lenhart III |
| | 1002-321 | Declaration of Jeff Leone |
| | 1002-322 | Declaration of Jennifer Lerch |
| | 1002-323 | Declaration of Ryan Lesagonicz |
| | 1002-324 | Declaration of David Lichtenwalner |
| | 1002-325 | Declaration of Preston Lichtenwalner |
| | 1002-326 | Declaration of Noel Llanos |
| | 1002-327 | Declaration of Kim Long |
| | 1002-328 | Declaration of Juan Lopez |
| | 1002-329 | Declaration of Odaneurkys Pimentel Lopez |
| | 1002-330 | Declaration of Frank R. Lopez-Ocasio |
| | 1002-331 | Declaration of Bryan Lopez-Tejada |
| | 1002-332 | Declaration of Edgar Lorah |
| | 1002-333 | Declaration of Andrely Lorenzo-Castillo |

| Ex. No. | Part | Description |
|---|---|---|
| | 1002-334 | Declaration of Timothy Lutz |
| | 1002-335 | Declaration of Brittney Magrowski |
| | 1002-336 | Declaration of Victoria Maldonado |
| | 1002-337 | Declaration of Dominic Malone |
| | 1002-338 | Declaration of Angela Mancuso |
| | 1002-339 | Declaration of Matthew Manley |
| | 1002-340 | Declaration of Samba Mansaray |
| | 1002-341 | Declaration of Michael Mantz |
| | 1002-342 | Declaration of Ryan Marks |
| | 1002-343 | Declaration of Diogris Martinez |
| | 1002-344 | Declaration of Elvis Martinez |
| | 1002-345 | Declaration of Jeffrey Martinez |
| | 1002-346 | Declaration of Marvin Martinez |
| | 1002-347 | Declaration of Pedro Martinez |
| | 1002-348 | Declaration of Baltazar Martinez-Alamanza |
| | 1002-349 | Declaration of Dwayne Mathias |
| | 1002-350 | Declaration of Daryl Maurer Sr. |
| | 1002-351 | Declaration of Stephen Mayo |
| | 1002-352 | Declaration of Brittany McAndrew |
| | 1002-353 | Declaration of James McCoy |
| | 1002-354 | Declaration of Steven Meckel |
| | 1002-355 | Declaration of Allen Meckes |
| | 1002-356 | Declaration of Christopher Medero |
| | 1002-357 | Declaration of James Melander |
| | 1002-358 | Declaration of Jose Melendez |
| | 1002-359 | Declaration of Mark Meleta |
| | 1002-360 | Declaration of Floracio Mendez |
| | 1002-361 | Declaration of Richard Mengel, Jr. |
| | 1002-362 | Declaration of Todd Mengel |
| | 1002-363 | Declaration of Matthew Merkel |
| | 1002-364 | Declaration of Cody Mertz |
| | 1002-365 | Declaration of Joe Mest |
| | 1002-366 | Declaration of Mike Meyers |
| | 1002-367 | Declaration of Robbie Mierzejewski |
| | 1002-368 | Declaration of Heather Miles |
| | 1002-369 | Declaration of Chad Michael Miller |
| | 1002-370 | Declaration of Clayton Miller |
| | 1002-371 | Declaration of Gregory Miller |
| | 1002-372 | Declaration of Jason Miller |
| | 1002-373 | Declaration of Scott Miller |
| | 1002-374 | Declaration of Timothy Miller |
| | 1002-375 | Declaration of Timothy David Miller |
| | 1002-376 | Declaration of Christopher Millington |
| | 1002-377 | Declaration of Jose Miranda |

| Ex. No. | Part | Description |
|---|---|---|
| | 1002-378 | Declaration of David Mohrey |
| | 1002-379 | Declaration of Moses Molina |
| | 1002-380 | Declaration of Christopher Monroe |
| | 1002-381 | Declaration of Arturo Montes |
| | 1002-382 | Declaration of Carmen Montilla |
| | 1002-383 | Declaration of Anthony Morales |
| | 1002-384 | Declaration of Christopher Moran |
| | 1002-385 | Declaration of Rosa E. Moreno |
| | 1002-386 | Declaration of Brendan Morgan |
| | 1002-387 | Declaration of Promise A Morris |
| | 1002-388 | Declaration of Andrew Mountz |
| | 1002-389 | Declaration of Jeremy Moyer |
| | 1002-390 | Declaration of James A. Mullen |
| | 1002-391 | Declaration of Stephan Munroe |
| | 1002-392 | Declaration of Carol Murphy |
| | 1002-393 | Declaration of Glen J Murphy |
| | 1002-394 | Declaration of Travis Navarro |
| | 1002-395 | Declaration of Evan Neidermyer |
| | 1002-396 | Declaration of Jeffrey Neidermyer |
| | 1002-397 | Declaration of James Newton |
| | 1002-398 | Declaration of Ryan Niethammer |
| | 1002-399 | Declaration of Matthew Nieves |
| | 1002-400 | Declaration of Ricky Nieves |
| | 1002-401 | Declaration of Hector Nina |
| | 1002-402 | Declaration of Marisella Nunez |
| | 1002-403 | Declaration of Adam Oaks |
| | 1002-404 | Declaration of Stewart E. Ohlinger |
| | 1002-405 | Declaration of Angel Orozco |
| | 1002-406 | Declaration of Anthony Ortiz |
| | 1002-407 | Declaration of Jainisse Ortiz-Merced |
| | 1002-408 | Declaration of Luis Ortiz-Santos |
| | 1002-409 | Declaration of Charles Otterbein |
| | 1002-410 | Declaration of Jose Pacheco |
| | 1002-411 | Declaration of Bohdan Pacura |
| | 1002-412 | Declaration of Gage Parsons |
| | 1002-413 | Declaration of James Paul |
| | 1002-414 | Declaration of Fulvio Paula |
| | 1002-415 | Declaration of Charles Pauley, Jr. |
| | 1002-416 | Declaration of Justin Pauley |
| | 1002-417 | Declaration of Stacy Pauley |
| | 1002-418 | Declaration of Kenia D. Paulino |
| | 1002-419 | Declaration of Ramona Paulino |
| | 1002-420 | Declaration of David Peek |
| | 1002-421 | Declaration of Kyle Perez |

| Ex. No. | Part | Description |
| --- | --- | --- |
| | 1002-422 | Declaration of Zachary Perez |
| | 1002-423 | Declaration of William Pflueger |
| | 1002-424 | Declaration of Mark Phile |
| | 1002-425 | Declaration of Eric Philhower |
| | 1002-426 | Declaration of Glenn J. Phillips |
| | 1002-427 | Declaration of Peter Phillips |
| | 1002-428 | Declaration of Kelli A Pittman |
| | 1002-429 | Declaration of Juan Pizano |
| | 1002-430 | Declaration of Thomas Porter |
| | 1002-431 | Declaration of Theresa Purdy |
| | 1002-432 | Declaration of David Quell |
| | 1002-433 | Declaration of Carlos Quezada |
| | 1002-434 | Declaration of Susan Quinter |
| | 1002-435 | Declaration of Estervin A Ramirez |
| | 1002-436 | Declaration of Jorge Ramirez, Jr. |
| | 1002-437 | Declaration of Luis Ramirez |
| | 1002-438 | Declaration of Luis Ramirez |
| | 1002-439 | Declaration of Edward Ramos |
| | 1002-440 | Declaration of Luis Ramos |
| | 1002-441 | Declaration of Marc Ray |
| | 1002-442 | Declaration of Karen Rayburn |
| | 1002-443 | Declaration of Chad Rea |
| | 1002-444 | Declaration of Jarrett Reichard |
| | 1002-445 | Declaration of Andre Reid |
| | 1002-446 | Declaration of Andrew Reinert |
| | 1002-447 | Declaration of Kevin Reinert |
| | 1002-448 | Declaration of Dennis Reis |
| | 1002-449 | Declaration of Kendra Reiseg |
| | 1002-450 | Declaration of Troy Reiss |
| | 1002-451 | Declaration of Christopher P. Reitnauer |
| | 1002-452 | Declaration of Richard E Remigio |
| | 1002-453 | Declaration of Angel Reyes |
| | 1002-454 | Declaration of Ramon Reyes |
| | 1002-455 | Declaration of Raul Reyes |
| | 1002-456 | Declaration of Teodoro M. Reyes |
| | 1002-457 | Declaration of Misael A. Reyes-Sierra |
| | 1002-458 | Declaration of Devon Rhodes |
| | 1002-459 | Declaration of April Ricci |
| | 1002-460 | Declaration of Louis Richuitti |
| | 1002-461 | Declaration of Luis Rios |
| | 1002-462 | Declaration of Gerald Rissmiller |
| | 1002-463 | Declaration of Edgardo Rivera |
| | 1002-464 | Declaration of Ivette Rivera |
| | 1002-465 | Declaration of Jose Rivera |

| Ex. No. | Part | Description |
|---|---|---|
| | 1002-466 | Declaration of Marybel Rivera |
| | 1002-467 | Declaration of Osvaldo Rivera |
| | 1002-468 | Declaration of Saphire S. Rivera |
| | 1002-469 | Declaration of Sergio Rivera |
| | 1002-470 | Declaration of David A Rizzuti |
| | 1002-471 | Declaration of Jarvis Roberts |
| | 1002-472 | Declaration of Brett Rodolff |
| | 1002-473 | Declaration of Angel Rodriguez |
| | 1002-474 | Declaration of Angel Rodriguez |
| | 1002-475 | Declaration of Claudio Rodriguez |
| | 1002-476 | Declaration of Ivan Rodriguez |
| | 1002-477 | Declaration of Johnny Rodriguez |
| | 1002-478 | Declaration of Pedro Rodriguez |
| | 1002-479 | Declaration of Rodolfo A. Rodriguez |
| | 1002-480 | Declaration of Jeney Rodriguez-Acevedo |
| | 1002-481 | Declaration of Wanda Rodriguez-Zigeler |
| | 1002-482 | Declaration of Fabiola Rogers |
| | 1002-483 | Declaration of Aaron Rohrbach |
| | 1002-484 | Declaration of Jeffrey Rohrbach |
| | 1002-485 | Declaration of Michael T. Rohrbach |
| | 1002-486 | Declaration of Jesus Rojas |
| | 1002-487 | Declaration of Jampier Rondon |
| | 1002-488 | Declaration of Francisco A Rosario |
| | 1002-489 | Declaration of Javier Rosario, Jr. |
| | 1002-490 | Declaration of Wellington Rosario |
| | 1002-491 | Declaration of Nicholas Rossignoli |
| | 1002-492 | Declaration of Tim Rothenberger |
| | 1002-493 | Declaration of Hunter Rothermel |
| | 1002-494 | Declaration of Justin Roudybush |
| | 1002-495 | Declaration of Norberto Ruiz, Jr. |
| | 1002-496 | Declaration of Ricardo Ruiz |
| | 1002-497 | Declaration of Tania Ruiz |
| | 1002-498 | Declaration of Stephen Ruoss |
| | 1002-499 | Declaration of Michael Rusk |
| | 1002-500 | Declaration of William Ruth |
| | 1002-501 | Declaration of Brent R Rutherford |
| | 1002-502 | Declaration of MD Sadeque |
| | 1002-503 | Declaration of Hector Luis Salamo-Luciano |
| | 1002-504 | Declaration of Jesus Salamo-Luciano |
| | 1002-505 | Declaration of Augusto M. Salas |
| | 1002-506 | Declaration of Orlando Salas-Lopez |
| | 1002-507 | Declaration of Gayle Sallada |
| | 1002-508 | Declaration of Angel Sanchez |
| | 1002-509 | Declaration of Elsa Sanchez |

| Ex. No. | Part | Description |
|---|---|---|
| | 1002-510 | Declaration of Francisco Sanchez |
| | 1002-511 | Declaration of Celina Sandoval |
| | 1002-512 | Declaration of Kiommy Santana |
| | 1002-513 | Declaration of Rafael Santana |
| | 1002-514 | Declaration of Evelyn Santiago |
| | 1002-515 | Declaration of Robinson A Santiago |
| | 1002-516 | Declaration of Juan Santos |
| | 1002-517 | Declaration of Melanie Sauder |
| | 1002-518 | Declaration of Nevin Savage |
| | 1002-519 | Declaration of James Savant |
| | 1002-520 | Declaration of Charles Sayer |
| | 1002-521 | Declaration of Dan Schaeffer |
| | 1002-522 | Declaration of Earl Schaeffer |
| | 1002-523 | Declaration of Anna Schafer |
| | 1002-524 | Declaration of Michael Schauer |
| | 1002-525 | Declaration of Jeffrey Schell |
| | 1002-526 | Declaration of Rodolfo Schevarria-Cintron |
| | 1002-527 | Declaration of Adam A. Schlegel |
| | 1002-528 | Declaration of Wayne Schnorrbusch |
| | 1002-529 | Declaration of Debra Schrader |
| | 1002-530 | Declaration of Brian Schrier |
| | 1002-531 | Declaration of Devin Schweitzer |
| | 1002-532 | Declaration of Russell J Schweitzer |
| | 1002-533 | Declaration of Craig Schwoyer |
| | 1002-534 | Declaration of Juana Segundo-Suarez |
| | 1002-535 | Declaration of Davina Seifrit |
| | 1002-536 | Declaration of Gary Selecky |
| | 1002-537 | Declaration of Juan C. Serrano, Jr. |
| | 1002-538 | Declaration of Valerie A. Sgaramella |
| | 1002-539 | Declaration of Heather L. Shafer |
| | 1002-540 | Declaration of Malcolm Sheridan |
| | 1002-541 | Declaration of Scott Shindel |
| | 1002-542 | Declaration of Lori Shomper |
| | 1002-543 | Declaration of Dale Siegfried |
| | 1002-544 | Declaration of Steve Sims |
| | 1002-545 | Declaration of Frank Sivak |
| | 1002-546 | Declaration of Shane Skipper |
| | 1002-547 | Declaration of Gloria Skwait |
| | 1002-548 | Declaration of Matthew Sleva |
| | 1002-549 | Declaration of Richard Slimmer |
| | 1002-550 | Declaration of Donavan Slonaker |
| | 1002-551 | Declaration of John Slonaker |
| | 1002-552 | Declaration of Cody Smith |
| | 1002-553 | Declaration of Joseph Smith |

| Ex. No. | Part | Description |
|---|---|---|
| | 1002-554 | Declaration of Kevin Smith |
| | 1002-555 | Declaration of Raymond Smith |
| | 1002-556 | Declaration of Georgette M. Sneddon |
| | 1002-557 | Declaration of Jonathan G Soler |
| | 1002-558 | Declaration of Angel Soto, Jr. |
| | 1002-559 | Declaration of Dennis Spaar |
| | 1002-560 | Declaration of Thomas Sparks |
| | 1002-561 | Declaration of Janice Sparr |
| | 1002-562 | Declaration of Jonathon Speece |
| | 1002-563 | Declaration of Jason Stankiewicz |
| | 1002-564 | Declaration of Logan Steffy |
| | 1002-565 | Declaration of Leon Steigerwalt Sr. |
| | 1002-566 | Declaration of Carter Stein |
| | 1002-567 | Declaration of Fredrick Stein Jr. |
| | 1002-568 | Declaration of Damon Stern |
| | 1002-569 | Declaration of Tighe Stetzler |
| | 1002-570 | Declaration of Gary L Stevens |
| | 1002-571 | Declaration of Tim Stewart |
| | 1002-572 | Declaration of Randy Stitzel |
| | 1002-573 | Declaration of Christopher Stolfi |
| | 1002-574 | Declaration of Marc Stoudt |
| | 1002-575 | Declaration of Rebecca Strause |
| | 1002-576 | Declaration of Marla I. Strauss |
| | 1002-577 | Declaration of Troy G. Strausser |
| | 1002-578 | Declaration of Eric Stuber |
| | 1002-579 | Declaration of Ernest Stump |
| | 1002-580 | Declaration of Willis Stump |
| | 1002-581 | Declaration of Kenneth Sullivan |
| | 1002-582 | Declaration of Brianna Sweimler |
| | 1002-583 | Declaration of Donna Sweitzer |
| | 1002-584 | Declaration of Paul Swolensky |
| | 1002-585 | Declaration of Francis Taddei, Jr. |
| | 1002-586 | Declaration of Jeffrey Tavarez |
| | 1002-587 | Declaration of Stephanie Taylor |
| | 1002-588 | Declaration of Yaniel D Tejada |
| | 1002-589 | Declaration of Alonzo Tenorio |
| | 1002-590 | Declaration of Alexander Terplain |
| | 1002-591 | Declaration of Desiree Thompson |
| | 1002-592 | Declaration of Andrew Thrash |
| | 1002-593 | Declaration of Michael Torre Sr. |
| | 1002-594 | Declaration of Daniel Torres |
| | 1002-595 | Declaration of Gerardo Torres |
| | 1002-596 | Declaration of Mineydi Torres-Guzman |
| | 1002-597 | Declaration of Justin Trevino |

| Ex. No. | Part | Description |
| --- | --- | --- |
| | 1002-598 | Declaration of Goran Trivic |
| | 1002-599 | Declaration of Chris Turner |
| | 1002-600 | Declaration of Michael Tyrrell |
| | 1002-601 | Declaration of Francis J. Vanderpool |
| | 1002-602 | Declaration of Joseph E. Vargas |
| | 1002-603 | Declaration of Mariah Vargas |
| | 1002-604 | Declaration of Roger Velazquez |
| | 1002-605 | Declaration of Francis Ulerio Velez |
| | 1002-606 | Declaration of Pedro Velez |
| | 1002-607 | Declaration of Victor Velez |
| | 1002-608 | Declaration of Brent Venning |
| | 1002-609 | Declaration of Bierca Ventura |
| | 1002-610 | Declaration of Tomas A Vizcaino |
| | 1002-611 | Declaration of Joshua Von Haack |
| | 1002-612 | Declaration of Matthew Wasilko |
| | 1002-613 | Declaration of Brett Wawrzynak |
| | 1002-614 | Declaration of Wayne R. Weil |
| | 1002-615 | Declaration of Stephen Weiss |
| | 1002-616 | Declaration of David Weller |
| | 1002-617 | Declaration of Todd Wentzel |
| | 1002-618 | Declaration of Beth Ann Wertman |
| | 1002-619 | Declaration of Lori J Wetzel |
| | 1002-620 | Declaration of Andrew White |
| | 1002-621 | Declaration of Shane White |
| | 1002-622 | Declaration of Jonathan Willard |
| | 1002-623 | Declaration of Mark Williams |
| | 1002-624 | Declaration of Shawn Wink |
| | 1002-625 | Declaration of Jeanne E Witman |
| | 1002-626 | Declaration of Chris A Wittman |
| | 1002-627 | Declaration of Vittorio Wright |
| | 1002-628 | Declaration of Lamara L Wynter |
| | 1002-629 | Declaration of Joseph Yankowsky |
| | 1002-630 | Declaration of Robert M. Yaros |
| | 1002-631 | Declaration of Joseph Yashur |
| | 1002-632 | Declaration of Trevor Yashur |
| | 1002-633 | Declaration of Zachary Yeasteadt |
| | 1002-634 | Declaration of Eric Yeboah |
| | 1002-635 | Declaration of Melissa Yelles |
| | 1002-636 | Declaration of Richard Yelles |
| | 1002-637 | Declaration of Craig Yenser |
| | 1002-638 | Declaration of Mark T Yob |
| | 1002-639 | Declaration of Bradley Younker |
| | 1002-640 | Declaration of Shawn J. Yuhasz |
| | 1002-641 | Declaration of Juan Zambrana-Andrade |

| Ex. No. | Part | Description |
|---|---|---|
| | 1002-642 | Declaration of Robert B. Zammi Sr. |
| | 1002-643 | Declaration of Magdelena A. Zamudio |
| | 1002-644 | Declaration of Gilberto Zapata |
| | 1002-645 | Declaration of Maria P Zavala-Gutierrez |
| | 1002-646 | Declaration of Brandin Zechman |
| | 1002-647 | Declaration of Joseph Zelinsky |
| | 1002-648 | Declaration of Jeffrey K. Zieckler |
| | 1002-649 | Declaration of Tammy M Zimmerman |
| | 1002-650 | Declaration of Michael Zumas |
| 1003 | | Deposition Transcript of Mark Daniel, taken October 31, 2019 |
| 1004 | | Deposition Transcript of Todd Henn, taken October 24, 2019 |
| 1005 | | Deposition Transcript of Robert Radwin, taken January 30, 2020 |
| 1006 | | Deposition Transcript of Troy Mengel, taken October 9, 2019 |
| 1007 | | Radwin Deposition Exhibit 46: Jury Verdict, Solis v. Tyson Foods, Inc., No. 2:02cv1174 (N.D. Ala Nov. 4, 2009), Dkt. No. 514 |
| 1008 | | Initial Report of Dr. Jeffrey Fernandez, dated September 13, 2019 |
| 1009 | | Radwin Deposition Exhibit 43: Radwin Deposition Testimony in Tyger v. Precision Drilling, No. 4:11cv01913 (M.D. Pa.), taken December 6, 2016 |
| 1010 | | Deposition Transcript of Luz Leathers, taken September 25, 2019 |
| 1011 | | Deposition Transcript of Patricia Lechleitner, taken September 25, 2019 |
| 1012 | | Deposition Transcript of Rocio Torres-Solano, taken September 25, 2019 |
| 1013 | | Field Operations Handbook § 53c02(a) |
| 1014 | | DOL Deposition Exhibit 6: 2016 Tailgate for S1 and Industrial Employees, EPM-00001924 |
| 1015 | | Declaration of Alison Snyder |
| 1016 | | Declaration of Nathan Woods |
| 1017 | | Declaration of Jeffrey Fernandez |
| 1018 | | DOL Deposition Exhibit 148: Injection Molding 1 |
| 1019 | | DOL Deposition Exhibit 151: Kutztown Wire and Cable |