Exhibit 1002

**EPM Employees Who Acknowledge the Grace Period**

| Name (Last, First) | Plant |
|---|---|
| Acosta-Pimental, Felix | Central Services |
| Adam, Timothy, L. | Central Services |
| Adams, Lyle | S1 |
| Agelwei, Cindy | A2 |
| Almonte, Maria M. | Injection Molding 2 (IM2) |
| Angstadt, Craig | Industrial Automotive |
| Angstadt, David Philip | A4 |
| Arnold, Gregory | Smelter |
| Auchenbach, Sarah | A4 |
| Auker, Mahlon | A1 |
| Baret, Edwin | S1 |
| Barthold, George | A3 |
| Bauer, Mark A | A4 |
| Becker, Steven | A4 |
| Behm, Daniel | A4 |
| Beitler, Wayne R. | Central Services |
| Bieber, David R. | Central Services |
| Biswas, Musa | A3 |
| Bogert, Sr., Brian C. | Oxide 2 |
| Bowlin, Brady | S1 |
| Boyer, Jonathan | A1 |
| Boyle, Ryan | A2 |
| Breidenstein, Phil | A2 |
| Burgos-Figueroa, Dominique Jose | A4 |
| Caballero, Daniel | A4 |
| Camps, Ashley | Central Services |
| Caraballo, Kathia | S1 |
| Castro, Silvio | A2 |
| Citron, Angel L. | Water Treatment |
| Clay, Aaron J | Central Services |
| Coello, Mayra | Injection Molding 2 (IM2) |
| Colon, Jr., Javen | Smelter |
| Colon, Nydia I. | Smelter |
| Concepcion-Abad, Carolina | A4 |
| Conrad, Jacob | A4 |
| Cooper, Tanya L | A4 |
| Cramsey, David | S1 |
| Cruz, Jazzlynn | A2 |
| Cruz, Rolando | A4 |
| DeLaCruz, Marleni | A3 |
| DeLong, Dylan | S1 |
| Dengler, Shawn | S1 |

| Name (Last, First) | Plant |
|---|---|
| Diaz, Felipe | A1 |
| Dietrich, Colton N. | Injection Molding 1 (IM1) |
| Dietrich, Michael R. | A4 |
| Dietrich, Richard A | Central Services |
| Donton, Jimmy | S1 |
| Eckert, Dwayne L. | Central Services |
| Elliott, Jon | A1 |
| Enriquez, Gustavo A. | Central Services |
| Ernst, Clifford | S1 |
| Esposito, Chad N. | A4 |
| Esteria, Prime | A4 |
| Farley, Jr., Eugene D | A4 |
| Faust, Daniel | Industrial Automotive |
| Fegely, David | Industrial (IND) |
| Fehnel, Bob | A1 |
| Felix, Elington | A4 |
| Ferrer-Jimenez, Jose | Industrial (IND) |
| Fisher, Kevin | A1 |
| Flicker, Cristin | Industrial Automotive |
| Fonseca-Rivera, Jr., Alejandro Emmanuel | A4 |
| Fritsch, David | A1 |
| Garcia, Daniel | Industrial Automotive |
| Gonzalez-Zavala, Vicente | A4 |
| Green, Robert | S1 |
| Greenawalt, Kevin L. | A4 |
| Groff, David H. | Injection Molding 2 (IM2) |
| Guilbe, Emilio J | A4 |
| Hahn, Tyler G. | A4 |
| Hamaker, Joseph | Industrial Automotive |
| Hansen, David | S1 |
| Harron, Devin | A4 |
| Hartline, Kevin | A4 |
| Hawkins, Dale J. | Central Services |
| Hecker, Edward Andrew | A3 |
| Heffelfinger, Dean | A2 |
| Hepner, Alex | S1 |
| Herrera-Warner, Elvin | A3 |
| Hiryak, Dane | S1 |
| Houptley, Matthew | A2 |
| Huertas, Cintia | S1 |
| Huyett, Justin M | A3 |
| Isamoyer, Austin | A3 |
| Jadion, Rosale | A3 |
| Jerasa, Evan | Industrial (IND) |

| Name (Last, First) | Plant |
|---|---|
| Jones, Robin | A4 |
| Jones, Timothy J. | Smelter |
| Kalin, Derik | Industrial (IND) |
| Keck, Brian | A2 |
| Keller, Jason | S1 |
| Kelly, Joseph | A4 |
| Kerschner, Sean | A2 |
| Klein, Andrew T. | A4 |
| Kline, Randall | A4 |
| Krick, Ryan | S1 |
| Lahue, Miles | A4 |
| Laky, Shawn F | A4 |
| Landis, Judy | S1 |
| Landis, Patrick | S1 |
| Larkin, Tim | A4 |
| Laurent, Jr., Bruce G. | Smelter |
| Lee, Aubrey | Central Services |
| Leone, Jeff | A4 |
| Lopez-Ocasio, Frank R. | Smelter |
| Magrowski, Brittney | A4 |
| Marks, Ryan | A4 |
| Martinez, Diogris | A3 |
| Martinez-Alamanza, Baltazar | A4 |
| Maurer, Sr., Daryl | Industrial Automotive |
| McAndrew, Brittany | A4 |
| Melander, James | Injection Molding 2 (IM2) |
| Meleta, Mark | A4 |
| Mengel, Todd | A4 |
| Mest, Joe | A2 |
| Miles, Heather | A4 |
| Miller, Chad Michael | A4 |
| Miller, Jason | A2 |
| Miller, Timothy | A4 |
| Miller, Timothy David | A4 |
| Miranda, Jose | A4 |
| Mohrey, David | S1 |
| Morales, Anthony | A3 |
| Moran, Christopher | S1 |
| Morgan, Brendan | A4 |
| Mountz, Andrew | A4 |
| Moyer, Jeremy | A4 |
| Murphy, Glen J | Central Services |
| Nieves, Ricky | A3 |
| Oaks, Adam | A4 |

| Name (Last, First) | Plant |
|---|---|
| Ohlinger, Stewart E. | Injection Molding 1 (IM1) |
| Orozco, Angel | S1 |
| Otterbein, Charles | A4 |
| Pauley, Justin | Industrial (IND) |
| Pauley, Stacy | A2 |
| Paulino, Ramona | S1 |
| Phillips, Peter | S1 |
| Purdy, Theresa | A3 |
| Reid, Andre | Industrial Automotive |
| Reis, Dennis | Smelter |
| Reiss, Troy | A3 |
| Remigio, Richard E | A4 |
| Ricci, April | S1 |
| Rivera, Ivette | Industrial Automotive |
| Rivera, Marybel | A4 |
| Rizzuti, David A | A4 |
| Rodriguez, Rodolfo A. | Smelter |
| Rohrbach, Aaron | Industrial Automotive |
| Rohrbach, Michael T. | Central Services |
| Rosario, Francisco A | A4 |
| Rosario, Wellington | A4 |
| Rothenberger, Tim | A4 |
| Roudybush, Justin | Industrial Automotive |
| Ruiz, Tania | A4 |
| Ruoss, Stephen | A2 |
| Rutherford, Brent R | A4 |
| Salamo-Luciano, Jesus | A4 |
| Sanchez, Angel | A4 |
| Sanchez, Elsa | A4 |
| Santiago, Evelyn | S1 |
| Schafer, Anna | S1 |
| Schevarria-Cintron, Rodolfo | Central Services |
| Schlegel, Adam A. | A4 |
| Schweitzer, Devin | A4 |
| Schweitzer, Russell J | A4 |
| Schwoyer, Craig | Industrial Automotive |
| Segundo-Suarez, Juana | Central Services |
| Sgaramella, Valerie A. | Smelter |
| Sivak, Frank | A3 |
| Sleva, Matthew | S1 |
| Slimmer, Richard | A2 |
| Sneddon, Georgette M. | Industrial Automotive |
| Soler, Jonathan G | A4 |
| Sparks, Thomas | A4 |

| Name (Last, First) | Plant |
|---|---|
| Speece, Jonathon | S1 |
| Stevens, Gary L | A4 |
| Stoudt, Marc | S1 |
| Strauss, Marla, I | A4 |
| Stump, Ernest | S1 |
| Sweimler, Brianna | A3 |
| Tejada, Yaniel D | A4 |
| Torre, Sr., Michael | Industrial (IND) |
| Torres-Guzman, Mineydi | Central Services |
| Turner, Chris | A4 |
| Vargas, Joseph E. | Central Services |
| Wawrzynak, Brett | A4 |
| Willard, Jonathan | S1 |
| Wright, Vittorio | S1 |
| Wynter, Lamara L | A4 |
| Yankowsky, Joseph | A2 |
| Yeasteadt, Zachary | S1 |
| Yuhasz, Shawn J. | A4 |
| Zambrana-Andrade, Juan | A4 |
| Zammi, Sr., Robert B. | A3 |

**EPM Employees Who Use the Grace Period**

| Name (Last, First) | Plant |
|---|---|
| Adam, Timothy, L. | Central Services |
| Agelwei, Cindy | A2 |
| Almonte, Maria M. | Injection Molding 2 (IM2) |
| Angstadt, Craig | Industrial Automotive |
| Arnold, Gregory | Smelter |
| Baret, Edwin | S1 |
| Barthold, George | A3 |
| Bogert, Sr., Brian C. | Oxide 2 |
| Boyer, Jonathan | A1 |
| Breidenstein, Phil | A2 |
| Caraballo, Kathia | S1 |
| Castro, Silvio | A2 |
| Citron, Angel L. | Water Treatment |
| Clay, Aaron J | Central Services |
| Coello, Mayra | Injection Molding 2 (IM2) |
| Colon, Jr., Javen | Smelter |
| Colon, Nydia I. | Smelter |
| Concepcion-Abad, Carolina | A4 |
| Dietrich, Colton N. | Injection Molding 1 (IM1) |
| Dietrich, Richard A | Central Services |
| Eckert, Dwayne L. | Central Services |
| Elliott, Jon | A1 |
| Enriquez, Gustavo A. | Central Services |
| Fehnel, Bob | A1 |
| Ferrer-Jimenez, Jose | Industrial (IND) |
| Fritsch, David | A1 |
| Green, Robert | S1 |
| Groff, David H. | Injection Molding 2 (IM2) |
| Hamaker, Joseph | Industrial Automotive |
| Hawkins, Dale J. | Central Services |
| Heffelfinger, Dean | A2 |
| Houptley, Matthew | A2 |
| Huertas, Cintia | S1 |
| Keck, Brian | A2 |
| Kerschner, Sean | A2 |
| Laurent, Jr., Bruce G. | Smelter |
| Leone, Jeff | A4 |
| Lopez-Ocasio, Frank R. | Smelter |
| Martinez, Diogris | A3 |
| Melander, James | Injection Molding 2 (IM2) |
| Mest, Joe | A2 |
| Miller, Jason | A2 |

| Name (Last, First) | Plant |
|---|---|
| Mohrey, David | S1 |
| Morales, Anthony | A3 |
| Murphy, Glen J | Central Services |
| Pauley, Justin | Industrial (IND) |
| Pauley, Stacy | A2 |
| Phillips, Peter | S1 |
| Reis, Dennis | Smelter |
| Rodriguez, Rodolfo A. | Smelter |
| Rohrbach, Michael T. | Central Services |
| Rosario, Francisco A | A4 |
| Roudybush, Justin | Industrial Automotive |
| Ruiz, Tania | A4 |
| Ruoss, Stephen | A2 |
| Salamo-Luciano, Jesus | A4 |
| Schlegel, Adam A. | A4 |
| Sgaramella, Valerie A. | Smelter |
| Sneddon, Georgette M. | Industrial Automotive |
| Sweimler, Brianna | A3 |
| Yankowsky, Joseph | A2 |

**EPM Employees Who Agree 10 Minutes is Sufficient and They Are Fully Compensated**

| Name (Last, First) | Plant |
|---|---|
| Acevedo, Lenin | A3 |
| Acevedo, Louis | A2 |
| Acevedo, Michael A | A4 |
| Acosta-Pimental, Felix | Central Services |
| Adam, Timothy, L. | Central Services |
| Adams, Kevin | S1 |
| Adams, Lyle | S1 |
| Agelwei, Cindy | A2 |
| Agosto, Jr., Pedro | S1 |
| Agosto, Steven | A4 |
| Aguasvivas, Tania | A4 |
| Allen, Jonathan | S1 |
| Allende, Victor | A3 |
| Almonte, Rosa M. | Central Services |
| Alvarado-Salazar, Justin | A3 |
| Amaro, Samuel | Industrial Automotive |
| Anavitate, Kevin | A4 |
| Anderson, John | S1 |
| Angstadt, Craig | Industrial Automotive |
| Angstadt, David Philip | A4 |
| Arbogast, Wesley | A1 |
| Arnold, Gregory | Smelter |
| Auker, Mahlon | A1 |
| Aurand, Hunter | A3 |
| Balazs, Laszol | Industrial Automotive |
| Balliet, Bruce | Injection Molding 2 (IM2) |
| Balseiro, Joshua | A3 |
| Barbosa, Josephyne | Industrial (IND) |
| Bari, Nicholas | Oxide 1 |
| Barlet, Olivia | A3 |
| Barreau, Sr., Jean | A4 |
| Barthold, George | A3 |
| Batista, Max | A3 |
| Bauer, Mark A | A4 |
| Beahn, Frank | Oxide 1 |
| Becker, Steven | A4 |
| Behm, Daniel | A4 |
| Beitler, Wayne R. | Central Services |
| Bell, Tara | Industrial (IND) |
| Berger, Charles | S1 |
| Berger, Janet | S1 |
| Berges, Abraham | A2 |

| Name (Last, First) | Plant |
|---|---|
| Bieber, David R. | Central Services |
| Bishop, Ryan | Multiple |
| Biswas, Musa | A3 |
| Boehm, Jacob | S1 |
| Bogert, Sr., Brian C. | Oxide 2 |
| Bogosh, Reed | Industrial (IND) |
| Bossler, April | S1 |
| Bower, Jason | A3 |
| Bowlin, Brady | S1 |
| Boyer, Barry L. | Central Services |
| Boyer, Jeremy D. | A3 |
| Boyer, Jonathan | A1 |
| Boyer, Todd | Central Services |
| Boyer, Troy | S1 |
| Boyle, Ryan | A2 |
| Breidenstein, Phil | A2 |
| Brensinger, John R | Central Services |
| Brito, Christian | S1 |
| Brossman, Eric | A3 |
| Buchter, Jr., Ronald W | Multiple |
| Buck, Gary | A2 |
| Burgos, Ivan | A3 |
| Burgos, Johnlee | S1 |
| Burgos-Figueroa, Dominique Jose | A4 |
| Burkert, Keith | S1 |
| Busch, Jason M. | Industrial Automotive |
| Butler, Shawn | A2 |
| Buzinski, David | Industrial (IND) |
| Caballero, Daniel | A4 |
| Camps, Ashley | Central Services |
| Canals-Ortiz, Kevin | A4 |
| Caraballo, Kathia | S1 |
| Cassel, Adam | S1 |
| Castillo, Yokarina | A2 |
| Castro, Silvio | A2 |
| Ceballos, Ricardo | S1 |
| Cespedes, Dionisio | A3 |
| Cespedes-Vilchez, Victor | S1 |
| Chattin, Sue | Multiple |
| Christman, Ellen | A1 |
| Christman, Neal | A1 |
| Chubb, Jason | S1 |
| Clifford, Justin | A1 |
| Coello, Mayra | Injection Molding 2 (IM2) |

| Name (Last, First) | Plant |
|---|---|
| Colon, Hector | S1 |
| Colon, Jr., Javen | Smelter |
| Colon, Nydia I. | Smelter |
| Concepcion-Abad, Carolina | A4 |
| Connor, Jr., Royce B. | A4 |
| Conrath, Scott | A2 |
| Contsicos, Demitrius | S1 |
| Cooper, Eugene | Industrial (IND) |
| Cooper, Tanya L | A4 |
| Corona, Jason | S1 |
| Cotto-Ramos, Orlando | A3 |
| Covatta, Adam | Industrial Automotive |
| Cramsey, David | S1 |
| Crutcher, Sheila | A4 |
| Cruz, Hector | S1 |
| Cruz, Jazzlynn | A2 |
| Cruz, Joseph | A1 |
| Cruz, Rolando | A4 |
| Damiani, Lissette | A4 |
| Davis, Dennis R | A3 |
| Davis, Scott V | Industrial Automotive |
| Degler, Bryan | S1 |
| Del Valle, Madeline | S1 |
| DeLaCruz, Marleni | A3 |
| DeLong, Dylan | S1 |
| DeLong, Kimberly A. | Central Services |
| DeLong, Matthew W. | Central Services |
| Delp, Ryan | A2 |
| Delvin III, Howard | A1 |
| Dengler, Shawn | S1 |
| Derr, Brian | A1 |
| Dewald, Chris | Industrial Automotive |
| Diaz, Eric | Injection Molding 1 (IM1) |
| Diaz, Felipe | A1 |
| DiBenedetto, Michael | Industrial (IND) |
| Dietrich, Colton N. | Injection Molding 1 (IM1) |
| Dietrich, Richard A | Central Services |
| Dill, Sean | A3 |
| Diltz, Christine | A3 |
| Ditin, Jan Carlo | Oxide 1 |
| Dixon, III, Jesse E. | A4 |
| Dolan, Daniel | A1 |
| Domanski, Anthony | A1 |
| Donton, Jimmy | S1 |

| Name (Last, First) | Plant |
|---|---|
| Eaddy, Romeo | Industrial (IND) |
| Ebling, Jennifer | Multiple |
| Ebling, Melinda | Industrial Automotive |
| Eckert, Dwayne L. | Central Services |
| Edge, David | S1 |
| Elliott, Christina | Industrial Automotive |
| Elliott, Jon | A1 |
| Enriquez, Gustavo A. | Central Services |
| Epler, Justin A. | Unknown |
| Eppler, Christopher | A3 |
| Erb, Clay Jordan | A4 |
| Ernst, Clifford | S1 |
| Esposito, Chad N. | A4 |
| Esslinger, Matthew | Industrial Automotive |
| Estevez, Malwin | A4 |
| Estremera, Emily L | A4 |
| Evans, Chris | Oxide 1 |
| Farley, Jr., Eugene D | A4 |
| Farrar, Christopher | Multiple |
| Faust, Daniel | Industrial Automotive |
| Fegely, David | Industrial (IND) |
| Fehnel, Bob | A1 |
| Felix, Elington | A4 |
| Fenstermaker, Cory | A1 |
| Fenstermaker, Eric | S1 |
| Fernandez, Jose | S1 |
| Fernandez-Tejada, Yorby | A3 |
| Ferrer-Jimenez, Jose | Industrial (IND) |
| Fidler, Bradley | A1 |
| Figueroa, Cristino | S1 |
| Figueroa, Theresa | A3 |
| Fisher, Kevin | A1 |
| Flamish, Robin B. | Central Services |
| Flexer, Bradley | Multiple |
| Flicker, Cristin | Industrial Automotive |
| Fonseca-Rivera, Jr., Alejandro Emmanuel | A4 |
| Foose, Jr., Robert | Industrial Automotive |
| Frain, Cody | A3 |
| Franco-Molina, Roi | Oxide 1 |
| Frantz, Lloyd | A2 |
| Frias, Dary Esther | A4 |
| Fricker, Jonathan | A3 |
| Fritsch, David | A1 |
| Frymoyer, David | A4 |

| Name (Last, First) | Plant |
|---|---|
| Gaddis, James | S1 |
| Gambler, Billy | A4 |
| Gangawere, Andrew | S1 |
| Garcia, Daniel | Industrial Automotive |
| Garcia, Emanuel | A3 |
| Garvine-Hilton, Jr., Michael | A1 |
| Gawrich, Sr., Charles | A3 |
| Gehres, Darren | A3 |
| Gehringer, Eric | A3 |
| George, Dakota | A3 |
| Gephart, Sr., Robert | S1 |
| Gernert, Debra | Industrial Automotive |
| Gilmer, Jesse | A3 |
| Godfrey, Alex | A3 |
| Gomez, Marcelo | S1 |
| Gonzalez, Gary | S1 |
| Gonzalez, Luis | A3 |
| Gottshall, Eric | A1 |
| Graham, Nevin | Industrial Automotive |
| Grainger, Carlene | A3 |
| Green, Brian A. | Smelter |
| Green, Robert | S1 |
| Greenawalt, Kevin L. | A4 |
| Greene, Nicholas | A3 |
| Greenwood, Jan | Injection Molding 2 (IM2) |
| Grim, Matthew, F. | A4 |
| Gring, Shawn | A3 |
| Groff, Tammy | Multiple |
| Guarino, Mike | S1 |
| Guest, Derek | A3 |
| Guilbe, Emilio J | A4 |
| Guiles, Zachary | A3 |
| Guzman-Escribano, Michelle | Central Services |
| Hafer, Drew | A4 |
| Hahn, Tyler G. | A4 |
| Hallman, Mark | Oxide 1 |
| Hamaker, Joseph | Industrial Automotive |
| Hanley, Jessica | S1 |
| Hannibal-Nixon, Sheldon | S1 |
| Hansen, David | S1 |
| Harris, Stevi N | Industrial Automotive |
| Harron, Devin | A4 |
| Hartline, Kevin | A4 |
| Hartman, Bruce | A2 |

| Name (Last, First) | Plant |
|---|---|
| Hauck, Chris | Oxide 1 |
| Hausman, Cory L | Industrial Automotive |
| Hawkins, Dale J. | Central Services |
| Hecker, Edward Andrew | A3 |
| Heffelfinger, Dean | A2 |
| Hehnly, Brian | A1 |
| Heinemann, Keith | A2 |
| Heller, Jeffrey | A3 |
| Henn, Stephanie | S1 |
| Hepner, Alex | S1 |
| Herbein, Bradley S. | Central Services |
| Heredia, Marlyn | A4 |
| Herflicker, Jonathan | A4 |
| Herman, George | S1 |
| Hernandez, Arnulfo | A3 |
| Hernandez, Elisbel | Industrial (IND) |
| Hernandez, Luis | Central Services |
| Hernandez, Salvador | Oxide 1 |
| Herrera-Warner, Elvin | A3 |
| Hertzog, Jeremy | A3 |
| Hess, Kyle | A4 |
| Hetzer, Curtis | S1 |
| Hilbert, Timothy | S1 |
| Hildenbrand, Kevin | S1 |
| Hinnershitz, Jayme | S1 |
| Hinojosa, Oscar | A3 |
| Hiryak, Dane | S1 |
| Hoffman, Mason | A4 |
| Houck, Randolph C. | A4 |
| Houptley, Matthew | A2 |
| Hricik, Cory | S1 |
| Huertas, Cintia | S1 |
| Hughes, Sr., Kenneth | A1 |
| Hummel, Katelyn | A3 |
| Hunsicker, Dennis | A4 |
| Huyett, Justin M | A3 |
| Isamoyer, Austin | A3 |
| Isardat, Anil | A4 |
| Jackson, Asya | A2 |
| Jackson, Vincent | Industrial (IND) |
| Jadion, Rosale | A3 |
| Jaromnak, Michael | Industrial (IND) |
| Jenne, Duane | A1 |
| Jerasa, Evan | Industrial (IND) |

| Name (Last, First) | Plant |
| --- | --- |
| Jiminian, Genesis | A3 |
| Joga, Elvert | A2 |
| John, James | S1 |
| Jones, Michael | A3 |
| Jones, Robin | A4 |
| Jones, Timothy J. | Smelter |
| Juntunen, Joseph R. | Industrial Automotive |
| Kachmar, Stephen | Unknown |
| Kalin, Derik | Industrial (IND) |
| Kanavins, Derek | S1 |
| Kauffman, Jeffrey | A1 |
| Keck, Brian | A2 |
| Keck, Mary | Industrial (IND) |
| Kehm, Justin W. | A4 |
| Keller, Jason | S1 |
| Kelly, Joseph | A4 |
| Kemner, Jonathan | S1 |
| Kerschner, Sean | A2 |
| King, Marvin | A1 |
| Klein, Andrew T. | A4 |
| Klemm, Anita | A4 |
| Kline, Randall | A4 |
| Kline, Tiffany | A3 |
| Kohler, Jeffrey | Oxide 1 |
| Kopicz, Lisa | A4 |
| Kramer, Derek | A4 |
| Krantz, Dale | A1 |
| Kressley, George | S1 |
| Krick, Ryan | S1 |
| Kriner, Alex | A2 |
| Kunkel, Brian | A1 |
| Kunkleman, Peter | A2 |
| Kunkleman, Russell | S1 |
| Kutz, Christopher | Oxide 2 |
| Lahue, Miles | A4 |
| Laky, Shawn F | A4 |
| Landis, Judy | S1 |
| Landis, Patrick | S1 |
| Lane, Bradley | A1 |
| Lapp, Kevin | A1 |
| Lara, Liborio | S1 |
| Laurent, Jr., Bruce G. | Smelter |
| Lawhorne, Kyle | S1 |
| LeBlanc, James | Smelter |

| Name (Last, First) | Plant |
|---|---|
| Lee, Aubrey | Central Services |
| Leija, Jesus | S1 |
| Lengel, Cody | A2 |
| Lenhardt, Mark | A3 |
| Lenhart III, Charles | Oxide 1 |
| Leone, Jeff | A4 |
| Lerch, Jennifer | A4 |
| Lesagonicz, Ryan | A1 |
| Lichtenwalner, David | Central Services |
| Lichtenwalner, Preston | S1 |
| Llanos, Noel | A1 |
| Long, Kim | Industrial Automotive |
| Lopez, Juan | A2 |
| Lopez, Odaneurkys Pimentel | Oxide 1 |
| Lopez-Ocasio, Frank R. | Smelter |
| Lopez-Tejada, Bryan | A2 |
| Lorah, Edgar | Industrial (IND) |
| Lorenzo-Castillo, Andrely | A1 |
| Lutz, Timothy | Industrial Automotive |
| Magrowski, Brittney | A4 |
| Maldonado, Victoria | A4 |
| Malone, Dominic | A3 |
| Mancuso, Angela | Industrial Automotive |
| Manley, Matthew | A1 |
| Mansaray, Samba | Central Services |
| Mantz, Michael | S1 |
| Marks, Ryan | A4 |
| Martinez, Diogris | A3 |
| Martinez, Elvis | A1 |
| Martinez, Jeffrey | A4 |
| Martinez, Marvin | A3 |
| Martinez, Pedro | A3 |
| Martinez-Alamanza, Baltazar | A4 |
| Mathias, Dwayne | Oxide 1 |
| Maurer, Sr., Daryl | Industrial Automotive |
| Mayo, Stephen | S1 |
| McAndrew, Brittany | A4 |
| McCoy, James | S1 |
| Meckel, Steven | A1 |
| Meckes, Allen | A3 |
| Medero, Christopher | A4 |
| Melendez, Jose | A1 |
| Meleta, Mark | A4 |
| Mendez, Floracio | A3 |

| Name (Last, First) | Plant |
| --- | --- |
| Mengel, Jr., Richard | A3 |
| Mengel, Todd | A4 |
| Merkel, Matthew | A1 |
| Mertz, Cody | A3 |
| Mest, Joe | A2 |
| Meyers, Mike | S1 |
| Mierzejewski, Robbie | Industrial (IND) |
| Miles, Heather | A4 |
| Miller, Chad Michael | A4 |
| Miller, Clayton | A3 |
| Miller, Gregory | A3 |
| Miller, Jason | A2 |
| Miller, Scott | A1 |
| Miller, Timothy | A4 |
| Miller, Timothy David | A4 |
| Millington, Christopher | A3 |
| Miranda, Jose | A4 |
| Mohrey, David | S1 |
| Molina, Moses | S1 |
| Monroe, Christopher | A1 |
| Montes, Arturo | A4 |
| Montilla, Carmen | S1 |
| Morales, Anthony | A3 |
| Moran, Christopher | S1 |
| Moreno, Rosa E. | Central Services |
| Morgan, Brendan | A4 |
| Morris, Promise A | Industrial Automotive |
| Mountz, Andrew | A4 |
| Moyer, Jeremy | A4 |
| Mullen, James A. | Injection Molding 1 (IM1) |
| Munroe, Stephan | S1 |
| Murphy, Carol | A4 |
| Murphy, Glen J | Central Services |
| Navarro, Travis | A3 |
| Neidermyer, Evan | A4 |
| Neidermyer, Jeffrey | S1 |
| Newton, James | S1 |
| Niethammer, Ryan | S1 |
| Nieves, Matthew | A2 |
| Nieves, Ricky | A3 |
| Nina, Hector | A2 |
| Nunez, Marisella | Industrial Automotive |
| Oaks, Adam | A4 |
| Ohlinger, Stewart E. | Injection Molding 1 (IM1) |

| Name (Last, First) | Plant |
|---|---|
| Orozco, Angel | S1 |
| Ortiz, Anthony | A4 |
| Ortiz-Merced, Jainisse | S1 |
| Ortiz-Santos, Luis | S1 |
| Otterbein, Charles | A4 |
| Pacheco, Jose | S1 |
| Pacura, Bohdan | A3 |
| Parsons, Gage | S1 |
| Paul, James | A3 |
| Paula, Fulvio | A3 |
| Pauley, Jr., Charles | A1 |
| Pauley, Justin | Industrial (IND) |
| Pauley, Stacy | A2 |
| Paulino, Kenia D. | A3 |
| Paulino, Ramona | S1 |
| Peek, David | A2 |
| Perez, Kyle | A3 |
| Perez, Zachary | A3 |
| Pflueger, William | S1 |
| Phile, Mark | A1 |
| Philhower, Eric | A3 |
| Phillips, Glenn J. | Central Services |
| Phillips, Peter | S1 |
| Pittman, Kelli A | A4 |
| Pizano, Juan | A1 |
| Porter, Thomas | Industrial Automotive |
| Purdy, Theresa | A3 |
| Quell, David | Multiple |
| Quezada, Carlos | A4 |
| Quinter, Susan | Injection Molding 2 (IM2) |
| Ramirez, Estervin A | Industrial Automotive |
| Ramirez, Jr., Jorge | Oxide 1 |
| Ramirez, Luis | A3 |
| Ramirez, Luis | S1 |
| Ramos, Edward | S1 |
| Ramos, Luis | A3 |
| Ray, Marc | A3 |
| Rayburn, Karen | S1 |
| Rea, Chad | A3 |
| Reichard, Jarrett | Injection Molding 2 (IM2) |
| Reid, Andre | Industrial Automotive |
| Reinert, Andrew | A1 |
| Reinert, Kevin | A3 |
| Reis, Dennis | Smelter |

| Name (Last, First) | Plant |
|---|---|
| Reiseg, Kendra | A4 |
| Reiss, Troy | A3 |
| Reitnauer, Christopher P. | A4 |
| Remigio, Richard E | A4 |
| Reyes, Angel | A3 |
| Reyes, Ramon | A3 |
| Reyes, Raul | A3 |
| Reyes, Teodoro M. | Central Services |
| Reyes-Sierra, Misael A. | A4 |
| Rhodes, Devon | A4 |
| Ricci, April | S1 |
| Richuitti, Louis | Industrial Automotive |
| Rios, Luis | S1 |
| Rissmiller, Gerald | A3 |
| Rivera, Edgardo | A3 |
| Rivera, Ivette | Industrial Automotive |
| Rivera, Jose | A3 |
| Rivera, Marybel | A4 |
| Rivera, Osvaldo | A1 |
| Rivera, Saphire S. | A3 |
| Rivera, Sergio | S1 |
| Rizzuti, David A | A4 |
| Roberts, Jarvis | A4 |
| Rodolff, Brett | A2 |
| Rodriguez, Angel | A3 |
| Rodriguez, Angel | S1 |
| Rodriguez, Claudio | A3 |
| Rodriguez, Ivan | A3 |
| Rodriguez, Johnny | A3 |
| Rodriguez, Pedro | S1 |
| Rodriguez, Rodolfo A. | Smelter |
| Rodriguez-Acevedo, Jeney | Central Services |
| Rodriguez-Zigeler, Wanda | S1 |
| Rogers, Fabiola | A3 |
| Rohrbach, Aaron | Industrial Automotive |
| Rohrbach, Jeffrey | S1 |
| Rohrbach, Michael T. | Central Services |
| Rojas, Jesus | S1 |
| Rondon, Jampier | A3 |
| Rosario, Francisco A | A4 |
| Rosario, Jr., Javier | S1 |
| Rosario, Wellington | A4 |
| Rossignoli, Nicholas | S1 |
| Rothenberger, Tim | A4 |

| Name (Last, First) | Plant |
|---|---|
| Rothermel, Hunter | S1 |
| Roudybush, Justin | Industrial Automotive |
| Ruiz, Jr., Norberto | Multiple |
| Ruiz, Ricardo | A3 |
| Ruiz, Tania | A4 |
| Ruoss, Stephen | A2 |
| Rusk, Michael | A3 |
| Ruth, William | A1 |
| Rutherford, Brent R | A4 |
| Sadeque, MD | S1 |
| Salamo-Luciano, Jesus | A4 |
| Salas, Augusto M. | A3 |
| Salas-Lopez, Orlando | S1 |
| Sallada, Gayle | Unknown |
| Sanchez, Angel | A4 |
| Sanchez, Elsa | A4 |
| Sanchez, Francisco | Unknown |
| Sandoval, Celina | A1 |
| Santana, Kiommy | A2 |
| Santana, Rafael | A2 |
| Santiago, Evelyn | S1 |
| Santiago, Robinson A | A4 |
| Santos, Juan | A1 |
| Sauder, Melanie | A2 |
| Savage, Nevin | S1 |
| Savant, James | A3 |
| Sayer, Charles | A1 |
| Schaeffer, Dan | S1 |
| Schaeffer, Earl | A3 |
| Schafer, Anna | S1 |
| Schauer, Michael | S1 |
| Schell, Jeffrey | A3 |
| Schevarria-Cintron, Rodolfo | Central Services |
| Schlegel, Adam A. | A4 |
| Schnorrbusch, Wayne | S1 |
| Schrader, Debra | A3 |
| Schrier, Brian | A1 |
| Schweitzer, Devin | A4 |
| Schweitzer, Russell J | A4 |
| Schwoyer, Craig | Industrial Automotive |
| Segundo-Suarez, Juana | Central Services |
| Seifrit, Davina | A1 |
| Selecky, Gary | S1 |
| Serrano, Jr., Juan C. | A4 |

| Name (Last, First) | Plant |
|---|---|
| Shafer, Heather L. | Smelter |
| Sheridan, Malcolm | S1 |
| Shindel, Scott | A3 |
| Shomper, Lori | Industrial (IND) |
| Siegfried, Dale | S1 |
| Sims, Steve | A4 |
| Sivak, Frank | A3 |
| Skipper, Shane | A4 |
| Skwait, Gloria | S1 |
| Sleva, Matthew | S1 |
| Slimmer, Richard | A2 |
| Slonaker, Donavan | S1 |
| Slonaker, John | S1 |
| Smith, Cody | S1 |
| Smith, Joseph | A1 |
| Smith, Kevin | A1 |
| Smith, Raymond | A3 |
| Soler, Jonathan G | A4 |
| Soto, Jr., Angel | A3 |
| Spaar, Dennis | A1 |
| Sparks, Thomas | A4 |
| Sparr, Janice | A3 |
| Speece, Jonathon | S1 |
| Stankiewicz, Jason | A4 |
| Steffy, Logan | S1 |
| Steigerwalt, Sr., Leon | S1 |
| Stein, Carter | S1 |
| Stein, Jr., Fredrick | A1 |
| Stern, Damon | A3 |
| Stetzler, Tighe | A1 |
| Stevens, Gary L | A4 |
| Stewart, Tim | A3 |
| Stitzel, Randy | A3 |
| Stolfi, Christopher | Industrial Automotive |
| Stoudt, Marc | S1 |
| Strause, Rebecca | A3 |
| Strauss, Marla, I | A4 |
| Strausser, Troy G. | A4 |
| Stuber, Eric | Industrial Automotive |
| Stump, Ernest | S1 |
| Stump, Willis | A2 |
| Sullivan, Kenneth | Oxide 1 |
| Sweimler, Brianna | A3 |
| Sweitzer, Donna | S1 |

| Name (Last, First) | Plant |
| --- | --- |
| Swolensky, Paul | A3 |
| Taddei, Jr., Francis | S1 |
| Tavarez, Jeffrey | S1 |
| Taylor, Stephanie | Industrial Automotive |
| Tejada, Yaniel D | A4 |
| Tenorio, Alonzo | A3 |
| Terplain, Alexander | A3 |
| Thompson, Desiree | Industrial Automotive |
| Thrash, Andrew | S1 |
| Torre, Sr., Michael | Industrial (IND) |
| Torres, Daniel | A3 |
| Torres, Gerardo | S1 |
| Torres-Guzman, Mineydi | Central Services |
| Trevino, Justin | S1 |
| Trivic, Goran | Injection Molding 2 (IM2) |
| Turner, Chris | A4 |
| Tyrrell, Michael | Industrial Automotive |
| Vanderpool, Francis J. | Smelter |
| Vargas, Joseph E. | Central Services |
| Vargas, Mariah | S1 |
| Velazquez, Roger | S1 |
| Velez, Francis Ulerio | Smelter |
| Velez, Pedro | A2 |
| Velez, Victor | A3 |
| Venning, Brent | S1 |
| Ventura, Bierca | A2 |
| Vizcaino, Tomas A | A4 |
| Von Haack, Joshua | A3 |
| Wasilko, Matthew | S1 |
| Wawrzynak, Brett | A4 |
| Weil, Wayne R. | Industrial Automotive |
| Weiss, Stephen | A2 |
| Weller, David | S1 |
| Wentzel, Todd | A1 |
| Wertman, Beth Ann | Smelter |
| Wetzel, Lori J | A4 |
| White, Andrew | Smelter |
| White, Shane | S1 |
| Willard, Jonathan | S1 |
| Williams, Mark | S1 |
| Wink, Shawn | Industrial (IND) |
| Witman, Jeanne E | Industrial Automotive |
| Wittman, Chris A | Central Services |
| Wright, Vittorio | S1 |

| Name (Last, First) | Plant |
|---|---|
| Wynter, Lamara L | A4 |
| Yankowsky, Joseph | A2 |
| Yaros, Robert M. | Smelter |
| Yashur, Joseph | Transload |
| Yashur, Trevor | S1 |
| Yeasteadt, Zachary | S1 |
| Yeboah, Eric | S1 |
| Yelles, Melissa | S1 |
| Yelles, Richard | Industrial Automotive |
| Yenser, Craig | A1 |
| Yob, Mark T | A4 |
| Younker, Bradley | A3 |
| Yuhasz, Shawn J. | A4 |
| Zambrana-Andrade, Juan | A4 |
| Zammi, Sr., Robert B. | A3 |
| Zamudio, Magdelena A. | Central Services |
| Zapata, Gilberto | S1 |
| Zavala-Gutierrez, Maria P | A4 |
| Zechman, Brandin | A2 |
| Zelinsky, Joseph | A3 |
| Zieckler, Jeffrey K. | A3 |
| Zimmerman, Tammy M | A3 |
| Zumas, Michael | Multiple |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                        )
SECRETARY OF LABOR, UNITED                  )
STATES DEPARTMENT OF LABOR,                 )
                                            )
                     Plaintiff,             )       Case No. 5:18-cv-01194-GEKP
v.                                          )
                                            )
EAST PENN MANUFACTURING                     )
COMPANY,                                    )
                                            )
                     Defendant.             )
                                            )

### DECLARATION OF LENIN ACEVEDO

1.      My name is Lenin Acevedo.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November of 2010.  My current position is Raw Fill at the A3 Plant.  I have worked in this position since August of 2017.  I previously worked as a Raw Fill at the A4 Plant.  I worked in this position from February of 2017 through August of 2017.  I previously worked as a Raw Fill at the A2 Plant.  I worked in this position from February of 2012 through February of 2017.

3.      As a Raw Fill, I am responsible for filling batteries with acid and putting them on the rack.

4.      I work the first shift.  I work Monday through Friday.  I am paid $19.10 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-001

5.      As a Raw Fill, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Face Shield.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my Gloves, Ear Plugs, and Face Shield at my work station.

6.      I usually arrive to the A3 Plant at 6:08 a.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, punch in, and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:15 p.m.  I am allowed to leave the floor at 2:20 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April, 2019 in Lyon Station, Pennsylvania.

LENIN ACEVEDO

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF LOUIS ACEVEDO

1.      My name is Louis Acevedo.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December of 2008.  My current position is Pasting Leader at the A-2 Plant.  I have worked in this position since February of 2013.

3.      As a Pasting Leader in the A-2 Plant, I oversee the work of approximately 40 employees in the Pasting Department, including scheduling, training, ordering materials, ensuring the pasting machinery operates safely and efficiently, and that the product is within Company specifications.

4.      I work the third shift.  I work Monday through Friday.  I am paid a base rate of $25.20/hr., with shift differential.  I receive time and a half pay for all hours worked over forty in a workweek. As a Pasting Leader, I work and am paid from punch-in to punch-out for at least 8.5 hours each work day.

Ex. 1002-002

5.      As a Pasting Leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves (multiple varieties); Respirator; Hard Hat; Face Shield; and Ear Plugs. I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room. I put on other forms of my PPE, as needed, on the work floor.

6.      I usually arrive at the A-2 Plant at 9:15 PM. Once I arrive, I clock in immediately and then change my clothes. Afterwards, I walk to my workstation in the Pasting Department and begin work.

7.      It usually takes me 5 minutes to change into my Uniform, Safety Glasses and Boots and walk to my work station. I put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at 6:05 AM. I then leave the floor at 6:05 AM and walk to the locker room.

9.      Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, and change into my street clothes. The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March, 2019 in Lyon Station, Pennsylvania.

**LOUIS ACEVEDO**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF MICHAEL A. ACEVEDO

1.      My name is Michael A. Acevedo.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February of 2010.  My current position is battery hook up at the A4 Plant.  I have worked in this position since November of 2014.  I previously worked as a C.O.S material handler at the S1 Plant.  I worked in this position from September of 2012 through November of 2014.

3.      As a battery hook up, I am responsible for hooking up the batteries for charging.

4.      I work the second shift.  I work Monday through Friday.  I am paid $19.95/hr. and line bonuses.  I work overtime when mandatory and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a battery hook up, I wear the following personal protective equipment: Uniform; Safety Glasses; Rubber Steel-Toe Boots; Latex and Rubber Gloves; Ear Plugs; and

Ex. 1002-003

Face Shield as required. I put on my Uniform and Rubber Steel-Toe Boots in the locker room. I put on my Safety Glasses and Latex Gloves while walking from the locker room to my work station. I put on my Rubber Gloves; Ear Plugs; and Face Shield at my work station.

6.      I usually arrive to the A4 Plant at 2:50 PM. Once I arrive I clock in, put my lunch in the lunch room, get my uniform from my uniform locker, go to locker room to change from my street clothes into my uniform and rubber steel-toe boots, and go to my workstation.

7.      It usually takes me five (5) minutes to change into my uniform and rubber steel-toe boots providing that the access to my locker is clear. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:35 PM. I am allowed to leave the floor at 10:45 PM.

9.      Once I leave the floor, I perform the following activities: go to the locker room, get a towel, go to my personal locker, change out of my uniform, take a shower, change into my street clothes, and clock out. The ten (10) minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities providing that the access to my locker is clear.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March, 2019 in Lyon Station, Pennsylvania.

Michael A. Acevedo

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,           )
SECRETARY OF LABOR, UNITED     )
STATES DEPARTMENT OF LABOR,    )
                               )
          Plaintiff,           )        Case No. 5:18-cv-01194-GEKP
                               )
v.                             )
                               )
EAST PENN MANUFACTURING        )
COMPANY,                       )
                               )
          Defendant.           )
                               )

**DECLARATION OF FELIX ACOSTA-PIMENTAL**

1.      My name is Felix Acosta-Pimental.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March of 2019.  My current position is in the laundry at the Central Services Plant.

3.      As a person who works in the Laundry at Central Services Plant, I am responsible for washing, drying and folding uniforms and towels.

4.      I work the third shift.  I work Monday through Friday. I am paid $18.85 per hour and I receive time and a half pay for all hours worked over forty hours in a workweek.

5.      As a person who works in the Laundry at Central Services Plant, I wear the following personal protective equipment: Uniform, Steel-Toe Boots, Safety Glasses and Gloves as needed. I put on my Uniform, Steel-Toe Boots, Safety Glasses and Gloves in the locker room.

Ex. 1002-004

6.   I usually arrive to the Central Services Plant at 10:40p.m.  Once I arrive I Punch in, then I get my uniform and go to my personal locker. I then change into my Uniform, Steel-Toe Boots, Safety Glasses and Gloves. I then go to the Laundry room.

7.   It usually takes me five minutes to change into my Uniform, Steel-Toe Boots, Safety Glasses and Gloves, and walk to the laundry.

8.   There is a five minute grace period after my shift starts to report to my workstation.

9.   I usually stop work at my work station at 6:15a.m.  I am allowed to leave the floor at 6:50a.m.

10.   Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin, I take my shower and then I towel off. I then return to my locker and put on my street clothes. I then leave the locker room and then punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.   I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.   I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _12_ day of _Abri l_____, 2019 in Lyon Station, Pennsylvania.

_____
Schevarria-Cintron

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR, | )<br>)<br>) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING<br>COMPANY, | )<br>) | |
| | ) | |
| Defendant. | )<br>) | |

### DECLARATION OF TIMOTHY L. ADAM

1. My name is Timothy L. Adam. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2002. My current position is Assistant Plant Manager at the Central Services Plant. I have worked in this position since January of 2017. I previously worked as a Foreperson Electrical at the Central Services Plant. I worked in this position from January of 2008 through January of 2017.

3. As a Foreperson Electrical, I was responsible for overseeing, training, and planning all work for the electrical department.

4. As a Foreperson Electrical, I worked the First shift. I worked Monday through Friday. I was paid approximately $25 per hour and I received time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-005

5.      As a Foreperson Electrical, I wore the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves (when required); Ear Plugs (when required); Hard Hat (when required); Face Shield (when required); Balaclava (when required); Rubber Sleeves (when required); Rubber Gloves (when required); Arc Rated Suit (when required).  I put on my uniform, boots and safety glasses in the locker room.  I put on my Gloves (when required); Ear Plugs (when required);  Hard Hat (when required); Face Shield (when required); Balaclava (when required); Rubber Sleeves (when required); Rubber Gloves (when required); Arc Rated Suit (when required) at my work station.

6.      As a Foreperson Electrical, I usually arrived to the Central Services Plant at 5:15 am.  Once I arrived I would  punch in, go to the lunch room, put my lunch box on the shelf, go to my uniform clothes locker, get a clean uniform, go to the locker room, go to my personal locker, change my clothes, and then go to my workstation.

7.      As a Foreperson Electrical, it usually took me five minutes to change into my uniform, safety glasses and boots.  It usually took me one minute to walk from the locker room to my workstation.  I put on my other PPE at my workstation at the start of my worktime.

8.      As a Foreperson Electrical, there was a five minute grace period after my shift started to report to my work station.  I occasionally used this grace period to report to my workstation.

9.      As a Foreperson Electrical, I usually stopped work at my work station at 3:20 pm. I was allowed to leave the floor at 3:20 pm.

10.      As a Foreperson Electrical, once I left the floor I would perform the following activities: go to the locker room, remove my work clothes, shower, go back to my personal locker, put on my street clothes, put my work clothes in the dirty bins, go to the lunch room, get

my lunch box, go to the time clock, punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _3 rd_ day of _April_, 2019 in Lyon Station, Pennsylvania.

TIMOTHY L. ADAM

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, ) | |
| SECRETARY OF LABOR, UNITED ) | |
| STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:18-cv-01194-GEKP |
| ) | |
| v. ) | |
| ) | |
| EAST PENN MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF KEVIN ADAMS**

1.      My name is Kevin Adams. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2000. My current position is a Finisher at the S1 Plant since February of 2016. I previously worked as a Leader in the A2 plant from April of 2008 through February of 2016.

3.      As a Finisher, I am responsible for removing batteries from the rack and installing the valves.

4.      I work the first shift. I work Monday through Friday.

5.      I am paid $19/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.      As a Finisher, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Face shield. I put on my uniform and

**Ex. 1002-006**

safety shoes in the locker room. I put my safety glasses on as I am walking onto the floor. I put on my gloves, face shield and earplugs at my work station.

7.      I usually arrive to the S1 Plant at 6:35am. Once I arrive I punch in, grab my uniform get changed, and head to the floor.

8.      It usually takes me 5 minutes to change into my uniform and 1 minute to walk to my workstation.

9.      I usually stop work at my work station at 2:25pm. I am allowed to leave the floor at 2:35pm.

10.     Once I leave the floor, I perform the following activities: go down to the locker room, remove my uniform and shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March 2019 in Lyon Station, Pennsylvania.

Kevin Adams

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| v. | ) ) |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

**DECLARATION OF LYLE ADAMS**

1. My name is Lyle Adams. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 1995. My current position is Plate Prep Operator at the S1 Plant. I have worked in this position since August of 2018. I previously worked as a Leader in the S1 Annex from March 2016 to August of 2018. I worked in Dry Charge in S1 from November of 2004 through March 2016.

3. As a Plate Prep, I am responsible for setting up my machine, doing pre-shift checks, and getting lead plates prepped to be placed into battery cells and doing regular quality checks.

4. I work the first shift. My shift begins at 6:45am and ends at 2:45pm. I work Monday through Friday. I receive time and a half pay for all hours worked over forty in a workweek.

**Ex. 1002-007**

5.      As a Plate Prep Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Respirator. I put on my uniform and safety shoes in the locker room. I put on my safety glasses and get my respirator while walking from the locker room to my work station. I put on my gloves and ear plugs at my work station.

6.      I usually arrive to the S1 Plant at 6:28. Once I arrive I go get my uniform from my uniform locker, punch in for work and go get changed. After I am finished changing, I go to the plant floor.

7.      It usually takes me 3 minutes to change into my uniform. After I have changed into my uniform, I walk to the plant floor and that takes me another 3 minutes.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 2:20pm and we have 15 minutes to clean up. I am allowed to leave the floor at 2:35pm.

10.     After my shift ends, I usually go to the locker room, shower, change into my street clothes, punch out and go home.

11.     The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

12.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

13.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of March, 2019 in Lyon Station, Pennsylvania.

_____
Lyle Adams

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, <br> SECRETARY OF LABOR, UNITED <br> STATES DEPARTMENT OF LABOR, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | )    Case No. 5:18-cv-01194-GEKP |
| v. | ) <br> ) |
| EAST PENN MANUFACTURING <br> COMPANY, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## DECLARATION OF CINDY AGELWEI

1.   My name is Cindy Agelwei.   I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.   I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January 2009. My current position is quality assurance at the A2 Plant. I have worked in this position since January 2019. I previously worked as a quality assurance at the A4 Plant. I worked in this position from March 2014 through January 2019.

3.   As a worker in quality assurance, I am responsible for making sure the product we make meets the East Penn and customer manufacturing specs.

4.   I work the first shift. I work Monday through Friday. I am paid \$22.55/hr. and I receive time and a half pay for all hours worked over forty in a work week.

5.   As a worker in quality assurance, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves as needed; Ear Plugs; Face Shield; and Respirator as needed. I put on my Uniform and Boots in the locker room. I put on my Safety

**Ex. 1002-008**

Glasses while walking from the locker room to my work station. I put on my Ear Plugs; Face Shield (as needed); Gloves (as needed); and Respirator (as needed) at my work station.

6.     I usually arrive to the A2 Plant at 5:30 a.m. Once I arrive I put on my uniform, go to the break room and eat, punch in, head back to my locker, then head out to the floor.

7.     It usually takes me 5 minutes to change into my uniform and boots and about 2 to 3 minutes to walk to my workstation from clocking in, while stopping at my locker. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation. I usually use this grace period to report to my work station.

9.     I usually stop work at my work station at 1:55 p.m., and lock my drawer, hang my hoodie, and check with the other QA before leaving. I am allowed to leave the floor at 2:00 p.m.

10.     Once I leave the floor, I perform the following activities: get to my locker, remove my uniform and boots, grab shower items and a towel and head to the showers, drop off my dirty clothes and towels, change into my regular clothing, clock out, and leave. The time provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20_ day of _March_, 2019 in Lyon Station, Pennsylvania.

_Cindy Agelwei_
Cindy Agelwei

**Ex. 1002-009**
exhibitsticker.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,         )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR, )
                              )
        Plaintiff,       )   Case No. 5:18-cv-01194-GEKP
v.                            )
                              )
EAST PENN MANUFACTURING   )
COMPANY,                   )
                              )
        Defendant.    )
                              )

### DECLARATION OF PEDRO AGOSTO JR

1.     My name is Pedro Agosto Jr.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November 2012.  My current position is Maintenance Mechanic at the S1 Plant.  I have worked as a Maintenance Mechanic since November of 2012.

3.     As a Mechanic, I am responsible for getting work orders and repairing equipment, applying minor repairs to equipment when necessary to not slow production and perform preventive maintenance.

4.     I work the second shift.  I work Monday through Friday.

5.     I am paid $25.95/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.     As a Maintenance Mechanic, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves, Respirator as needed, and Earplugs, Apron as needed, Face Shield as necessary, and Hard Hat as necessary.  I put on my uniform, safety shoes

and safety glasses in the locker room. I put on my gloves, respirator, earplugs, apron, face shield, and hard hat at my work station station.

7.     I usually arrive to the S1 Plant at 1:45pm.  Once I arrive I grab my uniform, change into my uniform, go to lunchroom and read the paper or phone, clock in, and then head to my work station.

8.     It usually takes me 5 minutes to change into my uniform and 2 minute to walk to my workstation.

9.     I usually stop work at my work station at 10:00pm. I am allowed to leave the floor at 10:20pm.

10.    Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of March 2019 in Lyon Station, Pennsylvania.

Pedro Agosto

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, | ) |
| SECRETARY OF LABOR, UNITED | ) |
| STATES DEPARTMENT OF LABOR, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| | ) |
| v. | ) |
| | ) |
| EAST PENN MANUFACTURING | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DECLARATION OF STEVEN AGOSTO

1.     My name is Steven Agosto. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April 2017. My current position is Pasting Machine Operator at the A4 Plant. I have worked in this position since April of 2017. I previously worked as a COA enveloper at the A1 Plant. I worked in this position from September of 2014 through October of 2016. I previously worked as a Pasting Takeoff at the A1 Plant. I worked in this position from July of 2012 through September of 2014.

3.     As a Pasting Machine Operator, I am responsible for make sure the product has paper, that that is pasted cut correctly and make sure everything is to specifications.

4.     I work the second shift. My shift begins at 1:45 p.m. and shift end time is 10 p.m. I am paid $20.00 per hour, with line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

**Ex. 1002-010**

5.      As a Pasting Machine Operator, I wear the following personal protective equipment: a Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield during wash-downs; Respirator. I put on my a Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; in the locker room. I put on my Face Shield during wash-downs and Respirator as needed at my work station.

6.      I usually arrive to the A4 Plant at 1:25 p.m. Once I arrive I check in at 1:31 p.m. I check in, go to the locker room, put on Uniform and PPE and use the restroom use the restroom if necessary and then go to the work station.

7.      I usually scan my time card to clock in at 1:31.

8.      It usually takes me 3 to 5 minutes to change into my uniform and other equipment.

9.      I usually arrive at my work station at 1:40 p.m. There is a five minute grace period after my shift starts to report to my workstation.

10.     I usually stop work at my work station at 9:45 p.m. Then, I clean up my work station. I am allowed to leave the floor at 9:50 p.m.

11.     It usually takes me 3 to 5 minutes to walk to the locker room and change out of my uniform.

12.     It usually takes me 5 minutes to shower at the end of my shift.

13.     After my shift ends, I usually clock out and go home. I do not have to wait to clock out.

14.     I usually scan my time card to clock out at 10:01.

15.     I usually leave the A4 Plant parking lot at 10:10 p.m.

16.     The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

17.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

18.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _18th_ day of _March_, 2019 in Lyon Station, Pennsylvania.

Steven Agosto

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
            Plaintiff,                  )    Case No. 5:18-cv-01194-GEKP
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
            Defendant.                  )
                                        )

**DECLARATION OF TANIA AGUASVIVAS**

1.      My name is Tania Aguasvivas.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 2017.  My current position is warehouse material handler at the A4 Plant.  I have worked in this position since August 2017.

3.      As a warehouse material handler, I am responsible for providing items to the production lines, as requested.

4.      I work the second shift.  I work Monday through Friday.  I am paid $20.75/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a warehouse material handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Hard Hat. I put on my Uniform and Boots in the locker room.  I put on my Safety Glasses when I get to the work floor. I put on my Gloves and Hard Hat at my work station.

Ex. 1002-011

6.      I usually arrive to the A4 Plant at 2:00 p.m.  Once I arrive I get my uniform, go to the locker room and change into my uniform, clock in, go back to my locker and put my ID card in my locker, then go to the work floor.

7.      It usually takes me 3 minutes to change into my uniform and 1 minute to walk from my locker to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation, as needed.

8.      I usually stop work at my work station at 10:15 p.m., and put away my work supplies.  I am allowed to leave the floor at 10:17 p.m.

9.      Once I leave the floor, I perform the following activities: I wash my hands, go to my locker, take off my boots, put on my flip-flops, get my shower supplies and towel, go to the shower, change into my personal clothing, clock out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___11___ day of _APRIL_, 2019 in Lyon Station, Pennsylvania.

Tania Aguasvivas

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF JONATHAN ALLEN

1.      My name is Jonathan Allen.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company October of 2005.  My current position is Plant-To-Plant Material Handler in the S-1 Plant.  I have held this position for thirteen years, or since 2006.  As a Plant-To-Plant Material Handler, I operate box trucks, tow motors and "Walkie Riders," transporting various kinds of materials between multiple plants within the Company's Lyon Station facility. These materials include, by way of example, scrap pallets, battery covers, and recyclable cardboard and plastic boxes.

3.      I work the third shift, Monday through Friday.  I am paid approximately $20.95/hr., including shift differential exclusive. I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-012

4.      As a Plant-To-Plant Material Handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Gloves (various types); Hard Hat; Respirator; Ear Plugs and Steel-Toe Boots. I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room. The other elements of my PPE I put on, as necessary, in the various plants where I deliver material.

5.      I usually arrive to the S-1 Plant at 10:15 PM. I first gather my uniform and my boots, clock in and then change my clothes. Afterward, I walk directly to the S-1 loading dock to get my work assignments from a supervisor.

6.      It usually takes me about 5 minutes to change into my uniform, safety glasses and boots. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

7.      I usually stop work at my work station at 6:15 AM, at which time I spend 5 minutes stowing my bar code scan gun at the S-1 loading dock and, if necessary, speaking to my supervisor. Then, I head to the S-1 locker room at 6:20 AM.

8.      Once I leave the loading dock, I perform the following activities: walk to the locker room, remove my uniform, shower, dress in my street clothes, and then clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

9.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

10.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3 day of April, 2019 in Lyon Station, Pennsylvania.


**JONATHAN ALLEN**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br>v.<br><br>EAST PENN MANUFACTURING<br>COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Case No. 5:18-cv-01194-GEKP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF VICTOR ALLENDE**

1.      My name is Victor Allende.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2014.  My current position is Paste Machine Operator at the A3 Plant.  I have worked in this position since July of 2018.  I previously worked as a Floater at the A3 Plant.  I worked in this position from April of 2016 through July of 2018. I previously worked as a Pasting Takeoff at the A3 Plant.  I worked in this position from October of 2014 through April of 2016.

3.      As a Paste Machine Operator, I am responsible for assisting the line by changing coils, papers, and other adjusting as needed.

4.      I work the second shift.  I work Monday through Friday.  I am paid $19.75 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-013

5.      As a Paste Machine Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Respirator, depending on the task; and Hard Hat, when operating the stack truck.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective gear at my work station.

6.      I usually arrive to the A3 Plant at 2:45 p.m.  Once I arrive I punch in, go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, and go to my work station.

7.      It usually takes me four minutes to change into my uniform and boots.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:45 p.m.  I am allowed to leave the floor at 10:49 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April, 2019 in Lyon Station, Pennsylvania.

VICTOR ALLENDE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, | ) |
| SECRETARY OF LABOR, UNITED | ) |
| STATES DEPARTMENT OF LABOR, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| | ) |
| v. | ) |
| | ) |
| EAST PENN MANUFACTURING | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DECLARATION OF MARIA M. ALMONTE

1.      My name is Maria M. Almonte. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May of 2008. My current position is Molding Floater/Non-Incentive at the Injection Molding 2 (IM2) Plant. I have worked in this position since August of 2014.

3.      As a Molding Floater/Non-Incentive, I am responsible for monitoring for the quality of the product, packing and recording my production.

4.      I work the first shift. I work Monday through Friday with occasional weekends. I am paid $20.65/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Molding Floater, I wear the following personal protective equipment: Safety Glasses; Steel-Toe Shoes; Gloves; Ear Plugs. I arrive at the plant wearing my Safety Glasses. I

**Ex. 1002-014**

put on my Steel-Toe Shoes in the locker room. I put on my Ear Plugs when I enter the floor. I put on my Gloves at my work station. I do not wear a uniform.

6. I usually arrive to the IM2 Plant at 6:15 AM. Once I arrive, I clock in, drop my lunch bag off in the lunch room, go to the locker room, change my shoes, and obtain my work bag and then walk downstairs to the floor.

7. It usually takes me less than 5 minutes to change into my and shoes and obtain my work bag and walk to my work station. I can put on my other PPE while walking to my work station or at my work station at the start of my worktime.

8. There is a five minute grace period after my shift starts to report to my workstation. I occasionally use this grace period to report to my workstation.

9. I usually stop work at my work station at 2:25 PM. I am allowed to leave the floor at 2:25 PM.

10. Once I leave the floor, I perform the following activities: I go to the locker room to change my shoes, put my work bag in my locker, obtain my personal items and then clock out. I am not required to shower.

11. I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing activities before and after my regularly scheduled shift time.

12. I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed this 3-20 day of March , 2019 in Lyon Station, Pennsylvania.

Maria M. Almonte

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                          )
SECRETARY OF LABOR, UNITED                    )
STATES DEPARTMENT OF LABOR,                   )
                                              )
          Plaintiff,            )    Case No. 5:18-cv-01194-GEKP
v.                                            )
                                              )
EAST PENN MANUFACTURING                       )
COMPANY,                                      )
                                              )
          Defendant.            )
                                              )

## DECLARATION OF ROSA M. ALMONTE

1.     My name is Rosa M. Almonte.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2017.  My current position is Laundry Utility at the Central Services Plant.  I have worked in this position since February of 2019.  I previously worked as a Auto Line worker at the IM2 Plant.  I worked in this position from June of 2017 through February of 2019.

3.     As a Laundry Utility, I am responsible for supplying and delivering clean uniforms and respirators to the Plants.

4.     I work the first shift.  I work Monday through Friday.  I am paid approximately $ 18.65 /hr. and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-015

5.      As a Laundry Utility, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves.  I put on my uniform, boots, and safety glasses in the locker room.  I put on my gloves at my work station.

6.      I usually arrive to the Central Services Plant at 6:50 am.  Once I arrive I clock in, go to my uniform locker, get my uniform, go to my personal locker, put on my work uniform, wait in the locker room, go to my workstation.

7.      It usually takes me five minutes to change into my uniform, boots, and safety glasses and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:50 pm.  I am allowed to leave the floor at 2:50 pm.

9.      Once I leave the floor, I perform the following activities: go to the locker room, go to my personal locker, take off my boots and safety glasses, grab my personal items and towel, go to the shower, take a shower, dry off, put on my regular clothes, place dirty clothes in laundry bins, go back to my personal locker, place my personal items back in my personal locker, put on my personal shoes, go to the punch clock, punch out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __5th__ day of __April__, 2019 in Lyon Station, Pennsylvania.

_____
ROSA M. ALMONTE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
                    Plaintiff,          )      Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
                    Defendant.          )
                                        )

**DECLARATION OF JUSTIN ALVARADO-SALAZAR**

1.      My name is Justin Alvarado-Salazar.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since 2015.  My current position is enveloper series 2 at the A3 Plant.  I have worked in this position since 2015.

3.      As an enveloper series 2, I am responsible for making the groups that go inside the batteries.

4.      I work the third shift.  I work Monday through Friday.  I am paid $26/hr. average and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a enveloper series 2, I wear the following personal protective equipment: Uniform; Safety Glasses; Metatarsal Boots; Gloves; Ear Plugs; and Respirator. I put on my Uniform, Safety Glasses, and Boots in the locker room.  I put on my Gloves, Ear Plugs, and Respirator once I get onto the work floor.

Ex. 1002-016

6.      I usually arrive to the A3 Plant at 10:00 p.m.  Once I arrive I clock in, go to my uniform locker, get my uniform, go to my personal locker, change into my uniform, then head to my workstation.

7.      It usually takes me 4 minutes to change into my uniform.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 5:45 a.m. and perform clean-up, wash my hands and clean my uniform.  I am allowed to leave the floor at 6:03 a.m.

9.      Once I leave the floor, I perform the following activities: I walk to the locker rooms, change out of my uniform, shower, change in to my personal clothing, clock out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___4___ day of ___April___, 2019 in Lyon Station, Pennsylvania.


_____
Justin Alvarado-Salazar

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF SAMUEL AMARO**

1.      My name is Samuel Amaro.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April 2014.  My current position is enveloping series 2 at the Industrial Automotive Plant.

3.      As an enveloper series 2, I am responsible for braking the plates and making sure the group is done correctly.

4.      I work the third shift.  I work Monday through Friday.  I am paid $24.50/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As an enveloper series 2, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Respirator. I put on my Uniform, Safety Glasses, and Boots in the locker room.  I put on my Gloves, Ear Plugs, and Respirator at my work station.

Ex. 1002-017

6.     I usually arrive to the Industrial Automotive Plant at 10:10 p.m.  Once I arrive I get my uniform, get changed, clock in, and go to the work floor.

7.     It usually takes me 4 minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 6:10 a.m. and perform clean-up.  I am allowed to leave the floor at 6:22 a.m.

9.     Once I leave the floor, I perform the following activities: I walk to my locker, take off my uniform, take a towel to the shower, shower, change in to my personal clothing, clock out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this   5   day of   april   , 2019 in Lyon Station, Pennsylvania.


_____
Samuel Amaro

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,  )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR,  )
                              )
                Plaintiff,   )        Case No. 5:18-cv-01194-GEKP
v.                            )
                              )
EAST PENN MANUFACTURING       )
COMPANY,                      )
                              )
                Defendant.    )
                              )

**DECLARATION OF KEVIN ANAVITATE**

1.      My name is Kevin Anavitate.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November 2006.  My current position is one shot formation at the A4 Plant.  I have worked in this position since May 2014.

3.      As a one shot formation, I am responsible for making sure the batteries across products are properly filled.

4.      I work the third shift.  I work Monday through Friday.  I am paid at least $17/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a worker in one shot formation, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Apron (as needed); Face Shield; Respirator; Hard Hat (as needed). I put on my Uniform, Safety Glasses, Ear Plugs

Ex. 1002-018

and Respirator (occasionally) in the locker room.  I put on my Gloves, Apron (as needed), Face Shield, and Hard Hat (as needed) at my work station.

6.      I usually arrive to the A4 Plant at 9:50 a.m.  Once I arrive I clock in (unless I am early, in which case I wait to clock in until after I am changed), get my uniform, change into my uniform, then go to the work floor.

7.      It usually takes me 5 minutes to change into my uniform and boots and 4 to 5 minutes walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 5:55 a.m.  I am allowed to leave the floor at 5:55 a.m.

9.      Once I leave the floor, I perform the following activities: I walk to the locker room, undress, shower, change into my clothing, clock out and leave.  I usually have to wait 3 to 5 minutes to clock out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this *March* day of _____ *28* _____, 2019 in Lyon Station, Pennsylvania.

_____

Kevin Anavitate

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR, | )<br>)<br>)<br>) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | )<br>) | |
| EAST PENN MANUFACTURING<br>COMPANY, | )<br>)<br>) | |
| Defendant. | )<br>) | |

## DECLARATION OF JOHN ANDERSON

1. My name is John Anderson. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March 2011. My current position is warehouse material handler at the S1 Plant. I have worked in this position since March 2011.

3. As a warehouse material handler, I am responsible for retrieving materials and unloading trailers.

4. I work the third shift. I work Monday through Friday. I am paid $20.95/hr. including shift differential and I receive time and a half pay for all hours worked over forty in a workweek.

5. As a material handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Respirator (as needed); Hard Hat (as

**Ex. 1002-019**

needed). I put on my Uniform, Safety Glasses, and Boots in the locker room. I put on my Gloves, Respirator (as needed), and Hard Hat (as needed) at my work station.

6.     I usually arrive to the S1 Plant at 10:11 p.m. Once I arrive I get my uniform, clock in, go to the locker room to change into my uniform, and go to the work floor.

7.     It usually takes me 6 minutes to change into my uniform and 2 minutes to walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 6:15 a.m., and stow my uniform jacket and hard hat at that time. I am allowed to leave the floor at 6:20 a.m.

9.     Once I leave the floor, I perform the following activities: I go to the locker room, and put my shirt in the bin on the way to my locker, undress at my locker, shower, dress in my personal clothes, clock out, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___5___ day of _April_____, 2019 in Lyon Station, Pennsylvania.

_John Anderson_
John Anderson

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, | ) |
| SECRETARY OF LABOR, UNITED | ) |
| STATES DEPARTMENT OF LABOR, | ) |
| | ) |
| Plaintiff, | )  Case No. 5:18-cv-01194-GEKP |
| | ) |
| v. | ) |
| | ) |
| EAST PENN MANUFACTURING | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF CRAIG ANGSTADT**

1.    My name is Craig Angstadt. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March of 1978. My current position is Utility Assembly Person at the Industrial Automotive Plant. I have worked in this position since approximately July of 1999.

3.    As a Utility Assembly Person, I am responsible for crating and moving battery cells.

4.    I work the first shift. I work Monday through Friday. I am paid approximately $19.50/hr. plus variable production bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.    As a Utility Assembly Person, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Muffs. I put on my Uniform

**Ex. 1002-020**

and Steel-Toe Boots in the locker room. I put on my Safety Glasses while walking from the locker room to my work station. I put on my Ear Muffs and Gloves at my work station.

6.     I usually arrive to the Industry Automotive Plant at 5:55 am. Once I arrive I put on my uniform and wait to clock in.

7.     It usually takes me seven minutes to change into my uniform and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation. I sometimes use this grace period to report to my workstation.

9.     I usually stop work at my work station at 2:00 and 2:02 pm. I am allowed to leave the floor at 2:04 pm.

10.     Once I leave the floor, I perform the following activities: undress, shower and put on your street clothes and clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __19__ day of __March__, 2019 in Lyon Station, Pennsylvania.

**CRAIG ANGSTADT**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,              )
SECRETARY OF LABOR, UNITED        )
STATES DEPARTMENT OF LABOR,       )
                                  )
        Plaintiff,            )   Case No. 5:18-cv-01194-GEKP
v.                                )
                                  )
EAST PENN MANUFACTURING           )
COMPANY,                          )
                                  )
        Defendant.            )
                                  )

### DECLARATION OF DAVID PHILIP ANGSTADT

1.    My name is David Philip Angstadt.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 1989.  My current position is Shipping/Finishing at the A4 Plant.  I have worked in this position since September 2008.

3.    As a Shipping/Finisher, I am responsible for Labeling parts and accessories. packaging the finished product.

4.    I work the first shift.  I work Monday through Friday.  I am paid approximately 19.10 per hour, plus line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.    As a Shipping/Finisher, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs. I put on my Uniform, Safety

Ex. 1002-021

Glasses, and Steel-Toe Boots in the locker room. I put on my Gloves and Ear Plugs at my work station.

6.      I usually arrive to the A4 Plant at 6:01 a.m.  Once I arrive I clock in, I put my lunch in the storage area, I go to my locker and get clothing and go into the locker room and put my uniform and equipment on. Once dress I got directly to my workstation.

7.      It usually takes me 5 minutes to change into my uniform including putting on my PPE and then I walk to my workstation.  I put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 2:00 p.m. I am allowed to leave the floor at 2:05 p.m.

10.     Once I leave the floor, I perform the following activities: I return to the locker-room, remove my uniform and place my used uniform in the laundry bin, then I shower and towel off after. I then I change into my street clothes. I usually go straight to the clock to punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20_ day of _March_ , 2019 in Lyon Station, Pennsylvania.

David Philip Angstadt

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
          Plaintiff,    )   Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
          Defendant.    )
                                    )

### DECLARATION OF WESLEY ARBOGAST

1.     My name is Wesley Arbogast I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June 2015. My current position is a Paste Mixer at the A1 Plant. I have worked as a Paste Mixer since November 2017. I previously worked as a Paste Machine Operator since September 2016. I previously worked as a Paste Takeoff since June 2015.

3.     As a Paste Mixer, I am responsible for mixing the paste for the lines, following the steps of the mixing process, and keeping the area clean.

4.     I work the second shift. I work Monday through Friday.

5.     I am paid $24.00/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.     As a Paste Mixer I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; Ear Plugs; Respirator as needed, Face Shield as

Ex. 1002-022

needed; and Hard Hat as needed. I put my uniform, safety shoes, safety glasses, and earplugs on in the locker room. I put on my gloves, respirator, face shield, and hard hat at the work station.

7.      I usually arrive to the A1 Plant at 2:10pm.  Once I arrive I put my lunch box in the lunch room, clock in, then go into the locker room, grab my uniform, change into my uniform, and go to my work station.

8.      It usually takes me 4 minutes to change into my uniform and 2 minutes to walk to my work station.

9.      I usually stop work at my work station at 10:20pm. I am allowed to leave the floor at 10:20pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April 2019 in Lyon Station, Pennsylvania.

_____
Wesley Arbogast

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, ) | |
| SECRETARY OF LABOR, UNITED ) | |
| STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:18-cv-01194-GEKP |
| ) | |
| v. ) | |
| ) | |
| EAST PENN MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF GREGORY ARNOLD**

1.      My name is Gregory Arnold. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 1988. My current position is Reverb Furnace Operator at the Smelter Plant. I have worked in this position since 1991. I previously worked as a Blast Furnace Operator at the Smelter Plant. I worked in this position from September 1988 through 1991.

3.      As a Reverb Furnace Operator, I am responsible for working on the furnace, monitoring slag and lead output, and monitoring the mechanical functions of the furnace from the control room.

4.      I work the first shift. I work a rotating schedule of six days on followed by two days off. I am paid approximately $21/ hour and I receive time and a half pay for all hours worked over forty in a workweek.

**Ex. 1002-023**

5.      As a Reverb Furnace Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Coveralls; Face Shield; Respirator; Hard Hat. I put on my all of my personal protective gear in the locker room.

6.      I usually arrive to the Smelter Plant at 7:25 a.m. Once I arrive I go to the lunch room and put my lunch box on the shelf. I then proceed to the clean locker and get my clothing locker key. From there I proceed downstairs to retrieve my uniform and respirator. I then return to the clean locker room and put on my uniform and boots. If there is time, I may go to the lunch room until 7:45 a.m. From there I go to the dirty locker room and put on the remaining personal protective equipment. I then clock in and proceed to my work station. I must clock in by 7:55 a.m. but it is automatically adjusted to 7:45 a.m.

7.      It usually takes me ten to fifteen minutes to change into my uniform and other personal protective equipment and walk to my workstation.

8.      There is a ten minute grace period after my shift starts to report to my workstation. I frequently use this grace period to report to my work station.

9.      I usually stop work at my work station at 3:55 p.m. I am allowed to leave the floor at that time.

10.     Once I leave the floor, I perform the following activities: I clock out (at 3:55 p.m. or shortly thereafter, but it is automatically adjusted to 4:15 p.m.), proceed to the dirty locker, remove my clothes and personal protective equipment, shower, proceed to the clean locker room, dress in my street clothes and leave. The twenty minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19TH day of March, 2019 in Lyon Station, Pennsylvania.

_Gregory Arnold_
GREGORY ARNOLD

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,　　　　　　）
SECRETARY OF LABOR, UNITED　　　）
STATES DEPARTMENT OF LABOR,　　）
　　　　　　　　　　　　　　　　）
　　　　　　　Plaintiff,　　　　　　　）　　Case No. 5:18-cv-01194-GEKP
　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　）
EAST PENN MANUFACTURING　　　　）
COMPANY,　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　）
　　　　　　　Defendant.　　　　　　　）
　　　　　　　　　　　　　　　　）

### DECLARATION OF SARAH AUCHENBACH

1.　　My name is Sarah Auchenbach. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.　　I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November of 2018. My current position is COS enveloper at the A4 Plant. I have worked as an enveloper since November 2018. Previous to working for East Penn, I worked at East Penn as a temporary hire through Temp Star from June 2018 until November 2018. As a temporary hire, I worked in the finishing department.

3.　　As an enveloper, I am responsible for keeping the enveloping machines running, making sure the groups of plates are good, and fixing machines.

4.　　I work the second shift. I work Monday through Friday. Occasionally, I voluntarily work overtime on Sundays. I am paid approximately $19 an hour . Additionally, I am paid based upon piece rate based on production. I often make an extra $6 an hour for the

Ex. 1002-024

piece rate but it varies. I receive time and a half pay for all hours worked over forty in a workweek.

5.      As an enveloper, I wear the following personal protective equipment:  uniform, safety glasses, steel-toe boots, gloves, ear plugs and a respirator. I put on my uniform and boots in the locker room. I put on my safety glasses before entering work area. At my work station, I put on ear plugs and gloves.

6.      I usually arrive to the A4 Plant at about 2:15 p.m. Once I arrive, I go straight to clock in. Then, I go to the locker room and change into my uniform and boots. Then, I put my lunch in my personal locker in the locker room.

7.      It usually takes me five minutes to change into my uniform and boots and safety glasses and walk to the department. It takes me an additional three to five minutes to put my respirator on outside the work area.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop working Monday through Thursday at 10:10 pm. On Fridays, I stop working at 10:00pm.. I leave the floor at 10:20 p.m. each day.

10.     Once I leave the floor, I perform the following activities:  I drop off my respirator in the hallway, then go to the locker room and take my uniform and boots off and then take a shower. Then, I put on my street clothes and immediately clock out.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __19__ day of __March__, 2019 in Lyon Station, Pennsylvania.

_____
Sarah Auchenbach

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                     )
SECRETARY OF LABOR, UNITED               )
STATES DEPARTMENT OF LABOR,              )
                                         )
                    Plaintiff,           )     Case No. 5:18-cv-01194-GEKP
                                         )
v.                                       )
                                         )
EAST PENN MANUFACTURING                  )
COMPANY,                                 )
                                         )
                    Defendant.           )
                                         )

**DECLARATION OF MAHLON AUKER**

1.      My name is Mahlon Auker.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February 2011.  My current position is enveloper series 2 floater at the A1 Plant.  I have worked in this position since October 2018.  I previously worked as plant utility at Industrial.  I worked in this position from 2013 through October 2018.

3.      As an enveloper series 2 floater, I am responsible for preparing groups to be dropped into batteries or to be run on a Dynamac machine.

4.      I work the first shift.  I work Monday through Friday.  I am paid $26.36/hr. average and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As an enveloper series 2 floater, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Hard Hat as needed. I

Ex. 1002-025

put on my Uniform, Safety Glasses, and Boots in the locker room.  I put on my Gloves; Ear Plugs; Hard Hat at my work station.

6.      I usually arrive to the A1 Plant at 6:22 a.m. to 6:25 a.m.  Once I arrive I punch in, put my lunchbox on the shelf, grab my uniform, go to my locker and get changed, and go to the work floor.

7.      It usually takes me 6 to 8 minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 2:00 p.m. to 2:10 p.m. depending on how well the line is running or if we are trying to make a certain amount of batteries.  I am allowed to leave the floor at 2:20 p.m., but no later than 2:30 p.m.

10.      Once I leave the floor, I perform the following activities: go to the locker room, undress, shower, get dressed in street clothes, and clock out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22 day of March , 2019 in Lyon Station, Pennsylvania.

Mahlon Auker

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF HUNTER AURAND

1.      My name is Hunter Aurand.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2018.  My current position is Grid Casting Operator at the A3 Plant.  I have worked in this position since October of 2018.

3.      As a Grid Casting Operator, I am responsible for corking molds and making grids.

4.      I work the second shift.  I work Monday through Friday.  I am paid $20.25 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Grid Casting Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; and Respirator.  I put on my Uniform, Steel-Toe Boots, and Safety Glasses in the locker room.  I put on my remaining personal protective equipment at my work station.

Ex. 1002-026

6.      I usually arrive to the A3 Plant at 2:30 p.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, go to the smoke shack and smoke until it is time to punch in.  I then punch in and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:40 p.m.  I am allowed to leave the floor at 10:48 p.m.

9.      Once I leave the floor, I perform the following activities: I put my respirator in the bin, go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, wait to punch out, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April, 2019 in Lyon Station, Pennsylvania.

_____

HUNTER AURAND

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,        )
SECRETARY OF LABOR, UNITED   )
STATES DEPARTMENT OF LABOR,  )
                                 )
           Plaintiff,       )    Case No. 5:18-cv-01194-GEKP
                                 )
v.                                )
                                 )
EAST PENN MANUFACTURING    )
COMPANY,                       )
                                 )
          Defendant.     )
                                 )

## DECLARATION OF RONALD A BAKER

1.     My name is Ronald Baker. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 1986. My current position is Hy-rate Operator at the Industrial Automotive & A4 Plants. I have worked in this position since September of 2010.

3.     As a Hy-rate Operator, I am responsible for making sure the batteries pass both AMP and vault check.

4.     I work the First shift. I work Monday through Friday. I am paid $ 19.10 per hour. and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Hy-rate, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves (when needed); Ear Plugs. I put on my uniform, boots and safety glasses in the locker room. I put on my gloves (when needed) and ear plugs at my work station.

**Ex. 1002-027**

6.      I usually arrive to the Industrial Automotive Plant at 5:30 am.  Once I arrive I go to my uniform locker, remove uniform from locker, go to my personal locker, change out of my street clothes into my work uniform, put on boots, go to lunchroom, read a book, drink coffee, go to scan in, go to my personal locker, place personal items into personal locker, go back to lunchroom, wait, talk with colleagues, go to my workstation.

7.      It usually takes me two minutes to change into my uniform, boots and safety glasses.  It usually takes two minutes to walk from the locker room to my workstation.  I put on all my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:27 pm.  I am allowed to leave the floor at 2:32 pm.

9.      Once I leave the floor, I perform the following activities: go to my personal locker, remove uniform, go to shower, take shower, go to personal locker, change into street clothes, go out, stand in line wait to punch out, punch out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25^(th) day of March , 2019 in Lyon Station, Pennsylvania.


RONALD A BAKER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,    )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR, )
            )
     Plaintiff,    )  Case No. 5:18-cv-01194-GEKP
v.             )
            )
EAST PENN MANUFACTURING  )
COMPANY,        )
            )
     Defendant.   )
            )

**DECLARATION OF LASZOL BALAZS**

1. My name is Laszol Balazs. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2011. My current position is COS Take Off at the Industrial Automotive Plant. I have worked in this position since June of 2011.

3. As a COS Take Off, I am responsible for I inspecting batteries for quality, stamping the battery and putting them into a short checker to determine if there are any defects. If defects are present I try to repair them. Once the batteries pass quality control they get put on a skid, wrapped and sent to assembly.

4. I work the third shift. I work Monday through Friday. I am paid $19.80 per hour, plus plant bonus and piece rate. I receive time and a half pay for all hours worked over forty hours in a workweek.

5. As a COS Take Off, I wear the following personal protective equipment: a Uniform, Steel-Toe Boots, Safety Glasses, Gloves, Ear Plugs, Face Shield as needed, Respirator

Ex. 1002-028

as needed, and a Hard Hat as needed. I put on my Uniform, Steel-Toe Boots, and Safety Glasses in the locker room. I put on my Gloves, Ear Plugs, Face Shield as needed, Respirator as needed, and a Hard Hat as needed at my work station.

6.      I usually arrive to the Industrial Automotive Plant at 10:00p.m.  Once I arrive I go to the uniform locker and pick up my uniform. I then go to my locker in the locker room and put on my Uniform, Steel-Toe Boots and Safety Glasses. Once dressed, I punch in and go to the COS Floor.

7.      It usually takes me five minutes to change into my Uniform, Steel-Toe Boots and Safety Glasses and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:20a.m.  I am allowed to leave the floor at 6:20a.m.

9.      Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin. Then I take my shower and towel off. I then return to my locker and put on my street clothes. I then leave the locker room and then I punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___9___ day of ___4_____, 2019 in Lyon Station, Pennsylvania.

_____

Laszol Balazs

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,      )
SECRETARY OF LABOR, UNITED    )
STATES DEPARTMENT OF LABOR,  )
                                )
          Plaintiff,      )   Case No. 5:18-cv-01194-GEKP
·v.                         )
                                )
EAST PENN MANUFACTURING    )
COMPANY,                     )
                                )
          Defendant.    )
                                )

### DECLARATION OF BRUCE BALLIET

    1.     My name is Bruce Balliet. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

    2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April of 1999. My current position is Set Up at the Injection Molding 2 (IM2) Plant. I have worked at this position since March of 2000.

    3.     As Set Up, I am responsible for changing out molds and trouble shooting.

    4.     I work the first shift. I work Monday through Friday, with mandatory overtime every third weekend. I am paid approximately $23.45 for regular time, and I receive time and a half pay for all hours worked over forty hours in a workweek.

    5.     As a Set Up, I wear the following personal protective equipment (PPE): Safety Glasses, Ear Plugs, gloves (as needed) and Steel-Toe Boots. I put on my uniform at my locker and my other personal protective equipment at my work station. The uniform is not mandatory, but I choose to wear one.

Ex. 1002-029

6.      I usually arrive to the IM2 Plant at 6:15 AM.  Once I arrive, I clock in and I am on the floor at my work station.

7.      It usually takes me 5 minutes to put on my PPE and walk to my workstation.

8.      I usually stop work at my work station at 2:30 PM.

9.      Once I leave the floor, I perform the following activities: Change into street clothes and then clock out.  The ten minutes provided to me at the end of my shift to go to the locker room and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____3_____ day of ____26_____, 2019 in Lyon Station, Pennsylvania.


_____
BRUCE BALLIET

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,               )
SECRETARY OF LABOR, UNITED         )
STATES DEPARTMENT OF LABOR,        )
                                   )
            Plaintiff,             )     Case No. 5:18-cv-01194-GEKP
                                   )
v.                                 )
                                   )
EAST PENN MANUFACTURING            )
COMPANY,                           )
                                   )
            Defendant.             )
                                   )

**DECLARATION OF JOSEPHYNE BARBOSA**

1.      My name is Josephyne Barbosa. I have personal knowledge of the facts set forth
in this declaration, and I could and would testify competently to them under oath if called as a
witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have
worked at the Company since April of 2018. My current position is Finishing Floater at the
Industrial Plant. I have worked in this position since April of 2018.

3.      As a Finishing Floater, I am responsible for knowing all jobs in the Finishing
Department.

4.      I work the third shift. I work Monday through Friday. I am paid $19.30 per hour
plus department bonus and I receive time and a half pay for all hours worked over forty in a
workweek.

5.      As a Finishing Floater, I wear the following personal protective equipment: a
Uniform, Steel-Toe Boots, Safety Glasses, Gloves as needed, Ear Plugs as needed, Face Shield
as needed and Hard Hat as needed. I put on my Uniform, Steel-Toe Boots, and Safety Glasses in

Ex. 1002-030

the locker room. I put on my Gloves as needed, Ear Plugs as needed, Face Shield as needed and Hard Hat as needed at my work station.

6.     I usually arrive to the Industrial Plant at 10:15p.m.  Once I arrive I get my uniform, I get dressed, I put on my Steel-Toe Boots and Safety Glasses, and then I punch in. I then wait in the locker room until it is time to walk to my department.

7.     It usually takes me six to change into my Uniform, Steel-Toe Boots, and Safety Glasses and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 6:32a.m.  I am allowed to leave the floor at 6:33a.m.

9.     Once I leave the floor, I perform the following activities: I go to the locker room. I remove my boots and put them in my locker. I take off my used uniform and put it in the laundry bin. I then shower, towel off and put on my street clothes. I return to my locker to store my shower items and then I punch out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __11th__ day of __April__, 2019 in Lyon Station, Pennsylvania.

Josephyne Barbosa

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
            Plaintiff,              )   Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
            Defendant.              )
                                    )

### DECLARATION OF EDWIN BARET

1. My name is Edwin Baret. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July 2013. My current position is Material Handler at the S1 Plant. I have worked in this position since February 2019. Prior to that I did DryCharge from February 2017 to February 2019 and prior to that I did Forming from July 2013 to February 2017.

3. As a Material Handler I use a stack truck and am responsible for transporting raw materials and finished plates between departments.

4. I work the first shift. I work Monday through Friday. I am paid $19/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5. As a Material Handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves, Earplugs, Hard Hat and a respirator

**Ex. 1002-031**

occasionally. I put on my uniform, safety glasses and safety shoes in the locker room. I put other equipment as needed out on the plant floor at my work station.

6.     I usually arrive to the S1 Plant at 6:35am. Once I arrive I punch in, go to the locker, get my uniform and change and head to my work station.

7.     It usually takes me 5 minutes to change into my uniform and 3 minutes to walk to my work station.

8.     There is a five minute grace period to arrive at my workstation after my shift starts. I sometimes use this grace period to report to my work station.

9.     I usually stop work at my work station at 2:35 pm.   I am allowed to leave the floor at 2:35pm to go shower.

10.    Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform and shower, put my street clothes on, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March 2019 in Lyon Station, Pennsylvania.

Edwin Baret

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING<br>COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

**DECLARATION OF NICHOLAS BARI**

1.      My name is Nicholas Bari.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2008.  My current position is Reaction Pot Operator B at the Oxide 1 Plant.  I have worked in this position since January of 2016.  I previously worked as a Cleanup at the OX1 Plant.  I worked in this position from July of 2012 through January of 2016.

3.      As a Reaction Pot Operator B, I am responsible for loading and melting lead and producing oxide.

4.      I work the first shift.  I work Monday through Friday.  I am paid $19.10 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Reaction Pot Operator B, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; Respirator; and Hard Hat.  I put on my Uniform and Steel-Toe Boots in the locker room.  I put

**Ex. 1002-032**

on my remaining personal protective equipment while walking from the locker room to my work station or at my work station.

6.      I usually arrive to the OX1 Plant at 7:30 a.m.  Once I arrive I put my lunch bag and drink in the lunch room refrigerator, go to the uniform locker, get my uniform, go to the clean-side locker and put on my uniform, go to the dirty-side locker and put on my steel-toe boots, punch in, go to the lunch room and relax and get my bearings, go to the office and gather my work information, then go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.   I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 3:50 p.m.  I am allowed to leave the floor at 3:55 p.m.

9.      Once I leave the floor, I perform the following activities: I punch out, go to the dirty-side locker, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, go to the clean-side locker, dress in my street clothes, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April, 2019 in Lyon Station, Pennsylvania.

NICHOLAS BARI

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
              Plaintiff,          )   Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
              Defendant.          )
                                    )

## DECLARATION OF JEAN BARREAU, SR.

1.     My name is Jean Barreau, Sr.. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June 1999. My current position is enveloper series 2 at the A4 Plant. I have worked in this position since 2010.

3.     As an enveloper series 2, I am responsible for making the groups that go inside the casings that make the battery.

4.     I work the third shift. I work Monday through Friday. I am paid at least $20/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As an enveloper series 2, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Apron as needed; Face Shield as needed; Respirator as needed; and Hard Hat as needed. I put on my Uniform, Safety Glasses, and

Ex. 1002-033

Boots in the locker room.  I put on my Gloves; Ear Plugs; Apron as needed; Face Shield as needed; Respirator as needed; and Hard Hat as needed at my work station.

6.      I usually arrive to the A4 Plant at 10:20 p.m.  Once I arrive I clock in, get my uniform, get dressed, and then go out to the floor.

7.      It usually takes me 5 to 6 minutes to change into my uniform and boots and about 1 minute walk to my workstation.  I can put on my other PPE while at my workstation at the start of my worktime or as needed for specific tasks.

8.      I usually stop work at my work station at 6:10 a.m. and perform clean-up.  I am allowed to leave the floor at 6:20 a.m.

9.      Once I leave the floor, I perform the following activities: walk to the changing lockers, take of my uniform, grab a towel, shower, put on my street attire, and punch out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this *28* day of *MARCH*, 2019 in Lyon Station, Pennsylvania.

Jean Barreau, Sr.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
                 Plaintiff,             )      Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
                 Defendant.             )
                                        )

**DECLARATION OF GEORGE BARTHOLD**

1.     My name is George Barthold.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2005.  My current position is Grid Cast Operator at the A3 Plant.  I have worked in this position since June of 2018.  I previously worked as a Compupress Operator at the A3 Plant.  I worked in this position from November of 2014 through June of 2018. I previously worked as a Grid Cast Operator at the A2 Plant.  I worked in this position from January of 2008 through November of 2014.

3.     As a Grid Cast Operator, I am responsible for corking molds and making sure products meet specifications.

4.     I work the first shift.  I work Monday through Friday.  I am paid approximately $19 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-034

5. As a Grid Cast Operator I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield, depending on the job; and Respirator. I put on my Uniform and Steel-Toe Boots in the locker room. I put on my remaining personal protective equipment at my work station.

6. I usually arrive to the A3 Plant at 6:20 a.m. Once I arrive I go to the uniform locker and get my uniform, go to my personal locker and change into my uniform and steel-toe boots. I then grab a respirator and take my lunch to the lunch room. I then relax until it is time to punch in. I then punch in and walk to my work station, getting my ear plugs and gloves on the way.

7. It usually takes me eight minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while at my workstation at the start of my worktime.

8. There is a five minute grace period after my shift starts to report to my workstation. I occasionally use this grace period to report to my workstation .

9. I usually stop work at my work station at 2:48 p.m. and I am allowed to leave the floor at that time.

10. Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, place my uniform in the laundry bin, go to my personal locker, undress, shower, change into my street clothes, punch out, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March, 2019 in Lyon Station, Pennsylvania.


_George Barthold_
GEORGE BARTHOLD

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,            )
SECRETARY OF LABOR, UNITED      )
STATES DEPARTMENT OF LABOR,     )
                                )
              Plaintiff,         )      Case No. 5:18-cv-01194-GEKP
v.                              )
                                )
EAST PENN MANUFACTURING         )
COMPANY,                        )
                                )
              Defendant.         )
                                )

**DECLARATION OF MAX BATISTA**

1.      My name is Max Batista.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2011.  My current position is Pasting Takeoff at the A3 Plant.  I have worked in this position since March of 2018.  I previously worked as a Pasting Takeoff Operator at the A3 Plant.  I worked in this position from May of 2014 through March of 2018.

3.      As a Pasting Takeoff, I am responsible for scraping and brushing plates and placing them on the rack.

4.      I work the first shift.  I work Monday through Friday.  I am paid $19.40 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Pasting Takeoff, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Respirator.  I put on my

**Ex. 1002-035**

Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my Gloves, Ear Plugs, and Respirator at my work station.

6.      I usually arrive to the A3 Plant between 6:25 a.m. and 6:30 a.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, punch in, and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station between 3:00 p.m. and 3:03 p.m., depending on when the second shift relief arrives, and I am allowed to leave the floor at that time.

9.      Once I leave the floor, I perform the following activities: I go to the bathroom and wash my hands and use the facilities if necessary, go to the locker room and remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of March, 2019 in Lyon Station, Pennsylvania.

_____
MAX BATISTA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,
SECRETARY OF LABOR, UNITED
STATES DEPARTMENT OF LABOR,

     Plaintiff,

v.

EAST PENN MANUFACTURING
COMPANY,

     Defendant.

Case No. 5:18-cv-01194-GEKP

## DECLARATION OF MARK A. BAUER

  1. My name is Mark A. Bauer.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

  2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 2013.  My current position is Material Handler at the A-4 Plant.  I have worked in this position since January of 2017.  I previously worked as a Parts Castor at Smelter Annex.  I worked in that position from approximately September of 2015 through January of 2017.  Prior to that, I was a Yard Jockey working out of the IM-2 Plant from January of 2013 through September of 2015.

  3. As a Material Handler, I am responsible for moving pallets from the end of the line, wrapping them, labeling them and putting them into trailers.

  4. I work the third shift.  I work Monday through Friday and Saturday as needed.  I am paid approximately $19.00/hr. plus a variable production bonus and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-036

5.      As a Material Handler, I wear the following personal protective equipment (PPE): Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs (as needed); Hard Hat (as needed). I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room.  I put on my Gloves, Ear Plugs and Hard Hat at my work station.

6.      I usually arrive to the A-4 Plant at 9:50 pm.  Once I arrive, drop my lunchbox off in the lunchroom, get my uniform, put my uniform and boots on and wait to clock in.

7.      It usually takes me 8 minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation

9.      I usually stop work at my work station at 6:00 am I am allowed to leave the floor at 6:05 am.

10.     Once I leave the floor, I perform the following activities: undress, shower, put on my street clothes, put uniform in laundry and clock out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this <u>27</u> day of <u>March</u>, 2019 in Lyon Station, Pennsylvania.


<u>Mark A. Bauer</u>
MARK A. BAUER

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,           )
SECRETARY OF LABOR, UNITED     )
STATES DEPARTMENT OF LABOR,    )
                               )
             Plaintiff,        )     Case No. 5:18-cv-01194-GEKP
                               )
v.                             )
                               )
EAST PENN MANUFACTURING        )
COMPANY,                       )
                               )
             Defendant.        )
                               )

### DECLARATION OF FRANK BEAHN

1.     My name is Frank Beahn.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February of 2008.  My current position is Reaction Pot Operator A at the Oxide 1 Plant.  I have worked in this position since November of 2018.  I previously worked as a Reaction Pot Operator B at the OX1 Plant.  I worked in this position from October of 2017 through November of 2018. I previously worked as a Reaction Pot Operator B at the OX1 Plant.  I worked in this position from December of 2013 through October of 2017.

3.     As a Reaction Pot Operator A, I am responsible for loading and melting lead and assisting others.

4.     I work the first shift.  I work Monday through Friday.  I am paid $19.35 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Reaction Pot Operator A, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield;

Ex. 1002-037

Respirator; and Hard Hat.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment at my work station.

6.      I usually arrive to the OX1 Plant between 7:15 a.m. and 7:30 a.m.  Once I arrive I put my lunch box in the lunch room, go to the uniform locker, get my uniform, go to the clean-side locker, change into my uniform, go to the dirty-side locker, put on my steel-toe boots, go to the lunch room and wait until it is time to punch in, then punch in and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 3:55 p.m. and I am allowed to leave the floor at that time.

9.      Once I leave the floor, I perform the following activities: I punch out, go to the dirty-side locker, remove my uniform and steel-toe boots, put my uniform in the laundry bin, get my toiletries, shower, go to the clean-side locker, change into my street clothes, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April, 2019 in Lyon Station, Pennsylvania.

FRANK BEAHN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF STEVEN BECKER

1.       My name is Steven Becker.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.       I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2008.  My current position is Paste Leader at the A4 Plant. I have worked in this position since September of 2015.

3.       As a Paste Leader, I am responsible for making sure production lines are running properly and that the product is being manufactured is to specification.

4.       I work the third shift.  I work Monday through Friday.  I am paid $25.00 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.       As a Paste Leader, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs and a Respirator as needed, Face Shield as needed and Hard Hat as needed. I put on my Uniform, Safety Glasses, and Steel-Toe

Ex. 1002-038

Boots in the locker room. I put on my Gloves, Ear Plugs and Respirator as needed, Face Shield as needed and Hard Hat as needed at my work station.

6.      I usually arrive to the A4 Plant at 9:15p.m.  Once I arrive, I punch in I go put my lunchbox on the shelf. I then go my uniform locker and remove my uniform and gear and go to my personal locker to get dressed. Then I go to the floor to my workstation to start the day.

7.       It usually takes me about five minutes to change into my uniform and boots and glasses and to walk to my work station. I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my work station.

9.      I usually stop work at my work station at 5:45a.m.  I am allowed to leave the floor at 5:55a.m.

10.    Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin, I take my shower and then I towel off. I then return to my locker and put on my street clothes. I then leave the locker room and then punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and suffer no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this  28  day of  March , 2019 in Lyon Station, Pennsylvania.

Steven Becker

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
            Plaintiff,                  )        Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
            Defendant.                  )
                                        )

**DECLARATION OF DANIEL BEHM**

1.      My name is Daniel Behm. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since 2009. My current position is finish leader at the A4 Plant. I have worked in this position since January 2013.

3.      As a finish leader, I am responsible for scheduling batteries on the line to be run arising from orders sent from Topton, scheduling people on the lines, answering any questions of the workers, and making sure the machines are running. .

4.      I work the third shift. I work Monday through Friday. I am paid $25.05/hr. plus shift differential and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a finish leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield as needed; Hard Hat as needed. I put on my Uniform and Boots in the locker room. I put on my Safety Glasses, Gloves, Ear Plus, Face Shield (as needed) and Hard Hat (as needed) on the work floor.

Ex. 1002-039

6.     I usually arrive to the A4 Plant at 9:00 p.m.  Once I arrive I punch in, get my uniform from my locker, and go change, take my lunch box to the lunch room, then go to the work floor.

7.     It usually takes me 8 minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while on the work floor.

8.     There is a five minute grace period after my shift starts to report to my workstation.

9.     I usually stop work at my work station at 6:00 a.m.  I am allowed to leave the floor at 6:00 a.m.

10.    Once I leave the floor, I perform the following activities: go to the locker room, undress, shower, get dressed and wait in line to punch out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _29_ day of _MARCH_____, 2019 in Lyon Station, Pennsylvania.

_____

Daniel Behm

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
                 Plaintiff,         )     Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
                 Defendant.         )
                                    )

## DECLARATION OF WAYNE R. BEITLER

1.      My name is Wayne R. Beitler.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 1991.  My current position is Maintenance Planner at the Central Services Plant.  I have worked in this position since January of 2001.

3.      As a Maintenance Planner, I am responsible for planning and procuring materials for maintenance.

4.      I work the First shift. I work Monday through Friday.  I am paid approximately $ 30 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Maintenance Planner, I wear the following personal protective equipment: Uniform (when required); Safety Glasses; Steel-Toe Boots; Gloves (when required); Hard Hat (when required).   I put on my boots, safety glasses, gloves (when required) and hard hat (when

Ex. 1002-040

required) at my work station.  In my case, when it is required for me to put on my uniform I put on my uniform in the locker room.

6.      I usually arrive to the Central Services Plant at 6:40 am.  I usually arrive to the Central Services Plant at 6:40 am.  Once I arrive I punch in, gather my PPE, and go to my workstation.

7.      It usually takes me three minutes to change into my uniform, boots and safety glasses.  It usually takes one minute to walk from the locker room to my workstation. I can put on my other PPE at my workstation at the start of my worktime.  When I am required to put on a uniform I am able to put it on in the locker room.

8.      There is a five minute grace period after my shift starts to report to my work station.

9.      I usually stop work at my work station at 4:00 pm.  I am allowed to leave the floor at 4:00  pm.

10.     Once I leave the floor, I perform the following activities:  remove my safety glasses  and boots, put my street shoes on, put on my personal glasses, go to the time clock, punch out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities. I am not required to take a shower. When I wear a uniform I am required to take a shower.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___2___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

_____
WAYNE R. BEITLER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF TARA BELL**

1. My name is Tara Bell. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2000. My current position is an Industrial Plant Representative at the Industrial Plant. I have worked in this position since April of 2011. I previously worked as a Injection Molding Floater at the Injection Molding 2 Plant. I worked in this position from July of 2006 through April of 2011. I previously worked as a Transportation Secretary at the Topton Distribution Center. I worked in this position from September of 2005 through July of 2006. I was hired as a Data Entry Secretary in the Fred Keller Technical Center. I started on August of 2000 and was in this initial position until September of 2005.

3. As a an Industrial Plant Representative, I am responsible for the following jobs: operator of the positive plate machine; takeoff, which is the end job when the plates are finished and wrapped we skid them for the next department; material handler, I bring the plates to the operator, I then go to the takeoff end, remove the full skids and put them away, I also bring in all

Ex. 1002-041

other work material such as koroseal, glassmat, booting material, and making manifest for the outgoing skids; foreman, when he is out I run all foreman reports, schedule for the machines, do mail run, back up to the material handler.

4.      I work the first shift. I work  Monday through Friday.  I am paid $ 19.85 per hour, plus a bonus which ranges between $3 to $3.75 per hour, depending on how many batteries leave the Plant.  I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Industrial Plant Representative, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Hard Hat (when material handling). I put on my uniform, boots and safety glasses in the locker room.  I put on all my other PPE at my work station.

6.      I usually arrive to the Industrial Plant at 5:30 am.  Once I arrive I go to my uniform locker, get my uniform for the day, go into the locker room, grab my towel for the shower, go over to the bench and lay out my uniform and garments, go back out, punch in at the time clock, go back into the locker room, change into my uniform, take all my street clothes, showering essentials, place into my personal locker in the locker room, walk out to the floor and go to my work station.

7.      It usually takes me seven minutes to change into my uniform, boots and safety glasses and walk to my workstation. I can put on all my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 1:35 pm.  I am allowed to leave the floor at 1:48 pm.

9.      Once I leave the floor, I perform the following activities: go into my locker room, grab all of my showering essentials, street clothes, walk into the showering room, place my

personal items on the bench, turn shower on, walk over to the uniform bin, remove my work uniform, take my shower, when done with my shower, get into my street clothes, throw my towel in the towel bin, take my shower essentials back to my personal locker, put my shoes on, coat, grab my lunch box, go punch out.   The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _21st_ day of _March_ , 2019 in Lyon Station, Pennsylvania.

_____
TARA BELL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
            Plaintiff,                  )       Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
            Defendant.                  )
                                        )

## DECLARATION OF CHARLES BERGER

1.      My name is Charles Berger.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February 1995.  My current position is Forming Leader at the S1 Plant.  I have worked in this position since February 1997.

3.      As a Leader, I am responsible for assigning duties to employees and helping to train and work with employees, scrap monitoring, meeting daily production goals and doing quality checks.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid $24.95 /hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.      As a Leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Metatarsal Boots; Gloves; Ear Plugs; Apron sometimes; Face shield;

**Ex. 1002-042**

Respirator occasionally and a hard hat. I put on my uniform, safety glasses and safety shoes in the locker room. I put on my earplugs and gloves and other equipment as needed at my work station.

7.      I usually arrive to the S1 Plant at 5:35am. Once I arrive I put my lunchbox in lunchroom and punch in, grab my uniform, change and then go to the workplace.

8.      It usually takes me 5 minutes to change into my uniform and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

9.      I usually stop work at my work station at 1:55 pm. I am allowed to leave the floor at 2:05pm.

10.      Once I leave the floor, I perform the following activities: stop in the office to drop off paperwork, remove my uniform and shower, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March 2019 in Lyon Station, Pennsylvania.

Charles Berger

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
    Plaintiff,      )  Case No. 5:18-cv-01194-GEKP
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
    Defendant.      )
                                        )

## DECLARATION OF JANET BERGER

1. My name is Janet Berger. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 2002. My current position is a Valve Room Operator at the S1 Plant since September of 2014.

3. As a Valve Room Operator, I am responsible for making open and close valves for valve regulated batteries.

4. I work the second shift. I work Monday through Friday.

5. I am paid $24.00/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6. As a Valve Room Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; and Ear Plugs. I put on my uniform, safety glasses and safety shoes in the locker room. I put on my earplugs at my work station.

Ex. 1002-043

7.     I usually arrive to the S1 Plant at 1:30pm.  Once I arrive I get my uniform, change into my uniform, and sit and read in the cafeteria, then clock in, go back and read in the cafeteria, and then go to my work station.

8.     It usually takes me 5 minutes to change into my uniform and 3 minutes to walk to my workstation.

9.     I usually stop work at my work station at 10:18 pm.  I am allowed to leave the floor at 10:20 pm.

10.     Once I leave the floor, I perform the following activities: go down to the locker room, remove my uniform, change into my street clothes, punch out and go home.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March 2019 in Lyon Station, Pennsylvania.


_Janet Berger_
Janet Berger

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, ) | |
| SECRETARY OF LABOR, UNITED ) | |
| STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:18-cv-01194-GEKP |
| ) | |
| v. ) | |
| ) | |
| EAST PENN MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF ABRAHAM BERGES**

1.     My name is Abraham Berges. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2012. My current position is Quality Control at the A2 Plant. I have worked in this position since September of 2017. I previously worked as a Quality Control at the A4 Plant. I worked in this position from September of 2013 through September of 2017.

3.     As a Quality Control, I am responsible for performing quality audits.

4.     I work the first shift. I work Monday through Friday. I am paid $22.55 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Quality Control, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs. I put on my Uniform, Safety

**Ex. 1002-044**

Glasses, and Steel-Toe Boots in the locker room. I put on my Gloves and Ear Plugs while walking from the locker room to my work station or at my work station.

6. I usually arrive to the A2 Plant at 5:45 a.m. Once I arrive I punch in, go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, and go to my work station.

7. It usually takes me five minutes to change into my uniform and steel-to boots. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8. I usually stop work at my work station at 1:45 p.m. I am allowed to leave the floor at 1:50 p.m.

9. Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the locker room, shower, dress in my street clothes, punch out, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10. I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11. I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of April, 2019 in Lyon Station, Pennsylvania.

ABRAHAM BERGES

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF DAVID R. BIEBER

1.      My name is David R. Bieber.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 2010.  My current position is Pallet Repair at the Central Services Plant.  I have worked in this position since October of 2011.

3.      As a Pallet Repair, I am responsible for repairing pallets.

4.      I work the First shift. I work Monday through Friday.  I am paid approximately $ 20.50 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Pallet Repair, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Hard Hat (when driving a Tow Motor); Respirator (when required);   I put on my uniform, boots and safety glasses in the locker room.  I put on my ear plugs, gloves, hard hat (as describe above), respirator (when required) at my work station.

Ex. 1002-045

6.      I usually arrive to the Central Services Plant at 6:00 am.  Once I arrive I go to the lunch room, drop off my cooler, talk to my co-workers, go out to the time clock, wait in time clock line, punch in, walk to my uniform locker, get my uniform out, go back to my personal locker in the locker room, take off my street clothes, put on my work uniform, talk to my co-workers, walk to my workstation.

7.      It usually takes me three minutes to change into my uniform, boots and safety glasses. I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my work station.  I usually stop work at my work station at 2:15 pm.  I am allowed to leave the floor at 2:15 pm.

9.      Once I leave the floor, I perform the following activities:  go to the locker room, go to my personal locker, get undressed, go to the shower, take a shower, get a towel, dry off, put on my street clothes, take my dirty work uniform, place in dirty bins, go to the lunch room, get my cooler, go to the time clock, wait in the time clock line, punch out.   The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of April, 2019 in Lyon Station, Pennsylvania.

DAVID R. BIEBER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,        )
SECRETARY OF LABOR, UNITED    )
STATES DEPARTMENT OF LABOR,   )
                                 )
        Plaintiff,         )    Case No. 5:18-cv-01194-GEKP
                                 )
v.                              )
                               )
EAST PENN MANUFACTURING     )
COMPANY,                 )
                               )
        Defendant.       )
                               )

## DECLARATION OF RYAN BISHOP

1.    My name is Ryan Bishop. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2000. My current position is COS Operator at the following Plants: Industrial Automotive, A2 & A3. I have worked in this position within the Industrial Plant starting August of 2018, I worked in the A 2 Plant ((from January of 2005 through September of 2008) & (from November of 2009 through August of 2018)), and I worked in the A3 Plant from March of 2002 through April of 2002.

3.    As a COS Operator, I am responsible for making batteries.

4.    I work the first shift. I work Monday through Friday. I am paid $ 19.65 per hour. As a COS Operator, I receive time and a half pay for all hours worked over forty in a workweek.

5.    As a COS Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Metatarsal Boots; Gloves; Ear Plugs; Respirator (when required). I put

Ex. 1002-046

on my uniform, boots and safety glasses in the locker room.   I put on my gloves, ear plugs, and respirator (when required) at my work station.

6.      I usually arrive to the Industrial Automotive Plant at 6:00 am.   Once I arrive I get my uniform, go to the locker room, change into my uniform, put on my boots, use the bathroom, go into the lunch room, look at my phone, get in line to punch in, punch in.

7.      It usually takes me five minutes to change into my uniform, boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:10 pm.  I am allowed to leave the floor at 2:20 pm.

9.      Once I leave the floor, I perform the following activities: go to my locker, take my boots and uniform off, put them in their respective dirty bins, take a shower, dry off, get dressed, walk to time clock, wait in line, punch out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _21st_ day of _March_, 2019 in Lyon Station, Pennsylvania.

RYAN BISHOP

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                  )
SECRETARY OF LABOR, UNITED            )
STATES DEPARTMENT OF LABOR,           )
                                      )
          Plaintiff,            )   Case No. 5:18-cv-01194-GEKP
v.                                    )
                                      )
EAST PENN MANUFACTURING               )
COMPANY,                              )
                                      )
          Defendant.            )
                                      )

**DECLARATION OF MUSA BISWAS**

1.    My name is Musa Biswas. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December of 2018. My current position is Wet Finisher Acid Leveler and Capper at the A3 Plant. I have worked in this position since December 2018.

3.    As a Wet Finisher Acid Leveler and Capper, I am responsible for making sure the batteries get filled with the proper amount of battery acid. I then cap the cap the batteries.

4.    I work the third shift. I work Monday through Friday. I am paid $19.30 plus line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.    As a Wet Finisher Acid Leveler and Capper, I wear the following personal protective equipment: a Uniform, Steel-Toe Boots, Safety Glasses, Gloves, Ear Plugs and Face Shield. I put on my Uniform, Steel-Toe Boots and Safety Glasses in the locker room. I put on my Gloves, Ear Plugs and Face Shield at my work station.

Ex. 1002-047

6.      I usually arrive to the A3 Plant at 10:28p.m.  Once I arrive I get my uniform, I punch in, and then I get dressed. In getting dressed I put on my Uniform, Steel-Toe Boots and Safety Glasses. After I dress, I walk to my department.

7.      It usually takes me five minutes to change into my Uniform, Steel-Toe Boots and Safety Glasses and to walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 6:28a.m.  I am allowed to leave the floor at 6:30a.m.

10.     Once I leave the floor, I perform the following activities: I go to the locker room. I remove my boots and put them in my locker. I take off my used uniform and put it in the laundry bin. I then shower and towel off. I return to my locker and put on my street clothes, punch out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___2___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

Musa Biswas

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF JACOB BOEHM

1.     My name is Jacob Boehm. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October 2014.  My current position is an Industrial QA Leader in the S1 Plant.  I have worked as an Industrial QA Leader since November 2017. I previously worked as a QA since March of 2015. I previously worked as a Forming Room Operator since October 2014.

3.     As an Industrial QA Leader I am responsible for assisting quality engineering and production management in getting a quality product to our customers.

4.     I work the second shift.  I work Monday through Friday.

5.     I am paid $24.00/hr. and I receive time and a half pay for all hours worked over forty in a work week. I am paid punch to punch.

6.     As a QA Leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots. I put on my uniform and safety shoes in the locker room. I put my safety glasses on my way to my work station.

Ex. 1002-048

7.     I usually arrive to the S1 Plant at 1:30pm.  Once I arrive I grab my uniform, go to my personal locker in the locker room, change into my uniform, go stand at the punch clock, and clock in.

8.     It usually takes me 5 minutes to change into my uniform and 1 minute to walk to my workstation.

9.     I usually stop work at my work station at 10:35pm. I am allowed to leave the floor at 10:35pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March 2019 in Lyon Station, Pennsylvania.

_____
Jacob Boehm

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA, )
SECRETARY OF LABOR, UNITED )
STATES DEPARTMENT OF LABOR, )
)
      Plaintiff, )   Case No. 5:18-cv-01194-GEKP
)
v. )
)
EAST PENN MANUFACTURING )
COMPANY, )
)
      Defendant. )
)

### DECLARATION OF BRIAN C. BOGERT, SR.

1. My name is Brian C. Bogert, Sr. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2004. My current position is Reactor Operator at the Oxide 2 Plant. I have worked in this position since approximately 2008.

3. As a Reactor Operator, I am responsible for loading melting pots to make lead oxide and fine-tune, breakdown, and repair the machines.

4. I work the first shift. I work Monday through Friday. I am paid approximately $24-26 / hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5. As a Reactor Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; Respirator; Hard Hat. I put on my Uniform, Steel-Toe Boots, and Respirator in the locker room. I put on my Ear Plugs, Safety Glasses, Gloves, Face Shield, and Hart Hat at my work station.

Ex. 1002-049

6.     I usually arrive to the Oxide 2 Plant at 7:30 a.m. Once I arrive I go to the lunch room and put my lunch in the refrigerator. I then smoke and talk to co-workers until 7:45 a.m. I then go to the uniform locker and get my uniform and respirator. I proceed to the clean locker, change into my uniform. I then go to the dirty locker, clock in, put on my boots and belt and get my keys for the floor locker. I then proceed to my work station where I retrieve my remaining personal protective equipment.

7.     It usually takes me five minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation. I frequently use this grace period to report to my workstation.

9.     I usually stop work at my work station at 3:55 p.m, at which time I am allowed to leave the floor.

10.    Once I leave the floor, I perform the following activities: clock out at 3:55p.m. (which is automatically adjusted to 4:15), put my time card on my lunch box, go back to the dirty locker and remove my uniform, boots and other personal protective equipment. I then shower, get dressed in my street clothes, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March, 2019 in Lyon Station, Pennsylvania.

Brian C. Bogert Sr.
BRIAN C. BOGERT, SR.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF REED BOGOSH

1.     My name is Reed Bogosh.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2013.  My current position is Grid Caster in the IND Building.  I have worked in this position since the inception of my employment.

3.     As a Grid Caster, I am responsible for operating machinery that begins the process of battery manufacturing by creating lead grids from molten lead poured into cork-lined molds.

4.     I work the third shift, Monday through Friday.  I am paid a base rate of $20.25/hr., exclusive of shift differential and production incentives.  As a Grid Caster, I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Grid Caster, I wear the following personal protective equipment: Uniform; Safety Glasses; Respirator; Gloves; Ear Plugs; Face Shield; and Steel-Toe Boots. I put on my

Ex. 1002-050

Uniform, Safety Glasses and Steel-Toe Boots in the locker room.  I put on my other PPE, as necessary, on the work floor.

6.      I usually arrive at the IND Building at 10:35 PM.  Once I arrive, I clock in immediately and then I change my clothes.  After changing, I proceed immediately to my work station.

7.      It usually takes me 5-7 minutes to change into my Uniform, Boots and Glasses.

8.      I usually work until 6:45 AM because my department works a 15-minute overlap period every day (a) to ensure continuous operation of the casting process and (b) facilitate better communication between shifts regarding production issues.  I also spend 5 minutes to communicate with oncoming shift members about production issues on my shift.  I am permitted to leave the work floor at 6:50 AM.

9.       Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, change into my street clothes and clock out.  The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April, 2019 in Lyon Station, Pennsylvania.

**REED BOGOSH**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, | ) |
| SECRETARY OF LABOR, UNITED | ) |
| STATES DEPARTMENT OF LABOR, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| | ) |
| v. | ) |
| | ) |
| EAST PENN MANUFACTURING | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF APRIL BOSSLER**

1. My name is April Bossler. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May 2006. My current position is Finisher at the S1 Plant. I have worked in this position since July 2016. I previously worked in A4 as a Material Handler since October 2010.

3. As a Finisher, I am responsible for hi-rating batteries and putting them on pallets.

4. I work the first shift. I work Monday through Friday.

5. I am paid $22/hr. with bonus and I receive time and a half pay for all hours worked over forty in a workweek.

6. As a Finisher, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Earplugs. I put on my uniform and safety shoes in the locker room. I put my safety glasses as I am walking to my workstation. I put on my gloves and earplugs at my work station.

**Ex. 1002-051**

7.     I usually arrive to the S1 Plant at 6:31am.  Once I arrive I usually punch in, grab my uniform and go get changed then head to the floor.

8.     It usually takes me 4 minutes to change into my uniform and 2 minutes to walk to my workstation.  I can put on my glasses while walking to my workstation or at my workstation at the start of my worktime.

9.     I usually stop work at my work station at 2:25pm.  I am allowed to leave the floor at 2:35pm.

10.     Once I leave the floor, I perform the following activities: go down to the locker room, remove my uniform and shower, change into my street clothes, wait to punch out and go home.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of March 2019 in Lyon Station, Pennsylvania.

_____
April Bossler

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, ) | |
| SECRETARY OF LABOR, UNITED ) | |
| STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:18-cv-01194-GEKP |
| ) | |
| v. ) | |
| ) | |
| EAST PENN MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF JASON BOWER**

1.      My name is Jason Bower. I have personal knowledge of the facts set forth in this
declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have
worked at the Company since August 1991. My current position is finish line leader at the A3
Plant. I have worked in this position since February 2016. I previously worked as a foreman at
the A3 Plant. I worked in this position from February 2014 through February 2016.

3.      As a finish line leader, I am responsible for getting the lines up and running,
keeping the lines running, and helping workers with any needs they may have during the shift.

4.      I work the first shift. I work Monday through Friday. I am paid $25/hr. and I
receive time and a half pay for all hours worked over forty in a workweek.

5.      As a finish line leader, I wear the following personal protective equipment:
Uniform; Safety Glasses; Steel-Toe Boots; Gloves (as needed); Ear Plugs; Face Shield (as
needed); and Hard Hat (as needed). I put on my Uniform, Boots, and Safety Glasses in the locker

Ex. 1002-052

room. I put on my Gloves (as needed); Ear Plugs; Face Shield (as needed); and Hard Hat (as needed) at my work station.

6.     I usually arrive to the A3 Plant at 6:20 a.m. Once I arrive I clock in, get my uniform, go to my locker to get changed, then go to the work floor.

7.     It usually takes me 5 minutes to change into my uniform 2 minutes to and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 3:00 p.m. I usually leave the floor at 3:00 p.m.

9.     Once I leave the floor, I perform the following activities: I go to the locker room, wash my hands, use the restroom, undress, shower, change into my personal clothes, clock out, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __10__ day of __April__, 2019 in Lyon Station, Pennsylvania.

_____
Jason Bower

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF BRADY BOWLIN**

1.      My name is Brady Bowlin.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November 2014.  My current position is dry charge operator at the S1 Plant.  I have worked in this position since November 2014.

3.      As a dry charge operator, I am responsible for cleaning off production plates by washing and drying them.

4.      I work the third shift.  I work Monday through Friday.  I am paid at least $19/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a dry charge operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Respirator; and Hard Hat as needed. I put on my Uniform and Safety Glasses in the locker room.  I put on my Boots while

Ex. 1002-053

walking from the locker room to my work station.  I put on my Gloves; Ear Plugs; Respirator; and Hard Hat at my work station.

6.     I usually arrive to the S1 Plant at 10:00 p.m.  Once I arrive I clock in, get my uniform, change into my uniform, get my boots on the way out of the locker room, and go to my work station.

7.     It usually takes me 2 minutes to change into my uniform and 2 minutes to and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation.

9.     I usually stop work at my work station at 5:45 a.m. and perform clean-up.  I am allowed to leave the floor at 6:05 a.m.

10.     Once I leave the floor, I perform the following activities: take my boots off and place them on the boot rack, go to my locker and change out of my uniform, go to the shower, change in to my personal clothing, clock out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___2___ day of ___April___, 2019 in Lyon Station, Pennsylvania.


_____
Brady Bowlin

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>EAST PENN MANUFACTURING<br>COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:18-cv-01194-GEKP |

## DECLARATION OF BARRY L. BOYER

1. My name is Barry L. Boyer. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 1989. My current position is Construction Crew at the Central Services Plant. I have worked in this position since October of 2016. I previously worked as a Battery Repair at the Industrial Plant. I worked in this position from July of 2012 through October of 2016.

3. As a Construction Crew, I am responsible for dry walling, concreting, pouring E5000, digging old concrete and bricks, and driving a dump truck.

4. I work the weekend first shift. I work Friday through Monday. I am paid $ 24.20/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5. As a Construction Crew, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Apron (when required); Face

Ex. 1002-054

Shield (when required); Respirator; Hard Hat (when driving tow motor). I put on my uniform and boots in the locker room. I put on my safety glasses while walking from the locker room to my work station. I put on my Gloves; Ear Plugs; Apron (when required); Face Shield (when required); Respirator; Hard Hat (when driving tow motor) at my work station.

6.      I usually arrive to the Central Services Plant at 5:47 am. Once I arrive I punch in, go to my uniform locker, go to my personal locker, change into my uniform and boots, go to my workstation.

7.      It usually takes me four minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 3:25 pm. I am allowed to leave the floor at 3:50 pm.

9.      Once I leave the floor, I perform the following activities: go to my locker, get undressed, get a shower, change into my street clothes, punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____5____ day of ___April___, 2019 in Lyon Station, Pennsylvania.

_____
BARRY L. BOYER

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF JEREMY D. BOYER

1.      My name is Jeremy D. Boyer.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2010.  My current position is Welder Operator at the A-3 Plant.  I have worked in this position since October of 2010.

3.      As a Welder Operator, I am responsible for inspecting batteries before and after welding to ensure they are within required quality standards.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.85/hr. plus a variable production bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Welder Operator, I wear the following personal protective equipment (PPE): Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs. I put on my Uniform, Safety

Ex. 1002-055

Glasses and Steel-Toe Boots in the locker room. I put on my Gloves and Ear Plugs at my work station.

6.    I usually arrive to the A-3 Plant at 10:10 pm. Once I arrive, I grab my uniform, put on my uniform and boots, clock in and proceed to my work station.

7.    It usually takes me 8 minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.    I usually stop work at my work station at 6:16 am. I am allowed to leave the floor at 6:18 am

9.    Once I leave the floor, I perform the following activities: walk to the locker room, undress, shower, put on my street clothes and then clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___2___ day of ___April___, 2019 in Lyon Station, Pennsylvania.


_____
JEREMY D. BOYER

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
      Plaintiff,             )    Case No. 5:18-cv-01194-GEKP
  v.                                    )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
     Defendant.             )
                                        )

## DECLARATION OF JONATHAN BOYER

1.    My name is Jonathan Boyer.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December 1999.  My current position is leader in the COS and enveloping department at the A1 Plant.  I have worked in this position since 2012.

3.    As leader in the COS and enveloping department, I am responsible for placing people on their assigned machines, keeping machines up and running, communicating issues to maintenance, and ensuring individuals are doing the right tasks at the right times, and problem solving.

4.    I work the first shift.  I work Monday through Friday.  I am paid at least $25/hr. and I receive time and a half pay for all hours worked over forty in a workweek. I am paid for my time punch in to punch out.

Ex. 1002-056

5.      As leader in the COS and enveloping department, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Face Shield when necessary; Respirator when necessary; Hard Hat when necessary. I put on my Uniform, Boots, and Safety Glasses in the locker room. I put on my Gloves; Ear Plugs; and Face Shield at my work station.

6.      I usually arrive to the A1 Plant at 6:20 a.m. Once I arrive I swipe in, grab my uniform, change, and go onto the work floor.

7.      It usually takes me 7 minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation. I usually use this grace period to immediately report to my workstation.

9.      As leader, I usually stop work at my work station at 2:45 p.m. and the leave the floor at 2:45 p.m.

10.     Once I leave the floor, I perform the following activities: change out of uniform, shower, dress in street clothes, and clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _22_ day of _March_, 2019 in Lyon Station, Pennsylvania.

Jonathan Boyer

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

### DECLARATION OF TODD BOYER

1.     My name is Todd Boyer.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May of 2014.  My current position is Tool Maker at the Central Services Plants.  I have worked in this position since May of 2014.

3.     As a Tool Maker, I am responsible for manufacturing machine tools including dies, molding components, fixtures and gages.

4.     I work the First shift. I work Monday through Friday.  I am paid $ 30.95 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Tool Maker, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Face Shield (as needed); Gloves (occasionally); Ear Plugs (occasionally); Heat Gloves (when heat treating only); ear muffs (when necessary).   I put on my uniform, boots and safety glasses in the locker room.   I put on my Face Shield (as needed);

Ex. 1002-057

Gloves (occasionally); Ear Plugs (occasionally); Heat Gloves (when heat treating only); ear muffs (when necessary) at my work station.

6.      I usually arrive to the Central Services Plant at 4:42 am.  Once I arrive I clock in, go to my clothing locker, take out my clothing, go to lunchroom, drop off lunch box, get coffee, go to my personal locker, get changed, go to my workstation.

7.      It usually takes me five minutes to change into my uniform, boots and safety glasses. It usually takes two minutes to walk from the locker room to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:35 pm.  I am allowed to leave the floor at 2:35 pm.

9.      Once I leave the floor, I perform the following activities: go to the locker room, go to the bathroom, go to my personal locker, get changed, get my lunch box, go to clock out, clock out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.  I am not required to take a shower.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _28th_ day of _March_, 2019 in Lyon Station, Pennsylvania.

_____
TODD BOYER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                     )
SECRETARY OF LABOR, UNITED               )
STATES DEPARTMENT OF LABOR,              )
                                         )
         Plaintiff,                   )   Case No. 5:18-cv-01194-GEKP
v.                                       )
                                         )
EAST PENN MANUFACTURING                  )
COMPANY,                                 )
                                         )
         Defendant.                   )
                                         )

**DECLARATION OF TROY BOYER**

1.     My name is Troy Boyer.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2008.  My current position is a Maintenance Mechanic at the S1 Plant.  I have worked in this position since June of 2008.

3.     As a Mechanic, I am responsible for the Gridcast department, maintaining the machinery, fixing any problems.

4.     I am on first shift.  I work Monday through Friday. I am paid $27.90/hr. I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Mechanic, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Ear Plugs; Gloves; Apron; Face Shield; and occasionally a Respirator.  I put on my uniform, safety shoes and safety glasses in the locker room.  I put my gloves, ear plugs, apron, face shield and respirator on at my work station.

Ex. 1002-058

6.      I usually arrive to the S1 Plant at 6:00am.  Once I arrive I get my uniform and change, have coffee in the lunchroom, punch in, and go onto the floor.

7.      It usually takes me 5 minutes to change into my uniform and 1 minute to walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:20pm.  I am allowed to leave the floor at 2:20pm.

9.      Once I leave the floor, I perform the following activities:  go to the locker room, remove my uniform and shower, punch out and go home.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is enough for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March 2019 in Lyon Station, Pennsylvania.


Troy Boyer

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,           )
SECRETARY OF LABOR, UNITED     )
STATES DEPARTMENT OF LABOR,    )
                               )
        Plaintiff,         )   Case No. 5:18-cv-01194-GEKP
v.                             )
                               )
EAST PENN MANUFACTURING        )
COMPANY,                       )
                               )
        Defendant.         )
                               )

## DECLARATION OF RYAN BOYLE

1.     My name is Ryan Boyle. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since 2008. My current position is pasting leader at the A2 Plant. I have worked in this position since 2012.

3.     As a pasting leader, I am responsible for getting the schedule ready for other individuals and getting the pasting operation ready for the shift.

4.     I work the first shift. I work Monday through Friday. I am paid at least $24/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a pasting leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield when needed; and Respirator when needed. I put on my Uniform and Boots in the locker room. I put on my Safety Glasses and Ear Plugs while walking from the locker room to my work station. I put on my Face Shield (as needed) and Respirator (when needed) at my work station.

**Ex. 1002-059**

6.      I usually arrive to the A2 Plant at 5:15 a.m. to 5:20 a.m. Once I arrive I clock in, get my uniform, get dressed, and go out to the work floor.

7.      It usually takes me 5 minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 1:35 p.m. I am allowed to leave the floor at 1:35 p.m.

10.     Once I leave the floor, I perform the following activities: go to my locker, get undressed, shower, get dressed and clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21 day of March , 2019 in Lyon Station, Pennsylvania.

Ryan Boyle

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, | ) |
| SECRETARY OF LABOR, UNITED | ) |
| STATES DEPARTMENT OF LABOR, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| | ) |
| v. | ) |
| | ) |
| EAST PENN MANUFACTURING | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF PHIL BREIDENSTEIN**

1.    My name is Phil Breidenstein. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2003. My current position is AGM welder operator at the A2 Plant. I have worked in this position since 2016. I previously worked an assembly floater at the A4 Plant. I worked in this position from 2010 through 2016.

3.    As an AGM welder operator, I am responsible for putting batteries on the line and inspecting the batteries that come from COS to ensure the quality.

4.    I work the first shift. I work Monday through Friday. I am paid $23.59/hr. average and I receive time and a half pay for all hours worked over forty in a workweek.

5.    As an AGM welder operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs. I put on my Uniform, Steel-

**Ex. 1002-060**

Toe Boots and Safety Glasses in the locker room. I put on my Gloves and Ear Plugs at my work station.

6.    I usually arrive to the A2 Plant at 5:30 a.m. to 5:45 a.m. Once I arrive I get my uniform out of my locker, go to my personal locker, change into my uniform, put on my boots and safety glasses and go sit in the bathroom. Afterward, I go to the breezeway picnic table, eat a little food, then go clock in and go to the floor.

7.    It usually takes me 10 minutes to change into my uniform and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.    There is a five minute grace period after my shift starts to report to my workstation. I rarely make use of the grace period.

9.    I usually stop work at my work station at 2:05 p.m. I am allowed to leave the floor at 2:05 p.m.

10.    Once I leave the floor, I perform the following activities: take off my Uniform, shower, get changed into my personal clothes and clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _19th_ day of _March_, 2019 in Lyon Station, Pennsylvania.

Phil Breidenstein

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF JOHN R. BRENSINGER

1.     My name is John Brensinger.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2014.  My current position is Machinist at the Central Services Plant.  I have worked in this position since January of 2016.  I previously worked as a Formation Material Handler at the Industrial Plant.

3.     As a Machinist, I am responsible for operating and maintaining the machines that manufacture the parts for various Plants.

4.     I work the Second shift. I work Monday through Friday.  I am paid  $ 22.80 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Machinist, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves (when required); Hard Hat (only when I am on the stack truck);  Kevlar Gloves.   I put on my uniform, boots and safety glasses in the locker room.  I put

Ex. 1002-061

on my Gloves; Respirator (when necessary); Hard Hat (as described above) and Kevlar Gloves (when necessary) at my work station.

6.      I usually arrive to the Central Services Plant at 2:25 pm.  Once I arrive I punch in, grab my clothing out of my clothing locker, go back to my personal locker, change, go to my workstation.

7.      It usually takes me two minutes to change into my uniform, boots and safety glasses. It usually takes one minute to walk from the locker room to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 12:20 am.  I am allowed to leave the floor at 12:20 am.

9.      Once I leave the floor, I perform the following activities: go to my personal locker, change into my street clothes, place my dirty work uniform in the dirty bin, go to the time clock, clock out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this  28th day of  March  , 2019 in Lyon Station, Pennsylvania.

JOHN R. BRENSINGER

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,         )
SECRETARY OF LABOR, UNITED    )
STATES DEPARTMENT OF LABOR,  )
                              )
        Plaintiff,        )   Case No. 5:18-cv-01194-GEKP
                              )
v.                              )
                              )
EAST PENN MANUFACTURING    )
COMPANY,                    )
                              )
        Defendant.      )
                              )

### DECLARATION OF CHRISTIAN BRITO

1.    My name is Christian Brito.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 2017.  My current position is a Terminal Burner at the S1 Plant.  I have worked in this position since August 2017.

3.    As a Terminal Burner, I am responsible for melting the lead into terminal posts.

4.    I am on second shift.  I work Monday through Friday.  I am paid $19.85/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.    As a Terminal Burner, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs.  I put on my uniform and safety shoes in the locker room.  I put on my safety glasses while walking from the locker room to my work station.  I put on my earplugs and gloves at my work station.

Ex. 1002-062

6.      I usually arrive to the S1 Plant at 2:16pm.  Once I arrive I punch in, grab my uniform out of my locker, change, then I go onto the floor.

7.      It usually takes me 10 minutes to change into my uniform and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:20pm.  I am allowed to leave the floor at 10:20pm.

9.      Once I leave the floor, I perform the following activities:  remove my uniform and shower, punch out and go home.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is enough for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March 2019 in Lyon Station, Pennsylvania.

Christian Brito

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,         )
SECRETARY OF LABOR, UNITED   )
STATES DEPARTMENT OF LABOR,  )
                                  )
          Plaintiff,        )   Case No. 5:18-cv-01194-GEKP
v.                              )
                                  )
EAST PENN MANUFACTURING     )
COMPANY,                     )
                                  )
         Defendant.       )
                                  )

## DECLARATION OF ERIC BROSSMAN

1.     My name is Eric Brossman.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2007.  My current position is Acid Leveler Capper at the A3 Plant.  I have worked in this position since March of 2010.

3.     As an Acid Leveler Capper, I am responsible for filling batteries with acid, checking acid levels, and capping the batteries.

4.     I work the second shift.  I work Monday through Friday.  I am paid $19.10 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As an Acid Leveler Capper, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Face Shield.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment at my work station.

Ex. 1002-063

6.     I usually arrive to the A3 Plant at 1:45 p.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, and go to the lunch room and read the paper and relax until it is time to punch in.  I then punch in and go to my work station.

7.     It usually takes me four minutes to change into my uniform and boots.  I can put on my other PPE at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 10:30 p.m.  I am allowed to leave the floor at 10:35 p.m.

9.     Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April, 2019 in Lyon Station, Pennsylvania.

ERIC BROSSMAN

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA, )
SECRETARY OF LABOR, UNITED )
STATES DEPARTMENT OF LABOR, )
)
           Plaintiff, )   Case No. 5:18-cv-01194-GEKP
v. )
)
EAST PENN MANUFACTURING )
COMPANY, )
)
           Defendant. )
)

## DECLARATION OF RONALD W. BUCHTER, JR.

1.     My name is Ronald Buchter.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2003.  My current position is Raw Fill Operator.  I have worked in my current position at both the Industrial Automotive & A 2 Plants.  I have worked in this position since October of 2009.

3.     As a Raw Fill Operator, I am responsible for material handling, taking batteries out of trailors and putting the batteries back into the department.

4.     I work the First shift. I work Monday through Friday.  I only work Saturday when I am asked.  I am paid $ 19.10 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Raw Fill Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Goggles (when required); Ear Plugs; Hard

Ex. 1002-064

Hat (when I am material only when I am on the stack truck or tow motor/fork lift).   I put on my uniform, boots in the locker room.  I put on my safety glasses while walking from the locker room to my work station.  I put on my Gloves; Goggles (when required); Ear Plugs; Hard Hat (as described above) at my work station.

6.      I usually arrive to the Industrial Automotive Plant at 6:03 am.  Once I arrive I grab my uniform, clock in, go to breakroom, put my lunch box on the shelf, go to locker room, get dressed, go to my workstation.

7.      It usually takes me two minutes to change into my uniform and boots.  It usually takes three minutes to walk from the locker room to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 1:55  pm.  I am allowed to leave the floor at 2:02 pm.

9.      Once I leave the floor, I perform the following activities: go to the locker room, take my uniform off, wash hands before going to my locker, go to my locker, go take a shower, go back to my locker, dry off, get dressed into my street clothes, pick up my lunch box, go to punch clock, punch out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2 7 day of March , 2019 in Lyon Station, Pennsylvania.


RONALD BUCHTER, JR.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING<br>COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF GARY BUCK**

1.      My name is Gary Buck.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2018.  My current position is Pasting Machine Operator at the A-2 Plant.  I have worked in this position since the inception of my employment.

3.      As a Pasting Machine Operator in the A-2 Plant, I operate a machine that applies paste to the lead grids at the beginning phase of the process of manufacturing batteries.

4.      I work the third shift.  I work Monday through Friday.  I am paid a base rate of $19.95/hr., with shift differential and exclusive of production incentives.  I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Pasting Machine Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves (multiple varieties); Face Shield; and Ear Plugs. I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room.  I put on other forms of my PPE, as needed, on the work floor.

Ex. 1002-065

6.      I usually arrive at the A-2 Plant at 9:45 PM.  Once I arrive, I immediately change my clothes and then, afterwards, clock in.  I use the restroom and then proceed immediately to my workstation in the Pasting Department.

7.      It usually takes me 5 minutes to change into my Uniform, Safety Glasses and Boots and walk to my work station.  I put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at 6:00 AM. I am allowed leave the floor 5 minutes early, at 6:00 AM, and walk to the locker room.

9.      Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, change into my street clothes and clock out.  The 15 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of March, 2019 in Lyon Station, Pennsylvania.

**GARY BUCK**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF IVAN BURGOS**

1.     My name is Ivan Burgos.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April 2018.  My current position is raw fill at the A3 Plant.  I have worked in this position since April 2018.

3.     As a worker in raw fill, I am responsible for filling batteries with acid after the batteries are made.

4.     I work the third shift.  I work Monday through Friday.  I am paid $19.10/hr. plus shift differential and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a worker in raw fill, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Rubber Boots; Gloves; and Goggles (as needed). I put on my Uniform and Boots in the locker room.  I put on my Safety Glasses while walking from the locker room to my work station.  I put on my Gloves and Googles (as needed) at my work station.

Ex. 1002-066

6.      I usually arrive to the A3 Plant at 10:15 p.m.  Once I arrive I clock in, put my uniform on, go to the lunch room and get a drink, then go to the work floor.

7.      It usually takes me 4 minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:15 a.m. and perform clean up and finish paperwork.  I am allowed to leave the floor at 6:20 a.m.

9.      Once I leave the floor, I perform the following activities: go to my locker, take off my uniform, shower, change back into my personal clothing, then clock out and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of _____ , 2019 in Lyon Station, Pennsylvania.

_____
Ivan Burgos

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,　　　　　)
SECRETARY OF LABOR, UNITED　　)
STATES DEPARTMENT OF LABOR,　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiff,　　)　　Case No. 5:18-cv-01194-GEKP
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
EAST PENN MANUFACTURING　　　)
COMPANY,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendant.　　)
　　　　　　　　　　　　　　　　)

## DECLARATION OF JOHNLEE BURGOS

1.　　　My name is Johnlee Burgos.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.　　　I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January 2013.  My current position is a Plate Prep Operator at the S1 Plant.  I have worked in this position since August 2016.  Previously I worked as a Shipping floater from March 2015 to August 2016 and as a Pasting Takeoff from January 2013 to March 2015.

3.　　　As a Plate Prep Operator, I am responsible for getting battery plates ready to be placed into battery cells, drive a tow motor and stack truck to deliver materials.

4.　　　I am on first shift.  I work Monday through Friday.  I am paid $22 /hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.　　　As a Plate Prep Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; respirator; and occasionally a hard

Ex. 1002-067

hat.  I put on my uniform and safety shoes in the locker room.  I put on my safety glasses and respirator while walking from the locker room to my work station.  I put on my earplugs, hard hat and gloves at my work station.

6.      I usually arrive to the S1 Plant at 6:35am.  Once I arrive I grab my uniform out of my locker, change, go into the lunchroom and sit down, punch in and then I go onto the floor.

7.      It usually takes me 5 minutes to change into my uniform and 3 minutes to walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:20pm.  I am allowed to leave the floor at 2:35pm.

9.      Once I leave the floor, I perform the following activities:  remove my uniform and shower, wait to scan out at the timeclock, punch out and go home.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22th day of March 2019 in Lyon Station, Pennsylvania.

Johnlee Burgos

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                      )
SECRETARY OF LABOR, UNITED                )
STATES DEPARTMENT OF LABOR,               )
                                          )
               Plaintiff,     )   Case No. 5:18-cv-01194-GEKP
                                          )
v.                                        )
                                          )
EAST PENN MANUFACTURING                   )
COMPANY,                                  )
                                          )
               Defendant.    )
                                          )

## DECLARATION OF DOMINIQUE JOSE BURGOS - FIGUEROA

1.     My name is Dominique Jose Burgos – Figueroa. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2017. My current position is Paste Machine Operator at the A4 Plant. I have worked in this position since July of 2018. I previously worked as a Paste Clean Up at the A4 Plant. I worked in this position from June of 2017 through July of 2018

3.     As a Paste Machine Operator, I am responsible for making sure the Machine has paper, that is pasted, that it is cut correctly and to make sure everything is done to specifications.

4.     I work the second shift. I work Monday through Friday. I am paid $19.75, plus line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Paste Machine Operator, I wear the following personal protective equipment: a Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield during wash-downs; and a Respirator. I put on my Uniform; Safety Glasses; Steel-Toe Boots; in the locker room. I

Ex. 1002-068

put my Gloves; Ear Plugs at my workstation. I put on my Face Shield during wash-downs and Respirator as needed at my work station.

6.      I usually arrive to the A4 Plant at 1:31 p.m.  Once I arrive I clock in, I eat first then change into my work clothes. After that I go to my workstation

7.      It usually takes me 1 to 2 minutes to change into my uniform, my boots and glasses and walk to my workstation. I put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 9:45p.m.  I am allowed to leave the floor at 9:50 p.m.

10.      Once I leave the floor, I perform the following activities: I go to the lockers, change and while heading to the shower I put my dirty laundry in the bin. Then I shower and towel off and then I change into my street clothes and clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March, 2019 in Lyon Station, Pennsylvania.

Dominique Jose Burgos – Figueroa

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

**DECLARATION OF KEITH BURKERT**

1.      My name is Keith Burkert.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June 1994.  My current position is a Reader at the S1 Plant.  I have worked in this position since November 1999.

3.      As a Reader, I am responsible for wiring and taking reads on batteries and then unwiring them.

4.      I work the first shift.  I work Monday through Friday and most Saturdays.

5.      I am paid $19.75/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.      As a Reader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Face shield.  I put on my uniform, glasses and safety shoes in the locker room.  I put on my gloves and Face shield at my work station.

Ex. 1002-069

7.      I usually arrive to the S1 Plant at 6:20am.  Once I arrive I usually punch in, grab my uniform, go get changed in the locker room and then head to the floor.

8.      It usually takes me 5 minutes to change into my uniform and 2 minutes to walk to my workstation.

9.      I usually stop work at my work station either at 2:15pm depending on my job.  I am allowed to leave the floor at 2:20pm.

10.      Once I leave the floor, I perform the following activities: go down to the locker room, remove my uniform and shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22st day of March 2019 in Lyon Station, Pennsylvania.

Keith Burkert

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| v. | ) ) |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

**DECLARATION OF JASON M. BUSCH**

1.      My name is Jason M. Busch.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2014.  My current position is Leader of Raw Fill, Formation, and Finishing at the Industrial Automotive Plant.  I have worked in this position since December of 2018.  I previously worked as a Finish Line Leader at the S1 Plant.  I worked in this position from August of 2017 through December of 2018. Previous to the above-mentioned positions, I held two (2) other positions: a plate prep machine operator at the S1 Plant from August 2014 to February 2017 and a pasting leader at the S1 Plant from February 2017 to August 2017.

3.      As a Leader of Raw Fill, Formation, and Finishing, I am responsible for giving daily work assignments to over 50 operators in the three (3) departments.

Ex. 1002-070

JMB

4.      I work the second shift.  I work Monday through Friday. I work overtime each scheduled workweek day and on weekends as necessary.  I am paid $24.90/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Leader of Raw Fill, Formation, and Finishing, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs as required; Face Shield as required; and Hard Hat as required. I put on my uniform and boots in the locker room.  I put on my safety glasses while walking from the locker room to my work station.  I put on my Gloves; Ear Plugs; Face Shield; and Hard Hat at the work stations of my operators,

6.      I usually arrive to the Industrial Automotive Plant at 1:15 PM.  Once I arrive I get my uniform, change into my uniform and boots, go to café to read, and wait to clock in.

7.      It usually takes me four (4) minutes to change into my uniform and boots and walk to my workstation.  I put on my safety glasses while walking to my workstation.

8.      There is a five (5) minute grace period after my shift starts to report to my workstation.

9.      As a leader, I usually stop work upon completion of my paperwork and the successful transition to third shift supervision.  I leave the floor when my work is completed. As a leader, I do not have a scheduled shift end time.

10.     Once I leave the floor, I perform the following activities: hand in second shift folder to office, change out of uniform and boots, shower, change into street clothes, and clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

JMB

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of March, 2019 in Lyon Station, Pennsylvania.


Jason M. Busch

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF SHAWN BUTLER

1.     My name is Shawn Butler.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April of 2013.  My current position is Pasting Department Floater at the A-2 Plant.  I have worked in this position since August of 2017.  Before that, I served I was a Manual Group Dropper from March of 2016 to August of 2017.  Prior to that, I served as a Manual Group Dropper Burner from April of 2013 through March of 2016.

3.     As a Pasting Department Floater in the A-2 Plant, I ensure the machine that applies paste to the lead grids at the beginning phase of the battery manufacturing process, and that the machinery is operating efficiently and smoothly.  In addition, I perform periodic quality checks to ensure that the product is within Company specifications. I also check the weights and symmetry of the plates.

Ex. 1002-071

4.      I work the third shift.  I work Monday through Friday.  I am paid a base rate of $19.95/hr., with shift differential and exclusive of production incentives.  I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Pasting Department Floater, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves (multiple varieties); Respirator; and Ear Plugs. I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room.  I put on other forms of my PPE, as needed, on the work floor.

6.      I usually arrive at the A-2 Plant at 9:45 PM.  Once I arrive, I clock in immediately and then change my clothes. Afterwards, I use the restroom and then walk to my workstation in the Pasting Department and begin work.

7.      It usually takes me 5 minutes to change into my Uniform, Safety Glasses and Boots and walk to my work station.  I put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work between 6:00 and 6:05 AM.  I then leave the floor at 6:05 AM and walk to the locker room.

9.      Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, and change into my street clothes.  The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March, 2019 in Lyon Station, Pennsylvania.


**SHAWN BUTLER**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, | ) |
| SECRETARY OF LABOR, UNITED | ) |
| STATES DEPARTMENT OF LABOR, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| | ) |
| v. | ) |
| | ) |
| EAST PENN MANUFACTURING | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF DAVID BUZINSKI**

1.      My name is David Buzinski. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December of 2018. My current position is Plate Wrap Operator at the Industrial Plant. I have worked in this position since December of 2018.

3.      As a Plate Wrap Operator, I am responsible for I putting the plates in the machine. The machine then wraps the plate. The plate must be wrapped properly to avoid it shorting out. Once the machine is done I take the plates off and then stack the plates on the pallet. It is also my responsibility to see that the plates are wrapped to specification.

4.      I work the third shift. I work Monday through Friday. I am paid $20.00 per hour plus plant bonus and I receive time and a half pay for all hours worked over forty hours in a workweek.

**Ex. 1002-072**

5.      As a Plate Wrap Operator, I wear the following personal protective equipment: a Uniform, Steel-Toe Boots, Safety Glasses, Gloves, and Ear Plugs. I put on my Uniform, Steel-Toe Boots, and Safety Glasses in the locker room.  I put on my Gloves, Ear Plugs at my work station.

6.      I usually arrive to the Industrial Plant at 9:35p.m.    Once I arrive I get my Uniform, I get dressed, I put on my Steel-Toe Boots and Safety Glasses, and then I punch in. I then wait in the locker room until it is time to walk to my department.

7.      It usually takes me five minutes to change into my Uniform, Steel-Toe Boots, Safety Glasses and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 5:35a.m.  I am allowed to leave the floor at 5:50a.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room. I remove my boots and put them in my locker. I take off my used uniform and put it in the laundry bin. I then shower, towel off. I then return to my locker and put on my street clothes, punch out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___11___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

_____
David Buzinski

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

### DECLARATION OF DANIEL CABALLERO

1.     My name is Daniel Caballero.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 2007.  My current position is Finishing Floater at the A4 Plant.  I have worked in this position since April of 2018.  I previously worked as a Material Handler at the A4 Plant.  I worked in this position from July of 2016 through April of 2018.

3.     As a Finishing Floater, I am responsible for knowing all the jobs in the finishing department.

4.     I work the third shift.  I work Monday through Friday.  I am paid $19.95 per hour plus department bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Finishing Floater, I wear the following personal protective equipment:  a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs, Hard Hat as needed and Face

Ex. 1002-073

Shield as needed.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my Gloves, Ear Plugs, Hard Hat as needed and Face Shield as needed at my work station.

6.      I usually arrive to the A4 Plant at 9:20p.m.  Once I arrive in I go to my uniform locker and remove my uniform and gear and go to my personal locker to get dressed. Then I go to the lunch room until it is time to punch in. Then I punch in and then I go to the floor to my workstation to start the day.

7.      It usually takes me two minutes to get dressed to change into my uniform and boots and put on my safety glasses. It takes me three minutes walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 6:00a.m.  I am allowed to leave the floor at 6:05a.m.

10.     Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin, I take my shower and then I towel dry. I then return to my locker and put my street clothes on. I then leave the locker room and then punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this $\partial 7$ day of March, 2019 in Lyon Station, Pennsylvania.

Daniel Caballero

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                       )
SECRETARY OF LABOR, UNITED                 )
STATES DEPARTMENT OF LABOR,                )
                                           )
            Plaintiff,                     )     Case No. 5:18-cv-01194-GEKP
                                           )
v.                                         )
                                           )
EAST PENN MANUFACTURING                    )
COMPANY,                                   )
                                           )
            Defendant.                     )
                                           )

**DECLARATION OF ASHLEY CAMPS**

1.      My name is Ashley Camps. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2018. My current position is in the laundry at the Central Services Plant.

3.      As a person who works in the Laundry at the Central Services Plant, I am responsible for washing, drying and folding uniforms and towels.

4.      I work the third shift. I work Monday through Friday. I am paid $18.85 per hour and I receive time and a half pay for all hours worked over forty hours in a workweek.

5.      As a person who works in the Laundry at Central Services Plant, I wear the following personal protective equipment: Uniform, Steel-Toe Boots, Safety Glasses and Gloves as needed. I put on my Uniform, Steel-Toe Boots, Safety Glasses and Gloves in the locker room.

Ex. 1002-074

6.      I usually arrive to the Central Services Plant at 10:45p.m.  Once I arrive I Punch in, then I get my uniform and go to my personal locker and change into my Uniform, Steel-Toe Boots, Safety Glasses and Gloves. I then go to the Laundry room.

7.      It usually takes me five minutes to change into my Uniform, Steel-Toe Boots, Safety Glasses and gloves, and walk to the laundry.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 6:15a.m.  I am allowed to leave the floor at 6:50a.m.

10.     Once I leave the floor, I perform the following activities: I go the locker room, and remove my boots. I then grab what I need for the shower, along with my street clothes and head for the shower. I then change out of my uniform and take my shower and then I towel off. I then put on my street clothes. I then take my used uniform and put it in the laundry bin. Next I return to my locker. Then I put everything away, leave the locker room and then punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _12_ day of ___April___, 2019 in Lyon Station, Pennsylvania.

_____
Ashley Camps

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,            )
SECRETARY OF LABOR, UNITED      )
STATES DEPARTMENT OF LABOR,     )
                                )
                Plaintiff,       )     Case No. 5:18-cv-01194-GEKP
v.                              )
                                )
EAST PENN MANUFACTURING         )
COMPANY,                        )
                                )
                Defendant.       )
                                )

**DECLARATION OF KEVIN CANALS-ORTIZ**

1.      My name is Kevin Canals-Ortiz.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2012.  My current position is Enveloper Series II at the A4 Plant.  I have worked in this position since Enveloper Series II since October of 2012.

3.      As an Enveloper Series II, I am responsible for taking plates off the rack; I break them up and feed the plates into the machine.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.60 per hour, plus line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As an Enveloper Series II, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs and a Respirator as needed. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my Gloves, Ear Plugs and Respirator as needed at my work station.

Ex. 1002-075

6.     I usually arrive to the A4 Plant at 10:20p.m.  Once I arrive, I punch in. I go my uniform locker and remove my uniform and gear and go to my personal locker to get dressed. Then I go to the floor and to my workstation to start the day.

7.     It usually takes me about five minutes to change into my uniform and boots and glasses and to walk to my work station. I can put on my other PPE at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 6:10a.m.  I am allowed to leave the floor at 6:20a.m.

9.     Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin, I take my shower and then I towel off. I then return to my locker and put on my street clothes. I then leave the locker room and then punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and suffer no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of March , 2019 in Lyon Station, Pennsylvania.

_____
Kevin Canals-Ortiz

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
                Plaintiff,          )      Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
                Defendant.          )
                                    )

**DECLARATION OF KATHIA CARABALLO**

1.      My name is Kathia Caraballo. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2018. My current position is Gel Fill at the S1 Plant. I have worked in this position since August of 2018.

3.      As a Gel Fill, I am responsible for working on Gel Line where depending on what I am doing I can be working on one or two machines. The machines stamp an identification number on the batteries and fills with the proper gel. Once complete you put the batteries on a rack and attach the leads on the posts of the batteries.

4.      I work the third shift. I work Monday through Friday. I am paid $19.20 per hour, plus line bonus. I receive time and a half pay for all hours worked over forty hours in a workweek.

Ex. 1002-076

5.     As a Gel Fill, I wear the following personal protective equipment: a Uniform, Steel-Toe Boots, Safety Glasses, Gloves; Ear Plugs as needed and Face Shield. I put on my Uniform, Steel-Toe Boots and Safety Glasses in the locker room.  I put on my Gloves; Ear Plugs as needed and Face Shield at my work station.

6.     I usually arrive to the S1 Plant at 10:00p.m. Once I arrive I punch in. I grab my uniform, boots and safety glasses. I go to my locker and change. I then walk to Gel Fill. I can pick up my other PPE at my work station.

7.     It usually takes me six of minutes to change into my uniform, boots and safety walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation. I sometimes use this grace period to report to my workstation.

9.     I usually stop work at my work station at 6:10a.m.  I am allowed to leave the floor at 6:20a.m.

10.    Once I leave the floor, I perform the following activities: I return to the locker room and I remove my boots. I then put my boots in my locker. I then take my uniform off and then I put my used uniform in the laundry bin. Then I grab my street clothes and everything I need for the shower and go to the shower. I shower and towel off. After that I get dressed. Then I then I return to my locker and get my purse and keys. I then punch out and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____5____ day of ___april___, 2019 in Lyon Station, Pennsylvania.

_____
Kathia Caraballo

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                         )
SECRETARY OF LABOR, UNITED                   )
STATES DEPARTMENT OF LABOR,                  )
                                             )
        Plaintiff,                  )      Case No. 5:18-cv-01194-GEKP
                                             )
v.                                           )
                                             )
EAST PENN MANUFACTURING                      )
COMPANY,                                     )
                                             )
        Defendant.                  )
                                             )

**DECLARATION OF ADAM CASSEL**

1.      My name is Adam Cassel. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November 2009. My current position is in Gel Activation at the S1 Plant. I have worked in this position since February 2015. I previously worked in the S1 plant as an Enveloper from November of 2013 through February 2015.

3.      In Gel Activation I am responsible for monitoring batteries and checking voltage/amps.

4.      I work the second shift. I work Monday through Friday. I am paid $19/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.      In Gel Activation, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves occasionally when Material Handling; and a Face Shield. I put on my uniform safety glasses and safety shoes in the locker room. I put on my earplugs and other equipment as needed at my work station.

Ex. 1002-077

6.      I usually arrive to the S1 Plant at 2:34PM.  Once I arrive I get my uniform and punch in.  I go to the locker room to change and head to the floor.

7.      It usually takes me 4 minutes to change into my uniform and 1 minute to walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:35 pm.  I am allowed to leave the floor at 10:35 pm

9.      Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform and shower, put my street clothes on, punch out and go home.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March 2019 in Lyon Station, Pennsylvania.

_Adam Cassel_

Adam Cassel

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
            Plaintiff,                  )        Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
            Defendant.                  )
                                        )

### DECLARATION OF YOKARINA CASTILLO

1.      My name is Yokarina Castillo.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2016.  My current position is Post Burner at the A2 Plant.  I have worked in this position since December of 2018.  I previously worked as a Finisher at the IND Plant.  I worked in this position from September of 2016 through December of 2018.

3.      As a Post Burner, I am responsible for burning lead onto battery posts.

4.      I work the second shift.  I work Monday through Friday.  I am paid $19.60 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Post Burner, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my Gloves and Ear Plugs while walking from the locker room to my work station or at my work station.

**Ex. 1002-078**

6.      I usually arrive to the A2 Plant at 2:15 p.m.  Once I arrive I punch in, go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, and go to my work station.

7.      It usually takes me four minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:14 p.m.  I am allowed to leave the floor at 10:16 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of April, 2019 in Lyon Station, Pennsylvania.

YOKARINA CASTILLO

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF SILVIO CASTRO**

1.       My name is Silvio Castro.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.       I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December 2006, with a year break from September 2016 to September 2017.  My current position is enveloper series 2 at the A2 Plant.  I have worked in this position since about October 2018.  I previously worked as a floater at the A2 Plant.  I worked in this position from September 2017 through October 2018.  Before leaving employment at the Company for a period of one year, I previously worked as a floater at A2.  I worked in that position from about 2011.

3.       As an enveloper series 2, I am responsible for operating a machine that makes envelopes and battery groups.

4.       I work the second shift.  I work Monday through Friday.  I am paid at least $19.60/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

**Ex. 1002-079**

5.      As an enveloper series 2, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Respirator. I put on my Uniform, Boots, and Safety Glasses in the locker room. I put on my Gloves, Ear Plugs, and Respirator at my work station.

6.      I usually arrive to the A2 Plant at 2:30 p.m.. Once I arrive I clock in, grab my uniform from my locker, dress, and go onto the work floor.

7.      It usually takes me 8 minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation. I usually use this grace period to report to my workstation in order to talk to individuals from the prior shift.

9.      I usually stop work at my work station at 10:15 p.m. and perform clean up. I am allowed to leave the floor at 10:35 p.m.

10.     Once I leave the floor, I perform the following activities: if I have a respirator, I put it in my bin, then go to my locker, undress, but dirty clothes in the bins, shower, get dressed in my street clothes, and clock out. I sometimes wait to clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _70_ day of _Mharc_, 2019 in Lyon Station, Pennsylvania.


_Silvio Castro_
Silvio Castro

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF RICARDO CEBALLOS**

1.      My name is Ricardo Ceballos. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2014. My current position is Forming Room Attendant in S-1 Plant. I have held this position since February of 2016.   Prior to that, I was a Floater – Injection Molding from September of 2014 to February of 2015. From February of 2015 to February of 2016, I was a Floater – Assembly. As a Forming Room Attendant, I deposit grid plates for charging in an acid bath, and then monitor the acid level during the charging process.

3.      I work the third shift. I work Monday through Friday. I am paid approximately $21.00/hr., inclusive of shift differential and incentive compensation. I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-080

4.      As a Forming Room Attendant, I wear the following personal protective equipment: Uniform; Safety Glasses; Gloves; Apron; Goggles; Respirator; Face Shield and Steel-Toe Boots. I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room. The other elements of my PPE I put on, as necessary, at my work station.

5.      I usually arrive to the S-1 Plant at 9:50 PM and perform personal tasks until clocking in, after which I gather my uniform and my boots, change my clothes and then go directly to my work station.

6.      It usually takes me about 5 minutes to change into my uniform and boots. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

7.      I usually stop work at my work station at 6:00 AM, at which time I spend 5 minutes cleaning my work area. Then, I leave the floor at 6:05 AM.

8.      Once I leave the floor, I perform the following activities: walk to the locker room, remove my uniform, shower, dress in my street clothes, and then clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

9.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

10.      I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4 day of April 2019 in Lyon Station, Pennsylvania.

_____
RICARDO CEBALLOS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
                    Plaintiff,          )        Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
                    Defendant.          )
                                        )

**DECLARATION OF DIONISIO CESPEDES**

1.      My name is Dionisio Cespedes.  I have personal knowledge of the facts set forth

in this declaration, and I could and would testify competently to them under oath if called as a

witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have

worked at the Company since January of 2004.  My current position is Finisher at the A3 Plant.

I have worked in this position since March of 2016.  I previously worked as an Assembly at the

A1 Plant.  I worked in this position from October of 2012 through March of 2016.

3.      As a Finisher, I am responsible for putting labels on batteries, capping batteries,

packaging batteries, and loading them on skids.

4.      I work the first shift.  I work Monday through Friday.  I am paid $19.10 / hour

and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Finisher, I wear the following personal protective equipment: Uniform;

Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs.  I put on my Uniform, Safety Glasses,

and Steel-Toe Boots in the locker room.  I put on my Gloves and Ear Plugs at my work station.

Ex. 1002-081

6.      I usually arrive to the A3 Plant at 6:35 a.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, punch in, and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:30 p.m.  I am allowed to leave the floor at 2:35 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of April, 2019 in Lyon Station, Pennsylvania.

_____

DIONISIO CESPEDES

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,  )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR,  )
                                          )
                    Plaintiff,  )   Case No. 5:18-cv-01194-GEKP
v.  )
                                            )
EAST PENN MANUFACTURING  )
COMPANY,  )
                                           )
                 Defendant.  )
                                           )

## DECLARATION OF VICTOR CESPEDES-VILCHEZ

1.     My name is Victor Cespedes-Vilchez. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December 2018. My current position is Plant to Plant Material Handler at the S1 Plant. I have worked in this position since December 2018.

3.     As a Plant to Plant Material Handler, I am responsible for moving pallets, covers, parts, boxes, driving the van and/or box truck between plants, and moving recyclables between plants.

4.     I work the second shift. I work Monday through Friday.

5.     I am paid $20.85/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-082

6.      As a Plant to Plant Material Handler I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Earplugs; and Hard Hat when needed.

7.      I put on my uniform and safety shoes in the locker room.  I put on my safety glasses on my way to the work station. Once I get to my workstation, I put gloves, earplugs, and hard hat on.

8.      I usually arrive to the S1 Plant at 2:30PM.  Once I arrive I grab my uniform, change into my uniform in the locker room, clock in, and then head to workstation.

9.      It usually takes me 5 minutes to change into my uniform and 2 minutes to walk to my workstation.

10.     I usually stop work at my work station at 10:30PM. I am allowed to leave the floor at 10:35pm.

11.     Once I leave the floor, I perform the following activities: Walk to the locker room undress, shower, change back into street clothes, and then clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

12.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

13.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22st day of March 2019 in Lyon Station, Pennsylvania.

Victor Cespedes-Vilchez

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
           Plaintiff,    )   Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
          Defendant.    )
                                    )

### DECLARATION OF SUE CHATTIN

1.     My name is Sue Chattin. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September 2005. My current position is Quality Assurance Leader at the A-2, A-1, IM-2, and Topton Distribution Center. I have worked in this position since June of 2010. Previously, I worked as a Quality Inspector in the A-3 Plant from February of 2006 until June of 2010.

3.     As a Quality Assurance Leader, I am responsible for monitoring the work of 21 Quality Inspectors who ensure that the Company's product complies with customer specifications. I also work on Six Sigma projects and data collection for continuous improvement processes.

4.     I work the second shift. I work Monday through Friday. I am paid a base rate of $25.10/hr., including shift differential. As a Quality Assurance Leader, I work and am paid for

**Ex. 1002-083**

at least 8.5 hours each work day. I am permitted to work up to, but not more than, 9.0 hours per work day. I receive time and a half pay for all hours worked over forty in a workweek.

5.    As a Quality Assurance Leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Face Shield and Steel-Toe Boots. I put on my Uniform and Steel-Toe Boots in the locker room. I put on my Safety Glasses in my office and my Face Shield, when necessary, on the work floor.

6.    I usually arrive at my office at the A-2 Plant between 2:17 and 2:18 PM. Once I arrive, I clock in immediately and then change my clothes. After changing, I proceed immediately to my office on second floor of the A-2 building.

7.    It usually takes me 5 minutes to change into my Uniform and Boots and walk to my second floor office. Sometimes, I stop for a soda in the break room before going to my office.

8.    I usually stop work between 10:50 and 11:20 PM. I can leave my office at my discretion, so long as I allow 10 minutes to walk to the locker room, remove my dirty work uniform, take a shower, and change into my street clothes.

9.    The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March, 2019 in Lyon Station, Pennsylvania.

*Sue Chattin*

**SUE CHATTIN**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF ELLEN CHRISTMAN

1.      My name is Ellen Christman I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 1986.  My current position is an Enveloper at the A1 Plant. I have worked as an Enveloper since August 1986.

3.      As an Enveloper, I am responsible for loading positive and negative plates into the machine and also taking off the stacked groups from the machine.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid $22.62/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As an Enveloper I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; Ear Plugs, and Respirator when necessary. I put my uniform, safety shoes, and safety glasses on in the locker room. I put on my gloves, earplugs, and respirator at the work station.

Ex. 1002-084

7.      I usually arrive to the A1 Plant at 5:30am.  Once I arrive I grab my uniform, go into the locker room, change into my uniform, then sit in the locker room, and then clock in and head to my work station.

8.      It usually takes me 5 minutes to change into my uniform and 3 minutes to walk to my work station.

9.      I usually stop work at my work station at 2:05pm. I am allowed to leave the floor at 2:20PM.

10.     Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, shower, change into my street clothes, and clock out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April 2019 in Lyon Station, Pennsylvania.

_Ellen Christman_
_____
Ellen Christman

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,      )
SECRETARY OF LABOR, UNITED    )
STATES DEPARTMENT OF LABOR,  )
                          )
          Plaintiff,     )   Case No. 5:18-cv-01194-GEKP
v.                         )
                          )
EAST PENN MANUFACTURING    )
COMPANY,                )
                          )
         Defendant.   )
                          )

**DECLARATION OF NEAL CHRISTMAN**

1.    My name is Neal Christman I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May 1987. My current position is an Enveloper at the A1 Plant. I have worked as an Enveloper since May 1987.

3.    As an Enveloper, I am responsible for making groups for the batteries, loading positive and negative plates, and taking off groups from the machine.

4.    I work the first shift. I work Monday through Friday.

5.    I am paid $25.00/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.    As an Enveloper I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; Ear Plugs, and Respirator when necessary. I put my uniform and safety shoes on in the locker room. I put on my safety glasses on my way to my workstation. I put on my gloves, earplugs, and respirator at the work station.

Ex. 1002-085

7.      I usually arrive to the A1 Plant at 6:00am.  Once I arrive I will go into the locker room, change into my uniform, go into the lunchroom, have a cup of coffee, clock in, then sit in the lunch room, and then head for my work station.

8.      It usually takes me 5 minutes to change into my uniform and 2 minutes to walk to my work station.

9.      I usually stop work at my work station at 2:00PM. I am allowed to leave the floor at 2:20PM.

10.     Once I leave the floor, I perform the following activities: go to the locker room, take my uniform off, shower, change into my street clothes, and punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April 2019 in Lyon Station, Pennsylvania.

Neal Christman

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
                  Plaintiff,            )        Case No. 5:18-cv-01194-GEKP
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
                  Defendant.            )
                                        )

## DECLARATION OF JASON CHUBB

1.      My name is Jason Chubb. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December of 2004.  My current position is a Continuous Casting Operator at the S1 Plant.  I have worked as a Continuous Casting Operator since June of 2005.

3.      As a Grid Caster I am responsible for starting the machine, quality checks, keeping the machines running, drossing lead pots, and housekeeping.

4.      I work the second shift.  I work Monday through Friday.

5.      I am paid $20.20/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As a Grid Caster, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Metatarsal Shoes; Gloves; Face Shield as needed; Respirator and Earplugs.  I put on my uniform and safety shoes in the locker room. I put my safety glasses on as I walk onto the floor.  I put on all other PPE equipment as needed at my work station.

Ex. 1002-086

7.     I usually arrive to the S1 Plant at 1:47pm.  Once I arrive I get my uniform, punch in, change and head right to the floor.

8.     It usually takes me 3 minutes to change into my uniform and 1 minute to walk to my workstation.

9.     I usually stop work at my work station at 9:50pm. I am allowed to leave the floor at 9:50pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March 2019 in Lyon Station, Pennsylvania.

_____
Jason Chubb

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,           )
SECRETARY OF LABOR, UNITED     )
STATES DEPARTMENT OF LABOR,    )
                               )
          Plaintiff,           )     Case No. 5:18-cv-01194-GEKP
                               )
v.                             )
                               )
EAST PENN MANUFACTURING        )
COMPANY,                       )
                               )
          Defendant.           )
                               )

**DECLARATION OF ANGEL L. CITRON**

1.     My name is Angel L. Citron.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2013.  My current position is Water Treatment Operator at the Water Treatment Plant. I have worked in this position since October of 2015.

3.     As a Water Treatment Operator, I am responsible for the day to day operation of the Water Treatment Plant.

4.     I work the third shift. I work Monday through Friday. I am paid $24.20 and I receive time and a half pay for all hours worked over forty in a workweek. I work punch to punch.

5.     As a Water Treatment Operator, I wear the following personal protective equipment: a Uniform, Steel-Toe Boots, Safety Glasses, Gloves, Ear Plugs, Apron as needed, Face Shield as needed, Respirator as needed and Hard Hat as needed. I put on my Uniform,

Ex. 1002-087

Steel-Toe Boots, Safety Glasses, in the locker room. I put on my Gloves, Ear Plugs, Apron as needed, Face Shield as needed, Respirator as needed and Hard Hat as needed at my work station.

6.      I usually arrive to the Water Treatment Plant at 10:50p.m. Once I arrive I punch in. I then get my uniform and go to my personal locker and change into my Uniform, Steel-Toe Boots and Safety Glasses. I then go to the Water Treatment Plant control room to start my day.

7.      It usually takes me six minutes to change into my Uniform, Steel-Toe Boots and Safety Glasses and walk to the control room. I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation. I occasionally use this grace period to report to my workstation.

9.      Once I leave the Control Room, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin, I take my shower and then I towel off. I then return to my locker and put on my street clothes. I then leave the locker room and then punch out.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _13ᵗʰ_ day of _April_____, 2019 in Lyon Station, Pennsylvania.

_____
Angel L. Citron

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF AARON J. CLAY**

1.      My name is Aaron J. Clay.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December of 2009.  My current position is Central Maintenance Mechanic at the Central Services Plant.  I have worked in this position since October of 2016. I previously worked as a Grid Casting Maintenance Mechanic at the A 2 Plant.  I worked in this position from September of 2013 through October of 2016.

3.      As a Central Maintenance Mechanic, I am responsible for maintaining Plant utility systems.

4.      I work the First shift. I work Monday through Friday.  I am paid approximately $ 25.95 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Central Maintenance Mechanic, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Face Shield (when required); Gloves; Ear Plugs (when required); Respirator (when required); Hard Hat (when required); Fall

Ex. 1002-088

Protection/Harness (when required); Protective gear for arc flash (used for electrical testing); Rubber gloves (used for electrical testing); Arc rated shirt (used for electrical testing); Vitriol Suit (when required).   I put on my uniform, boots and safety glasses in the locker room.  I put on my Face Shield (when required); Gloves; Ear Plugs (when required); Respirator (when required); Hard Hat (when required); Fall Protection/Harness (when required); Protective gear for arc flash (used for electrical testing); Rubber gloves (used for electrical testing); Arc rated shirt (used for electrical testing); Vitriol Suit (when required) at my work station.

6.      I usually arrive to the Central Services Plant at 5:55 am.  Once I arrive I  drop my lunch box in the lunchroom, go to my clothing locker, get my work clothing, go to my personal locker, get changed,  walk to my workstation.

7.      It usually takes me three minutes to change into my uniform, boots and safety glasses. It usually takes less than a minute to walk from the locker room to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my work station.  I occasionally use this grace period to report to my workstation.

9.      I usually stop work at my work station at 2:45 pm.  I am allowed to leave the floor at 2:50 pm.

10.      Once I leave the floor, I perform the following activities: go to the locker room, go to the bathroom, wash my hands before taking a shower, go to my personal locker, get undressed, go take my shower, go back to my personal locker, put on my street clothes, drop work clothes in dirty clothing bins, go to lunch room, get lunch box, go to punch clock, punch out.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _29_ day of _March_, 2019 in Lyon Station, Pennsylvania.

_____
AARON J. CLAY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                   )
SECRETARY OF LABOR, UNITED             )
STATES DEPARTMENT OF LABOR,            )
                                       )
        Plaintiff,                 )     Case No. 5:18-cv-01194-GEKP
                                       )
v.                                     )
                                       )
EAST PENN MANUFACTURING                )
COMPANY,                               )
                                       )
        Defendant.                 )
                                       )

### DECLARATION OF JUSTIN CLIFFORD

1.     My name is Justin Clifford and I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2010.  My current position is an EMT at the A1 Plant.  I have worked as an EMT since September of 2010.

3.     As an EMT, I am responsible for working on machinery and working/preventing breakdowns.

4.     I work the first shift.  I work Monday through Friday.

5.     I am paid approximately $28/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.     As an EMT I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves as needed; Ear Plugs as needed; Face Shield as needed; Respirator as needed and a Hard Hat as needed. I put on my uniform, safety shoes and safety glasses in the locker room.  I put on all other PPE equipment as needed at my work station.

Ex. 1002-089

7.      I usually arrive to the A1 Plant at 5:49am.  Once I arrive I punch in, grab my uniform, change, and then head to my work station.

8.      It usually takes me 5 minutes to change into my uniform and 2 minutes to walk to my work station.

9.      I usually stop work at my work station at 1:40pm. I am allowed to leave the floor at 1:50pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, take my uniform off, shower, change into my street clothes, clock out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April 2019 in Lyon Station, Pennsylvania.

Justin Clifford

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR, | )<br>)<br>)<br>) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | )<br>) | |
| EAST PENN MANUFACTURING<br>COMPANY, | )<br>)<br>) | |
| Defendant. | )<br>) | |

## DECLARATION OF MAYRA COELLO

1.     My name is Mayra Coello. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the company since September 2015. My current position is Molding Floater at the Injection Molding 2 (IM2) Plant.    I previously worked as Packaging Maintenance at Kutztown Wire and Cable.  I worked in this position from September of 2014 through September of 2015.

3.     As Molding Floater, I am responsible for configuring boxes for molders.

4.     I work the second shift.  I work Monday through Friday, with mandatory overtime every third weekend.  I am paid approximately $20.35/hr. for regular time, and I receive time and a half pay for all hours worked over forty hours in a workweek.

5.     As a Molding Floater, I wear the following personal protective equipment (PPE): Safety Glasses, Ear Plugs, and Steel Toe Shoes.  I am not required to wear a uniform.

6.     I usually arrive to the IM2 Plant at 2:15 PM.  I walk to my locker, get tools ready, change shoes, then clock in.

Ex. 1002-090

7.      It usually takes me 5-6 mins to change my shoes and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.  I usually use this grace period to report to my workstation.

9.      I usually stop work at my work station between 10:20 and 10:23 PM.   I am allowed to leave the floor at 10:25 PM.

10.     Once I leave the floor, I perform the following activities: change clothes, (showering sometimes), then clock out.  The five minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.  I am not required to shower.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26 day of March , 2019 in Lyon Station, Pennsylvania.


_____
MAYRA COELLO

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF HECTOR COLON

1.    My name is Hector Colon. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December 2018. My current position is plate prep at the S1 Plant. I have worked in this position since December 2018.

3.    As a plate prep, I am responsible for placing plates into the machine, separating correctly by positive and negative, brushing the plates after they leave the machine, and placing the plates onto skids.

4.    I work the third shift. I work Monday through Friday. I am paid at least $19/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.    As a plate prep, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Respirator. I put on my Uniform, Safety Glasses, and Boots in the locker room. I put on my Gloves, Ear Plugs, and Respirator at my work station.

**Ex. 1002-091**

6.      I usually arrive to the S1 Plant at 10:32 p.m.  Once I arrive I get my uniform, clock in, change in to my uniform, and walk to the work floor.

7.      It usually takes me 6 minutes to change into my uniform and 2 minutes to walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:20 a.m. and perform clean-up.  I am allowed to leave the floor at 6:35 a.m.

9.      Once I leave the floor, I perform the following activities: go to the locker room, take off my uniform and under clothing, get my shower supplies, shower, change in to my personal clothing, clock out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _Apri l_ day of ___5 t h___, 2019 in Lyon Station, Pennsylvania.


_____
Hector Colon

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, ) | |
| SECRETARY OF LABOR, UNITED ) | |
| STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:18-cv-01194-GEKP |
| ) | |
| v. ) | |
| ) | |
| EAST PENN MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF JAVEN COLON, JR.**

1. My name is Javen Colon, Jr. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May of 2008. My current position is Rotating Cleanup at the Smelter Plant. I have worked in this position since May of 2008

3. As a Rotating Cleanup, I am responsible for relieving the blast furnace operators, blast furnace control room operators, reverb furnace operators, and reverb control room operators.

4. I work the second shift. I work a rotating schedule of six days on followed by two days off. I am paid 20.70 $ /hr. and I receive time and a half pay for all hours worked over forty in a workweek.

**Ex. 1002-092**

5. As a Rotating Cleanup, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Coveralls; Face Shield; Respirator; Hard Hat. I put on all of my personal protective equipment in the locker room.

6. I usually arrive to the Smelter Plant at 3:25 p.m. Once I arrive I go to the lunch room and drop off my lunch. I then go downstairs and get my uniform and respirator. I then go up to the clean locker room and change into my uniform. From there I go to the dirty locker room and get my boots and safety glasses. I then hang out talking with other co-workers until it is time to clock in. At around 3:49 I will head to the floor to clock in.

7. It usually takes me ten minutes to change into my uniform, boots and any other personal protective equipment and walk to my workstation.

8. There is a ten minute grace period after my shift starts to report to my workstation. I frequently use this grace period to report to my workstation.

9. I usually stop work at my work station and clock out at 11:55 p.m. (which automatically adjusts to 12:15 a.m.), at which time I am allowed to leave the floor.

10. Once I leave the floor, I perform the following activities: I clock out, go to the dirty locker, put my boots and safety glasses in the locker, remove my uniform and place it in the laundry chute, shower, dress in my street clothes and leave. The twenty minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11. I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March, 2019 in Lyon Station, Pennsylvania.

JAVEN COLON, JR

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF NYDIA I. COLON

1.      My name is Nydia I. Colon.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2013.  My current position is die caster at the Smelter Annex Plant.  I have worked in this position since October of 2017.  I previously worked as a heat seal at the Smelter Annex Plant.  I worked in this position from June of 2013 through October of 2017.

3.      As a die caster, I am responsible for putting lead pig into a lead pot, operating the machine that makes lead parts (such as connectors), performing quality assurance checks, and sorting the acceptable lead parts from the non-conforming lead parts.

4.      I work the second shift.  I work Monday through Friday.  I work voluntary overtime when offered.  I am paid $17.50/hr. and weekly individual piece part bonuses, I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-093

5.      As a die caster, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Work Gloves, Regular Heat Gloves, Long Sleeve Heat Gloves; Ear Plugs; and Face Shield as necessary. I put on my Uniform; Safety Glasses; and Steel-Toe Boots in the locker room.  I put on my Work Gloves, Regular Heat Gloves, Long Sleeve Heat Gloves; Ear Plugs; and Face Shield at my work station.

6.      I usually arrive to the Smelter Annex Plant at 2:30 PM.  Once I arrive I go to the lunch room to put my lunch bag away, go to my uniform locker to get my uniform, go to my personal locker, change from my street clothes into my uniform and steel-toe boots, put on my safety glasses, and go to lunch room and wait to clock in.

7.      It usually takes me five (5) minutes to change into my uniform and steel-toe boots, put on my safety glasses, and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.  I sometimes use this grace period to report to my workstation.

9.      I usually stop work at my work station at 10:40 PM.  I am allowed to leave the floor at 10:50 PM.

10.      Once I leave the floor, I perform the following activities: put my time sheet into the box, get towels, go to my personal locker, get my street clothes, go to the shower to take shower and to change into my street clothes, put my uniform and towels into laundry bins, go to the lunch room to get my lunch bag, and clock out.  The ten (10) minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April, 2019 in Lyon Station, Pennsylvania.

_____
Nydia I. Colon

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                        )
SECRETARY OF LABOR, UNITED                   )
STATES DEPARTMENT OF LABOR,                  )
                                            )
          Plaintiff,                          )     Case No. 5:18-cv-01194-GEKP
                                            )
v.                                          )
                                            )
EAST PENN MANUFACTURING                      )
COMPANY,                                     )
                                            )
          Defendant.                          )
                                            )

## DECLARATION OF CAROLINA CONCEPCION-ABAD

1.      My name is Carolina Conception-Abad.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November of 2011.  My current position is raw fill line worker at the A4 Plant.  I have worked in this position October 2018.  I previously worked as a raw fill worker at the A2 Plant.  I worked in this position from October of 2017  through October of 2018. Before that, I worked raw fill at A4 Plant from October 2016 to October 2017. Before that, I worked as a finish line worker at the A2 Plant from October 2015 to October 2016. Before that, I worked as an assembly worker in A1 Plant from October 2014 to October 2015.

3.      As a raw fill line worker, I am responsible for putting acid in batteries, and making sure the batteries are hooked up for charging.

Ex. 1002-094

4.      I work the first shift.  I work Monday through Friday. Occasionally, I work voluntary overtime on Saturdays. I am paid $18.90 an hour  and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a raw fill worker, I wear the following personal protective equipment: uniform, safety glasses, steel-toe boots, gloves, ear plugs as needed, and goggles when needed. I put on my uniform and boots in the locker room.  I put on my safety glasses as I enter the production floor. At my work station, I put on my gloves. I put in ear plugs and put on my goggles at the work station when I am doing the work that needs those devices.

6.      I usually arrive to the A4 Plant at about 6:30 a.m.  Once I arrive I clock in right away. Then I go to change into my uniform and boots.

7.      It usually takes me nine minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation. I sometimes use this grace period to report to my workstation.

9.      I usually stop work at my work station at between 2:20 and 2:25 p.m. It depends on the line she is working. For instance, the AGM line shuts off at 2:20, but if she's on the automotive line they might go to 2:25 p.m. I am allowed to leave the floor at 2:34 p.m. for both lines.

10.      Once I leave the floor, I perform the following activities: I take my uniform off and then take a shower. Then, I put my street clothes on and then clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this  $19$  day of  math , 2019 in Lyon Station, Pennsylvania.

Carolina Concepcion-Abad

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
              Plaintiff,            )       Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
              Defendant.            )
                                    )

## DECLARATION OF ROYCE B. CONNOR, JR.

1.     My name is Royce B. Connor, Jr.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December of 2009.  My current position is Pasting Leader at the A4 Plant.  I have worked in this position since October of 2011.  I previously worked as a Pasting Machine Operator at the A4 Plant.  I worked in this position from May of 2010 through October of 2011.

3.     As a Pasting Leader, I am responsible for Supplying gloves for all employees on the shop floor, assisting in shift change overs, I get the lines running at the beginning of the shift; I troubleshoot broken machines, maintain quality assurance, I fill out daily paper reports, I hand out paychecks, I cover for missing employees, I total end of shift production numbers and fill out written reports for each line.

Ex. 1002-095

4.      I work the second shift.  I work Monday through Friday.  I am paid $24 to $25 per/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Pasting Leader, I wear the following personal protective equipment: I put on my a Uniform and Steel-Toe Boots in the locker room.  I put on my Safety Glasses while walking from the locker room to my work station.  I put on my Gloves; Ear Plugs; Face Shield if grinding; Respirator as needed; Hard Hat as needed, at my work station.

6.      I usually arrive to the A4 Plant at 1:10 p.m.  Once I arrive I clock-in, I get dressed in my uniform and, if time permits, I speak to fellow employees in the hallway, if not, I go directly to the pasting department.

7.      It usually takes me 5 minutes to change into my uniform and boots. I can put on my other PPE while at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation. I sometimes use this grace period to report to my workstation.

9.      I usually stop work at my work station at 9:45 p.m.  I am allowed to leave the floor at 9:50 p.m. Because I am a Pasting Leader I have other duties at the end of shift so I am allowed to leave a little later.

10.     Once I leave the floor, I perform the following activities: I go straight to my locker. I get out of my uniform. I take the items that need to be washed and place them in the laundry bin, and then I shower. After I shower I towel off and get into my street clothes. After I change my clothes I clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___**19**___ day of ___**March**___, 2019 in Lyon Station, Pennsylvania.

_____
Royce B. Connor, Jr.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
                    Plaintiff,          )     Case No. 5:18-cv-01194-GEKP
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
                    Defendant.          )
                                        )

**DECLARATION OF JACOB CONRAD**

1.      My name is Jacob Conrad.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2017.   My current position is Paste Machine Operator at the A4 Plant.  I have worked in this position since September of 2017.

3.      As a Paste Machine Operator, I am responsible for making sure the machine has paper, that it is cut correctly and that the plates are manufactured to specification.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.95 per hour plus line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Paste Machine Operator, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs and a Respirator as needed. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my Gloves, Ear Plugs and Respirator as needed at my work station.

Ex. 1002-096

6.      I usually arrive to the A4 Plant at 9:35p.m.  Once I arrive I go put my lunchbox on the shelf. I then go my uniform locker and remove my uniform and gear and go to my personal locker to get dressed. Then I go I punch in and go to the floor to my workstation to start the day.

7.      It usually takes me about 5 minutes to change into my uniform and boots and glasses and to walk to my work station. I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift start to report to my work station.

9.      I usually stop work at my work station at 5:45p.m.  I am allowed to leave the floor at 5:50p.m.

10.     Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin, I take my shower and then I towel off. I then return to my locker and put on my street clothes. I then leave the locker room and then punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and suffer no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed this _27th_ day of _March_ , 2019 in Lyon Station, Pennsylvania.

Jacob Conrad

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

### DECLARATION OF DEMITRIUS CONTSICOS

1.      My name is Demitrius Contsicos.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February of 2018.  My current position is Dry Charge Operator at the S1 Plant.  I have worked in this position since February of 2018.

3.      As a Dry Charge Operator, I am responsible for drying the plates from the forming room. After they are dry, I stack them on a skid. Then I wrap them and manifest them. I then put them on the floor for the attendants to pick up and put them away.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.95 per hour plus department bonus. I receive time and a half pay for all hours worked over forty hours in a workweek.

5.      As a Dry Charge Operator, I wear the following personal protective equipment: a Uniform, Steel-Toe Boots, Safety Glasses, Gloves, Ear Plugs, Respirator as needed and a Hard

Ex. 1002-097

Hat as needed. I put on my Uniform and Steel-Toe Boots in the locker room. I put on my Safety Glasses while walking from the locker room to my work station. I put on my Gloves, Ear Plugs, Respirator as needed and a Hard Hat as needed at my work station.

6.     I usually arrive to the S1 Plant at 9:30p.m. Once I arrive I grab my uniform and wait to punch in. Once I punch in I get changed into my Uniform and Steel-Toe Boots and then I walk to the formation room and my workstation.

7.     It usually takes me five minutes to change into my Uniform and Steel-Toe Boots and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 5:40a.m. I am allowed to leave the floor at 6:05a.m.

9.     Once I leave the floor, I perform the following activities: I go the locker room, remove my boots; then I put my boots away. If necessary I will wash off in the tub sink. Then I remove my uniform. I then take my used uniform and put it in the laundry bin. I then take my shower and I towel off. I then return to my locker and put on my street clothes. I then leave the locker room and punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _5ᵗʰ_ day of _April_, 2019 in Lyon Station, Pennsylvania.

Demitrius Contsicos

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF EUGENE COOPER**

1.      My name is Eugene Cooper.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 2018.  My current position is Quality Assurance Auditor in the IND Building. I have worked in this position since August of 2018.   Previously, I worked as a Heat Seal Operator in the S1 Plant from January of 2018 until August of 2018.

3.      As a Quality Assurance Auditor, I am responsible for monitoring the production of Company products to ensure they comply with Company and customer specifications. I also collect data for continuous improvement processes.

4.      I work the third shift, Monday through Friday.  I am paid a base rate of $22.75/hr., including shift differential.  As a Quality Assurance Auditor, I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-098

5.      As a Quality Assurance Auditor, I wear the following personal protective equipment: Uniform; Safety Glasses; Respirator; Gloves and Steel-Toe Boots. I put on my Uniform and Steel-Toe Boots in the locker room.  I put on my Safety Glasses in my office and other PPE, when necessary, on the work floor.

6.      I usually arrive at the IND Building at 9:40 PM.  Once I arrive, I wait for a few minutes to clock in and then I change my clothes.  After changing, I proceed immediately to my QA desk in the department to check emails and the status of issues I have identified on previous shifts.

7.      It usually takes me 5 minutes to change into my Uniform and Boots and walk to my desk.

8.      I usually stop work at 5:40 AM and then meet up with other Quality Assurance Auditors to discuss quality issues for a few minutes after which I head to the locker room.   I am permitted to leave the work floor at 5:50 AM

9.       Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, change into my street clothes and clock out.  The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8 day of April, 2019 in Lyon Station, Pennsylvania.


**EUGENE COOPER**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
                 Plaintiff,             )     Case No. 5:18-cv-01194-GEKP
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
                 Defendant.             )
                                        )

## DECLARATION OF TANYA L. COOPER

1.      My name is Tanya L. Cooper.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 2006.  My current position is Hyrator at the A-4 Plant.  I have worked in this position since January of 2016.  I previously worked as a Dry End Finisher at the A-4 Plant.  I worked in this position from November 2008 to January of 2016.

3.      As a Hyrator, I am responsible for checking batteries for defects, maintaining machinery and maintaining the production line.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.10/hr. plus a variable production bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Hyrator, I wear the following personal protective equipment (PPE): Uniform; Safety Glasses; Steel-Toe Rubber Boots; Gloves; Ear Plugs.  I put on my Uniform,

Ex. 1002-099

Safety Glasses and Steel-Toe Rubber Boots in the locker room. I put on my Gloves and Ear Plugs at my work station.

6.      I usually arrive to the A-4 Plant at 9:00 pm.  Once I arrive, I grab my uniform, put on my uniform, boots and glasses, drink coffee, read the newspaper and wait to clock in.

7.      It usually takes me 5 to 7 minutes to change into my uniform, safety glasses and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 6:03 am.  I am allowed to leave the floor at 6:05 am.

10.     Once I leave the floor, I perform the following activities: walk to locker room, undress, shower, put on my street clothes and clock out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed this 27th day of March, 2019 in Lyon Station, Pennsylvania.

TANYA L. COOPER

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF JASON CORONA

1.      My name is Jason Corona. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November 2018. My current position is forming room operator at the S1 Plant. I have worked in this position since November 2018.

3.      As a forming room operator, I am responsible for pulling the plates out of the tanks, stacking the positive plates onto skids, attaching the negative plates to buggies.

4.      I work the third shift. I work Monday through Friday. I am paid at least $19/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a forming room operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Rubber Boots; Gloves; Goggles; Apron; and Respirator. I put on my Uniform, Safety Glasses, and Boots in the locker room. I put on my Gloves; Goggles; Apron; and Respirator at my work station.

Ex. 1002-100

6.      I usually arrive to the S1 Plant at 10:02 p.m.  Once I arrive I punch in, go to my uniform locker, go to the locker room and grab my boots which are near the locker room entrance, go to my personal locker and change into my uniform, and go to the work floor.

7.      It usually takes me 5 minutes to change into my uniform and 2 minutes to walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 5:30 a.m. and perform clean-up and help other workers complete their work if they are running behind.  I am allowed to leave the floor at 6:05 a.m.

9.      Once I leave the floor, I perform the following activities: I take off my boots and put them on the boot shelf, undress and put my uniform in bins, shower, change in to my personal clothing, clock out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April, 2019 in Lyon Station, Pennsylvania.

Jason Corona

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR, | )<br>)<br>) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING<br>COMPANY, | )<br>) | |
| | ) | |
| Defendant. | )<br>) | |

### DECLARATION OF ORLANDO COTTO-RAMOS

1.     My name is Orlando Cotto-Ramos.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2015.  My current position is Acid Leveler Capper at the A3 Plant.  I have worked in this position since November of 2017.  I previously worked as a Finisher at the A3 Plant.  I worked in this position from May of 2017 through November of 2017. I previously worked as an Enveloper at the S1 Plant.  I worked in this position from October of 2015 through May of 2017.

3.     As an Acid Leveler Capper, I am responsible for filling batteries with acid, leveling the acid, and capping the batteries.

4.     I work the second shift.  I work Monday through Friday.  I am paid $19.30 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

**Ex. 1002-101**

5.      As an Acid Leveler Capper, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Face Shield.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my Gloves, Ear Plugs, and Face Shield at my work station.

6.      I usually arrive to the A3 Plant at 2:25 p.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, punch in, go to the lunch room until it is time to report to my work station, then go to my work station.

7.      It usually takes me three minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:30 p.m.  I am allowed to leave the floor at 10:35 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of April, 2019 in Lyon Station, Pennsylvania.


_Orlando Cotto-Ramos_
ORLANDO COTTO-RAMOS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
                 Plaintiff,         )       Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
                 Defendant.         )
                                    )

**DECLARATION OF ADAM COVATTA**

1.      My name is Adam Covatta.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June 2015.  My current position is COS enveloper at the Industrial Automotive Plant.  I have worked in this position since November 2017.  I previously worked as a floater at the IM1 Plant.  I worked in this position from June 2015 through November 2017.

3.      As a COS enveloper, I am responsible for ensuring the quality of the groups that go into the batteries, such as making sure the envelopes are aligned, that there are no holes, and that everything is otherwise up to specification.

4.      I work the third shift.  I work Monday through Friday.  I am paid $25/hr. average and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-102

5.      As a COS enveloper, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs. I put on my Uniform, Safety Glasses, and Boots in the locker room.  I put on my Gloves and Ear Plugs at my work station.

6.      I usually arrive to the Industrial Automotive Plant at 10:05 p.m.  Once I arrive I go to my uniform locker, go to the locker room and get changed, clock in, and walk to the work floor.

7.      It usually takes me 5 minutes to change into my uniform and 1 minute to walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:05 a.m. and perform clean-up.  I am allowed to leave the floor at 6:20 a.m.

9.      Once I leave the floor, I perform the following activities: I walk to the locker room, undress, place my uniform into the appropriate bins, shower, dry off, change into my personal clothing, clock out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___5___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

_____
Adam Covatta

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, ) | |
| SECRETARY OF LABOR, UNITED ) | |
| STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:18-cv-01194-GEKP |
| ) | |
| v. ) | |
| ) | |
| EAST PENN MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF DAVID CRAMSEY**

1.      My name is David Cramsey. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2007. My current position is Enveloper Series II at the S1 Plant. I have worked in this position since October of 2007.

3.      As an Enveloper, I am responsible for working on a machine to make battery cells.

4.      I work the first shift. My shift begins at 7am and ends at 3pm. I work Monday through Friday. I am paid $19.30 /hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As an Enveloper, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Respirator for a half shift. I put on my

Ex. 1002-103

Uniform; Safety Glasses; Steel-Toe Boots in the locker room. I put on my gloves, hearing protection and put my respirator on in the middle of my shift at my work station.

6.    I usually arrive to the S1 Plant at 6:30am. Once I arrive I sit in my car until 6:45am and then come into the building. I then clock in, get my uniform on and go to the plant floor.

7.    I usually scan my time card to clock in at 6:46am.

8.    It usually takes me 3-4 minutes to change into my uniform. After I have changed into my uniform, I clock in.

9.    I usually arrive at my work station at 6:55am. It helps me to be prepared for my piece rate job to be on time so I am never late. I start work at 7am. There is a five minute grace period after my shift starts to report to my workstation.

10.    I usually stop work at my work station at 2:40pm. Then, I clean up my work station. I am allowed to leave the floor at 2:50pm.

11.    It usually takes me 1 minute to walk to the locker room and 1 minute to change out of my uniform.

12.    It usually takes me 7 minutes to shower and change at the end of my shift.

13.    After my shift ends, I usually punch out right at 3pm or a couple seconds afterwards.

14.    I usually scan my time card to clock out at 3pm.

15.    I usually leave the S1 Plant at 3pm.

16.    The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

17.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

18.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of March, 2019 in Lyon Station, Pennsylvania.

David Cramsey

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
                Plaintiff,              )    Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
                Defendant.              )
                                        )

**DECLARATION OF SHEILA CRUTCHER**

1.      My name is Sheila Crutcher.  I have personal knowledge of the facts set forth in
this declaration, and I could and would testify competently to them under oath if called as a
witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have
worked at the Company since January of 2004.  My current position is Wet Finisher at the A4
Plant. I have worked in this position since December of 2014.

3.      As a Wet Finisher, I am responsible for making sure the batteries are filled with
battery acid to the proper level and that the batteries are capped.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.30 per hour
plus line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Wet Finisher, I wear the following personal protective equipment: a Uniform
Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs, Apron, and Face Shield. I put on my
Uniform Safety Glasses and Steel-Toe Boots in the locker rooms. I put on my Gloves, Ear Plugs,
Apron, and Face Shield at my work station.

**Ex. 1002-104**

6.     I usually arrive to the A4 Plant at 9:50p.m.  Once I arrive I get my uniform, I get dressed put on my boots and I wait in the hallway to punch in and I walk to my department.

7.     It usually takes me five minutes to change into my uniform and boots and safety glasses and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 5:55a.m.  I am allowed to leave the floor at 6:05a.m.

9.     Once I leave the floor, I perform the following activities: I go to the locker room. I remove my boots and put them in my locker. I take off my used uniform and put it in the laundry bin. I then shower and towel off. I return to my locker and put on my street clothes, punch out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _27_ day of _March_, 2019 in Lyon Station, Pennsylvania.

Sheila Crutcher

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,         )
SECRETARY OF LABOR, UNITED   )
STATES DEPARTMENT OF LABOR, )
                                  )
          Plaintiff,    )   Case No. 5:18-cv-01194-GEKP
v.                          )
                                  )
EAST PENN MANUFACTURING     )
COMPANY,                     )
                                  )
         Defendant.   )
                                  )

## DECLARATION OF HECTOR CRUZ

1.     My name is Hector Cruz. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2018. My current position is Dynamac Operator in the S-1 Plant. I have held this position since the inception of my employment. As a Dynamac Operator, I take battery groups and, using lead straps, create a connection between positive group terminals (also known as "cells") and negative group terminals.

3.     I work the third shift, Monday through Friday. I am paid approximately $21.00/hr., inclusive of shift differential but exclusive of incentive compensation. I receive time and a half pay for all hours worked over forty in a workweek.

4.     As a Dynamac Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Gloves (various types); Ear Plugs; Respirator; Face Shield; Thermal Protective Sleeves; and Steel-Toe Boots. I put on my Uniform, Safety Glasses and Steel-Toe

Ex. 1002-105

Boots in the locker room.  The other elements of my PPE I put on, as necessary, at my work station.

5.      I usually arrive at the S-1 Plant at 10:45 PM.  I clock in immediately and then gather my uniform and change my clothes.  Afterwards, I walk directly to my work station on the plant floor.

6.      It usually takes me about 5 minutes to change into my uniform, safety glasses and boots. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

7.      I usually stop work at my work station at 6:50 AM, at which time I leave the floor for the locker room.

8.      Once I leave the floor, I perform the following activities: walk to the locker room, remove my uniform, shower, dress in my street clothes, and then clock out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

9.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

10.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ⎵ day of _April_, 2019 in Lyon Station, Pennsylvania.

**HECTOR CRUZ**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF JAZZLYNN CRUZ**

1.      My name is Jazzlynn Cruz.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July 2017.  My current position is Welder Operator in the A-2 Plant.

3.      As a Welder Operator in the A-2 Plant, I am responsible for welding together the "tombstones" of the various battery cells comprising a complete battery.

4.      I work the third shift.  I work Monday through Friday.  I am paid a base rate of $19.65/hr., exclusive of shift differential production incentives. I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Welder Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs. I put on my Uniform, Safety

Ex. 1002-106

Glasses, and Steel-Toe Boots in the locker room. I put on my other forms of PPE, as needed, on the work floor.

6.    I usually arrive at the A-2 Plant about 10:07 PM. Once I arrive, I gather my uniform, change my clothes, and put my lunch in my locker. After changing, I clock in and walk to my work station and begin work.

7.    It usually takes me 5 minutes to change into my Uniform, Safety Glasses and Boots.

8.    I usually stop production work around 6:00 AM. On most work days, I am permitted to leave the floor at 6:00 AM. I am given an extra 5 minutes to travel to my locker because my work station is on the east side of the plant and my locker is on the west side.

9.    Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, change into my street clothes and clock out. The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March, 2019 in Lyon Station, Pennsylvania.

JAZZLYNN CRUZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                              )
SECRETARY OF LABOR, UNITED                )
STATES DEPARTMENT OF LABOR,            )
                                                                        )
                    Plaintiff,                                    )        Case No. 5:18-cv-01194-GEKP
                                                                        )
v.                                                                       )
                                                                        )
EAST PENN MANUFACTURING                    )
COMPANY,                                                     )
                                                                        )
                    Defendant.                                )
                                                                        )

**DECLARATION OF JOSEPH CRUZ**

1.      My name is Joseph Cruz. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2017. My current position is Pasting Take Off at the A1 Plant. I have worked in this position since October of 2017.

3.      As a Pasting Take Off, I am responsible for I picking up the plates and brushing or scrap any burrs off of the plates. I then inspect the plates for defects. If the plates pass inspection I take the plates and put them on the rack. I make sure the stacks are the correct height. If there are any defects on the plates we tell the operator what is going on.

4.      I work the third shift. I work Monday through Friday. I am paid $19.60 per hour plus line bonus and I receive time and a half pay for all hours worked over forty hours in a workweek.

5.      As a Pasting Take Off, I wear the following personal protective equipment: a Uniform, Steel-Toe Boots, Safety Glasses, Gloves, Ear Plugs, Face Shield as needed and

**Ex. 1002-107**

as needed. I put on my Uniform, Steel-Toe Boots, and Safety Glasses in the locker room. I put on my Gloves, Ear Plugs, Face Shield as needed and Respirator as needed at my work station.

6.     I usually arrive to the A1 Plant at 10:20p.m.  Once I arrive, I punch in I go to my locker. I get changed and then go out to the Pasting Department.

7.     It usually takes me five minutes to change into my Uniform, Steel-Toe Boots, and Safety Glasses and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 6:45a.m..  I am allowed to leave the floor at 6:50a.m.

9.     Once I leave the floor, I perform the following activities: I go to the locker room. I remove my boots and put them in my locker. I take off my used uniform and put it in the laundry bin. I then shower and towel off. I return to my locker and put on my street clothes, punch out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of April____, 2019 in Lyon Station, Pennsylvania.

_____
Joseph Cruz

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF ROLANDO CRUZ**

1.     My name is Rolando Cruz.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February of 2000.  My current position is an automatic post burner at the A4 Plant.  I have worked in this position since March of 2014.

3.     As an automatic post burner, I am responsible for burning the battery terminal.

4.     I work the first shift.  I work Monday through Friday.  I worked Saturday overtime when offered.  I am paid $19.65/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As an automatic post burner, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Work and heavy gloves; and Ear Plugs. I put on my Uniform and Steel-Toe Boots in the locker room.  I put on my Safety Glasses and Ear Plugs

Ex. 1002-108

while walking from the locker room to my work station. I put on my Work and heavy gloves at my work station.

6.     I usually arrive to the A4 Plant at 6:00 AM. Once I arrive I get uniform, go to the locker room, take off my street clothes, put on my uniform, go to restroom, go to lunch room for coffee and breakfast, and wait to clock in.

7.     It usually takes me five (5) minutes to change into my uniform and steel-toe boots. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation.

9.     I usually stop work at my work station at 2:10 PM. I am allowed to leave the floor at 2:18 PM.

10.    Once I leave the floor, I perform the following activities: change out of my uniform, shower, put on my street clothes and clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3 day of 26 , 2019 in Lyon Station, Pennsylvania.

Rolando Cruz

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
      Plaintiff,                        )       Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
      Defendant.                        )
                                        )

## DECLARATION OF LISSETTE DAMIANI

    1.    My name is Lissette Damiani. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

    2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December 2007. My current position is COS floater at the A4 Plant. I have worked in this position since 2012.

    3.    As a COS floater, I am responsible for training on material handling for new workers, operation of machinery, and rotating through various positions in COS as needed.

    4.    I work the first shift. I work Monday through Friday. I am paid $24.59/hr. average and I receive time and a half pay for all hours worked over forty in a workweek.

    5.    As a COS floater, I wear the following personal protective equipment: Uniform; Safety Glasses; Metatarsal Boots; Gloves; Ear Plugs; Face Shield (as needed); Respirator; and Hard Hat. I put on my Uniform, Boots, and Safety Glasses in the locker room. I put on my Gloves; Ear Plugs; Face Shield (as needed); Respirator; and Hard Hat on the work floor.

Ex. 1002-109

6.      I usually arrive to the A4 Plant at 6:20 a.m.  Once I arrive I get my uniform, go to the locker room and change into my uniform, and go to the work floor.

7.      It usually takes me 2 minutes to change into my uniform and less than 1 minute to walk to my workstation.  I can put on my other PPE while on the work floor.

8.      I usually stop work at my work station at 2:05 p.m. and perform clean-up.  I am allowed to leave the floor at 2:17 p.m.

9.      Once I leave the floor, I perform the following activities: go to the locker room, get undressed, shower, put on my personal clothing, wait until it is time to clock out, clock out, and leave. The time provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __11__ day of __APRIL__, 2019 in Lyon Station, Pennsylvania.

_____
Lissette Damiani

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,            )
SECRETARY OF LABOR, UNITED      )
STATES DEPARTMENT OF LABOR,     )
                                )
              Plaintiff,         )    Case No. 5:18-cv-01194-GEKP
                                )
v.                              )
                                )
EAST PENN MANUFACTURING         )
COMPANY,                        )
                                )
              Defendant.         )
                                )

**DECLARATION OF DENNIS R. DAVIS**

1.      My name is Dennis R. Davis.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 1989.  My current position is Continuous Grid Cast Operator at the A3 Plant.  I have worked in this position since December of 2013.

3.      As a Continuous Grid Cast Operator, I am responsible for making negative grids.

4.      I work the second shift.  I work Monday through Friday.  I am paid $19.80 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Continuous Grid Cast Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield, depending on the task; Respirator, depending on the task; and Hard Hat, when operating the fork lift.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment at my work station.

Ex. 1002-110

6.    I usually arrive to the A3 Plant at 2:30 p.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, then go to the lunch room and read the paper until it is time to punch in.  I then punch in and go to my work station.

7.    It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.    I usually stop work at my work station at 10:50 p.m. and I am allowed to leave the floor at that time.

9.    Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of March, 2019 in Lyon Station, Pennsylvania.

_____
DENNIS R. DAVIS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
             Plaintiff,          )   Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
             Defendant.          )
                                    )

## DECLARATION OF SCOTT V DAVIS

1.     My name is Scott Davis.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April of 2006.  My current position is Acid Leveler / Capper at the Industrial Automotive Plants.  I have worked in this position since August of 2018.  I previously worked as a Raw Fill at the A 4 Plant.  I worked in this position October of 2015 through August of 2018.  I previously worked as a Hy-rater at the A 3 Plant.  I worked in this position since December of 2009 through October of 2015.

3.     As an Acid Leveler / Capper, I am responsible for pulling leads off batteries, taking batteries off racks, placing batteries on the line, pushing batteries down line, and capping the batteries.

4.     I work the First shift. I work Monday through Friday.  I am paid $ 19.10 per hour.  I receive a bonus based on my department production incentive and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-111

5.     As a Acid Leveler Capper, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Face Shield; Gloves; Ear Plugs (optional);   plastic sleeves.   I put on my uniform, boots and safety glasses in the locker room.  I put on my Face Shield; Gloves; Ear Plugs (optional); plastic sleeves and ear plugs (when required) at my work station.

6.     I usually arrive to the Industrial Automotive Plant at 6:25  am.  Once I arrive I go to my uniform locker, get my work uniform, go to my personal locker, change in my work uniform, go out to time clock, wait to punch in, punch in, go to lunch room, talk to co-workers, leave lunchroom, go to my workstation.

7.     It usually takes me three minutes to change into my uniform, boots and safety glasses. It usually takes four minutes to walk from the locker room to my workstation.  I put on all my other PPE at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 2:28 pm.  I am allowed to leave the floor at 2:35 pm.

9.     Once I leave the floor, I perform the following activities: go to the locker room, get undressed, take shower, get dressed, go out to punch clock, punch out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _27_ day of _MARCH_, 2019 in Lyon Station, Pennsylvania.

_____

SCOTT V DAVIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF BRYAN DEGLER**

1.      My name is Bryan Degler. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December of 2014.   My current position is a Maintenance Mechanic at the S1 Plant. I have worked as a Maintenance Mechanic since December of 2014.

3.      As a Mechanic, I am responsible for preventive maintenance, break down and repairs on machines.

4.      I work the second shift. I work Monday through Friday.

5.      I am paid $24.65/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As a Mechanic, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves, Ear Plugs, Face Shield as needed and a Respirator.  I put on my uniform and safety shoes on in the locker room. I put my safety glasses on as I walk onto the floor. I put on all other PPE equipment as needed at my work station.

Ex. 1002-112

7.      I usually arrive to the S1 Plant at 2:36pm.  Once I arrive I put my lunch bag in the lunch room, I get my uniform out, go to the locker room, change, punch in and head to the floor.

8.      It usually takes me 4 minutes to change into my uniform and 2 minutes to walk to my work station.

9.      I usually stop work at my work station at 10:40pm. I am allowed to leave the floor at 10:50pm.

10.     Once I leave the floor, I perform the following activities: walk down the steps, wash my hands, go to the locker room, remove my uniform, shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of March 2019 in Lyon Station, Pennsylvania.

_____
Bryan Degler

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
                    Plaintiff,          )       Case No. 5:18-cv-01194-GEKP
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
                    Defendant.          )
                                        )

**DECLARATION OF MADELINE DEL VALLE**

1.      My name is Madeline Del Valle.  I have personal knowledge of the facts set forth

in this declaration, and I could and would testify competently to them under oath if called as a

witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have

worked at the Company since November of 2010.  My current position is Finisher at the S1

Plant.  I have worked in this position as a Finisher since 2013.

3.      As a Finisher, I am responsible for working with batteries to fill them with gel,

buff them, and get them ready to be shipped to the customer .

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid $19.10/hr. and I receive time and a half pay for all hours worked over

forty in a workweek.

6.      As a Finisher, I wear the following personal protective equipment: Uniform;

Safety Glasses; Steel-Toe Shoes; Gloves; Face shield, Apron, and Earplugs.  I put on my

Ex. 1002-113

uniform, locker room and safety shoes in the locker room.  I put on my gloves, face shield, apron and earplugs at my work station.

7.    I usually arrive to the S1 Plant at 6:25am.  Once I arrive I swipe in, grab my uniform and go get changed, take my lunch box to the lunchroom and head to the floor.

8.    It usually takes me 2 minutes to change into my uniform and 1.5 minutes to walk to my workstation.

9.    I usually stop work at my work station at 2:25pm.  I am allowed to leave the floor at 2:35pm.

10.    Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, get a towel and shower, change into my street clothes, punch out and go home.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of March 2019 in Lyon Station, Pennsylvania.

_____

Madeline Del Valle

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) |
| Plaintiff, | )    Case No. 5:18-cv-01194-GEKP |
| v. | ) ) |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

**DECLARATION OF MARLENI DeLaCRUZ**

1.    My name is Marleni DeLaCruz. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January 2018. My current position is finisher at the A3 Plant. I have worked in this position since January 2018.

3.    As a finisher, I am responsible for labeling and palletizing batteries.

4.    I work the third shift. I work Monday through Friday. I am paid at least $19/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.    As a finisher, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves as needed; and Ear Plugs. I put on my Uniform and Boots in the locker room. I put on my Safety Glasses and Ear Plugs while walking from the locker room to my work station. I put on my Gloves (as needed) at my work station.

Ex. 1002-114

6.      I usually arrive to the A3 Plant at 10:15 p.m.  Once I arrive I get my uniform from my uniform locker, go to the locker room, change into my uniform, go to the lunch room and get a coffee, clock in, go back to my locker and place my keys and badge in my locker, then go to the work floor.

7.      It usually takes me 5 minutes to change into my uniform and boots and 3 minutes to walk to my workstation from my personal locker.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation

9.      I usually stop work at my work station at 6:30 a.m. and perform clean-up.  I am allowed to leave the floor at 6:35 a.m.

10.     Once I leave the floor, I perform the following activities: grab a towel, wash my hands, undress and put my uniform in the bin, grab shower supplies, shower, change into my personal clothing, then clock out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _29_ day of _March_, 2019 in Lyon Station, Pennsylvania.

Marleni DeLaCruz

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR,<br><br>        Plaintiff,<br><br>v.<br><br>EAST PENN MANUFACTURING<br>COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Case No. 5:18-cv-01194-GEKP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF DYLAN DELONG**

1.      My name is Dylan DeLong.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 2013.  My current position is a Plate Prep Operator at the S1 Plant.  I have worked in this position since November 2013.

3.      As a Plate Prep Operator, I am responsible for getting battery plates into a machine, brushing them and skid them to get ready to be formed into battery cells.

4.      I am on first shift.  I work Monday through Friday.  I am paid $22.41/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Plate Prep Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs.  I put on my uniform and safety shoes in the locker room.  I put on my safety glasses while walking from the locker room to my work station.  I put on my earplugs and gloves at my work station.

Ex. 1002-115

6.      I usually arrive to the S1 Plant at 6:30am.  Once I arrive grab my uniform out of my locker, punch in, change, then I go onto the plant floor.

7.      It usually takes me 3 minutes to change into my uniform and 3 minutes walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime. There is a five minute grace period after my shift starts to report to my workstation.

8.      I usually stop work at my work station at 2:20pm.  I am allowed to leave the floor at 2:35pm.

9.      Once I leave the floor, I perform the following activities:  remove my uniform and shower, punch out and go home.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is enough for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March 2019 in Lyon Station, Pennsylvania.

_____  3/26/19
Dylan DeLong

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF KIMBERLY A. DELONG

1.     My name is Kimberly A. DeLong.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March of 2010.  My current position is Respirator Cleaner at the Central Services Plant.  I have worked in this position since November of 2014.  I previously worked as a Laundry Utility at the Central Services Plant. I worked in this position from September of 2013 through November 2014.

3.     As a Respirator Cleaner, I am responsible for cleaning respirators.

4.     I work the Second shift. I work Monday through Friday.  I am paid approximately $ 18.85 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Respirator Cleaner, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves.   I put on my uniform and boots in the locker

Ex. 1002-116

room.  I put on my safety glasses while walking from the locker room to my work station.  I put on my gloves at my work station.

6.  I usually arrive to the Central Services Plant at 1:45 pm.  Once I arrive I place my personal items in my personal locker, take my key from my personal locker, go to my uniform locker, get my uniform, put my uniform on the locker bench, go to the lunch room, read the newspaper, drink coffee, go back to the locker room, change into my uniform, go to the time clock, wait in front of the time clock, clock in, go back to my personal locker place my work badge into my personal locker, go back to the lunch room, wait until it is time to start work, go to the laundry utility, pick up Central Services dirty respirators, go to my workstation.

7.  It usually takes me three minutes to change into my uniform, boots and safety glasses.  It usually takes less than one minute to walk from the locker room to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.  I usually stop work at my work station at 10:50 pm.  I am allowed to leave the floor at 10:50 pm.

9.  Once I leave the floor, I perform the following activities:  go outside, speak with my husband, go to the locker room, take off uniform, throw my uniform in dirty bin, go to my personal locker, remove my toiletries, grab towel, go to shower, shower, dry off, get dressed, go to time clock, clock out.   The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.  I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___/___ day of _*April*_ , 2019 in Lyon Station, Pennsylvania.


_Kimberly A DeLong_
KIMBERLY A. DELONG

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,         )
SECRETARY OF LABOR, UNITED     )
STATES DEPARTMENT OF LABOR,    )
                                 )
          Plaintiff,     )    Case No. 5:18-cv-01194-GEKP
v.                               )
                                 )
EAST PENN MANUFACTURING      )
COMPANY,                   )
                                 )
          Defendant.    )
                                 )

## DECLARATION OF MATTHEW W. DeLONG

1.      My name is Matthew W. DeLong.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2010.  My current position is Construction Crew at the Central Services Plant.  I have worked in this position since March of 2019.  I previously worked as a Grid Casting Floater at the Industrial Plant.  I worked in this position from May of 2018 through March of 2019.  I previously worked as a Pasting Utility  at the Industrial Plant.  I worked in this position from May of 2013 through May of 2018.

3.      As a Construction Crew worker, I am responsible for plowing and removing snow, roofing, repairing and flooring building.

4.      I work the First shift. I work Monday through Friday.  I am paid $ 21.65 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-117

5.      As a Construction Crew worker, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Hard Hat (when required); Face Shield (when required); Respirator (when required).  I put on my uniform, and boots in the locker room.  I put on my safety glasses while walking from the locker room to my workstation.  I put on my Gloves; Ear Plugs; Hard Hat (when required); Face Shield (when required); Respirator (when required) at my work station.

6.      I usually arrive to the Central Services Plant at 6:20 am.  Once I arrive I  go to the lunch room, put my kettle on the shelf, go to my uniform locker, get uniform out, go to the locker room, go to my personal locker, remove street shoes, take off my street clothes, put on my work uniform, remove my safety glasses from my personal locker, go to the bathroom, wash my hands, go to the lunch room, read a magazine, wait to punch in, walk to time clock, punch in, put on my safety glasses while walking to my workstation, go to my workstation.

7.      It usually takes me two minutes to change into my uniform and boots.  It usually takes me two minutes to walk from the locker room to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 3:40 pm.  I am allowed to leave the floor at 3:50 pm.

9.      Once I leave the floor, I perform the following activities: go to my personal locker, take off my boots and work uniform, grab my personal shower items, go to the shower, take a shower, grab a towel, dry off, go back to my personal locker, put away my personal shower items, put my street clothes on and shoes, place my dirty uniform and towel into the dirty bins, go to the punch clock, wait to punch out, punch out.  The ten minutes provided to me at the

end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _3ᴿᴰ_ day of _April_____, 2019 in Lyon Station, Pennsylvania.


_____
MATTHEW W. DeLONG

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING<br>COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF RYAN DELP

1.      My name is Ryan Delp.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2013.  My current position is COS Enveloper in the A-2 Plant.  I have worked in this position since the inception of my employment.

3.      As a COS Enveloper in the A-2 Plant, I am responsible for putting lead plates on the enveloping machine so they can be counted, wrapped (enveloped), stacked and put into the battery cases.

4.      I work the third shift.  I work Monday through Friday.  I am paid a base rate of $19.40/hr., exclusive of shift differential and production incentives. I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a COS Enveloper, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Respirator; Gloves; and Ear Plugs. I put on my

Ex. 1002-118

Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my other forms of PPE, as needed, on the work floor.

6.     I usually arrive at the A-2 Plant between 10:25 and 10:30 PM.  Once I arrive, I clock in immediately, gather my uniform and change my clothes. After changing, I drop off my lunch bag on a shelf outside the Break Room and head to my work station to begin working immediately.

7.     It usually takes me less than 5 minutes to change into my Uniform, Safety Glasses and Boots.

8.     I usually stop production work between 6:20 and 6:25 AM, at which time I clean up my work area.  On most work days, I am permitted to leave the floor at 6:30, 5 minutes early, because my locker is on the east side of the plant and my work station is on the west side of the plant.

9.     Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, change into my street clothes and clock out.  The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March, 2019 in Lyon Station, Pennsylvania.

**RYAN DELP**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,        )
SECRETARY OF LABOR, UNITED    )
STATES DEPARTMENT OF LABOR,   )
                                  )
           Plaintiff,      )   Case No. 5:18-cv-01194-GEKP
v.                          )
                                  )
EAST PENN MANUFACTURING    )
COMPANY,                )
                                  )
          Defendant.    )
                                  )

**DECLARATION OF HOWARD DEVLIN III**

1.      My name is Howard Devlin III. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October 1998.  My current position is a Material Handler at the A1 Plant.  I have worked as a Material Handler since January 2000.

3.      As a Material Handler, I am responsible for driving the stack truck and walkie-rider and moving product around to various departments.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid $22.50/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As a Material Handler I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves as needed; Ear Plugs; and Hard Hat as necessary. I put on my uniform and safety shoes on in the locker room. I put my safety glasses on as I walk onto the floor. I put on my gloves, ear plugs, and hard hat at my work station.

Ex. 1002-119

7.      I usually arrive to the A1 Plant at 6:00am.  Once I arrive I walk into the locker room, go to my uniform locker and grab my uniform, change into my uniform, then sit in the lunch room and drink a hot chocolate, and then clock in and go to my work station.

8.      It usually takes me 2 minutes to change into my uniform and 1 minutes to walk to my work station.

9.      I usually stop work at my work station at 2:15pm. I am allowed to leave the floor at 2:20pm.

10.      Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, place uniform into the bin, shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April 2019 in Lyon Station, Pennsylvania.

_____
Howard Devlin III

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF SHAWN DENGLER**

1.      My name is Shawn Dengler.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 2011.  My current position is Enveloper Series II at the S1 Plant.  I have worked in this position since October of 2014.

3.      As an Enveloper, I am responsible for putting positive and negative plates together to form a battery cell and putting separator material between the plates.

4.      I work the first shift.  I work Monday through Friday.  I am paid $26/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As an Enveloper, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs, and Respirator.  I put on my uniform and safety shoes in the locker room.  I put on my safety glasses while walking from the locker room to my work station.  I put on my respirator, earplugs and gloves at my work station.

**Ex. 1002-120**

6.    I usually arrive to the S1 Plant at 6:40am. Once I arrive I grab my uniform out of my locker, take my street clothes off and put it in my personal locker change and then punch in for the day and go to the floor.

7.    It usually takes me 5 minutes to change into my uniform and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.    There is a 5 minute grace period after my shift starts to report to my workstation.

9.    I usually stop work at my work station at 2:40pm. I am allowed to leave the floor at 2:50pm.

10.   Once I leave the floor, I perform the following activities: go to the locker-room, remove my uniform and shower, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.   I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.   I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March 2019 in Lyon Station, Pennsylvania.

Shawn Dengler

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF BRIAN DERR

1.     My name is Brian Derr and I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 1984.  My current position is Post Burner at the A1 Plant. I have worked as a Post Burner since January 2009.

3.     As a Post Burner, I am responsible for burning the lead posts on the battery.

4.     I work the first shift.  I work Monday through Friday.

5.     I am paid approximately $23.50/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.     As a Post Burner I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; Ear Plugs. I put on my uniform, safety glasses, and safety shoes in the locker room.  I put on my gloves and ear plugs at my work station.

7.     I usually arrive to the A1 Plant at 6:15am.  Once I arrive I go into the locker, put my bag in front of my personal locker, grab my uniform, change into my uniform, go into the

Ex. 1002-121

smoke room, eat some breakfast, smoke a cigarette, read the paper, clock in, go to the bathroom, and then head to my work station.

8.      It usually takes me 5 minutes to change into my uniform and 1 minute to walk to my work station.

9.      I usually stop work at my work station at 3:00pm. I am allowed to leave the floor at 3:05pm.

10.     Once I leave the floor, I perform the following activities: go to the smoke room and have a cigarette, go to the locker room, take my uniform off, shower, change into my street clothes, clock out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of April 2019 in Lyon Station, Pennsylvania.

_____
Brian Derr

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF CHRIS DEWALD

1.      My name is Chris Dewald.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December 2017.  My current position is COS takeoff at the Industrial Automotive Plant.  I have worked in this position since December 2017.

3.      As a COS takeoff, I am responsible for performing a quality review of the batteries as they come out of the machine and for making sure the machine runs correctly.

4.      I work the third shift.  I work Monday through Friday.  I am paid at least $19/hr. plus production bonus, and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a COS takeoff, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Apron (as needed); and Face Shield (as needed). I put on my Uniform, Safety Glasses, and Boots in the locker room.  I put on my Gloves; Ear Plugs; Apron (as needed); and Face Shield (as needed) at my work station.

Ex. 1002-122

6.      I usually arrive to the Industrial Plant at 10:10 p.m.   Once I arrive I get my uniform, go to the locker room and get changed, clock in, and go to the work floor.

7.      It usually takes me 4 minutes to change into my uniform and 1 minute to walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:10 a.m. and perform clean-up.  I am allowed to leave the floor at 6:20 a.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, dispose of my ear plugs, get undressed, get a towel, place my uniform in the bins on the way to the shower, shower, change in to my street clothes, place the towel in a bin on the way out of the locker room, clock out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___5___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

_____
Chris Dewald

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,           )
SECRETARY OF LABOR, UNITED     )
STATES DEPARTMENT OF LABOR,    )
                               )
        Plaintiff,    )     Case No. 5:18-cv-01194-GEKP
v.                             )
                               )
EAST PENN MANUFACTURING        )
COMPANY,                       )
                               )
        Defendant.   )
                               )

**DECLARATION OF ERIC DIAZ**

1.     My name is Eric Diaz. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June 2003. My current position is quality auditor at the IM1 Plant. I have worked in this position since December 2003.

3.     As a quality auditor, I am responsible for performing checks on each product, to learn height and weight measurements, to ensure each product is up to East Penn standards.

4.     I work the first shift. I work Saturday to Tuesday. I am paid $22.50/hr., or a shift differential of $28.50 for working on the weekends, and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a quality auditor, I wear the following personal protective equipment: Safety Glasses; Steel-Toe Boots; Gloves (as needed); and Ear Plugs (as needed). I put on my Safety Glasses and Boots at home, prior to coming to IM1. I put on my Gloves (as needed) and my Ear Plugs (as needed) at my work station. I am not required to wear a uniform.

Ex. 1002-123

6.    I usually arrive to the IM1 Plant at 3:59 a.m.  Once I arrive I clock in, and go out to the work floor.

7.    It usually takes me half a minute to walk to my workstation.  I can put on my other PPE, as needed, while at my workstation at the start of my worktime.

8.    I usually stop work at my work station at 1:56 p.m.  I am allowed to leave the floor at 1:56 p.m.

9.    Once I leave the floor, I perform the following activities: I use the bathroom if needed, go upstairs and drop off my radio, go downstairs to get my lunch bag, then clock out, and leave.  I am not required to shower.  The time allotted to me at the end of my shift to prepare to leave and to leave is sufficient for me to perform these activities.

10.   I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing activities before and after my regularly scheduled shift time.

11.   I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _8th_ day of _April_, 2019 in Lyon Station, Pennsylvania.

_____
ERIC DIAZ

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DECLARATION OF FELIPE DIAZ

1.      My name is Felipe Diaz and I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2006.  My current position is Pasting Material Handler at the A1 Plant.  I have worked as a Pasting Material Handler since April 2010.

3.      As a Pasting Material Handler, I am responsible for manifesting the racks, putting the racks away in the oven, and writing the correct amount of plates on the tags.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid approximately $20/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As a Pasting Operator I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; Ear Plugs; Respirator as needed; and a Hard Hat. I put on my uniform, safety glasses and safety shoes in the locker room.  I put all other necessary PPE equipment as needed at the work station.

**Ex. 1002-124**

7.      I usually arrive to the A1 Plant at 6:30am.  Once I arrive I sit down for a little, punch in, go into the locker room, grab my uniform, change into my uniform then go to my work station.

8.      It usually takes me 5 minutes to change into my uniform and 1 minute to walk to my work station.  There is a five minute grace period after my shift starts to report to my work station.

9.      I usually stop work at my work station at 2:45pm. I am allowed to leave the floor at 2:50pm.

10.     Once I leave the floor, I perform the following activities: wash my hands, go to the locker room, take my uniform off, shower, change into my street clothes, clock out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of April 2019 in Lyon Station, Pennsylvania.

_____
Felipe Diaz

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF MICHAEL DIBENEDETTO

1.      My name is Michael DiBenedetto.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April of 2016.  My current position is Heat Seal Operator in the Industrial Building.  I have worked in this position since October of 2017.  Prior to that, I was a Forming Room Operator from April of 2016 to October of 2017.

3.      As a Heat Seal Operator, I am responsible for sealing the plastic covers onto individual battery cells, and dropping them into the battery tray.

4.      I work the third shift, Monday through Friday.  I am paid a base rate of $19.35/hr. inclusive of shift differential, but exclusive of production incentives.  As a Heat Seal Operator, I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-125

5.     As a Heat Seal Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Gloves; Ear Plugs; and Steel-Toe Rubber Boots. I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room. I put on my other PPE, as necessary, on the work floor.

6.     I usually arrive at the Industrial Building at 9:30 PM. Once I arrive, I gather my uniform and then I change my clothes. After changing, I get something to drink and spend some time talking with co-workers in the Break Room. Then, I clock in and put away my lunch and cell phone in my locker and head to my work station.

7.     It usually takes me about 5 minutes to change into my Uniform, Boots and Glasses.

8.     Production work ends between 5:25 and 5:30 AM. After that, I spend about 20 minutes cleaning up my work area. I am permitted to leave the work floor at 5:50 AM.

9.     Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, change into my street clothes and clock out. The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10 day of April , 2019 in Lyon Station, Pennsylvania.

**MICHAEL DIBENEDETTO**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                     )
SECRETARY OF LABOR, UNITED               )
STATES DEPARTMENT OF LABOR,              )
                                         )
              Plaintiff,          )      Case No. 5:18-cv-01194-GEKP
v.                                       )
                                         )
EAST PENN MANUFACTURING                  )
COMPANY,                                 )
                                         )
            Defendant.             )
                                         )

## DECLARATION OF COLTON N. DIETRICH

1.     My name is Colton N. Dietrich.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May of 2006.  My current position is Electrical Mechanical Technician ("EMT") at the Injection Molding 1 ("IM1") Plant.  I have worked in this position since November of 2016. I worked previously as a maintenance mechanic at IM1 Plant.  I have worked in this position from March of 2012 through November of 2016.

3.     As an EMT, I am responsible for the electrical and mechanical maintenance and repairs of the machinery in the IM1 Plant with primary focus in the molding machines as well as the robotics area.

4.     I work the first shift.  I work Tuesday through Saturday and Sunday through Thursday – 10 days on, 4 days off. I work voluntary overtime when offered.  I am paid

Ex. 1002-126

$27.05/hr. plus weekend shift incentive of $6/hr., and annual bonuses, and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As an EMT, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; A variety gloves; Ear Plugs; Face Shield as needed; and Hard Hat as needed. I put on my uniform, steel-toe boots, safety glasses, and ear plugs in the locker room. I put on my Gloves; Face Shield and Hard Hat at my work station.

6.      I usually arrive to the IM1 Plant at 6:30 AM. Once I arrive I go to my uniform locker to get my uniform, go to the lunchroom and put away my lunch bag, go to my personal locker in the locker room, change into my uniform and steel-toe boots, put on my safety glasses, wait to clock in, clock in, and go to my workstation (e.g., maintenance shop).

7.      It usually takes me five (5) minutes to change into my uniform and steel-toe boots, put on my safety glasses, and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five (5) minute grace period after my shift starts to report to my workstation. I sometimes use this grace period to report to my workstation.

9.      I usually stop work at my work station at 2:50 PM. I am allowed to leave the floor at 2:55 PM.

10.     Once I leave the floor, I perform the following activities: go to my personal locker in the locker room, change from my uniform and steel-toe boots into my street clothes, put my safety glasses in my personal locker, put my uniform in the laundry bin, and clock out. I am not required to take a shower. The ten (10) minutes provided to me at the end of my shift to go to the locker room and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of April, 2019 in Lyon Station, Pennsylvania.


_____
Colton N. Dietrich

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF MICHAEL R. DIETRICH**

1.      My name is Michael R. Dietrich.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2002.  My current position is C.O.S. leader at the A4 Plant.  I have worked in this position since August of 2012.

3.      As a C.O.S. leader, I am responsible for the efficient operation of my department that includes operator assignments, machine operability, raw stock availability, finish product quality, and safety.  Further, my responsibilities include managerial duties regarding my operators.

4.      I work the first shift.  I work Monday through Friday.  I work voluntary overtime when offered. I am paid approximately $25/hr. and an annual bonus.  I receive time and a half pay for all hours worked over forty in a workweek. I am paid punch-to-punch.

Ex. 1002-127

5.    As a C.O.S. leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; a variety of Gloves; Ear Plugs; Respirator as required; and Hard Hat as required. I put on my Uniform; Safety Glasses; and Steel-Toe Boots in the locker room. I put on my other PPE, such as a variety of Gloves; Ear Plugs; Respirator as required; and Hard Hat as required, at the designated work stations.

6.    I usually arrive to the A4 Plant at 6:10 AM.  Once I arrive I clock in, get my uniform from my uniform locker, go to my personal locker in the locker room, change out of street clothes into my uniform and steel-toe boots, put on safety glasses, and walk to my workstation.

7.    It usually takes me five (5) minutes to change into my uniform and steel-toe boots, put on my safety glass and walk to my workstation.  I can put on my other PPE at the designated workstations as necessary.

8.    There is a five (5) minute grace period after my shift starts to report to my workstation.

9.    I usually stop work at my work station at 2:35 PM.  I am allowed to leave the floor at 2:35 pm.

10.    Once I leave the floor, I perform the following activities: go to the locker room, take off my shirt and put it in the laundry bin, go to my personal locker and remove my remaining uniform and steel-toe boots, get a towel, take a shower, change into my street clothes, put remaining uniform in laundry bin, and clock out.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of March, 2019 in Lyon Station, Pennsylvania.

Michael R. Dietrich

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF RICHARD A. DIETRICH**

1.      My name is Richard Dietrich.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 1984.   My current position is Construction Maintenance Worker at the Central Services Plant.  I have worked in this position since May of 1985.

3.      As a Construction Maintenance Worker, I am responsible for hanging, finishing dry wall, installing drop ceilings, pouring, finishing concrete, laying acid brick, installation, maintenance of overhead doors and man doors, snow removal, welding and cutting steel.

4.      I work the First shift. I work Monday through Saturday.  I am paid approximately $ 25 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Maintenance Worker, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Face Shield (when I am cutting or grinding steel);

**Ex. 1002-128**

Gloves; Ear Plugs; Respirator (when necessary); Hard Hat (only when I am on the stack truck or tow motor/fork lift); Welding Gloves (as required), Fall Protection/Harness, Knee Pads (when laying brick).   I put on my uniform, boots and safety glasses in the locker room.  I put on my Face Shield (when I am cutting or grinding steel); Gloves; Ear Plugs; Respirator (when necessary); Hard Hat (only when I am on the stack truck or tow motor/fork lift); Welding Gloves (as required), Fall Protection/Harness, Knee Pads (when laying brick) at my work station.

6.      I usually arrive to the Central Services Plant at 6:45 am.  Once I arrive I go to the lunch room, put my lunch bag on shelf, go to punch clock, punch in, go to my personal locker, get my key for my uniform locker, go get my uniform, go back to my personal locker, get changed, go to my workstation.

7.      It usually takes me two minutes to change into my uniform, boots and safety glasses. It usually takes two minutes to walk from the locker room to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my work station.  I occasionally use this grace period to report to my workstation.

9.      I usually stop work at my work station at 3:45 pm.  I am allowed to leave the floor at 3:45 pm.

10.      Once I leave the floor, I perform the following activities:  go back to my personal locker, get undressed, take shower, put on my personal clothes, take my dirty laundry over to bins, go to punch clock, punch out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _28_ day of _MARCH_, 2019 in Lyon Station, Pennsylvania.

_____
RICHARD A. DIETRICH

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF SEAN DILL

1.     My name is Sean Dill.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2015.  My current position is Maintenance Mechanic at the A3 Plant.  I have worked in this position since June of 2015.

3.     As a Maintenance Mechanic, I am responsible for keeping all machines in operating order and fixing those that require repair.

4.     I work the second shift.  I work Monday through Friday.  I am paid approximately $24.00 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Maintenance Mechanic, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Apron, depending on the task; Face Shield, depending on the task; and Respirator. I put on my Uniform, Steel-Toe Boots, and Safety Glasses in the locker room.  I put on my remaining personal protective equipment at my work station.

Ex. 1002-129

6.      I usually arrive to the A3 Plant between 1:45 p.m. and 1:50 p.m.  Once I arrive I punch in, go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, and walk to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and three minutes to walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:45 p.m.  I am allowed to leave the floor at 10:48 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March, 2019 in Lyon Station, Pennsylvania.

_____
SEAN DILL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,        )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR, )
                            )
            Plaintiff,      )      Case No. 5:18-cv-01194-GEKP
                            )
v.                          )
                            )
EAST PENN MANUFACTURING     )
COMPANY,                    )
                            )
            Defendant.      )
                            )

## DECLARATION OF CHRISTINE DILTZ

1.      My name is Christine Diltz.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2012.  My current position is Quality Control at the A3 Plant.  I have worked in this position since December of 2017.  I previously worked as a Quality Control at the A2 Plant.  I worked in this position from May of 2016 through December of 2017. I previously worked as a Quality Control at the A4 Plant.  I worked in this position from March of 2014 through May of 2016.

3.      As a Quality Control, I am responsible for making sure the plates coming down the line are within specifications, checking the ovens to make sure the curing process is correct, conducting moisture checks on the ovens at cycle completion, and conducting mixer audits.

4.      I work the first shift.  I work Monday through Friday.  I am paid $22.55 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-130

5.      As a Quality Control, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my Gloves and Ear Plugs at my work station.

6.      I usually arrive to the A3 Plant at 5:30 a.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, wait until it is time to punch in, punch in, and go to my work station.

7.      It usually takes me three minutes to change into my uniform and boots.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at either 2:25 p.m. or 2:30 p.m. depending on whether I have to check the acid mixer before going to the locker room.  I am allowed to leave the floor at either 2:25 p.m. or 2:30 p.m. depending on whether I have to check the acid mixer.

9.      Once I leave the floor, I perform the following activities:  I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of April, 2019 in Lyon Station, Pennsylvania.

_____
CHRISTINE DILTZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR, | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| EAST PENN MANUFACTURING<br>COMPANY, | )<br>)<br>) | |
| Defendant. | )<br>)<br>) | |

**DECLARATION OF JAN CARLO DITIN**

1.      My name is Jan Carlo Ditin.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November of 2016.  My current position is Reaction Pot Operator B at the Oxide 1 Plant.  I have worked in this position since March of 2019.  I previously worked as a Strip Maker Punch Operator at the A3 Plant.  I worked in this position from November of 2016 through March of 2019.

3.      As a Reaction Pot Operator B, I am responsible for loading and melting lead and producing oxide.

4.      I work the second shift.  I work Monday through Friday.  I am paid $19.30 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Reaction Pot Operator B, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield;

Ex. 1002-131

Respirator; and Hard Hat.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment while walking from the locker room to my work station or at my work station.

6.     I usually arrive to the OX1 Plant at 3:40 p.m.  Once I arrive I drop off my lunch in the break room, punch in, go to the uniform locker, get my uniform, go to the clean-side locker and put on my uniform, go to the dirty-side locker and put on my steel-toe boots, and go to my work station.

7.     It usually takes me five minutes to change into my uniform and boots.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 11:55 p.m. and I am allowed to leave the floor at that time.

9.     Once I leave the floor, I perform the following activities: I punch out, go to the dirty-side locker, remove my uniform and steel-toe boots, put my uniform in the laundry bin, go to the clean-side locker and get my shower items, shower, dress in my street clothes, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April, 2019 in Lyon Station, Pennsylvania.


_____
JAN CARLO DITIN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, | ) |
| SECRETARY OF LABOR, UNITED | ) |
| STATES DEPARTMENT OF LABOR, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| | ) |
| v. | ) |
| | ) |
| EAST PENN MANUFACTURING | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF JESSE E. DIXON, III

1.      My name is Jesse E. Dixon, III. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 1991. My current position is Paste Mixer at the A4 Plant. I have worked in this position for approximately 10 years.

3.      As a Paste Mixer, I am responsible for making the batches of paste that go inside of batteries.

4.      I work the first shift. I work Monday through Friday. I am paid approximately $20.45 and hour per/hr., with line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Paste Mixer, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots and Gloves. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my gloves at my work station.

Ex. 1002-132

6. I usually arrive to the A4 Plant at 5:15 a.m. I usually clock in between 5:16a.m – 5:25 a.m. Once I clock in I get dressed and go to my work station.

7. It usually takes me 5 minutes to change into my uniform and walk to my workstation. I can put on my gloves at my workstation at the start of my worktime.

8. I have never been disciplined for showing up late at my work station.

9. I usually stop work at my work station at 1:35 p.m. I am allowed to leave the floor at 1:35 p.m.

10. Once I leave the floor, I perform the following activities: go to my locker get undressed and shower. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11. I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12. I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _19_ day of _March_, 2019 in Lyon Station, Pennsylvania.


_Jesse E. Dixon III_
Jesse E. Dixon, III

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
        Plaintiff,         )   Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
        Defendant.        )
                                        )

## DECLARATION OF DANIEL DOLAN

1.     My name is Daniel Dolan and I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2000.  My current position is a Battery Technician at the A1 Plant.  I have worked as a Battery Technician since September of 2007.

3.     As a Battery Technician, I am responsible for battery teardowns.

4.     I work the first shift.  I work Monday through Friday.

5.     I am paid approximately $22/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.     As a Battery Technician I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; Ear Plugs as needed; Face Shield as needed; and a Hard Hat as needed. I put on my uniform and safety shoes in the locker room. I put on my safety glasses as I am walking onto the floor.  I put on all other PPE equipment as needed at my work station.

Ex. 1002-133

7.     I usually arrive to the A1 Plant at 6:16am.  Once I arrive I clock in, go into the locker room, grab my uniform, change into my uniform, have breakfast then head to my work station.

8.     It usually takes me 5 minutes to change into my uniform and 1 minute to walk to my work station.

9.     I usually stop work at my work station at 2:00pm. I am allowed to leave the floor at 2:20pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, take my uniform off, shower, change into my street clothes, wait to punch out and then go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of April 2019 in Lyon Station, Pennsylvania.

Daniel Dolan

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF ANTHONY DOMANSKI

1.      My name is Anthony Domanski I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June 2003. My current position is a COS Takeoff at the A1 Plant. I have worked as a COS Takeoff since November 2013.

3.      As a COS Takeoff, I am responsible for picking up the paper work at the start of the shift, filling out tags for product, writing up the bonus sheets, racking up batteries, and putting empty cases in the case puncher.

4.      I work the second shift. I work Monday through Friday.

5.      I am paid $24.11/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As a COS Takeoff I wear the following personal protective equipment: Uniform; Safety Glasses; Metatarsal Steel-Toe Shoes; Gloves; Ear Plugs; and Respirator. I put my

**Ex. 1002-134**

uniform, safety shoes, and safety glasses on in the locker room. I put on my gloves, earplugs, and respirator, at the work station.

7.     I usually arrive to the A1 Plant at 1:45pm.  Once I arrive I will go into the locker room, grab my uniform, change into my uniform, then sit down in the lunchroom, eat lunch or read the newspaper and then clock in and go to my work station.

8.     It usually takes me 5 minutes to change into my uniform and 2 minutes to walk to my work station.

9.     I usually stop work at my work station at 10:10pm. I am allowed to leave the floor at 10:20pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, shower, change into my street clothes, and clock out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April 2019 in Lyon Station, Pennsylvania.

Anthony Domanski

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,            )
SECRETARY OF LABOR, UNITED      )
STATES DEPARTMENT OF LABOR,     )
                                )
          Plaintiff,       )    Case No. 5:18-cv-01194-GEKP
v.                              )
                                )
EAST PENN MANUFACTURING         )
COMPANY,                        )
                                )
          Defendant.       )
                                )

### DECLARATION OF JIMMY DONTON

1.     My name is Jimmy Donton. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 1989. My current position is Quality Control Auditor ("QA") at the S1 Plant. I have worked in this position for 24 years.

3.     As a QA, I am responsible for doing required quality checks in the battery manufacturing process, do battery teardowns and write reports for any quality issues.

4.     I work the first shift. I work Monday through Friday, overtime on Saturday.

5.     I am paid $22.10/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.     As a QA, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Face shield and Earplugs. I put on my uniform, safety glasses

Ex. 1002-135

and safety shoes in the locker room.   I put on my gloves, face shield and earplugs at my work station.

7.      I usually arrive to the S1 Plant at 5:30am.   Once I arrive I usually grab my uniform and go get changed, go to the lunchroom, get coffee, read newspaper and eat breakfast and then punch in and head to the floor.

8.      It usually takes me 5 minutes to change into my uniform and 2-3 minutes to walk to my workstation.   There is a five minute grace period after my shift starts to report to my work station.

9.      I usually stop work at my work station at 2:30pm.   I am allowed to leave the floor at 2:35pm.

10.     Once I leave the floor, I perform the following activities: go down to the locker room, remove my uniform and shower, change into my street clothes, wait to punch out and go home.   The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.   It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of March 2019 in Lyon Station, Pennsylvania.

Jimmy Donton

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF ROMEO EADDY**

1.      My name is Romeo Eaddy.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2018.  My current position is Plant Utility in the Industrial Building.  I have worked in this position since the inception of my employment.

3.      As a Plant Utility, I am responsible for filling in for employees who are absent due to vacations, illness or medical leave. My duties include, among other things, pulling battery plates from the forming tanks, stacking them on pallets, taking raw lead plates and dropping them in the acid tanks, and burning lead sticks onto the plate lugs.

4.      I work the third shift, Friday through Monday.  I am paid a base rate of $26.00/hr. on Friday and Saturday nights, and $20.00 per hour on Sunday and Monday nights, inclusive of

Ex. 1002-136

shift differential, but exclusive of production incentives.  As a Plant Utility, I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Plant Utility, I wear the following personal protective equipment: Uniform; Safety Glasses; Respirator; Gloves; Ear Plugs; Face Shield; Goggles; PAPR; Hard Hat; and Steel-Toe Rubber Boots.  I put on my Uniform, Safety Glasses and Steel-Toe Rubber Boots in the locker room.  I put on my other PPE, as necessary, on the work floor.

6.      I usually arrive at the Industrial Building at 8:20 PM.  Once I arrive, I clock in immediately and then I change my clothes.  After changing, I spend some time talking with co-workers in the locker room until it is time to begin working.  Then, I proceed to my work station.

7.      It usually takes me 5 minutes to change into my Uniform, Boots and Glasses.

8.      I work until 6:50 AM.   I am permitted to leave the work floor at 6:50 AM.

9.       Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, change into my street clothes and clock out.  The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of April, 2019 in Lyon Station, Pennsylvania.

**ROMEO EADDY**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF JENNIFER EBLING**

1.      My name is Jennifer Ebling.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2012.  My current position is Quality Auditor and I have performed this role in the Industrial Automotive & A 2 Plants.  I have worked in this position since July of 2012.

3.      As a Quality Auditor,  I am responsible for assuring the quality of the products.

4.      I work the first shift.  I work Monday through Friday.   I am paid $22.55 per hour. I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Quality Auditor,  I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves, Face Shield (when required); Kevlar Sleeves (when required).  I put on my uniform and boots in the locker room.   I put on my safety glasses

Ex. 1002-137

while walking from the locker room to my work station.   I put on my gloves, face shield (when required), Kevlar Sleeves (when required) at my work station.

6.     I usually arrive to the Industrial Automotive Plant at 6:20 am.   Once I arrive I clock in, go to my uniform locker, grab my uniform, go to the locker room, go to my personal locker, take off my shoes, clothes, my coat, put on my uninform, boots, grab my keys, safety glasses, brush my teeth, close my locker, walk to the floor and workstation.

7.     It usually takes me four minutes to change into my uniform, boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 2:15 pm.  I am allowed to leave the floor at 2:20 pm.

9.     Once I leave the floor, I perform the following activities: go to my personal locker, remove safety glass, boots, grab my personal clothing, shower items, place all items in shower stall, remove uniform, shower, get dressed, grab my personal items, go to my locker, put my shoes on, put all my stuff in my locker, go to time clock, punch out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___22___ day of ___March___, 2019 in Lyon Station, Pennsylvania.


_____
JENNIFER EBLING

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                      )
SECRETARY OF LABOR, UNITED                )
STATES DEPARTMENT OF LABOR,               )
                                          )
                  Plaintiff,              )     Case No. 5:18-cv-01194-GEKP
                                          )
v.                                        )
                                          )
EAST PENN MANUFACTURING                   )
COMPANY,                                  )
                                          )
                  Defendant.              )
                                          )

### DECLARATION OF MELINDA EBLING

1.      My name is Melinda Ebling. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 2000. My current position is Material Handler at the Industrial Automotive Plant. I have worked in this position since March of 2018. I previously worked as an Acid Leveler Capper at the Industrial Automotive Plant from October 2016 through March of 2018. Prior to that, I worked as a Hyrater at the A-2 Plant. I worked in this position from January of 2002 to October of 2016.

3.      As a Material Handler, I am responsible for supplying the lines with raw materials and for removing finished automotive batteries and confirming the manifest.

4.      I work the first shift. I work Monday through Friday. I am paid $19.00/hr. plus variable production bonus and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-138

5.     As a Material Handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Respirator (as needed); Hard Hat (as needed). I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room. I put on my Gloves, Respirator (as needed) and Hard Hat (as needed) at my work station.

6.     I usually arrive to the Industrial Automotive Plant at 6:20 am. Once I arrive, I go to the locker room to get my keys, then I get my uniform, go back to the locker room and change into my uniform and steel toe boots, go out for a cigarette and then clock in.

7.     It usually takes me four minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 2:25 pm. I am allowed to leave the floor at 2:32 pm.

9.     Once I leave the floor, I perform the following activities: go to locker room, go to the shower, undress, take a shower, dry off, put on street clothes, clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this  21  day of  March , 2019 in Lyon Station, Pennsylvania.

MELINDA EBLING

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF DWAYNE L. ECKERT

1.      My name is Dwayne L. Eckert.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 1984.  My current position is Pallet Repair at the Central Services Plant.  I have worked in this position since September of 2006.

3.      As a Pallet Repair, I am responsible for running the shredding machine, driving the Tow Motor and Flat Bed Truck, and repairing the skids.

4.      I work the first shift.  I work Monday through Friday and overtime on the weekends.  I am paid $ 20.65/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Pallet Repair, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Apron (when the skids are wet); Hard Hat (when driving a Tow Motor); Back Brace (while repairing skids).  I put on my uniform, safety

Ex. 1002-139

glasses and Steel-Toe Boots in the locker room.  I put on my Gloves; Ear Plugs; Apron (when the skids are wet); Hard Hat (when driving a Tow Motor); Back Brace (while repairing skids) at my work station.

6.      I usually arrive to the Central Services Plant at 5:30 am.  Once I arrive I go to the lunch room, place my lunch bag in the lunch room, go to my personal locker, get my uniform key, go to my uniform locker, take out my uniform, go back to my personal locker, change into my uniform, go back to the lunch room, read my daily newspaper, talk to my co-workers, go to the time clock, punch in, go back to my personal locker, put my punch card away, go to my workstation.

7.      It usually takes me seven minutes to change into my uniform, boots and safety glasses and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation. I sometimes use this grace period to report to my workstation.

9.      I usually stop work at my work station at 2:15 pm.  I am allowed to leave the floor at 2:15 pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, take off my uniform, take a shower, get dressed, go to the lunch room, get my lunch bag, go to the time clock, punch out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___5___ day of ___APRIL___, 2019 in Lyon Station, Pennsylvania.


_____
DWAYNE L. ECKERT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                     )
SECRETARY OF LABOR, UNITED               )
STATES DEPARTMENT OF LABOR,              )
                                         )
         Plaintiff,    )     Case No. 5:18-cv-01194-GEKP
v.                                       )
                                         )
EAST PENN MANUFACTURING                  )
COMPANY,                                 )
                                         )
         Defendant.    )
                                         )

## DECLARATION OF DAVID EDGE

1.     My name is David Edge. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 1994.  My current position is a Janitor at the S1 Annex Plant.  I have worked as a Janitor since November of 1996.

3.     As a Janitor, I am responsible for cleaning the lunch room, locker room and plant.

4.     I work the first shift.  I work Monday through Friday.

5.     I am paid $19.30/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.     As a Janitor, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves, Ear Plugs, Hard Hat and Respirator as needed.  I put on my uniform and safety shoes in the locker room. I will put my safety glasses on when I need to go into the plant and I put on all other PPE equipment as needed at my work station.

Ex. 1002-140

7.      I usually arrive to the S1 Annex Plant at 6:46am.  Once I arrive I punch in, I put my lunch bag in the lunch room, grab my uniform,  go to the locker room, change into my uniform, and then to go my work station.

8.      It usually takes me 5 minutes to change into my uniform and less than a 1 minute to walk to my workstation.

9.      I usually stop work at my work station 2:40pm. I am allowed to leave the floor at 2:50pm.

10.      Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of March 2019 in Lyon Station, Pennsylvania.

David Edge

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| v. | ) |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF CHRISTINA ELLIOTT

1.     My name is Christina Elliott.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February 2014.  My current position is COS enveloping at the Industrial Automotive Plant.  I have worked in this position since March 2019.  I previously worked as an enveloper at the A2 Plant.  I worked in this position from February 2014 through March 2019.

3.     As a COS enveloper, I am responsible for loading the plates into the machine, which envelopes them into groups, which proceeds on to get straps and placed into cases.  I am also responsible for performing quality checks throughout my shift.

4.     I work the third shift.  I work Monday through Friday.  I am paid $26.50/hr. average and I receive time and a half pay for all hours worked over forty in a workweek.

**Ex. 1002-141**

5.      As a COS enveloper, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs. I put on my Uniform, Safety Glasses, and Boots in the locker room.  I put on my Gloves and Ear Plugs at my work station.

6.      I usually arrive to the Industrial Automotive Plant at 10:06 a.m.  Once I arrive I get my uniform, go to my personal locker, change into my uniform, put personal items in my locker, get my time card, use the restroom, clock in, put my time card in my locker, and go to the work floor.

7.      It usually takes me 4 minutes to change into my uniform and 1 minute to walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:10 a.m. and perform clean-up.  I am allowed to leave the floor at 6:20 a.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my shoes, undress, shower, place my uniform into the bins, get dressed in my personal clothing, put my towel in the laundry bin, clock out, and leave.  The time provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___5___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

Christina Elliott

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,　　　　　)
SECRETARY OF LABOR, UNITED　　)
STATES DEPARTMENT OF LABOR,　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　)　　Case No. 5:18-cv-01194-GEKP
v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
EAST PENN MANUFACTURING　　　)
COMPANY,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　　)
　　　　　　　　　　　　　　　　　　　)

## DECLARATION OF JON ELLIOTT

1.　　My name is Jon Elliott.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.　　I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January 2005.  My current position is pasting floater at the A1 Plant.  I have worked in this position since 2016.  I previously worked as a pasting operator at the A1 Plant.  I worked in this position from 2012 through 2016.

3.　　As a pasting floater, I am responsible for taking care of the scrap, load and unload scrap trailer, make sure lines are greased and oiled and doing related paperwork, running through the breaks, and filling in for individuals who are absent.

4.　　I work the first shift.  I work Monday through Friday I am paid about $20/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.　　As a pasting floater, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield as needed; Respirator; Hard Hat as needed. I put on my Uniform, Boots, and Safety Glasses in the locker room.  I put

Ex. 1002-142

on my Gloves; Ear Plugs; Face Shield (as needed); Respirator; Hard Hat (as needed) at my work station.

6.      I usually arrive to the A1 Plant at 6:40 a.m.  Once I arrive I set my lunch bag down, go to my uniform locker and get my uniform, go to my personal locker, get dressed, scan in, and go to the work floor.

7.      It usually takes me 4 to 6 to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation. I usually use this grace period to report to my workstation.

9.      I usually stop work at my work station at 2:40 p.m to 2:45 p.m. and perform clean up and prep for the next shift.  I am allowed to leave the floor at 2:50 p.m.

10.     Once I leave the floor, I perform the following activities: get undressed, shower, put my street clothes on, clock out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _22_ day of _March_____, 2019 in Lyon Station, Pennsylvania.

Jon Elliott

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,      )
SECRETARY OF LABOR, UNITED    )
STATES DEPARTMENT OF LABOR,  )
                                )
           Plaintiff,       )   Case No. 5:18-cv-01194-GEKP
v.                           )
                                )
EAST PENN MANUFACTURING     )
COMPANY,                    )
                                )
           Defendant.     )
                                )

## DECLARATION OF GUSTAVO A. ENRIQUEZ

1.     My name is Gustavo A. Enriquez.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2018.  My current position is Laundry Utility at the Central Services Plant.  I have worked in this position since October of 2018.

3.     As a Laundry Utility, I am responsible for folding, packing, washing, and delivering clothes and sweeping the floors.

4.     I work the second shift.  I work Monday through Friday and Sunday.  I am paid $ 18.65 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Laundry Utility, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves (when required).  I put on my uniform, boots and safety glasses in the locker room.  I put on my gloves (when required) at my work station.

Ex. 1002-143

6.     I usually arrive to the Central Services Plant at 2:48 pm.  Once I arrive I punch in, go to my clothes locker, grab my work uniform, go to the lunch room, put my lunch bag on the shelf, go to the locker room, change into my work uniform, boots and safety glasses, go back to the lunch room, talk to my co-workers, go to my workstation.

7.     It usually takes me five minutes to change into my uniform, safety glasses, and boots. It usually takes me only one minute to walk from the locker room to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation.  I occasionally use this grace period to report to my workstation.

9.     I usually stop work at my work station at 10:50 pm.  I am allowed to leave the floor at 10:50 pm.

10.    Once I leave the floor, I perform the following activities: go to the locker room, go to my personal locker, take off my dirty uniform, go to the shower, take a shower, dry off, go back to my personal locker, put back on my street clothes, grab my personal items, take my dirty clothes, put my dirty clothes in the dirty bins, go to the lunch room, get my lunch bag, go to the time clock, punch out.   The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___4th___ day of ___April___, 2019 in Lyon Station, Pennsylvania.


_____
GUSTAVO A. ENRIQUEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,        )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR, )
                            )
             Plaintiff,     )        Case No. 5:18-cv-01194-GEKP
                            )
v.                          )
                            )
EAST PENN MANUFACTURING     )
COMPANY,                    )
                            )
             Defendant.     )
                            )

## DECLARATION OF JUSTIN A. EPLER

1.     My name is Justin A. Epler.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2012.  My current position is Maintenance Mechanic.  I have been a Maintenance Mechanic at the Central Services, A 2, and Industrial Automotive Plants.  I have worked in this position since August of 2012.

3.     As an Maintenance Mechanic, I am responsible for maintaining, repairing, and replacing mechanical parts.

4.     I work the First shift. I work Monday through Friday.  I am paid approximately $ 26.50  per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As an  Maintenance  Mechanic, I  wear  the  following  personal  protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs (when required);  Hard Hat (when required); Face Shield (when required); Balaclava (when required); Arc Rated Shirt

Ex. 1002-144

(when required); Respirator (when required).  I put on my uniform, and boots in the locker room. I put on my safety glasses while walking from the locker room to my workstation.   I put on my Gloves; Ear Plugs (when required);   Hard Hat (when required); Face Shield (when required); Balaclava (when required); Arc Rated Shirt (when required); Respirator (when required) at my work station.

6.      I usually arrive to the Central Services Plant at 5:55 am.  Once I arrive I punch in, go to my uniform locker, get my uniform, go to the locker room, go to my personal locker, get changed, take out my safety glasses from my personal locker, put my safety glasses on while walking to my workstation, go to my workstation.

7.      It usually takes me five minutes to change into my uniform and boots.  It usually takes me less than one minute to walk from the locker room to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:45 pm.  I am allowed to leave the floor at 2:50 pm.

9.      Once I leave the floor, I perform the following activities: go to the locker room, go to my personal locker, get undressed, get my shower items, take my dirty clothes and throw them in the dirty laundry bins, go to the shower, take a shower, grab my towel, dry off, go to my personal locker, get dressed, take my towel and drop it into the dirty bin, go to the time clock, punch out.   The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _4th_ day of _April_, 2019 in Lyon Station, Pennsylvania.

_____
JUSTIN A. EPLER

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,       )
SECRETARY OF LABOR, UNITED    )
STATES DEPARTMENT OF LABOR,   )
             )
      Plaintiff,       )   Case No. 5:18-cv-01194-GEKP
             )
v.               )
             )
EAST PENN MANUFACTURING    )
COMPANY,          )
             )
      Defendant.      )
             )

## DECLARATION OF CHRISTOPHER EPPLER

1.   My name is Christopher Eppler. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.   I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2016. My current position is COS Technician at the A3 Plant. I have worked in this position since May of 2018. I previously worked as a COS Take Off at the A3 Plant. I worked in this position from June of 2016 through May of 2018.

3.   As a COS Technician, I am responsible for machine set-up and assisting in change-overs.

4.   I work the second shift. I work Monday through Friday. I am paid $24.60 /hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.   As a COS Technician, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield, depending on the

Ex. 1002-145

task; and Respirator. I put on my Uniform and Steel-Toe Boots in the locker room. I put on my remaining personal protective equipment at my work station.

6.      I usually arrive to the A3 Plant between 1:50 p.m. and 1:55 p.m. Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, then walk to the break room, put my lunch bag on the shelf and wait to punch in. Then I punch in and walk to my work station.

7.      It usually takes me six minutes to change into my uniform and boots and walk to my workstation. I can put on my other personal protective equipment at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:00 p.m. I am allowed to leave the floor at 10:03 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the break room to get my lunch bag, walk to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, change into my street clothes, wait to punch out, punch out, then leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March, 2019 in Lyon Station, Pennsylvania.

CHRISTOPHER EPPLER

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
        Plaintiff,                   )   Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
        Defendant.                   )
                                        )

**DECLARATION OF CLAY JORDAN ERB**

1.      My name is Clay Jordan Erb. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 1982. My current position is Machine Operator at the A4 Plant. I have worked in this position since October of 2008. I previously worked as a Paste Machine operator at the A2 Plant. I worked in this position from of August of 1982 through October of 2008.

3.      As a Paste Machine Operator, I am responsible for making sure the machine has paper, that it is pasted correctly, cut correctly and make sure everything is to specifications.

4.      I work the first shift. I work Monday through Friday. I am paid $19.75 hr. plus line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Paste Machine Operator, I wear the following personal protective equipment: a Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield during wash-downs

**Ex. 1002-146**

and Respirator. In the locker room I put on my Uniform, Safety Glasses, Steel-Toe Boots, Gloves, and Ear Plugs. I put on my Face Shield during wash-downs and Respirator as needed at my work station. I put on my glasses on before I enter the plant. I put my ear protection in at my work station.

6.     I usually arrive to the A4 Plant at 5:31 a.m. to 5:35 a.m. Once I arrive, if it is 5:31 a.m., I punch in right away, then I go to my clothing locker, put my lunch on the lunch kettle then I go to the locker and put on my uniform. I then use the bathroom if necessary. If not, I head out into the plant.

7.     It usually takes me 3 minutes to change into the uniform put my safety shoes on and walk to my workstation.

8.     I usually stop work at my work station at 1:45 p.m.  I am allowed to leave the floor at 1:50 p.m.

9.     Once I leave the floor, I perform the following activities: I go to the wash station located in the locker room and wash my hands, and then I go to my locker take my shirt off and put it in the laundry bin, my uniform and my PPE boots and glasses off. On the way to the shower I place my pants in the laundry bin, I then I take a shower and when done I towel off. I then put my clothes off. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this  19  day of  March , 2019 in Lyon Station, Pennsylvania.

Clay J. Erb
Clay Jordan Erb

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF CLIFFORD ERNST**

1.     My name is Clifford Ernst.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April 2000.  My current position is Maintenance Mechanic at the S1 Plant.  I have worked in this position since April 2000.

3.     As a Maintenance Mechanic, I am responsible for fixing machinery, troubleshooting equipment and doing preventive maintenance checks.

4.     I work the first shift.  I work Monday through Saturday.

5.     I am paid $25/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.     As a Maintenance Mechanic, I wear the following personal protective equipment: Uniform; Safety Glasses; Safety Boots; Gloves; Respirator when needed; Goggles when needed, occasionally a Hard hat and Earplugs.

Ex. 1002-147

7.      I put on my uniform, safety glasses and safety shoes in the locker room.  I put on my gloves and earplugs and other equipment as needed at my work station.

8.      I usually arrive to the S1 Plant at 6:20am.  Once I arrive I usually get my uniform, put my lunchbox in the cafeteria, go get changed in the locker room, sit in the lunchroom and clock in and then head to the floor.

9.      It usually takes me 4-5 minutes to change into my uniform and 2 minutes to walk to my workstation.

10.     There is a five minute grace period after my shift starts to report to my work station.

11.     I usually stop work at my work station at 2:40 pm.  I am allowed to leave the floor at 2:50pm.

12.     Once I leave the floor, I perform the following activities: go down to the locker room, remove my uniform and shower, change into my street clothes, punch out and go home.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

13.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

14.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of March 2019 in Lyon Station, Pennsylvania.

_Clifford Ernst_

Clifford Ernst

## 1   UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,  )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR,  )
  )
          Plaintiff,  )     Case No. 5:18-cv-01194-GEKP
v.  )
  )
EAST PENN MANUFACTURING  )
COMPANY,  )
  )
          Defendant.  )
  )

### DECLARATION OF CHAD N. ESPOSITO

1.      My name is Chad N. Esposito.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 2017.  My current position is Series II Enveloper at the A-4 Plant.  I have worked in this position since approximately August of 2018.  I previously worked as a Forming Room Floater at the S-1 Plant.  I worked in this position from July of 2017 through August of 2018.

3.      As a Series II Enveloper, I am responsible for putting plates into the machine for enveloping.

4.      I work the third shift.  I work Monday through Friday.  I am paid $ 19.40/hr. or a piece rate, whichever is greater, and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-148

5.      As a Series II Enveloper, I wear the following personal protective equipment (PPE): Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Respirator (as needed). I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room.  I put on my Gloves, Ear Plugs and Respirator (as needed) at my work station.

6.      I usually arrive to the A-4 Plant at 10:25 pm.  Once I arrive I, grab my uniform, put on my uniform and boots and clock in.

7.      It usually takes me two minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation

9.      I usually stop work at my work station at 6:20 pm.  I am allowed to leave the floor at 6:20 pm.

10.     Once I leave the floor, I perform the following activities: undress, shower, put on my street clothes and clock out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _Three_ day of _April_, 2019 in Lyon Station, Pennsylvania.

_____
CHAD N. ESPOSITO

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, | ) |
| SECRETARY OF LABOR, UNITED | ) |
| STATES DEPARTMENT OF LABOR, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| | ) |
| v. | ) |
| | ) |
| EAST PENN MANUFACTURING | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF MATTHEW ESSLINGER**

1. My name is Matthew Esslinger. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May of 2014. My current position is Enveloper Series II at the Industrial Automotive Plant. I have worked in this position since approximately August of 2018. I previously worked as an Enveloper Series II at the A-4 Plant. I worked in this position from May of 2014 through August of 2018.

3. As an Enveloper Series II I am responsible for collating battery plates and send them to cast on strap (COS) machine.

4. I work the second shift. I work Monday through Friday. I am paid approximately $20.00/hr. or a piece rate, whichever is greater. I receive time and a half pay for all hours worked over forty in a workweek.

**Ex. 1002-149**

5.     As an Enveloper Series II, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs. I put on my Uniform and Steel-Toe Boots in the locker room. I put on my Safety Glasses while walking from the locker room to my work station. I put on my Gloves and Ear Plugs at my work station.

6.     I usually arrive to the Industrial Automotive Plant at 1:50 pm. Once I arrive, I get my uniform, place uniform and lunch in locker, eat, talk to colleagues, then I put on uniform and clock in.

7.     It usually takes me 5 minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 10:20 pm. I am allowed to leave the floor at 10:20 pm.

9.     Once I leave the floor, I perform the following activities: undress, shower and put on street clothes. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this  19ᵗʰ  day of  March  , 2019 in Lyon Station, Pennsylvania.

MATTHEW ESSLINGER

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
            Plaintiff,                  )        Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
            Defendant.                  )
                                        )

### DECLARATION OF PRIME ESTERIA

1.      My name is Prime Esteria.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May of 2015.  My current position is an acid leveler capper at the A4 Plant.  I have worked as an acid leveler capper since May of 2017.  Prior to that position, I was an A1 Assembly worker at the A1 Plant from May of 2015 to May 2017.

3.      As an acid leveler capper, I am responsible for pulling the cables on the racks and moving the batteries into the acid fill machine and capping the batteries.

4.      I work the second shift. I work Monday through Friday. When voluntary overtime is available, I usually choose to work on Saturdays.  I am paid approximately $ 19.10 an hour. Additionally, I receive a weekly bonus based on production usually from $100 to $125 a week. I receive time and a half pay for all hours worked over forty in a workweek.

5.      As an acid leveler capper, I wear the following personal protective equipment: uniform, safety glasses, boots, gloves, a face shield, ear plugs, and occasionally protective

Ex. 1002-150

sleeves. I put on my uniform and boots and my safety glasses in the locker room. At my work station, I put on my gloves, ear plugs, face shield, and occasionally the protective sleeves.

6.      I usually arrive to the A4 Plant at 1:30 p.m. Once I arrive, I go to my cubby in the hallway and get my uniform. Then, I go to the locker room and change into my uniform and boots and safety glasses and ear plugs. Then, I go to the lunch room and eat or socialize until it is time to clock in. Then, I go to clock in. Then, I go to my department.

7.      It usually takes me four minutes to change into my uniform and boots and safety glasses and walk to the department.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop working at 9:55 p.m. I am allowed to leave the floor at 10:01 p.m.

10.     Once I leave the floor, I perform the following activities: I go to the locker room and take my uniform and boots off and then take a shower. Then, I put on my street clothes and go to clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this **20** day of _March_ , 2019 in Lyon Station, Pennsylvania.

Prime Esteria

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                  )
SECRETARY OF LABOR, UNITED             )
STATES DEPARTMENT OF LABOR,            )
                                       )
                   Plaintiff,          )   Case No. 5:18-cv-01194-GEKP
v.                                     )
                                       )
EAST PENN MANUFACTURING                )
COMPANY,                               )
                                       )
                   Defendant.          )
                                       )

**DECLARATION OF MALWIN ESTEVEZ**

1.      My name is Malwin Estevez.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July 2010.  My current position is foreperson at the A4 Plant.  I have worked in this position since 2016.  I previously worked as a leader at the A4 Plant.  I worked in this position from 2014 through 2016.

3.      As a foreperson, I am responsible for the production of raw fill and the forming room, including scheduling workers and the tasks the workers perform.

4.      I work the second shift.  I work Monday through Saturday.  I am paid $27.50/hr. and I receive time and a half pay for all hours worked over forty in a workweek.  I am paid punch-to-punch.

5.      As a foreperson, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; and Hard Hat. I put on my

Ex. 1002-151

Uniform, Boots, and Safety Glasses in the locker room.  I put on my Gloves; Ear Plugs; Face Shield; and Hard Hat on the work floor.

6.      I usually arrive to the A4 Plant at 1:10 p.m.  Once I arrive I clock in, take my lunch bag to the lunch room, get my uniform, change into my uniform, go to the office area to check my mail, then go to the work floor.

7.      It usually takes me 4 minutes to change into my uniform and 1 minute to walk to the office area.  I can put on my other PPE on the work floor, as needed.

8.      I usually stop work and leave the floor at 9:40 p.m.

9.      Once I leave the floor, I perform the following activities: I wash my hands, go to the restroom, go to the locker room, change out of my uniform, shower, change into my personal clothes, clock out, and leave.  The time provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___11___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

_____
Malwin Estevez

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF EMILY L. ESTREMERA**

1.      My name is Emily L. Estremera.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March of 2016.  My current position is Finisher at the A-4 Plant.  I have worked in this position since April of 2018.  I previously worked as a Coater at the Smelter Annex.  I worked in this position from March of 2016 through April of 2018.

3.      As a Finisher, I am responsible for finishing batteries on the production line, which includes, labeling, placing handles and palletizing.

4.      I work the third shift.  I work Monday through Friday.  I am paid approximately $19.00/hr. plus a variable production bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Finisher, I wear the following personal protective equipment (PPE): Uniform; Safety Glasses; Steel-Toe Boots; Gloves (as needed); I put on my Uniform, Safety

Ex. 1002-152

Glasses and Steel-Toe Boots in the locker room.  I put on my Gloves (as needed) at my work station.

6.      I usually arrive to the A-4 Plant at 9:30 pm.  Once I arrive, I grab my uniform, put on my uniform, go to the lunch room, have coffee, talk to colleagues and wait to clock in.

7.      It usually takes me 8 to 9 minutes to change into my uniform, safety glasses and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at between 6:00 and 6:05 am.  I am allowed to leave the floor at 6:05 am.

9.      Once I leave the floor, I perform the following activities: walk to the locker room, get a towel, undress, shower, put on street clothes, stand in line to clock out and clock out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2 8 day of March , 2019 in Lyon Station, Pennsylvania.

_Emily Estremera_

EMILY L. ESTREMERA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
   Plaintiff,       )  Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
   Defendant.        )
                                    )

## DECLARATION OF CHRIS EVANS

1. My name is Chris Evans.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2009.  My current position is Cleanup at the Oxide 1 Plant.  I have worked in this position since August of 2009.

3. As a Cleanup, I am responsible for vacuuming and mopping the floor, wiping down machines, and filling in for absent employees.

4. I work the first shift.  I work Monday through Friday.  I am paid $20.20 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5. As a Cleanup, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield, depending on the task; Respirator; and Hard Hat.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment while walking from the locker room to my work station or at my work station.

**Ex. 1002-153**

6.      I usually arrive to the OX1 Plant at 7:30 a.m.  Once I arrive I go to the break room and wait until it is time to punch in.  I then punch in, go to the uniform locker, get my uniform, go to the clean-side locker and put on my uniform, go to the dirty-side locker and put on my steel-toe boots, and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 3:45 p.m. and I am allowed to leave the floor at that time.

9.      Once I leave the floor, I perform the following activities: I go to the break room and wait until it is time to punch out.  I then punch out, go to the dirty-side locker, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, go to the clean-side locker, dress in my street clothes, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of April, 2019 in Lyon Station, Pennsylvania.

_____
CHRIS EVANS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                        )
SECRETARY OF LABOR, UNITED                  )
STATES DEPARTMENT OF LABOR,                 )
                                            )
                 Plaintiff,                 )     Case No. 5:18-cv-01194-GEKP
v.                                          )
                                            )
EAST PENN MANUFACTURING                     )
COMPANY,                                    )
                                            )
                 Defendant.                 )
                                            )

**DECLARATION OF EUGENE D. FARLEY JR.**

1.      My name is Eugene D. Farley Jr.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February of 2001.  My current position is foreperson in Ultra Battery Department at the A4 Plant.  I have worked in this position since September of 2014.

3.      As a foreperson, I am responsible for scheduling workflow, shipping and receiving, material handling and delegating assignments to personnel accordingly in a safe manner.

4.      I work the first shift.  I work Monday through Friday. I work overtime on Saturday's when offered.  I am paid $27.55/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a foreperson, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Latex Gloves and cloth gloves; Ear Plugs; Face Shield

Ex. 1002-154

(recommended but not required); Respirator (recommended but not required); and Hard Hat (recommended but not required). I put on my Uniform and Steel-Toe Boots in the locker room. I put on my Safety Glasses while walking from the locker room to my work station. I put on my Latex Gloves and cloth gloves; Ear Plugs; Face Shield; Respirator; and Hard Hat at my work station.

6.      I usually arrive to the A4 Plant at 6:18 AM. Once I arrive I clock in, go to my clothing locker to get my uniform, go to my personal locker in the locker room and change from my street clothes into my uniform, go to lunch room to put lunch bag away, go to smoking area outside the building to enjoy a few puffs of a cigarette and then reenter building and proceed to my workstation.

7.      It usually takes me between two (2) to three (3) minutes to change into my uniform from my street clothes. I can put on my safety glasses while walking to my workstation and gloves at my workstation at the start of my worktime. The other PPE are put on as required at the designated workstation.

8.      There is a five (5) minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 1:50 PM to clean up. I am allowed to leave the floor at 2:15 PM.

10.     Once I leave the floor, I perform the following activities: go to the locker room and remove my uniform, put my uniform into laundry bin, shower, change into street clothes, go to the lunch room to get lunch bag and wait to clock out in hallway. The ten (10) minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March, 2019 in Lyon Station, Pennsylvania.

Eugene D. Farley Jr.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF CHRISTOPHER FARRAR**

1.      My name is Christopher Farrar.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2007.  My current position is Material Handler.  I have worked in this current position at both the Industrial Automotive & A3 Plants.  I have worked in this position since June of 2012.

3.      As a Material Handler, I am responsible for loading, unloading plates from the ovens.

4.      I work the First shift. I work Monday through Friday.  I am paid $ 19.25 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Material Handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Respirator; Hard Hat.  I put on my uniform, and boots in the locker room.  I put on my Gloves; Respirator; Hard Hat;  at my work station.

**Ex. 1002-155**

6.      I usually arrive to the Industrial Automotive Plant at 5:25 am.  Once I arrive I go to my uniform locker, get my uniform, go to my locker, get changed, go to lunchroom, stay in lunchroom until its time to scan in, go to scan in.

7.      It usually takes me five minutes to change into my uniform and boots. It usually takes two minutes to walk from the locker room to my workstation.  I put on all my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:00 pm.  I am allowed to leave the floor at 2:05 pm.

9.      Once I leave the floor, I perform the following activities: go to locker room, grab towel, go to personal locker, take uniform off, take shower, come out of shower, dry off, get dressed, take towel, work uniform, place in dirty bin, go to scan out, scan out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __26__ day of __March__, 2019 in Lyon Station, Pennsylvania.

_____
CHRISTOPHER FARRAR

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, ) | |
| SECRETARY OF LABOR, UNITED ) | |
| STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:18-cv-01194-GEKP |
| ) | |
| v. ) | |
| ) | |
| EAST PENN MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF DANIEL FAUST

1.    My name is Daniel Faust. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March of 2018. My current position is Cast On Strap (COS) Operator at the Industrial Automotive Plant. I have worked in this position since March of 2018. As a COS Operator, I am responsible for running the COS machine, punching holes in cases and giving breaks to others persons working in my area.

3.    I work the second shift. I work Monday through Friday. I am paid approximately $20.00/hr. or a piece rate, whichever is greater and I receive time and a half pay for all hours worked over forty in a workweek.

4.    As a COS Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; Respirator. I put on my Uniform, Safety Glasses, Steel-Toe Boots, Ear Plugs and Respirator in the locker room. I put on my Gloves and Face Shield (as needed) at my work station.

Ex. 1002-156

5.     I usually arrive to the Industrial Automotive Plant between 2:05 to 2:10 pm. Once I arrive, I grab my uniform, put on my uniform, boots, respirator and ear plugs and then I wait to clock in.

6.     It usually takes me 7 minutes to change into my uniform, boots, ear plugs and respirator and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

7.     There is a five minute grace period after my shift starts to report to my workstation.

8.     I usually stop work at my work station at 10:20 pm. I am allowed to leave the floor at 10:20 pm.

9.     Once I leave the floor, I perform the following activities: deposit respirator in bin, go to locker, undress, deposit uniform in laundry, shower, put on my street clothes, deposit towel in laundry and clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __20__ day of __MARCH__, 2019 in Lyon Station, Pennsylvania.

DANIEL FAUST

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, | ) |
| SECRETARY OF LABOR, UNITED | ) |
| STATES DEPARTMENT OF LABOR, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| | ) |
| v. | ) |
| | ) |
| EAST PENN MANUFACTURING | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF DAVID FEGELY**

1. My name is David Fegely. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November of 2012. My current position is Cast on Strap (COS) Leader at the Industrial Plant. I have worked in this position since March of 2018. I previously worked as a Quality Auditor at the Industrial Plant. I worked in this position from November of 2012 through March of 2018.

3. As a COS Leader, I am responsible for running the COS Department and supervising employees.

4. I work the second shift. I work Monday through Friday. I am paid $25.20/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5. As a COS Leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves (as needed); Ear Plugs; Respirator (as needed); Hard Hat (as needed). I put on my Uniform, Safety Glasses and Steel-Toe Boots in the lockeroom. I

**Ex. 1002-157**

put on my Gloves (as needed), Ear Plugs, Respirator (as needed) and Hard Hat (as needed) at my work station.

6.      I usually arrive to the Industrial Plant at 1:16 pm. Once I arrive I clock in, get my uniform, go to the locker room, put on my uniform and boots, get water and proceed to my work station.

7.      It usually takes me 7 minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 10:05 pm. I am allowed to leave the floor at 10:05 pm.

10.     Once I leave the floor, I perform the following activities: undress, shower, dry off, put on street clothes and clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __21__ day of __March__, 2019 in Lyon Station, Pennsylvania.

_____
DAVID FEGELY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF BOB FEHNEL

1.　My name is Bob Fehnel.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.　I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November 1999.  My current position is grid caster at the A1 Plant.  I have worked in this position since 1999.

3.　As a grid caster, I am responsible for corking the molds.

4.　I work the first shift.  I work Monday through Friday.  I am paid $26.00/hr. to $27.00/hr. and I receive time and a half pay for all hours worked over forty in a work week.

5.　As a grid caster, I wear the following personal protective equipment: Uniform; Safety Glasses; Metatarsal Boots; Gloves; Ear Plugs; Heat Coat as needed; Face Shield as needed; and Respirator. I put on my Uniform, Safety Glasses, and Boots in the locker room.  I put on my Gloves; Ear Plugs; Heat Coat as needed; Face Shield as needed; and Respirator at my work station.

Ex. 1002-158

6.       I usually arrive to the A1 Plant at 5:55 a.m.  Once I arrive I get my uniform out of my locker, go to my personal locker and change into my work clothes, I may go into the lunch room for a few minutes, then I am ready to go onto the work floor.

7.       It usually takes me 5 minutes to change into my uniform and boots.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.       There is a five minute grace period after my shift starts to report to my workstation. I usually use this grace period to report to my workstation.

9.       I usually stop work at my work station at 2:20 p.m.  I am allowed to leave the floor at 2:20 p.m.

10.       Once I leave the floor, I perform the following activities: go up, take my uniform off, shower, get dressed, punch out and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.       I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.       I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _22_ day of _March_, 2019 in Lyon Station, Pennsylvania.

_____
Bob Fehnel

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF ELINGTON FELIX**

1.       My name is Elington Felix.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.       I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March of 2018.  My current position is Wet Finisher at the A4 Plant.  I have worked in this position since March of 2018.

3.       As a Wet Finisher, I am responsible for making sure the batteries are filled with battery acid to the proper level and that the batteries are capped.

4.       I work the third shift.  I work Monday through Friday.  I am paid $19.30 per hour plus department bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.       As a Wet Finisher, I wear the following personal protective equipment: a Uniform Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs, and Face Shield. I put on my Uniform and Steel-Toe Boots in the locker room. When I enter the enveloping department on my way to my

Ex. 1002-159

workstation I put on my safety glasses. I put on my Gloves, Ear Plugs and Face Shield at my work station.

6.      I usually arrive to the A4 Plant at 9:30p.m.  Once I arrive, I take my lunch and put it on the shelf in the lunch room. I then get my uniform and boots out of the locker and then take them to my personal locker and put on my uniform and boots. I then wait at the lunch room until it is time to punch in. I then punch in and I the walk to my department.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation

9.      I usually stop work at my work station at 5:57a.m.  I am allowed to leave the floor at 6:05a.m.

10.     Once I leave the floor, I perform the following activities: I go to the locker room. I remove my boots and put them in my locker. I take off my used uniform and put it in the laundry bin. I then shower and towel off. I return to my locker and put on my street clothes, punch out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _27_ day of _march_____, 2019 in Lyon Station, Pennsylvania.

_____
Elington Felix

Ex. 1002-160

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) |
| Defendant. | ) ) |

Case No. 5:18-cv-01194-GEKP

## DECLARATION OF CORY FENSTERMAKER

1.      My name is Cory Fenstermaker and I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October 2016.  My current position is a Grid Caster at the A1 Plant.  I have worked as a Grid Caster since October 2016.

3.      As a Grid Caster, I am responsible for corking the mold, making sure the grids are in spec and quality, and adding lead to the lead pot.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid approximately $35.00/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As a Grid Caster I wear the following personal protective equipment: Uniform; Safety Glasses; Metatarsal Steel-Toe Shoes; Gloves; Earplugs; Face shield when necessary, Green Welding Jacket when necessary, and Respirator when necessary. I put on my uniform and safety shoes in the locker room. I put on my safety glasses on my way to my work station.  I put on my earplugs, gloves, face shield, respirator, and green welding jacket at my work station.

7.      I usually arrive to the A1 Plant at 2:00PM.  Once I arrive I put my lunch bag away in the lunch room, then go into the locker room, grab my uniform, change into my uniform, and then clock in and go to my work station.

8.      It usually takes me 5 minutes to change into my uniform and 2 minutes to walk to my work station.

9.      I usually stop work at my work station at 10:35pm. I am allowed to leave the floor at 10:35pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, take my uniform off, throw my uniform in the bin, shower, change into my street clothes, and then go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April 2019 in Lyon Station, Pennsylvania.

_____
Cory Fenstermaker

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,              )
SECRETARY OF LABOR, UNITED        )
STATES DEPARTMENT OF LABOR,       )
                                  )
        Plaintiff,        )   Case No. 5:18-cv-01194-GEKP
v.                                )
                                  )
EAST PENN MANUFACTURING           )
COMPANY,                          )
                                  )
        Defendant.        )
                                  )

## DECLARATION OF ERIC FENSTERMAKER

1.     My name is Eric Fenstermaker. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2005.  My current position is an Assembler at the S1-Annex Plant.  I have worked as an Assembler from March of 2018 through present.  I have previously worked as a Floater in the S1-Annex Plant from September of 2010 thorough March of 2018.

3.     As an Assembler I am responsible for inspecting the posts and getting the battery ready for the burners.

4.     I work the first shift.  I work Monday through Friday.

5.     I am paid $23/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.     As an Assembler, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; and Earplugs as needed.  I put on my uniform and

Ex. 1002-161

safety shoes in the locker room. I put my safety glasses on right before I walk onto the floor. I put on my gloves and earplugs at my work station station.

7.    I usually arrive to the S1 Annex Plant at 6:35am.  Once I arrive I punch in, go into the locker room, get my uniform, change, and go right to my work station.

8.    It usually takes me 3 minutes to change into my uniform and 1 minute to walk to my workstation.

9.    I usually stop work at my work station at 2:15pm. I am allowed to leave the floor at 2:35pm.

10.    Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March 2019 in Lyon Station, Pennsylvania.

Eric Fenstermaker

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,               )
SECRETARY OF LABOR, UNITED         )
STATES DEPARTMENT OF LABOR,        )
                                   )
            Plaintiff,             )    Case No. 5:18-cv-01194-GEKP
                                   )
v.                                 )
                                   )
EAST PENN MANUFACTURING            )
COMPANY,                           )
                                   )
            Defendant.             )
                                   )

### DECLARATION OF JOSE FERNANDEZ

1.     My name is Jose Fernandez.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June 2008.  My current position is Terminal Burner at the S1 Plant.  I have worked in this position since January 2017.  I previously worked as a Post Burner at the A1 Plant.  I worked in this position from April of 2013 through January of 2017.

3.     As a Terminal Burner, I am responsible for burning terminal posts onto different types of batteries or pour lead into a mold to make a terminal posts on the assembly line.

4.     I work the first shift.  I work Monday through Friday.

5.     I am paid $19.25/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.     As a Terminal Burner, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs.  I put on my uniform, safety

Ex. 1002-162

shoes in the locker room. On my way into the plant, I put on my safety glasses. I put on my earplugs and gloves at my work station.

7.      I usually arrive to the S1 Plant at 5:57am.  Once I arrive, I go into the lunchroom and put my lunch bag down, get my uniform, go to the locker-room, change, use the restroom, sit in the lunchroom eat breakfast and coffee, then I punch in, go back to the lunchroom until it is time to go on the floor.

8.      It usually takes me 4 minutes to change into my uniform and 2 minutes to walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

9.      I usually stop work at my work station at 2:15 pm.   I am allowed to leave the floor at 2:20pm.

10.     Once I leave the floor, I perform the following activities: remove my uniform and shower, put my street clothes on, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March 2019 in Lyon Station, Pennsylvania.

_Jose Fernandez_
Jose Fernandez

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,　　　　　　)
SECRETARY OF LABOR, UNITED　　)
STATES DEPARTMENT OF LABOR,　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　)　　Case No. 5:18-cv-01194-GEKP
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
EAST PENN MANUFACTURING　　　)
COMPANY,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　)
　　　　　　　　　　　　　　　　　　　)

**DECLARATION OF YORBY FERNANDEZ-TEJADA**

1.　　　　My name is Yorby Fernandez-Tejada.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.　　　　I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October 2018.  My current position is raw fill at the A3 Plant.  I have worked in this position since October 2018.

3.　　　　As a October 2018, I am responsible for fill batteries with acid and put them on a rack, then send them out to be charged.

4.　　　　I work the third shift.  I work Monday through Friday.  I am paid $/hr.19.10 plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.　　　　As a worker in raw fill, I wear the following personal protective equipment: Uniform; Safety Glasses; Rubber Boots; Gloves; Face Shield. I put on my Uniform, Boots, and Safety Glasses in the locker room.  I put on my Gloves and Face Shield at my work station.

**Ex. 1002-163**

6.      I usually arrive to the A3 Plant at 10:15 p.m.  Once I arrive I clock in, get my uniform, go to the locker room, change into my uniform and boots, head downstairs to check which line I am assigned to, then get my gloves and face shield and go to a line to work.

7.      It usually takes me 7 minutes to change into my uniform and boot and walk to my workstation.  I can put on my other PPE while at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:15 a.m. and perform clean-up.  I am allowed to leave the floor at 6:20 a.m.

9.      Once I leave the floor, I perform the following activities: walk upstairs, start to get undressed, grab a towel from the bins, throw my shirt and pants into the bins, get undressed, shower, dry off, change into my street clothes, clock out and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___2___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

_____
Yorby Fernandez-Tejada

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,               )
SECRETARY OF LABOR, UNITED         )
STATES DEPARTMENT OF LABOR,        )
                                   )
            Plaintiff,             )      Case No. 5:18-cv-01194-GEKP
                                   )
v.                                 )
                                   )
EAST PENN MANUFACTURING            )
COMPANY,                           )
                                   )
            Defendant.             )
                                   )

**DECLARATION OF JOSE FERRER-JIMENEZ**

1.      My name is Jose Ferrer-Jimenez. I have personal knowledge of the facts set forth

in this declaration, and I could and would testify competently to them under oath if called as a

witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have

worked at the Company since August of 2015. My current position is COS Operator at the

Industrial Plant. I have worked in this position since June of 2017. I previously worked as a

Forming Operator at the Industrial Plant. I worked in this position from August of 2015 through

June of 2017.

3.      As a COS Operator, I am responsible for making battery cells and that the quality

of the battery cell is good from the time that it goes into the machine and when the battery comes

back out.

4.      I work the second shift. I work Monday through Friday. I am paid $ 19.60 per

hour. I receive time and a half pay for all hours worked over forty in a workweek.

**Ex. 1002-164**

5.      As a COS Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield (when required); Respirator (when required while cleaning lead pot); I put on my uniform and steel toe boots in the locker room. I put on my safety glasses and ear plugs while walking from the locker room to my work station. I put on my gloves, face shield (when required) at my work station.

6.      I usually arrive to the Industrial Plant at 1:20 pm. Once I arrive I drink a coffee, go to the bathroom, pick up my uniform, go to the locker room, change and clock in.

7.      It usually takes me 5 minutes to change into my uniform, put on my boots and walk to my workstation. I put on my safety glasses and put in my ear plugs while walking from the locker to my workstation and while at my work station I am able to put on all my other personal protective equipment which includes: gloves, respirator (when required), face shield (when required) at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation. I occasionally use this grace period to report to my workstation.

9.      I usually stop work at my work station at 9:10 pm. I am allowed to leave the floor at 9:35 pm.

10.     Once I leave the floor, I perform the following activities: go to my locker, take off my uniform, go straight to the shower, get dressed and then clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.   I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this **20** day of **march**, 2019 in Lyon Station, Pennsylvania.

JOSE FERRER-JIMENEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF BRADLEY FIDLER**

1.      My name is Bradley Fidler and I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December of 2005.  My current position is a Battery Technician at the A1 Plant.  I have worked as a Battery Technician since November of 2007.

3.      As a Battery Technician, I am responsible for tearing down batteries.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid approximately $22/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As a Battery Technician I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; Ear Plugs as needed; Face Shield as needed; and a Hard Hat as needed. I put on my uniform and safety shoes in the locker room. I put on my safety glasses as I am walking onto the floor.  I put on all other PPE equipment as needed at my work station.

Ex. 1002-165

7.      I usually arrive to the A1 Plant at 6:25am.  Once I arrive I clock in, go into the locker room, grab my uniform, change into my uniform, and head to my work station.

8.      It usually takes me 2 minutes to change into my uniform and 1 minute to walk to my work station.

9.      I usually stop work at my work station at 2:00pm. I am allowed to leave the floor at 2:15pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, take my uniform off, shower, change into my street clothes, punch out and then go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of April 2019 in Lyon Station, Pennsylvania.

_____
                                    Bradley Fidler

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF CRISTINO FIGUEROA

1.      My name is Cristino Figueroa.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 1992.  My current position is Gel Finisher at the S1 Plant. I have worked in this position since September 1998.

3.      As a Finisher, I am responsible for helping anywhere on the Finish Line by capping batteries and getting batteries ready to be shipped.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid $22/hr. with bonus and I receive time and a half pay for all hours worked over forty in a workweek.

6.      As a Finisher, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Face shield and Earplugs.  I put on my uniform and

Ex. 1002-166

safety shoes, safety glasses in the locker room.   I put on my gloves, face shield and earplugs at my work station.

7.      I usually arrive to the S1 Plant at 6:25am.   Once I arrive I usually grab my uniform and go get changed in the locker room, punch in and then head to the floor.

8.      It usually takes me 5 minutes to change into my uniform and 2 minutes to walk to my workstation.

9.      I usually stop work at my work station either at 2:25pm depending on my job.   I am allowed to leave the floor at 2:35pm.

10.      Once I leave the floor, I perform the following activities: go down to the locker room, remove my uniform and shower, change into my street clothes, and go home.   The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.   It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22st day of March 2019 in Lyon Station, Pennsylvania.

Cristino Figueroa

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,  )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR,  )
    )
        Plaintiff,  )  Case No. 5:18-cv-01194-GEKP
    )
v.  )
    )
EAST PENN MANUFACTURING  )
COMPANY,  )
    )
        Defendant.  )
    )

## DECLARATION OF THERESA FIGUEROA

    1.    My name is Theresa Figueroa. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

    2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 2007. My current position is Raw Fill at the A3 Plant. I have worked in this position since July of 2007.

    3.    As a Raw Fill, I am responsible for filling batteries with acid, capping batteries, and racking batteries to be charged.

    4.    I work the first shift. I work Monday through Friday. I am paid approximately $19.00 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

    5.    As a Raw Fill, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Face Shield. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my remaining personal protective equipment at my work station.

Ex. 1002-167

6.      I usually arrive to the A3 Plant at 6:00 a.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my Uniform and Steel-Toe Boots, go to the smoke shack and smoke a cigarette, wait to punch in, punch in, take the elevator and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and two minutes to take the elevator and get to my workstation.  I can put on my other PPE while at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:14 p.m.  I am allowed to leave the floor at 2:20 p.m.

9.      Once I leave the floor, I perform the following activities: I take the elevator, go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March, 2019 in Lyon Station, Pennsylvania.

_____
THERESA FIGUEROA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>EAST PENN MANUFACTURING<br>COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 5:18-cv-01194-GEKP

## DECLARATION OF KEVIN FISHER

1.     My name is Kevin Fisher.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November 2005.  My current position is COS enveloping series 1 at the A1 Plant.  I have worked in this position since November 2005.

3.     As a COS enveloping series 1, I am responsible for working on a standalone machine, rotating as either an operator or take-off, putting the plates in the machine which runs the plates into an envelope or taking the groups of envelopes off, checking the groups, and placing them onto a skid.

4.     I work the second shift.  I work Monday through Friday.  I am paid $25/hr. average and I receive time and a half pay for all hours worked over forty in a work week.

5.     As a COS enveloping series 1, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Respirator. I put

Ex. 1002-168

on my Uniform and Steel-Toe Boots in the locker room.  I put on my Safety Glasses, Gloves, Ear Plugs, and Respirator at my work station.

6.      I usually arrive to the A1 Plant at 1:40 p.m.  Once I arrive I get my uniform, change into it, wait in the lunch room, clock in about 2:16 p.m. in the lunch room, and go to the work floor.

7.      It usually takes me 3 minutes to change into my uniform and boots and about 4 minutes to walk to my workstation.  I can put on my other PPE while at my workstation.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 10:10 p.m. and perform cleaning of the machine and work space.  I am allowed to leave the floor at 10:20 p.m.

10.     Once I leave the floor, I perform the following activities: I go to the locker room, undress, take a shower, then put on street clothing,   The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _22_ day of _March_, 2019 in Lyon Station, Pennsylvania.

_____
Kevin Fisher

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF ROBIN B. FLAMISH

1.      My name is Robin B. Flamish.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 2012.  My current position is Laundry Utility worker at the Central Services Plant.  I have worked in this position since May of 2014.

3.      As a Laundry Utility worker, I am responsible for washing, drying, folding and delivering laundry.

4.      I work the First shift. I work Monday through Friday.  I am paid $ 18.65 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Laundry Utility worker, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves.   I put on my uniform and boots in the locker room.  I put on my safety glasses while walking from the locker room to my work station.  I put on my Gloves at my work station.

Ex. 1002-169

6.      I usually arrive to the Central Services Plant at 6:45 am.  Once I arrive I  clock in, go into the locker room, get my key out of my personal locker, go to my uniform locker, get out my uniform, go into the bathroom, change into my work uniform, put personal clothes back into my personal locker, put my boots on, grab safety glasses and gloves, go to my workstation.

7.      It usually takes me five minutes to change into my uniform and boots.  It usually takes less than a minute to walk from the locker room to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:50 pm.  I am allowed to leave the floor at 2:50 pm.

9.      Once I leave the floor, I perform the following activities: go to the locker room, grab my personal clothes, grab a towel, go into the shower, get undressed, take a shower, get out of shower, dry off, put on my clean clothes, throw dirty clothes in dirty bin, go to punch clock, stand in punch clock line, wait to punch out, punch out.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___/___ day of _____, 2019 in Lyon Station, Pennsylvania.

_____
ROBIN B. FLAMISH

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,     )
SECRETARY OF LABOR, UNITED     )
STATES DEPARTMENT OF LABOR,     )
    )
         Plaintiff,     )    Case No. 5:18-cv-01194-GEKP
v.     )
    )
EAST PENN MANUFACTURING     )
COMPANY,     )
    )
         Defendant.     )
    )

## DECLARATION OF BRADLEY FLEXER

1.      My name is Bradley Flexer.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2013.  My current position is Quality Assurance Leader at the Industrial, Industrial Automotive, and S-1 Buildings.  I have worked in this position since September of 2018.   Previously, I worked as a Quality Auditor in the A-3 Plant from July of 2014 until September of 2018.

3.      As a Quality Assurance Leader, I am responsible for monitoring the work of 15 Quality Inspectors who ensure that the Company's product complies with customer specifications.

4.      I work the third shift.  I work Monday through Friday.  I am paid a base rate of approximately $24.00/hr., including shift differential.  I receive time and a half pay for all hours worked over forty in a workweek.   I am paid punch-to-punch.

Ex. 1002-170

5.     As a Quality Assurance Leader, I wear the following personal protective equipment: Uniform; Safety Glasses; and Steel-Toe Boots. I put on my Uniform and Steel-Toe Boots in the locker room. I put on my Safety Glasses in my office.

6.     I usually arrive at my office at the Industrial Automotive Building about 9:50 PM. Once I arrive, I clock in immediately and proceed to my office in the Industrial Building. I check my emails and begin reviewing In Process Inspection Reports and attendance reports. Around 10:45 PM, I go to the locker room and change my clothes.

7.     It takes me 5 minutes to change into my Uniform and Boots.

8.     I usually stop work at 5:50 AM. I can leave my office at my discretion, so long as I allow 10 minutes to walk to the locker room, remove my dirty work uniform, take a shower, and change into my street clothes. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

9.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

10.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _10_ day of _April_ , 2019 in Lyon Station, Pennsylvania.

**BRADLEY FLEXER**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA, )
SECRETARY OF LABOR, UNITED )
STATES DEPARTMENT OF LABOR, )
                 )
            Plaintiff, )    Case No. 5:18-cv-01194-GEKP
v. )
                 )
EAST PENN MANUFACTURING )
COMPANY, )
                 )
            Defendant. )
                 )

**DECLARATION OF CRISTIN FLICKER**

1.     My name is Cristin Flicker. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 2007. My current position is Plate Wrap Operator at the Industrial Automotive Plant. I have worked in this position since September of 2017. I previously worked as a Raw Fill Operator at the A-2 Plant. I worked in this position from approximately September of 2013 through September of 2017.

3.     As a Plate Wrap Operator I am responsible for loading and unloading plates and changing materials for the line.

4.     I work the first shift. I work Monday through Friday. I am paid approximately $17.00/hr. plus a variable production bonus and receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-171

5. As a Plate Wrap Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs. I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room. I put on my Ear Plugs and Gloves at my work station.

6. I usually arrive to the Industrial Automotive Plant at 5:15 am. Once I arrive I grab my uniform, change into uniform, drink coffee, eat breakfast, smoke and wait to clock in.

7. It usually takes me 7 minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8. There is a five minute grace period after my shift starts to report to my workstation.

9. I usually stop work at my work station at 1:43 pm. I am allowed to leave the floor at 1:48 pm.

10. Once I leave the floor, I perform the following activities: undress, shower, put on my street clothes and clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11. I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12. I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March , 2019 in Lyon Station, Pennsylvania.

CRISTIN FLICKER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,  )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR,  )
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,  )　　Case No. 5:18-cv-01194-GEKP
v.  )
　　　　　　　　　　　　　　　　　　)
EAST PENN MANUFACTURING  )
COMPANY,  )
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.  )
　　　　　　　　　　　　　　　　　　)

**DECLARATION OF ALEJANDRO EMMANUEL FONSECA-RIVERA, JR.**

1.　　My name is Alejandro Emmanuel Fonseca-Rivera, Jr. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.　　I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 2016. My current position is Paste Mixer at the A4 Plant. I have worked in this position since October of 2018. I previously worked as a Paste take-off person at the A1 Plant. I worked in this position from January of 2016 through October 2018.

3.　　As a Paste Mixer, I am responsible for making the batches of paste that go inside of batteries.

4.　　I work the second shift. I work Monday through Friday. I am paid approximately $19.95 per hour, plus line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-172

5.      As a Paste Mixer, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots and Gloves and ear plus. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my ear plugs and gloves at my work station.

6.      I usually arrive to the A4 Plant between 1:00pm and 1:15 p.m. Once I arrive, I punch-in, usually, at 1:16p.m. I go straight to the locker room. I then change out of my street clothes and into my uniform and my PPE. I then go to the lunch room and get some water. I then go straight to mixing floor.

7.      It usually takes me five minutes to change into my uniform and PPE and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 9:35p.m. I am allowed to leave the floor at 9:35p.m.

10.     Once I leave the floor, I perform the following activities: I walk straight to the locker room. I wash my hands in the tub sink, take off my used uniform, put my boots in my locker, I then take my used uniform and put it in the laundry bin. I then shower and towel off. I return to my locker, change into my street clothes and clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20th_ day of _March_ , 2019 in Lyon Station, Pennsylvania.


Alejandro Emmanuel Fonseca-Rivera, Jr.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
       Plaintiff,               )   Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
       Defendant.               )
                                        )

### DECLARATION OF ROBERT FOOSE, JR.

1.    My name is Robert Foose, Jr. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 1983. My current position is Compupress Strip Maker Punch Operator at the Industrial Automotive Plant. I have worked in this position since April of 2018. I previously worked as a Grid Casting Operator at both the A2 / Industrial Automotive Plant. I worked in this position from September of 1983 through April 2018.

3.    As a Compupress Strip Maker Punch Operator, I am responsible for the manufacturing of lead strip, compupressed grids, cleaning lead pots, drossing pots, putting coils away, switching out full coils for empties, stocking lead and cleanup.

4.    I work the first shift. I work Monday through Friday however, sometimes I work overtime on Saturday and Sunday's. I am paid $21.25/per hour and I get a bonus according to production. I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-173

5.      As a Compupress Strip Maker Punch Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Exterior Metatarsal Boots; regular Gloves; Ear Plugs; Face Shield; Respirator; Hard Hat; welding Shield; Heat Gloves. I put on my uniform, exterior metatarsal boots, safety glasses in the locker room.  I wait to put on all my other personal protective equipment until I get to my workstation: regular Gloves; Ear Plugs; Face Shield; Respirator (as required); Hard Hat (only when I am on the stack truck or tow motor/fork lift); welding Shield (as required), Heat Gloves (as required).

6.      I usually arrive to the Automotive Industrial Plant at 6:00 am.  Once I arrive I get my uniform out of the clothing locker, go into the locker room, change out of my street clothes and put on my work uniform, then I put on my boots, get my material handling license, flash light, my punch card, with my safety glasses already on I go to the lunch room, take them off (clean them), put them back on, hang out until 6:31 am at which time I punch in the clock.

7.      It usually takes me 5 minutes to change into my uniform, boots and safety glasses. It takes me two minutes to go from the punch clock to my workstation.  I put all my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:30 pm.  I am allowed to leave the floor at 2:35 pm.

9.      Once I leave the floor, I perform the following activities: take my used respirator and deposit it into the dirty bin, grab a towel, go to my locker, disrobe, put the dirty clothes in the bin and head for the shower.  I then finish showering, get dressed, get rid of my used towel by placing in the bin, and punch out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10. I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11. I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20th_ day of _March_ , 2019 in Lyon Station, Pennsylvania.

_____
ROBERT FOOSE, JR.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF CODY FRAIN

1.      My name is Cody Frain.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2018.  My current position is Quality Control at the A3 Plant.  I have worked in this position since August of 2018.

3.      As a Quality Control, I am responsible for assessing the process by which case groups are made and making sure everything is within specifications.

4.      I work the second shift.  I work Monday through Friday.  I am paid $22.50 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Quality Control, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Respirator.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my Gloves, Ear Plugs, and Respirator at my work station.

Ex. 1002-174

6.      I usually arrive to the A3 Plant at 2:00 p.m.  Once I arrive I go to the uniform locker, get my uniform, punch in, go to my personal locker, change into my uniform and steel-toe boots, and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:03 p.m. and I am allowed to leave the floor at that time.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of April, 2019 in Lyon Station, Pennsylvania.

_____
CODY FRAIN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,            )
SECRETARY OF LABOR, UNITED      )
STATES DEPARTMENT OF LABOR,     )
                                )
                Plaintiff,       )     Case No. 5:18-cv-01194-GEKP
                                )
v.                              )
                                )
EAST PENN MANUFACTURING         )
COMPANY,                        )
                                )
                Defendant.       )
                                )

**DECLARATION OF ROI FRANCO-MOLINA**

1.      My name is Roi Franco-Molina.  I have personal knowledge of the facts set forth

in this declaration, and I could and would testify competently to them under oath if called as a

witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have

worked at the Company since September of 2013.  My current position is Reaction Pot Operator

B at the Oxide 1 Plant.  I have worked in this position since May of 2017.  I previously worked

as a Cleanup at the OX1 Plant.  I worked in this position from September of 2013 through May

of 2017.

3.      As a Reaction Pot Operator B, I am responsible for loading and melting lead and

producing oxide.

4.      I work the second shift.  I work Monday through Friday.  I am paid $19.30 / hour

and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Reaction Pot Operator B, I wear the following personal protective

equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield;

**Ex. 1002-175**

Respirator; and Hard Hat.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment while walking from the locker room to my work station or at my work station.

6.      I usually arrive to the OX1 Plant at 3:35 p.m.  Once I arrive I put my lunch in the lunch room, go to the uniform locker, get my uniform, go to the clean-side locker and put on my uniform, go to the dirty-side locker and put on my steel-toe boots, and go to my work station.

7.      It usually takes me four minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 11:55 p.m. and I am allowed to leave the floor at that time.

9.      Once I leave the floor, I perform the following activities: I punch out, go to the dirty-side locker, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, go to the clean-side locker, dress in my street clothes, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April, 2019 in Lyon Station, Pennsylvania.

ROI FRANCO-MOLINA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF LLOYD FRANTZ**

1.      My name is Lloyd Frantz.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2006.  My current position is Raw Fill in the A-2 Plant.

3.      As a Raw Fill in the A-2 Plant, I am responsible for filling batteries with acid and transporting materials needed for the acid filling process.

4.      I work the third shift.  I work Monday through Friday.  I am paid a base rate of $19.10/hr., exclusive of shift differential and production incentives. I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Raw Fill, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Face Shield; Hard Hat and Ear Plugs. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my other forms of PPE, as needed, on the work floor.

Ex. 1002-176

6.      I usually arrive at the A-2 Plant about 10:05 PM.  Once I arrive, I gather my uniform, change my clothes and put my lunch on a shelf in the lunch room.  Then, I clock in and I walk to my work station and begin work.

7.      It usually takes me 5 minutes to change into my Uniform, Safety Glasses and Boots.

8.      I usually stop production work around 6:15 AM and then spend a few minutes cleaning up my work area.  On most work days, I am permitted to leave the floor at 6:18 AM.

9.      Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, change into my street clothes and clock out.  The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29ᵗʰ day of March, 2019 in Lyon Station, Pennsylvania.

**LLOYD FRANTZ**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                     )
SECRETARY OF LABOR, UNITED               )
STATES DEPARTMENT OF LABOR,              )
                                         )
                    Plaintiff,           )     Case No. 5:18-cv-01194-GEKP
v.                                       )
                                         )
EAST PENN MANUFACTURING                  )
COMPANY,                                 )
                                         )
                    Defendant.           )
                                         )

### DECLARATION OF DARY ESTHER FRIAS

1.     My name is Dary Esther Frias.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November 2017.  I was previously employed by the Company from August 2013 through December 2015, in the laundry department in Central Services and then as a finisher at Plant A2.  My current position is quality auditor at the A4 Plant.  I have worked in this position since November 2018.  I previously worked as a finisher at the Industrial Auto Plant.  I worked in this position from November 2017 through November 2018.

3.     As a quality auditor, I am responsible for auditing three departments: finishing, raw fill, and the forming room.

4.     I work the second shift.  I work Thursday through Sunday.  I am paid $22.55/hr. plus $6/hr. shift differential on weekend days, and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-177

5.      As a quality auditor, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; and Respirator (as needed). I put on my Uniform and Boots in the locker room.  I put on my Safety Glasses while walking onto the work floor.  I put on my Gloves; Ear Plugs; Face Shield; and Respirator (as needed) on the work floor.

6.      I usually arrive to the A4 Plant at 1:55 p.m.  Once I arrive I get my uniform, change into my uniform, wait near the clock to clock in, then clock in and go to the work floor.

7.      It usually takes me 3 minutes to change into my uniform.  I can put on my other PPE while walking to my workstation or at the work floor, as needed.

8.      I usually stop work and leave the floor at 11:50 p.m. on Thursdays and Fridays, and at 12:00 a.m. to 12:15 a.m. on Saturdays and Sundays.  The times vary based on the departments I am auditing.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, shower, get dressed in my street clothes, wait to clock out, then clock out and leave.  The time provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ⁀11th day of ⁀April , 2019 in Lyon Station, Pennsylvania.

_____
Dary Esther Frias

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                       )
SECRETARY OF LABOR, UNITED                 )
STATES DEPARTMENT OF LABOR,                )
                                           )
               Plaintiff,                  )     Case No. 5:18-cv-01194-GEKP
                                           )
v.                                         )
                                           )
EAST PENN MANUFACTURING                    )
COMPANY,                                   )
                                           )
               Defendant.                  )
                                           )

**DECLARATION OF JONATHAN FRICKER**

1.      My name is Jonathan Fricker. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2017. My current position is Compupress Strip and Punch Operator at the A3 Plant. I have worked in this position since October of 2017.

3.      As a Compupress Strip and Punch Operator, I am responsible for making sure lead strips and grids meet specifications.

4.      I work the second shift. I work Monday through Friday. I am paid $21.45 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Compupress Strip and Punch Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; Respirator; and Hard Hat, when operating a stack truck or fork lift. I put on my Uniform

Ex. 1002-178

and Steel-toe Boots in the locker room. I put on my remaining personal protective equipment at my work station.

6.      I usually arrive to the A3 Plant at 2:00 p.m. Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, wait until it is time to punch in, punch in, and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:35 p.m. and I am allowed to leave the floor at that time.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, change into my street clothes, punch out, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of March, 2019 in Lyon Station, Pennsylvania.

JONATHAN FRICKER

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF DAVID FRITSCH

1.      My name is David Fritsch.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since 1970.  My current position is working in the forming room at the A1 Plant.  I have worked in this position since 1970.

3.      As a worker in the forming room, I am responsible for drop groups into a tank and burn them with a torch.

4.      I work the first shift.  I work Monday through Friday.  I am paid $19.75/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a worker in the forming room, I wear the following personal protective equipment: Uniform; Safety Glasses; Rubber Steel-Toe Boots; Gloves; Ear Plugs; Face Shield as needed; and Respirator. I put on my Uniform, Boots, and Safety Glasses in the locker room.  I put on my Gloves; Ear Plugs; Face Shield (as needed); and Respirator at my work station.

Ex. 1002-179

6.      I usually arrive to the A1 Plant at 5:30 a.m.   Once I arrive I change into my uniform and go to the lunch room for about half an hour, then clock in and go to the work floor.

7.      It usually takes me 2 to 3 minutes to change into my uniform and boots and 2 to 3 minutes to walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation. I usually use this grace period to report to my workstation.

9.      I usually stop work at my work station at 2:05 p.m.  I am allowed to leave the floor at 2:05 p.m.

10.      Once I leave the floor, I perform the following activities: put my uniform in a bin, shower, change, clock out and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22 day of _____3_____, 2019 in Lyon Station, Pennsylvania.

_____
David Fritsch

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
            Plaintiff,        )     Case No. 5:18-cv-01194-GEKP
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
            Defendant.        )
                                        )

## DECLARATION OF DAVID FRYMOYER

1.      My name is David Frymoyer.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since 2009.  My current position is COS takeoff at the A4 Plant.  I have worked in this position since November 2014.  I previously worked as a worker in raw fill at the A3 Plant.  I worked in this position from May 2011 through November 2014.

3.      As a COS takeoff, I am responsible for quality control of the line, stamping the batteries to demonstrate they meet the standards of the first piece.

4.      I work the third shift.  I work Monday through Friday.  I am paid at least $25/hr. average and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a COS takeoff, I wear the following personal protective equipment: Uniform; Safety Glasses; Metatarsal Boots; Gloves; Ear Plugs; Face Shield as needed; and Respirator as needed. I put on my Uniform and Boots in the locker room.  I put on my Safety Glasses, Ear

Ex. 1002-180

Plugs, and Gloves while walking from the locker room to my work station. I put on my Face Shield (as needed) and Respirator (as needed) at my work station.

6.    I usually arrive to the A4 Plant at 10:00 a.m. Once I arrive I get my uniform from my uniform locker, change, stand and wait to clock in, clock in, and go to the work floor.

7.    It usually takes me 5 minutes to change into my uniform and boots. I can put on my other PPE while walking to my workstation or at my workstation.

8.    I usually stop work at my work station at 6:10 a.m. and perform clean-up. I am allowed to leave the floor at 6:20 a.m.

9.    Once I leave the floor, I perform the following activities: I drop my respirator in the bin, wash my hands off, throw my shirt into the shirt bin, then take the rest of my clothing off, shower, change into my regular clothing, clock out, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 02̶8̶ day of _____03_____, 2019 in Lyon Station, Pennsylvania.

_____
David Frymoyer

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF JAMES GADDIS

1.      My name is James Gaddis. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May 2011.  My current position is a Forming Room Floater S1 Annex Plant.  I have worked as a Forming Room Floater since April 2012.

3.      As a Floater I am responsible for filling in any position within the Forming/Dry Charge department.

4.      I work the second shift.  I work Monday through Friday.

5.      I am paid $20.00/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As a Floater, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs, Apron as needed, Face Shield as needed, Hard Hat as needed, and Respirator as needed.  I put on my uniform, safety shoes, and safety glasses in the locker room. I put on all other PPE equipment as needed at my work station.

Ex. 1002-181

7.      I usually arrive to the S1 Plant at 1:50pm.  Once I arrive I go to the break room, put my food/lunch box onto the shelf, have a drink, clock in, grab my uniform, then go to the locker room, change into my uniform, and then go to my work station.

8.      It usually takes me 5 minutes to change into my uniform and 1 minute to walk to my workstation.

9.      I usually stop work at my work station at 10:00pm. I am allowed to leave the floor at 10:05pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March 2019 in Lyon Station, Pennsylvania.

_____
James Gaddis

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
          Plaintiff,              )   Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
          Defendant.              )
                                    )

**DECLARATION OF BILLY GAMBLER**

1.     My name is Billy Gambler.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May 2013.  My current position is assembly leader at the A4 Plant. I have worked in this position since August 2018.  I previously worked as an assembly technician at the Industrial Automotive Plant.  I worked in this position from February 2018 through August 2018.  I previously worked as an assembly technician at the A4 Plant.  I worked in that position from January 2017 through February 2018.  I previously worked as an assembly floater at the A3 Plant.  I worked in that position from 2015 through January 2017.  I previously worked as a post burner at the A2 Plant.  I worked in that position from May 2013 through 2015.

3.     As assembly leader, I am responsible for making sure production runs on schedule, by dealing with such items as personnel-related and machinery-related issues as they arise.

Ex. 1002-182

4.      I work the second shift.  I work Monday through Friday, and split Sundays with other leaders.  I am paid $25.05/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As assembly leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves (as needed); Ear Plugs (as needed); and Hard Hat (as needed). I put on my Uniform and Boots in the locker room.  I put on my Safety Glasses as I walk onto the work floor. I put on my Gloves (as needed); Ear Plugs (as needed); and Hard Hat (as needed) on the work floor.

6.      I usually arrive to the A4 Plant at 1:35 p.m.  Once I arrive I take my lunch bag to the break room, get my uniform, go to the locker room and change into my uniform, clock in, go to the office area to check my mailbox, then go down to the work floor.

7.      It usually takes me 5 minutes to change into my uniform and 1 minute to walk to the office area.  I can put on my other PPE on the work floor, as needed.

8.      I usually stop work and leave the floor at 10:33 p.m. to drop off paperwork in the office area, and usually leave the office area by 10:37 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, take my uniform off, shower, dry off, go to my locker and change into my street clothes, get my personal belongings, put my towel in a bin, clock out, and leave.  The time provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___11___ day of ___April___, 2019 in Lyon Station, Pennsylvania.


_Billy Gamble_
Billy Gambler

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
              Plaintiff,               )       Case No. 5:18-cv-01194-GEKP
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
              Defendant.               )
                                        )

## DECLARATION OF ANDREW GANGAWERE

1.     My name is Andrew Gangawere. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2005. My current position is a Leader at the S1- Annex Plant. I have worked as a Leader from July of 2007 through present.

3.     As a Leader I am responsible for supervising the department, assigning duties to employees and helping to train and work with employees, meeting production goals and do quality checks.

4.     I work the first shift. I work Monday through Friday.

5.     I am paid $24.80/hr. and I receive time and a half pay for all hours worked over forty in a workweek. I am paid punch to punch.

6.     As a Leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Metatarsal Shoes; Gloves; Apron as needed, Face Shield as needed and

Ex. 1002-183

Earplugs as needed.  I put on my uniform, safety glasses and safety shoes in the locker room. I put all other PPE equipment as needed at my work station station.

7.    I usually arrive to the S1 Annex Plant at 5:38am.  Once I arrive I punch in, put my lunch bag in the lunchroom, go into the locker room, get my uniform, change, and go right to my work station.

8.    It usually takes me 5 minutes to change into my uniform and 1 minute to walk to my workstation.

9.    I usually stop work at my work station at 1:50pm. I am allowed to leave the floor at 2:05pm.

10.    Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, shower, change into my street clothes, wait to punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March 2019 in Lyon Station, Pennsylvania.

Andrew Gangawere

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| v. | ) ) |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

**DECLARATION OF DANIEL GARCIA**

1.      My name is Daniel Garcia. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April of 2003. My current position is Grid Casting Leader at the Automotive Industrial Plant. I have worked in this position since October of 2017. I previously worked February of 2012 through November 2016 as a Grid Casting Operator at the Automotive Industrial Plant. I worked in this position from  of June 2004 through  February of 2012 Grid Casting      Floater      in      S1      Plant.      Grid      Casting I was hired as a Grid Casting Operator in April of 2003 through June 2004  in S1 (Specialty 1) Plant.

3.      As a Grid Casting Leader, I am responsible for all my operators have all their tools, make sure their machines are running properly and tell each one which bank they are

Ex. 1002-184

assigned to each day and I fill in for breaks. If the Operators are drossing I will fill in for them because they are working behind the machines.

4.      I work the first shift.   My shift begins at 6:15 am and ends at 3:15 pm.   I work Monday through Friday and sometimes on Saturday if scheduled. I am paid $24.95 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Grid Casting Leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel Toed Boots; Gloves; Ear Plugs; Face Shield (when I am drossing); Respirator (when I am drossing); Hard Hat (when I am material handling). I put on my uniform, Steel Toed Boots in the locker room. I put on my safety glasses while walking from the locker room to my work station. I put on my ear plugs, gloves at my work station.

6.      I usually arrive to the Automotive Industrial Plant at 5:40 am.   Once I arrive I sit in my car, listen to music, sometimes I text my wife, go on social media.

7.      I usually scan my time card to clock in at 6:01 am.

8.      It usually takes me 2 minutes to change into my uniform.   After I have changed into my uniform, I go to my workstation.

9.      I usually arrive  at my work station at 6:10 am. There is a five minute grace period after my shift starts to report to my workstation.

10.     I usually stop work at my work station at 3:10 pm.   Then, I clean up my work station. I am allowed to leave the floor at 3:05 pm.

11.     It usually takes me 5 minutes to walk to the locker room and change out of my uniform.

12.     It usually takes me 5 minutes to shower at the end of my shift.

13.     After my shift ends, I usually wait only a few minutes to clock out.

14.     I usually scan my time card to clock out at 3:15 pm or 3:16 pm.

15.     I usually leave the Automotive Industrial Plant at 3:25 pm.

16.     The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

17.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

18.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this  20  day of  March  , 2019 in Lyon Station, Pennsylvania.

DANIEL GARCIA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF EMANUEL GARCIA

1.      My name is Emanuel Garcia.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2013.  My current position is Finisher at the A3 Plant.  I have worked in this position since August of 2017.  I previously worked as a Hand Caster at the SMA Plant.  I worked in this position from August of 2013 through August of 2017.

3.      As a Finisher, I am responsible for putting labels on batteries and putting batteries on pallets.

4.      I work the second shift.  I work Monday through Friday.  I am paid $19.30 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Finisher, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my Gloves and Ear Plugs at my work station.

Ex. 1002-185

6.      I usually arrive to the A3 Plant at 2:30 p.m.  Once I arrive I punch in, go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:30 p.m.  I am allowed to leave the floor at 10:35 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of April, 2019 in Lyon Station, Pennsylvania.

_____

EMANUAEL GARCIA

Ex. 1002-186

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,　　　　　　)
SECRETARY OF LABOR, UNITED　　　)
STATES DEPARTMENT OF LABOR,　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　)　　Case No. 5:18-cv-01194-GEKP
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
EAST PENN MANUFACTURING　　　　)
COMPANY,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　)
　　　　　　　　　　　　　　　　　)

## DECLARATION OF MICHAEL GARVINE-HILTON JR.

1.　　　My name is Michael Garvine-Hilton Jr. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.　　　I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October 2017.  My current position is a Grid Casting Operator at the A1 Plant.  I have worked as a Grid Casting Operator since October 2017.

3.　　　As a Grid Casting Operator, I am responsible for making sure the machines are running, corking the molds, and producing quality grids.

4.　　　I work the second shift.  I work Monday through Friday.

5.　　　I am paid $24.41/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.　　　As a Grid Casting Operator I wear the following personal protective equipment: Uniform; Safety Glasses; Metatarsal Steel-Toe Shoes; Gloves; Ear Plugs; Respirator as needed; Hard Hat as needed; Face Shield as needed; and Green Welding Jacket as needed. I put my uniform and safety shoes on in the locker room. I put my safety glasses on as I walk onto the

floor. I put on my gloves, ear plugs, respirator, face shield, and green welding jacket at the work station.

7.      I usually arrive to the A1 Plant at 2:20pm.  Once I arrive I go into the locker room, grab my uniform, then wait in the lunch room and then clock in and head to my work station.

8.      It usually takes me 3 minutes to change into my uniform and 2 minutes to walk to my work station.

9.      I usually stop work at my work station at 10:32pm. I am allowed to leave the floor at 10:35pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, grab a towel, remove my uniform, shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April 2019 in Lyon Station, Pennsylvania.

_____
Michael Garvine-Hilton Jr.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF CHARLES GAWRICH, SR.

1.      My name is Charles Gawrich, Sr.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March of 2011.  My current position is EMT C at the A3 Plant.  I have worked in this position since August of 2011.

3.      As an EMT C, I am responsible for trouble shooting and repairing breakdowns on machines and installing new machines.

4.      I work the second shift.  I work Monday through Friday.  I am paid approximately $25.80 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As an EMT C, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; Respirator; and Hard Hat.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment at my work station.

**Ex. 1002-187**

6.     I usually arrive to the A3 Plant between 1:10 p.m. and 1:15 p.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, punch in, go to the smoke shack, then go to my work station.

7.     It usually takes me five minutes to change into my uniform and boots.  I can put on my other PPE at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 10:50 p.m. and I am allowed to leave the floor at that time.

9.     Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of April, 2019 in Lyon Station, Pennsylvania.

CHARLES GAWRICH, SR.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,          )
SECRETARY OF LABOR, UNITED    )
STATES DEPARTMENT OF LABOR,   )
                              )
              Plaintiff,       )      Case No. 5:18-cv-01194-GEKP
v.                            )
                              )
EAST PENN MANUFACTURING       )
COMPANY,                      )
                              )
              Defendant.       )
                              )

**DECLARATION OF DARREN GEHRES**

1.      My name is Darren Gehres.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2016.  My current position is EMT C at the A3 Plant.  I have worked in this position since August of 2018.  I previously worked as an EMT Trainee at the A3 Plant.  I worked in this position from October of 2016 through August of 2018.

3.      As an EMT C, I am responsible for fixing and repairing electrical issues and installing and removing conduit and cable.

4.      I work the second shift.  I work Monday through Friday.  I am paid approximately $25.00 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As an EMT C, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; Respirator; and Hard Hat.  I

**Ex. 1002-188**

put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment at my work station.

6.      I usually arrive to the A3 Plant at 1:07 p.m.  Once I arrive I go to the uniform locker, put my lunch box on top of the locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, go to the lunch room and wait until it is time to punch in.  I then punch in and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:47 p.m. and I am allowed to leave the floor at that time.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of April, 2019 in Lyon Station, Pennsylvania.

DARREN GEHRES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
            Plaintiff,                  )       Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
            Defendant.                  )
                                        )

DECLARATION OF ERIC GEHRINGER

1.      My name is Eric Gehringer.  I have personal knowledge of the facts set forth in

this declaration, and I could and would testify competently to them under oath if called as a

witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have

worked at the Company since July of 2013.  My current position is Strip Cast / Punch Press

Operator at the A3 Plant.  I have worked in this position since approximately January of 2015.  I

previously worked as a Raw Fill at the A3 Plant.  I worked in this position from approximately

January of 2014 through January of 2015.

3.      As a Strip Cast / Punch Press Operator, I am responsible for making molten lead

and turning it into strips which are then punched into grids.

4.      I work the first shift.  I work Monday through Friday.  I am paid $ 21.25/hr. and I

receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Strip Cast / Punch Press Operator, I wear the following personal protective

equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves when on the floor; Ear Plugs

Ex. 1002-189

when on the floor; Face Shield when drossing pots or twin rollers; Respirator when drossing pots or twin rollers; Hard Hat when operating stack truck or fork lift. I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room. I put on my remaining personal protective equipment at my work station when needed.

6.      I usually arrive to the A3 Plant at 6:45 a.m. Once I arrive I clock in, go to the locker and get my uniform, change into my uniform, steel-toe boots, and safety glasses. I then go to the floor, get my ear plugs, put my lunch in the break room, then proceed to my work station.

7.      It usually takes me ten minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime or when needed.

8.      I usually stop work at my work station at 2:48 p.m. and I am allowed to leave the floor at that time.

9.      Once I leave the floor, I perform the following activities: I grab my lunch box, throw my ear plugs in the garbage, go to the locker room, take my uniform off, shower, and change in my street clothes. I then clock out at 3:00 p.m. or shortly thereafter. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March, 2019 in Lyon Station, Pennsylvania.

ERIC GEHRINGER

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,     )
SECRETARY OF LABOR, UNITED   )
STATES DEPARTMENT OF LABOR,  )
              )
     Plaintiff,     )  Case No. 5:18-cv-01194-GEKP
v.             )
              )
EAST PENN MANUFACTURING   )
COMPANY,         )
              )
     Defendant.    )
              )

## DECLARATION OF DAKOTA GEORGE

1. My name is Dakota George. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 2016. My current position is acid leveler and capper at the A3 Plant. I have worked in this position since August 2016.

3. As an acid leveler and capper, I am responsible for making sure the acid levels in the batteries are correct, then capping them and sending them through the washer to the Hyrater machine.

4. I work the third shift. I work Monday through Friday. I am paid $19.10/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5. As an acid leveler and capper, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield. I put on my Uniform, Boots, and Safety Glasses in the locker room. I put on my Ear Plugs while walking

Ex. 1002-190

from the locker room to my work station.  I put on my Gloves and Face Shield at my work station.

6.     I usually arrive to the A3 Plant at 10:30 p.m.  Once I arrive I go to my locker and place some clothing in my personal locker for use after my shift, go to my uniform locker to retrieve my uniform, go to the locker room to change into my uniform, then clock in and head to the work floor.

7.     It usually takes me 5 minutes to change into my uniform and boots and 5 minutes to walk to my workstation from the locker room.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 6:30 a.m. and perform clean-up.  I am allowed to leave the floor at 6:35 a.m.

9.     Once I leave the floor, I perform the following activities: go to my personal locker, undress, shower, change into my street clothes, then clock out and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _29th_ day of _March_____, 2019 in Lyon Station, Pennsylvania.

_____
Dakota George

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF ROBERT GEPHART SR**

1.     My name is Robert Gephart Sr.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March 2011.  My current position is Pasting Material Handler at the S1 Plant.  I have worked in this position since January 2016.  Prior to that I worked as a Pasting Machine Operator in A3 from March 2011 to January 2016

3.     As a Material Handler, I am responsible for moving product and plates in and out of curing ovens.

4.     I work the first shift.  I work Monday through Friday.

5.     I am paid $18.60/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-191
exhibitsticker.com

6.     As a Material Handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves occasionally; Hard Hat; Respirator; and Earplugs.

7.     I put on my uniform, safety glasses and safety shoes in the locker room.  I put on my gloves, earplugs, hard hat, and respirator at my work station.

8.     I usually arrive to the S1 Plant at 6:50am.  Once I arrive I usually get my uniform, clock in, change into my uniform, grab my respirator, and then head out to the floor.

9.     It usually takes me 2-3 minutes to change into my uniform and 2-3 minutes to walk to my workstation.

10.     I usually stop work at my work station at 2:45PM. I am allowed to leave the floor at 2:50pm.

11.     Once I leave the floor, I perform the following activities: I walk outside and have a cigarette, walk back inside and clock out, and then go to locker room, shower, and change back into street clothes. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

12.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

13.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22st day of March 2019 in Lyon Station, Pennsylvania.

Robert Gephart Sr.

3/22/19

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF DEBRA GERNERT

1.      My name is Debra Gernert.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 1999.  My current position is Finisher at the Industrial Automotive Plant.  I have worked in this position since September of 2016.  I previously worked as a Raw Fill at the A 2 Plant.  I worked in this position from May of 2014 through September of 2016.

3.      As a Finisher, I am responsible for decorating batteries, prepare them to leave the plant, make manifests to place on skids, clean up at the end of the day, print paperwork out in the morning, put out a quality product.

4.      I work the first shift.  I work Monday through Friday.  I am paid $ 19.10 per hour. I receive time and a half pay for all hours worked over forty in a workweek.

**Ex. 1002-192**

5.      As a Finisher, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs (when needed). I put on my uniform, boots and safety glasses in the locker room.  I put on my gloves and ear plugs (when needed) at my work station.

6.      I usually arrive to the Industrial Automotive Plant at 6:00 am.  Once I arrive I go up the stairs to the uniform locker, get my uniform, go to the locker room, open my personal locker, hang up my coat, take off my shoes, change into my uniform, put on my work shoes, put on my safety glasses, go to the bathroom, look at my phone, hang out in the locker room, walk from the locker room to the punch clock, punch in, go into the lunch room, when the clock says 6:35 am, go to my work station.

7.      It usually takes me four minutes to change into my uniform, boots, safety glasses and two minutes to walk to my workstation.  I put on all my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:28 pm.  I am allowed to leave the floor at 2:32 pm.

9.      Once I leave the floor, I perform the following activities: go to the locker room, open my personal locker, get my clothes, shower items, grab a towel, take my shower, dry off, put my clothes on, take dirty laundry, drop into the dirty laundry bin,  go back out to my personal locker, put my socks and shoes on, gather my purse, jacket, gym bag, put on my personal glasses, put on my jacket, lock my personal locker, walk to the punch clock, punch out.   The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _22nd_ day of _March_____, 2019 in Lyon Station, Pennsylvania.


_____
DEBRA GERNERT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,              )
SECRETARY OF LABOR, UNITED        )
STATES DEPARTMENT OF LABOR,       )
                                  )
      Plaintiff,             )    Case No. 5:18-cv-01194-GEKP
                                  )
v.                                )
                                  )
EAST PENN MANUFACTURING           )
COMPANY,                          )
                                  )
      Defendant.             )
                                  )

## DECLARATION OF JESSE GILMER

1.　　My name is Jesse Gilmer. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.　　I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 2014. My current position is COS Foreperson at the A3 Plant. I have worked in this position since May of 2016. I previously worked as a Leader at the A3 Plant. I worked in this position from January of 2015 through May of 2016. I previously worked as Floater at the A3 Plant. I worked in this position from January 2014 through January 2015.

3.　　As a COS Foreperson, I am responsible for supervising thirty-two people and six machines.

4.　　I work the second shift. I work Monday through Friday. I am paid $27.60 /hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.　　As a COS Foreperson, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Respirator. I put on my

Ex. 1002-193

Uniform and Steel-Toe Boots in the locker room. I put on my remaining personal protective equipment at my work station.

6.     I usually arrive to the A3 Plant at 1:30 p.m. Once I arrive I go to the uniform locker, get my uniform, go to my personal locker and change into my uniform and steel-toe boots, then wait to punch in. I punch in then proceed to the main office.

7.     It usually takes me seven minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 10:20 p.m. and leave the floor at that time.

9.     Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, change into my street clothes, punch out, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March, 2019 in Lyon Station, Pennsylvania.

JESSE GILMER

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF ALEX GODFREY

1.      My name is Alex Godfrey.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April of 2013.  My current position is Quality Control at the A3 Plant.  I have worked in this position since July of 2017.  I previously worked as an Enveloper at the A4 Plant.  I worked in this position from November of 2013 through July of 2017.

3.      As a Quality Control, I am responsible for making sure batteries meet customer specifications.

4.      I work the second shift.  I work Monday through Friday.  I am paid $22.55 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Quality Control, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Face Shield.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my Gloves, Ear Plugs, and Face Shield at my work station.

Ex. 1002-194

6.      I usually arrive to the A3 Plant at 1:50 p.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, wait until it is time to punch in, punch in, and go to my work station.

7.      It usually takes me six minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 9:55 p.m.  I am allowed to leave the floor at 10:05 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of April, 2019 in Lyon Station, Pennsylvania.

_____
ALEX GODFREY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING<br>COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF MARCELO GOMEZ**

1.      My name is Marcelo Gomez.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July 2016.  My current position is forming room attendant at the S1 Plant.  I have worked in this position since June 2018.  I previously worked as a dry charge at the S1 Plant.  I worked in this position from July 2016 through June 2018.

3.      As a forming room attendant, I am responsible for arriving before the other workers and preparing materials.

4.      I work the third shift.  I work Monday through Friday.  I am paid $18.60/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a forming room attendant, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; Respirator; and Hard Hat. I put on my Uniform, Safety Glasses, and Boots in the locker room.  I put on my Ear Plugs

Ex. 1002-195

while walking from the locker room to my work station.  I put on my Gloves; Ear Plugs; Face Shield; Respirator; and Hard Hat at my work station.

6.     I usually arrive to the S1 Plant at 10:05 p.m.  Once I arrive I clock in, get my uniform, change, and go to the work floor.

7.     It usually takes me 5 minutes to change into my uniform and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 6:00 a.m. and perform clean-up.  I am allowed to leave the floor at 6:05 a.m.

9.     Once I leave the floor, I perform the following activities: walk toward the locker room, take off my boots and put my boots away, get undressed, shower, change into my personal clothes, clock out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___2___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

_____
Marcelo Gomez

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                  )
SECRETARY OF LABOR, UNITED            )
STATES DEPARTMENT OF LABOR,           )
                                      )
        Plaintiff,               )   Case No. 5:18-cv-01194-GEKP
v.                                    )
                                      )
EAST PENN MANUFACTURING               )
COMPANY,                              )
                                      )
        Defendant.               )
                                      )

## DECLARATION OF GARY GONZALEZ

1.     My name is Gary Gonzalez.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November 2017.  My current position is plate prep at the S1 Plant. I have worked in this position since November 2017.

3.     As a plate prep, I am responsible for cutting the plates to the correct size and for brushing off the plates afterward.

4.     I work the third shift.  I work Monday through Friday.  I am paid at least $19/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a plate prep, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Respirator. I put on my Uniform, Safety Glasses, and Boots in the locker room.  I put on my Gloves, Ear Plugs, and Respirator at my work station.

Ex. 1002-196

6.      I usually arrive to the S1 Plant at 10:38 p.m.  Once I arrive I clock in, get my uniform, change in the locker room, and go to the work floor.

7.      It usually takes me 6 minutes to change into my uniform.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:20 a.m., and perform clean-up.  I am allowed to leave the floor at 6:35 a.m.

9.      Once I leave the floor, I perform the following activities: go to the locker room, take off my shirt and place it in the bin, go to my locker, take off my boots and the rest of my uniform, shower, get dressed in my own clothing, clock out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _5th_ day of _April_____, 2019 in Lyon Station, Pennsylvania.


_____
Gary Gonzalez

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
              Plaintiff,            )      Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
              Defendant.            )
                                    )

**DECLARATION OF LUIS GONZALEZ**

1.      My name is Luis Gonzalez.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February 2016.  My current position is Hyrate Operator at the A3 Plant.  I have worked in this position since October 2018.  I previously worked as a finisher at the A3 Plant.  I worked in this position from July 2016 through October 2018.  I previously worked as a floater at the A3 Plant.  I worked in this position from February 2016 through July 2016.

3.      As a Hyrate Operater, I am responsible for using the Hyrate machine to check batteries, then making sure they are dried, buffed, and cleaned.  When I am assigned to some lines, I check for internal leaks and other internal defects.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.10/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-197

5.      As a Hyrate Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Rubber Boots; and Ear Plugs. I put on my Uniform, Safety Glasses, and Boots in the locker room.  I put on my Ear Plugs while walking from the locker room to my work station.

6.      I usually arrive to the A3 Plant at 10:25 p.m.  Once I arrive I go to my uniform locker, take my uniform to the locker room, change into my uniform, get my safety glasses from my locker, clock in, and go to the work floor.

7.      It usually takes me 4 minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:30 a.m. and perform clean-up.  I am allowed to leave the floor at 6:35 a.m.

9.      Once I leave the floor, I perform the following activities: go to the locker room, get undressed, shower, put on personal clothing, and clock out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _28th_ day of _March_, 2019 in Lyon Station, Pennsylvania.

_Luis Gonzalez_

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,    )
SECRETARY OF LABOR, UNITED    )
STATES DEPARTMENT OF LABOR,    )
    )
       Plaintiff,    )    Case No. 5:18-cv-01194-GEKP
v.    )
    )
EAST PENN MANUFACTURING    )
COMPANY,    )
    )
       Defendant.    )
    )

## DECLARATION OF VICENTE GONZALEZ-ZAVALA

1.    My name is Vicente Gonzalez-Zavala.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since 2016.  My current position is grid cast leader at the A4 Plant.  I have worked in this position since late 2017.  I previously worked as a copy press operator at the A4 Plant.  I worked in this position from 2016 through late 2017.

3.    As a grid cast leader, I am responsible for making sure everything is running properly, the organizing the floor, and supporting the team.

4.    I work the third shift.  I work Monday through Friday.  I am paid $25.05/hr. and I receive time and a half pay for all hours worked over forty in a workweek. I am paid punch-in to punch-out.

5.    As a grid cast leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield as needed; Respirator

Ex. 1002-198

as needed; Hard Hat as needed. I put on my Uniform, Safety Glasses, and Boots in the locker room.  I put on my Gloves; Ear Plugs; Face Shield (as needed); Respirator (as needed); Hard Hat (as needed) at my work station.

6.     I usually arrive to the A4 Plant at 10:10 a.m.  Once I arrive I clock in, change, and go to the work floor.

7.     It usually takes me 5 minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation

9.     I usually stop work at my work station at 6:45 a.m.  I am allowed to leave the floor at 6:45 a.m.

10.     Once I leave the floor, I perform the following activities: undress, shower, dress in street clothes, and clock out.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of _____, 2019 in Lyon Station, Pennsylvania.

Vincente González-Zavala

Ex. 1002-199

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF ERIC GOTTSHALL

1.     My name is Eric Gottshall and I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February 2017.  My current position is a Maintenance Mechanic at the A1 Plant.  I have worked as a Maintenance Mechanic since February 2017.

3.     As a Maintenance Mechanic, I am responsible for fixing machinery, cleaning of equipment and utilities, and preventative maintenance.

4.     I work the second shift.  I work Monday through Friday.

5.     I am paid approximately $23.60/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.     As a Maintenance Mechanic I wear the following personal protective equipment: Uniform; Safety Glasses; EH Rated Steel-Toe Shoes; Gloves; Earplugs; Respirator as needed; Face Shield as needed; and Welding Helmet as needed. I put on my uniform, safety shoes, and safety glasses in the locker room. I put on my earplugs, gloves, respirator, face shield, and welding helmet at my work station.

7.    I usually arrive to the A1 Plant at 2:16PM.  Once I arrive I clock in, put my lunchbox on the counter in the lunch room, go into the locker room, grab my uniform, change into my uniform, then sit down in the lunch room and eat something, and then head to my work station.

8.    It usually takes me 5 minutes to change into my uniform and 2 minute to walk to my work station.

9.    I usually stop work at my work station at 10:10pm. I am allowed to leave the floor at 10:20pm.

10.    Once I leave the floor, I perform the following activities: go to the locker room, take my uniform off, shower, change into my street clothes, and then go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April 2019 in Lyon Station, Pennsylvania.

_____

Eric Gottshall

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, ) | |
| SECRETARY OF LABOR, UNITED ) | |
| STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:18-cv-01194-GEKP |
| v. ) | |
| ) | |
| EAST PENN MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF NEVIN GRAHAM

1.      My name is Nevin Graham.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 2003.  My current position is Heat Seal Operator at the Industrial Automotive Assembly Department Plant.  I have worked in this position since March of 2018. I previously worked as an Auto Post Burner.

3.      Burner at the A3 Assembly Plant.  I worked in this position from June of 2012 through February  of 2018.  Post Burner in A4 Plant December of 2009 through June 2012; Post Burner in A3 Plant starting from July 2003 through December of 2009.

4.      As a Heat Seal Operator, I am responsible for making sure everything inside the battery is correct because my position is to put the covers onto the case of the battery and then send the battery into the heat sealing machine.

Ex. 1002-200

5.      I work the first shift.  I work Monday through Friday.  I am paid $ 19.24 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

6.      As a Heat Seal Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs. I put on my safety glasses, steel toe boots and uniform in the locker room.  I put on my remaining personal protective equipment at my work station: gloves and ear plugs.

7.      I usually arrive to the Industrial Automotive Plant at 6:15 am.  Once I arrive I go to my locker, get my uniform, go to the time clock, punch in.

8.      It usually takes me 5 minutes to change into my uniform, put on my steel toe boots and safety glasses  and walk to my workstation.  I put on all my other personal protective equipment at my workstation such as: ear plugs and gloves at the start of my worktime.

9.      I usually stop work at my work station at 2:10 pm.  I am allowed to leave the floor at 2:20pm.

10.     Once I leave the floor, I perform the following activities: go to my locker, take off my work boots and uniform, go to the shower, shower, dry off, go get dressed at my locker and then go punch out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20_ day of _March_ , 2019 in Lyon Station, Pennsylvania.

NEVIN GRAHAM

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
             Plaintiff,                 )      Case No. 5:18-cv-01194-GEKP
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
             Defendant.                 )
                                        )

## DECLARATION OF CARLENE   GRAINGER

1.      My name is Carlene Grainger.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2015.  My current position is Finisher at the A3 Plant. I have worked in this position since October of 2015.

3.      As a Finisher, I am responsible for affixing labels, accessories, and handles to batteries, loading batteries onto pallets and shipping them out.

4.      I work the second shift.  I work Monday through Friday.  I am paid $19.10 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Finisher, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my Gloves and Ear Plugs at my work station.

Ex. 1002-201

6.      I usually arrive to the A3 Plant at 1:30 p.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, go to the lunch room, get coffee and go to the smoke shack were I vape and wait until it is time to punch in.  I then punch in and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:30 p.m.  I am allowed to leave the floor at 10:35 p.m.

9.      Once I leave the floor, I perform the following activities: I to the locker room, wash my hands, put my personal belongings in my locker, and go to the smoke shack and vape. I then go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April, 2019 in Lyon Station, Pennsylvania.

CARLENE GRAINGER

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                       )
SECRETARY OF LABOR, UNITED                 )
STATES DEPARTMENT OF LABOR,                )
                                           )
              Plaintiff,                )        Case No. 5:18-cv-01194-GEKP
v.                                         )
                                           )
EAST PENN MANUFACTURING                    )
COMPANY,                                   )
                                           )
              Defendant.                )
                                           )

## DECLARATION OF BRIAN D. GREEN

1.      My name is Brian D. Green.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 1994.  My current position is die caster operator at the Smelter Annex Plant.  I have worked in this position since August of 2007.

3.      As a die caster operator, I am responsible for operating an automated die cast machine that makes terminals for batteries.

4.      I work the first shift.  I work Monday through Friday.  I work voluntary overtime when offered.  I am paid $17.30/hr. and weekly piece part bonuses, and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a die caster operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Heat Gloves; Ear Plugs; Face Shield as necessary. I put on my Uniform; Safety Glasses; and Steel-Toe Boots in the locker room.  I put on my Ear

Ex. 1002-202

Plugs while walking from the locker room to my work station. I put on my Heat Gloves and Face Shield at my work station.

6. I usually arrive to the Smelter Annex Plant at 6:35 AM. Once I arrive I go to the lunch room to put away my lunch bag, go to my personal locker in the locker room to get my uniform locker key, go to my uniform locker to get my uniform, go to my personal locker to change out of my street clothes and into my uniform and steel-toe boots, put on my safety glasses, clock in, and walk to my workstation.

7. It usually takes me five (5) minutes to change into my uniform and steel-toe boots, and put on my safety glasses. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8. I usually stop work at my work station at 2:45 PM. I am allowed to leave the floor at 2:50 PM.

9. Once I leave the floor, I perform the following activities: I go to the box in the lunch room to deposit my time sheet, go to the locker room, get a towel, go to my personal locker, take off my uniform, take a shower, change into my street clothes, put my uniform and towel in laundry bins, and clock out. The ten (10) minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10. I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11. I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April, 2019 in Lyon Station, Pennsylvania.

Brian D. Green

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,⠀⠀⠀⠀⠀⠀)
SECRETARY OF LABOR, UNITED⠀⠀)
STATES DEPARTMENT OF LABOR,⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀)⠀⠀Case No. 5:18-cv-01194-GEKP
v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
EAST PENN MANUFACTURING⠀⠀⠀)
COMPANY,⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀Defendant.⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)

**DECLARATION OF ROBERT GREEN**

1.⠀⠀⠀⠀My name is Robert Green.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.⠀⠀⠀⠀I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November of 2011.  My current position is Finisher at the S1 Plant.  I have worked in this position as a Finisher since September 2018. Prior to that I worked as a Plate Prep Operator from November 2011 to September 2018.

3.⠀⠀⠀⠀As a Finisher, I am responsible for working with batteries to fill them with gel, buff them, and get them ready to be shipped to the customer.

4.⠀⠀⠀⠀I work the first shift.  I work Monday through Friday.

5.⠀⠀⠀⠀I am paid $19.35hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.⠀⠀⠀⠀As a Finisher, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Metatarsal Shoes; Gloves; Face shield, and Earplugs.  I put on my

Ex. 1002-203

uniform and safety shoes in the locker room.  I put my safety glasses on as I am walking to the floor. I put on my gloves, face shield, and earplugs at my work station.

7.      I usually arrive to the S1 Plant at 6:41am.  Once I arrive I get my uniform out, clock in, go to the locker room, get dressed and walk right to the floor.

8.      It usually takes me 5 minutes to change into my uniform and 1 minute to walk to my workstation.  There is a five minute grace period after my shift starts to report to my workstation.  I sometimes use this grace period to report to my workstation.

9.      I usually stop work at my work station at 2:25pm.  I am allowed to leave the floor at 2:35pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, shower, change into my street clothes, wait to punch out and go home.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of March 2019 in Lyon Station, Pennsylvania.

Robert Green

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
            Plaintiff,                  )      Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
            Defendant.                  )
                                        )

**DECLARATION OF KEVIN L. GREENAWALT**

1.      My name is Kevin L. Greenawalt.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 1984.  My current position is Paste Mixer at the A4 Plant.  I have worked in this position since January of 2011.

3.      As a Paste Mixer, I am responsible for making the batches of paste that go inside of batteries.

4.      I work the first shift.  I work Monday through Friday.  As a Paste Mixer I earn $20.45 and hour per/hr., plus line bonus, and I receive time and a half pay for all hours worked over forty in a workweek.

5.      I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves and a Respirator as needed. I put on my Uniform; Safety Glasses; Steel-

**Ex. 1002-204**

Toe Boots; in the locker room. I put on my gloves and respirator as needed at my work station at my work station.

6.    I usually arrive to the A4 Plant at 5:20 a.m. Once I arrive I punch in, grab my work clothes and equipment, drop off my lunch box in the lunch room. I then go to the locker room and change. I then head to the mixing platform.

7.    It usually takes me two minutes to change into my uniform and my PPE and then I walk to my workstation which usually takes about two minutes. I can put on my other PPE at my workstation at the start of my worktime.

8.    There is a five minute grace period after my shift starts to report to my workstation.

9.    I usually stop work at my work station at 1:30 p.m. I am allowed to leave the floor at 1:35 p.m. when I leave and head down to the shower.

10.    Once I leave the floor, I perform the following activities: I head to the locker, get undressed and take my used uniform to the laundry bin and take a shower. After I shower, I towel off then I return my locker and put on my street clothes. I then clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20th_ day of _March_ , 2019 in Lyon Station, Pennsylvania.

Kevin L. Greenawalt

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF NICHOLAS GREENE

1.　　My name is Nicholas Greene.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.　　I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April of 2012.  My current position is Material Handler at the A3 Plant.  I have worked in this position since May of 2015.  I previously worked as a Finisher at the A3 Plant.  I worked in this position from August of 2010 through May of 2015.

3.　　As a Material Handler, I am responsible for watching the line and supplying materials as needed and loading trailers.

4.　　I work the second shift.  I work Monday through Friday.  I am paid $19.00 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.　　As a Material Handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Hard Hat.  I put on my

Ex. 1002-205

Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment at my work station.

6.      I usually arrive to the A3 Plant between 2:31 p.m. and 2:45 p.m.  Once I arrive I punch in, go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station between 10:35 p.m. and 10:40 p.m., depending on the line, and I am allowed to leave the floor at that time.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April, 2019 in Lyon Station, Pennsylvania.

NICHOLAS GREENE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,               )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
              Plaintiff,            )     Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
              Defendant.            )
                                    )

**DECLARATION OF JAN GREENWOOD**

1.     My name is Jan Greenwood.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May of 2014.  My current position is Yard Jockey – Lead Crew at the IM2 Plant.  I have worked in this position since May of 2014.

3.     As a Yard Jockey – Lead Crew, I am responsible for assisting the Oxide Delivery Drivers.

4.     I work the first shift.  I work Monday through Friday.  I am paid $20.60 and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Yard Jockey – Lead Crew, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Respirator.  I put on my Uniform, Safety Glasses ,and Steel-Toe Boots in the locker room.  I put on my Gloves,

Ex. 1002-206

Ear Plugs, and Respirator while walking from the locker room to my work station or at my work station.

6.     I usually arrive to the IM2 Plant between 6:30 a.m. and 6:35 a.m.  Once I arrive I punch in, go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, and go to my work station.

7.     It usually takes me six minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 2:30 p.m. and I am allowed to leave the floor at that time.

9.     Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of April, 2019 in Lyon Station, Pennsylvania.

JAN GREENWOOD

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA, )
SECRETARY OF LABOR, UNITED )
STATES DEPARTMENT OF LABOR, )
)
          Plaintiff, )   Case No. 5:18-cv-01194-GEKP
)
v. )
)
EAST PENN MANUFACTURING )
COMPANY, )
)
          Defendant. )
)

**DECLARATION OF MATTHEW F. GRIM**

1.     My name is Matthew F. Grim. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April of 1994. My current position is Paste Machine Operator at the A4 Plant. I have worked in this position since September of 2012.

3.     As a Paste Machine Operator, I am responsible for making sure the product has paper, that it is pasted correctly, cut correctly and to make sure everything is to specifications.

4.     I work the first shift. I work Monday through Friday. I am paid 19.75 per hour, plus line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Paste Machine Operator, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs and Respirator as needed. I put on my Uniform; Safety Glasses; Steel-Toe Boots; in the locker room. I put on my Gloves; Ear Plugs; Respirator as needed at my work station.

**Ex. 1002-207**

6.     I usually arrive to the A4 Plant at 5:30 a.m.  Once I arrive I clock in. I go to my PPE clothing locker, I remove my clothes and equipment for the day from my locker; and then I go into the locker room and change clothes and put on my PPE. I then I drop my lunch box in the lunch room and go out onto the floor.

7.     It usually takes me five minutes to change into my uniform, boots and safety glasses and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation.

9.     I usually stop work at my work station at 1:45 p.m.  I am allowed to leave the floor at 1:50 p.m.

10.     Once I leave the floor, I perform the following activities: I return to the locker room. I wash my hands and arms in the tub sink. I go to my locker and remove my uniform and PPE and I take my used uniform and put in the laundry bin on the way to the shower. I then shower and towel off and then I return to my locker and put on my street clothes. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and suffer no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this  20  day of  March  , 2019 in Lyon Station, Pennsylvania.

Matthew F. Grim

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,  )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR,  )
)
        Plaintiff,  )   Case No. 5:18-cv-01194-GEKP
v.  )
)
EAST PENN MANUFACTURING  )
COMPANY,  )
)
        Defendant.  )
)

## DECLARATION OF SHAWN GRING

1.      My name is Shawn Gring.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2007.  My current position is Raw Fill at the A3 Plant.  I have worked in this position since December of 2015.  I previously worked as a Material Handler at the IND Plant.  I worked in this position from May of 2011 through December of 2015.

3.      As a Raw Fill, I am responsible for moving racks from one location to another and working the line.

4.      I work the first shift.  I work Thursday through Sunday.  I am paid $19.10 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Raw Fill, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Goggles; and Hard Hat, when operating a

**Ex. 1002-208**

stack truck.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment at my work station.

6.      I usually arrive to the A3 Plant between 4:00 a.m. and 4:05 a.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, punch in, go to the lunch room and eat, then go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:15 p.m.  I am allowed to leave the floor at 2:20 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, grab a towel, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of March, 2019 in Lyon Station, Pennsylvania.

_____
SHAWN GRING

Ex. 1002-209

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA, )
SECRETARY OF LABOR, UNITED )
STATES DEPARTMENT OF LABOR, )
                              )
        Plaintiff, ) Case No. 5:18-cv-01194-GEKP
                              )
v. )
                              )
EAST PENN MANUFACTURING )
COMPANY, )
                              )
        Defendant. )
                              )

## DECLARATION OF DAVID H. GROFF

1.     My name is David H. Groff. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2003. My current position is Molding Floater/Lead Inserter at the Injection Molding 2 (IM2) Plant. I have worked in this position since November of 2013.

3.     As a Molding Floater/Lead Inserter, I am responsible for lead inserting, inspecting, testing and packing products.

4.     I work the first shift. I work Monday through Friday with occasional weekends. I am paid approximately $18.93/hr. plus incentive, and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Molding Floater/Lead Inserter, I wear the following personal protective equipment: Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs. I put on my Steel-Toe

Boots and Safety Glasses on at my locker which is about fifty feet from the entrance to the floor. I put on my Ear Plugs as I enter the floor. I put on my Gloves at my work station. I do not wear a uniform.

6.      I usually arrive to the IM2 Plant at 6:25 AM. Once I arrive, I clock in, then I go to my locker to change my shoes, put on my Safety Glasses, obtain my tool box and I enter the floor.

7.      It usually takes me about 2 to 3 minutes to change into my shoes, put on my safety glasses, obtain my tool box and walk to my work station. I can put on my other PPE while walking to my work station or at my work station at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my work station. I sometimes use this grace period to report to my work station.

9.      I usually stop work at my work station at 2:22 PM. I am allowed to leave the floor at 2:25 PM.

10.     Once I leave the floor, I perform the following activities: I use the restroom, change my shoes, put my safety glasses and tool box in my locker, obtain my personal items and then I wait to clock out. I am not required to shower.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2oth day of March _____, 2019 in Lyon Station, Pennsylvania.

David H. Groff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING<br>COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF TAMMY GROFF

1.     My name is Tammy Groff.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 1994.  My current position is Finisher at the Industrial Automotive & A4 Plants.  I have worked in this position since December of 2010.

3.     As a Finisher, I am responsible for labeling, accessorizing, palletizing and shipping batteries.

4.     I work the first shift.  I work Monday through Friday.  I am paid $ 19.10 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Finisher, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves. I put on my uniform and boots in the locker room.  I put on my safety glasses while walking from the locker room to my work station.  I put on my gloves at my work station.

Ex. 1002-210

6.      I usually arrive to the Industrial Automotive Plant at 6:33 am.  Once I arrive I punch in, go to my uniform locker, get my uniform, go to my regular locker, change into my uniform, put on my work shoes, go to my workstation.

7.      It usually takes me two minutes to change into my uniform and boots.  It usually takes me two minutes to walk from the locker room to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:28 pm.  I am allowed to leave the floor at 2:32 pm.

9.      Once I leave the floor, I perform the following activities:  go to my locker, take out my shower basket, street clothes, go to the shower, shower, dry off, get dressed, go back to my locker, put on my street shoes, walk to the punch clock line, wait in line until its time to punch out, punch out.   The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering   activities   before   and   after   my   regularly   scheduled   shift   time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _25_ day of _March_, 2019 in Lyon Station, Pennsylvania.


_Tammy Groff_
TAMMY GROFF

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                      )
SECRETARY OF LABOR, UNITED                )
STATES DEPARTMENT OF LABOR,               )
                                          )
                      Plaintiff,          )      Case No. 5:18-cv-01194-GEKP
v.                                        )
                                          )
EAST PENN MANUFACTURING                   )
COMPANY,                                  )
                                          )
                      Defendant.          )
                                          )

## DECLARATION OF MIKE GUARINO

1.      My name is Mike Guarino. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 2010.  My current position is a Dry Charge Forming Leader S1 Annex Plant.  I have worked as a Dry Charge Forming Leader since February 2019. I previously worked as a Dry Charge Operator since August 2010.

3.      As a Dry Charge Forming Leader I am responsible for completing paper work, organizing the workers and addressing any issues with employees.

4.      I work the second shift.  I work Monday through Friday.

5.      I am paid $24.95/hr. and I receive time and a half pay for all hours worked over forty in a work week. I am paid punch to punch.

6.      As a Dry Charge Forming Leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves as needed; Ear Plugs as needed, Apron as needed, Face Shield as needed, Hard Hat as needed, and Respirator as needed.  I put on

Ex. 1002-211

my uniform, safety shoes, and safety glasses in the locker room. I put on all other PPE equipment as needed at my work station.

7.      I usually arrive to the S1 Plant at 1:05pm.  Once I arrive I go to my locker, grab my uniform, go into the locker room, change into my uniform, then go into the lunch room and check my phone, and then clock in.

8.      It usually takes me 2 minutes to change into my uniform and 1 minute to walk to my workstation.

9.      I usually stop work at my work station at 10:00pm. I am allowed to leave the floor at 10:05pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March 2019 in Lyon Station, Pennsylvania.

Mike Guarino

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF DEREK GUEST**

1.      My name is Derek Guest.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November of 2015.  My current position is Concast Operator at the A3 Plant.  I have worked in this position since January of 2018.  I previously worked as a Floater at the A3 Plant.  I worked in this position from November of 2015 through January of 2018.

3.      As a Concast Operator, I am responsible for producing lead grids that are made into strips and wrapped in coils.

4.      I work the second shift.  I work Monday through Friday.  I am paid $19.80 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Concast Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield, depending on the task; Respirator, depending on the task; and Hard Hat, when operating a fork lift.  I put on my

**Ex. 1002-212**

Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment at my work station.

6.     I usually arrive to the A3 Plant at 2:15 p.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, punch in, and go to my work station.

7.     It usually takes me five minutes to change into my uniform and boots.  I can put on my other PPE at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 10:35 p.m. and I am allowed to leave the floor at that time.

9.     Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April, 2019 in Lyon Station, Pennsylvania.

DEREK GUEST

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,           )
SECRETARY OF LABOR, UNITED     )
STATES DEPARTMENT OF LABOR,    )
                               )
        Plaintiff,    )   Case No. 5:18-cv-01194-GEKP
v.                             )
                               )
EAST PENN MANUFACTURING        )
COMPANY,                       )
                               )
        Defendant.    )
                               )

## DECLARATION OF EMILIO J. GUILBE

1.     My name is Emilio J. Guilbe. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 2011. My current position is material handler leader at the A4 Plant. I have worked in this position since September of 2018. I previously worked as a finish line leader at the A4 Plant. I worked in this position from February of 2015 through September of 2018. I was on military leave from May of 2013 through January of 2015.

3.     As a material handler leader, I am responsible for the warehouse workflow by receiving goods from external sources and distributing the goods to departments within East Penn to assure accurate inventory and performing such tasks in a safe and timely manner.

4.     I work the first shift. I work Monday through Friday. I work voluntary overtime when offered. I am paid $25.30/hr. and an annual bonus, and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-213

5.      As a material handler leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Work Gloves; and Hard Hat. I put on my Uniform; Safety Glasses; and Steel-Toe Boots in the locker room. I put on my Work Gloves and Hard Hat at my work station.

6.      I usually arrive to the A4 Plant at 6:00 AM. Once I arrive I clock in, go to the lunch room to drop off lunch box, go to my uniform locker to get my uniform, go to my personal locker in the locker room, change out of my street clothes into my uniform and steel-toe boots, put on my safety glasses, go to the office to check my mail slot, and go to my workstation.

7.      It usually takes me five (5) minutes to change into my uniform and steel-toe boots, and to put on my safety glasses. I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five (5) minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 2:45 PM. I am allowed to leave the floor at 2:50 PM.

10.      Once I leave the floor, I perform the following activities: go to my personal locker in the locker room, take off my uniform, get a towel, take a shower, change into my street clothes, put towel and my uniform into laundry bins, go to the lunch room to get my lunch box, and clock out. The ten (10) minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March, 2019 in Lyon Station, Pennsylvania.

Émilio J. Guilbe

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF ZACHARY GUILES**

1.     My name is Zachary Guiles.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December of 2018.  My current position is COS Floater at the A3 Plant.  I have worked in this position since December of 2018.

3.     As a COS Floater, I am responsible for knowing all positions in the COS department.

4.     I work the third shift.  I work Monday through Friday.  I am paid $19.75 per hour plus plant bonus and piece bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a COS Floater, I wear the following personal protective equipment: a Uniform, Steel-Toe Boots, Safety Glasses, Gloves, Ear Plugs, Face Shield, Respirator as needed and Hard Hat as needed. I put on my Uniform, Steel-Toe Boots, and Safety Glasses in the locker room.  I

Ex. 1002-214

put on my Ear Plugs, Face Shield, and Respirator as needed and Hard Hat as needed, at my work station.

6.      I usually arrive at the A3 Plant at 9:50p.m.  Once I arrive I go to my locker to retrieve my uniform. Then I go the locker room and put on my Uniform, Steel-Toe Boots and Safety Glasses. Then I punch in and I walk to my work station.

7.      It usually takes me five minutes to change into Uniform, Steel-Toe Boots and Safety Glasses and walk to my workstation.  I can put on my other PPE while at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 5:55a.m.  I am allowed to leave the floor at 6:05a.m.

9.      Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin, I take my shower and then I towel off. I then return to my locker and put on my street clothes. I then leave the locker room and then punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___2nd___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

_____
Zachary Guiles

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
            Plaintiff,                  )      Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
            Defendant.                  )
                                        )

**DECLARATION OF MICHELLE GUZMAN-ESCRIBANO**

1.      My name is Michelle Guzman-Escribano.  I have personal knowledge of the facts

set forth in this declaration, and I could and would testify competently to them under oath if

called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have

worked at the Company since February of 2018.  My current position is Laundry Utility at the

Central Services Plant.  I have worked in this position since February of 2018.

3.      As a Laundry Utility, I am responsible for washing, drying, folding, packing, and

delivering clothes.

4.      I work the second shift.  I work Monday through Friday and sometimes Sunday.  I

am paid approximately $ 18.65/hr. and I receive time and a half pay for all hours worked over

forty in a workweek.

5.      As a Laundry Utility, I wear the following personal protective equipment:

Uniform; Safety Glasses; Steel-Toe Boots; Gloves (when required). I put on my uniform, boots,

and safety glasses in the locker room.  I put on my gloves (when required) at my work station.

Ex. 1002-215

6.      I usually arrive to the Central Services Plant at 2:46 pm.  Once I arrive I punch in, go to the locker room, go to my personal locker, take out my work uniform, put on my work uniform, boots, and safety glasses, go to the lunch room, talk to my co-workers, go to my workstation.

7.      It usually takes me three minutes to change into my uniform, boots and safety glasses in the locker room.  It usually takes me three minutes to walk from the locker room to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:50 pm.  I am allowed to leave the floor at 10:50 pm.

9.      Once I leave the floor, I perform the following activities: go to the locker room, go to my personal locker, take out my personal items, grab a towel, go to the shower, take shower, dry off, get dressed, go back to my personal locker, put my personal items back in my personal locker, put my sneakers on and sweater, go to the time clock, punch out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___4th___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

MICHELLE GUZMAN-ESCRIBANO

Ex. 1002-216

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
                    Plaintiff,      )       Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
                    Defendant.      )
                                    )

### DECLARATION OF DREW HAFER

1.      My name is Drew Hafer.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October 2016.  My current position is COS enveloper series 2 at the A4 Plant.  I have worked in this position since early 2018.  I previously worked as a COS floater at the A1 Plant.  I worked in this position from October 2016 through early 2018.

3.      As a COS enveloper series 2, I am responsible for taking plates off the rack and placing them into the machine, which creates the envelopes needed for the negative plates in the cells of battery.

4.      I work the third shift.  I work Monday through Friday, plus Saturday when available.  I am paid $19.55/hr. plus piece rate bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a COS enveloper series 2, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Respirator as needed. I put on my

Uniform and Boots in the locker room. I put on my Safety Glasses and Ear Plugs while walking from the locker room to my work station. I put on my Respirator (as needed) at my work station.

6.      I usually arrive to the A4 Plant at 10:16 p.m. Once I arrive I put my uniform on, head to the clock, and wait to clock in.

7.      It usually takes me 7 minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation as needed according to task.

8.      I usually stop work at my work station at 6:10 a.m. and clean the machine. I am allowed to leave the floor at 6:20 a.m.

9.      Once I leave the floor, I perform the following activities: take off my uniform and put it in the hampers, grab a towel and go to the shower, change back into my street clothes, clock out, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _28_ day of _March_, 2019 in Lyon Station, Pennsylvania.

_____
Drew Hafer

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DECLARATION OF TYLER G. HAHN

1.     My name is Tyler G. Hahn.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May of 2016.  My current position is Cast on Strap (COS) Take-off at the A-4 Plant.  I have worked in this position since May of 2016.

3.     As a COS Take-Off, I am responsible for inspecting batteries.

4.     I work the third shift.  I work Monday through Friday.  I am paid $19.55/hr. or a piece rate incentive, whichever is greater, and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a COS Take-Off, I wear the following personal protective equipment (PPE): Uniform; Safety Glasses; Steel-Toe Boots; Gloves (as needed); Ear Plugs; Face Shield (as needed); Respirator (as needed). I put on my Uniform, Safety Glasses and Steel-Toe Boots in the

Ex. 1002-217

locker room.  I put on my Ear Plugs, Gloves (as needed), Face Shield (as needed) and Respirator (as needed) at my work station.

6.     I usually arrive to the A-4 Plant at 10:15 pm. Once I arrive, I wait to clock in, clock in, grab my uniform, put on my uniform and boots, talk to colleagues and proceed to my workstation.

7.     It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation.

9.     I usually stop work at my work station at 6:17 am.  I am allowed to leave the floor at 6:18 am.

10.    Once I leave the floor, I perform the following activities: undress, shower, put on street clothes and wait to clock out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___3___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

TYLER G. HAHN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF MARK HALLMAN

1.      My name is Mark Hallman.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 2000.  My current position is Cleanup at the Oxide 1 Plant. I have worked in this position since April of 2003.

3.      As a Cleanup, I am responsible for vacuuming and mopping oxide off the floor and wiping down machines.

4.      I work the first shift.  I work Monday through Friday.  I am paid $20.20 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Cleanup, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Respirator; and Hard Hat.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment while walking from the locker or at my work station.

Ex. 1002-218

6.    I usually arrive to the OX1 Plant at 7:00 a.m.   Once I arrive I go to the lunch room, put my lunch away, and wait until it is time to punch in.  I then punch in, go to the uniform locker, get my uniform, go to the clean-side locker, put on my uniform, go to the dirty-side locker, put on my steel-toe boots, and go to my work station.

7.    It usually takes me five minutes to change into my uniform and boots.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.    I usually stop work at my work station at 3:50 p.m. and I am allowed to leave the floor at that time.

9.    Once I leave the floor, I perform the following activities: punch out, go to the dirty-side locker, remove my uniform and steel-toe boots, put my uniform in the laundry bin, go to the clean-side locker and get my toiletries, shower, return to the clean-side locker, dress in my street clothes, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April, 2019 in Lyon Station, Pennsylvania.


_____
MARK HALLMAN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, ) | |
| SECRETARY OF LABOR, UNITED ) | |
| STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:18-cv-01194-GEKP |
| ) | |
| v. ) | |
| ) | |
| EAST PENN MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF JOSEPH HAMAKER**

1. My name is Joseph Hamaker. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 1987. My current position is Material Handler at the Industrial Automotive Plant. I have worked in this position since approximately March of 2015. I previously worked as a Heat Seal Operator at the Industrial Plant. I worked in this position from approximately July of 2013 through March of 2015.

3. As a Material Handler, I am responsible for getting materials for production lines.

4. I work the second shift. I work Monday through Friday. I am paid approximately $18.00/hr. plus a variable production bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5. As a Material Handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves (as needed); Ear Plugs; Hard Hat. I put on

**Ex. 1002-219**

my Uniform, Steel-Toe Boots and Safety Glasses in the locker room. I put on my Hard Hat, Ear Plugs and Gloves (as needed) at my work station.

6.      I usually arrive to the Industrial Automotive Plant at 1:35 pm. Once I arrive, I clock in, put on Uniform and Boots and walk to work station.

7.      It usually takes me less than 5 minutes to change into my Uniform, Safety Glasses and Boots and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation. I frequently use this grace period to report to my workstation.

9.      I usually stop work at my work station at 9:35 pm. I am allowed to leave the floor at 9:35 pm.

10.     Once I leave the floor, I perform the following activities: undress, shower, put on street clothes and then clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed this __19th__ day of __March__ , 2019 in Lyon Station, Pennsylvania.

_Joseph Hemsbe_

[NAME]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF JESSICA HANLEY**

1.      My name is Jessica Hanley.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January 2018.  My current position is COS enveloper series 1 at the S1 Plant.  I have worked in this position since October 2018.  I previously worked as a worker in plate prep at the S1 Plant.  I worked in this position from January 2018 through October 2018.

3.      As a COS enveloper series 1, I am responsible for placing plates and separators into the machine, which then forms groups to be placed into the battery.  I also check to make sure there are no doubles of plates or separators.

4.      I work the third shift. I work Monday through Friday.  I am paid  at least $20./hr. average and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-220

5.      As a COS enveloper series 1, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Respirator. I put on my Uniform, Safety Glasses, and Boots in the locker room.  I put on my Gloves; Ear Plugs; and Respirator at my work station.

6.      I usually arrive to the S1 Plant at 10:40 p.m.  Once I arrive I clock in, go into the locker room, open my locker and place some of my personal items inside, change in to my uniform, go to the work floor.

7.      It usually takes me 6 minutes to change into my uniform.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:40 a.m. and perform clean-up.  I am allowed to leave the floor at 6:50 a.m.

9.      Once I leave the floor, I perform the following activities: get a shower towel, go to my locker, place my towel in my locker, remove my boots and place them on the boot rack, change out of my uniform, get my shower supplies, shower, change in to my personal clothing, clock out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __05ᵗʰ__ day of __Apr__, 2019 in Lyon Station, Pennsylvania.

_____
Jessica Hanley

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,           )
SECRETARY OF LABOR, UNITED     )
STATES DEPARTMENT OF LABOR,    )
                               )
    Plaintiff,           )   Case No. 5:18-cv-01194-GEKP
v.                             )
                               )
EAST PENN MANUFACTURING        )
COMPANY,                       )
                               )
    Defendant.           )
                               )

## DECLARATION OF SHELDON HANNIBAL-NIXON

1.     My name is Sheldon Hannibal-Nixon.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2018.  My current position is Floater-Assembly in the S-1 Plant.  I have held this position for about 2 weeks.  Prior to that, I was employed as a Heat Seal Operator from August of 2018 until March of 2019.   As a Floater-Assembly, I fill in for employees in the Assembly Department who are absent due to illness, vacations or medical leave.

3.     I work the third shift.  I work Monday through Friday.  I am paid approximately $19.55/hr., inclusive of shift differential but exclusive of incentive compensation. I receive time and a half pay for all hours worked over forty in a workweek.

4.     As a Floater-Assembly, I wear the following personal protective equipment: Uniform; Safety Glasses; Gloves (various types); Ear Plugs and Steel-Toe Boots. I put on my

Ex. 1002-221

Uniform, Safety Glasses and Steel-Toe Boots in the locker room.  The other elements of my PPE I put on, as necessary, at my work station.

5.      I usually arrive to the S-1 Plant at 10:20 PM. I clock in immediately and then gather my uniform and my boots.  Then, I change my clothes and walk directly to the plant floor where my supervisor gives me my work assignment, after which I head to my work station.

6.      It usually takes me about 5 minutes to change into my uniform, safety glasses and boots. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

7.      I usually stop work at my work station at 6:15 AM, at which time I spend 5 minutes cleaning my work area.  Then, I leave the floor at 6:20 AM.

8.      Once I leave the floor, I perform the following activities: walk to the locker room, remove my uniform, shower, dress in my street clothes, and then clock out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

9.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

10.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4 day of April, 2019 in Lyon Station, Pennsylvania.

**SHELDON HANNIBAL-NIXON**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
        Plaintiff,                )   Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
        Defendant.                )
                                    )

**DECLARATION OF DAVID HANSEN**

1.      My name is David Hansen.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November of 2010.  My current position is COS Technician at the S1 Plant.  I have worked in this position since May of 2015.  I previously worked in the A2 Plant as a Floater from November of 2010 thorough May of 2015.

3.      As a COS Tech, I am responsible for maintaining equipment, helping out with change overs, diagnosing problems and accounting for tools.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid $24/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.      As a COS Tech, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Respirator.  I put on my uniform and safety shoes

Ex. 1002-222

in the locker room.  I put my safety glasses as I am walking to my workstation. I put on my gloves, respirator and other equipment as needed at my work station.

7.      I usually arrive to the S1 Plant at 6:18am.  Once I arrive I usually get my respirator, punch in, grab my uniform and go get changed then head to the floor.

8.      It usually takes me 5 minutes to change into my uniform and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime. There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 2:45pm.  I am allowed to leave the floor at 2:50pm.

10.      Once I leave the floor, I perform the following activities: go down to the locker room, remove my uniform and shower, change into my street clothes, wait to punch out and go home.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of March 2019 in Lyon Station, Pennsylvania.

David Hansen

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
                   Plaintiff,       )       Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
                   Defendant.       )
                                    )

**DECLARATION OF STEVI N HARRIS**

1.      My name is Stevi Harris.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2017.  My current position is Finish Floater at the Industrial Automotive Plant.  I have worked in this position since February of 2018.   I previously worked as a Finisher at the A 2 Plant.  I worked  in this position from September of 2017 through February of 2018.

3.      As a Finish Floater, I am responsible for knowing every position within the finishing department.

4.      I work the Second shift. I work Monday through Friday.  I am paid $ 19.40 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Finish Floater, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Face Shield (when required); Gloves (when required); Ear Plugs (when required); Hard Hat (when I am material handling); Kevlar Sleeves (when in Raw

**Ex. 1002-223**

fill).   I put on my uniform, and boots in the locker room.   I put on my safety glasses while walking from the locker room  to my work station. I put on my Face Shield (when required); Gloves (when required); Ear Plugs (when required); Hard Hat (when I am material handling); Kevlar Sleeves (when in Raw fill).

6.      I usually arrive to the Industrial Automotive Plant at 2:00 pm.   Once I arrive I speak with my colleagues, go to my uniform locker, get my work uniform, go to my personal locker, get changed, go to the breakroom, talk to colleagues, use my phone, go to clock in, clock in, go to my personal locker, put my personal items away, grab safety glasses, go back to breakroom, talk to colleagues more, go to my workstation.

7.      It usually takes me two minutes to change into my uniform and boots.  It usually takes two minutes to walk from the locker room to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:28 pm.  I am allowed to leave the floor at 10:32 pm.

9.      Once I leave the floor, I perform the following activities: go to my personal locker, grab showering items, remove my uniform, go to shower, shower, get dressed into my street clothes, place personal shower items back into my personal locker, grab my personal items, stand in line to clock out, clock out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this  25th  day of    March    , 2019 in Lyon Station, Pennsylvania.


_____
STEVI N HARRIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF DEVIN HARRON**

1.      My name is Devin Harron.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 2012.  My current position is Paste Machine Operator at the A4 Plant.  I have worked in this position since February of 2019. I previously worked as a pasting floater at the A2 plant. I worked this position from August 2016 until January 2019.

3.      As a Paste Machine Operator, I am responsible for making sure the machine has paper, that it is cut correctly and that the plates manufactured to specification.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.95 per hour plus line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.       As a Paste Machine Operator, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs and a Respirator as needed. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my Gloves, Ear Plugs and Respirator as needed at my work station.

Ex. 1002-224

6.      I usually arrive to the A4 Plant at 9:30p.m.  Once I arrive, I punch in I go put my lunchbox on the shelf. I then go my uniform locker and remove my uniform and gear and go to my personal locker to get dressed. Then I go to the floor to my workstation to start the day.

7.      It usually takes me about five minutes to change into my uniform and boots and glasses and to walk to my work station. I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift to report to my work station.

9.      I usually stop work at my work station at 5:45a.m.  I am allowed to leave the floor at 5:50a.m.

10.      Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin, I take my shower and then I towel off. I then return to my locker and put on my street clothes. I then leave the locker room and then punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and suffer no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _27_ day of _March_____, 2019 in Lyon Station, Pennsylvania.

_____
Devin Harron

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF KEVIN HARTLINE**

1.     My name is Kevin Hartline.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March 2016.  My current position is compu press strip operator at the A4 Plant.  I have worked in this position since March 2016.

3.     As a compu press strip operator, I am responsible for running the strip and punch, cleaning up, drossing pots and sampling lead.

4.     I work the third shift.  I work Monday through Friday.  I am paid $21.25/hr. base rate plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a compu press strip operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Metatarsal Boots; Gloves; Ear Plugs; Apron as needed; Face Shield as needed; Respirator as needed; and Hard Hat as needed. I put on my Uniform,

Ex. 1002-225

Safety Glasses, and Boots in the locker room.  I put on my Gloves; Ear Plugs; Apron as needed; Face Shield as needed; Respirator as needed; and Hard Hat as needed at my work station.

6.      I usually arrive to the A4 Plant at 9:20 p.m., very early before my shift.  Once I arrive I go in the locker room, get changed, go to the smoke shack, come back in and use the bathroom, wait a few minutes, and clock in.

7.      It usually takes me about 4 minutes to change into my uniform and boots and about 2 minutes to walk to my workstation once I clock in.  I can put on my other PPE while at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 6:47 a.m.  I am allowed to leave the floor at 6:47 a.m.

10.     Once I leave the floor, I perform the following activities: put my respirator in the bin, take of my uniform, shower, put on my street clothes, and then clock out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _27_ day of _MARCH_, 2019 in Lyon Station, Pennsylvania.

_____
Kevin Hartline

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF BRUCE HARTMAN**

1.      My name is Bruce Hartman.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December of 1998.  My current position is Concast Operator at the A-2 Plant.  I have worked in this position for approximately 18 years.

3.      As a Concast Operator in the A-2 Plant, I make lead plates that are used as initial components in battery manufacturing.

4.      I work the third shift.  I work Monday through Friday.  I am paid a base rate of $19.80/hr., exclusive of shift differential and production incentives.  I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Concast Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves (multiple varieties); Respirator; Hard Hat;

Ex. 1002-226

Face Shield; and Ear Plugs. I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room. I put on other forms of my PPE, as needed, on the work floor.

6.      I usually arrive at the A-2 Plant at 10:37 PM. Once I arrive, I clock in immediately, gather my uniform and then change my clothes. Afterwards, I walk to my workstation and begin work.

7.      It usually takes me 5 minutes to change into my Uniform, Safety Glasses and Boots and walk to my work station. I put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work on the floor at 6:35 AM. I then leave the floor at 6:35 AM.

9.      Once I leave the workfloor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, and change into my street clothes. The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March, 2019 in Lyon Station, Pennsylvania.

**BRUCE HARTMAN**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
            Plaintiff,              )     Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
            Defendant.              )
                                    )

**DECLARATION OF CHRIS HAUCK**

1.      My name is Chris Hauck. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 1987. My current position is Oxide Delivery Driver at the Oxide 1 Plant. I have worked in this position since August of 2009.

3.      As an Oxide Deliver Driver, I am responsible for transporting oxide to the plants.

4.      I work the first shift. I work Monday through Friday. I am paid $20.60 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As an Oxide Deliver Driver, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my Gloves and Ear Plugs while walking from the locker room to my work station.

6.      I usually arrive to the OX1 Plant at 6:30 a.m. Once I arrive I put my lunch in the lunch room, go to the uniform locker, get my uniform, go to the clean-side locker and put on my

Ex. 1002-227

uniform, go to the dirty-side locker and put on my steel-toe boots, punch in, and go to my work station.

7.      It usually takes me four minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:30 p.m. and I am allowed to leave the floor at that time.

9.      Once I leave the floor, I perform the following activities: I wash my hands, go to the dirty-side locker, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, go to the clean-side locker, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of April, 2019 in Lyon Station, Pennsylvania.

_____
CHRIS HAUCK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF CORY L. HAUSMAN

1.     My name is Cory Hausman.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 2008.  My current position is Raw Fill at the Industrial Automotive Plant.  I have worked in this position since December of 2018.  I previously worked as a Maintenance Helper at the A 2 Plant.  I worked in this position from May of 2017 through December of 2018.  I previously worked as a Acid Filler at the S1 Plant.  I worked in this position from May of 2016 through May of 2017.  I previously worked as a Grid Casting Operator at both the A 2 & S 1 Plants.  I worked in this position from January of 2008 through May of 2016.

3.     As a Raw Fill, I am responsible for filling batteries with acid and wiring them up to make a circuit for charging.

Ex. 1002-228

4.      I work the First shift. I work Monday through Friday.  I am paid $ 19.10 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Raw Fill, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Rubber Boots; Face Shield; Gloves.  I put on my uniform, boots and safety glasses in the locker room.  I put on my Face Shield; and Gloves; at my work station.

6.      I usually arrive to the Industrial Automotive Plant at time 5:55  am.  Once I arrive I get my uniform out of my uniform locker, go to locker room, change into my work clothes, go to bathroom, go out in the hallway, drink a soda, punch in, go out to the floor, go to my workstation.

7.      It usually takes me five minutes to change into my uniform, boots and safety glasses. It usually takes three minutes to walk from the locker room to my workstation.  I put on all my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:00 pm.  I am allowed to leave the floor at 2:02 pm.

9.      Once I leave the floor, I perform the following activities: go to the locker room, get out of my work uniform,  shower, dry off, put on my street clothes, go out to punch clock, punch out.  In my case, I am provided 13  minutes at the end of my shift to go to the locker room, shower, and change into my street clothes.  This time is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___27___ day of ___March___, 2019 in Lyon Station, Pennsylvania.


_____
CORY HAUSMAN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF DALE J. HAWKINS

1.      My name is Dale J. Hawkins.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 1980.  My current position is Quality Control at the Central Services Plant.  I have worked in this position since approximately 2012.

3.      As a Quality Control, I am responsible for making sure that all the parts manufactured in the machine shop are within blue print specifications.

4.      I work the first shift.  I work  Monday through Friday, overtime on Saturdays and Sundays.  I am paid $ 27.70/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Quality Control, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves (when required); Ear Plugs (when required); Respirator (when required for HAZ-MAT); Hard Hat (when using a Tow Motor). I put on my

Ex. 1002-229

uniform, safety glasses, and boots in the locker room. I put on my Gloves (when required); Ear Plugs (when required); Respirator (when required for HAZ-MAT); Hard Hat (when using a Tow Motor) at my work station.

6.      I usually arrive to the Central Services Plant at 3:23 am. Once I arrive I clock in, go to my uniform locker, go to the locker room, get changed, go to my workstation.

7.      It usually takes me six minutes to change into my uniform, safety glasses and boots and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation. I occasionally use this grace period to report to my workstation.

9.      I usually stop work at my work station at 1:20 pm. I am allowed to leave the floor at 1:20 pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, go to my personal locker, remove safety boots, glasses and work uniform, go to the shower, take shower, get a towel, dry off, go back to my personal locker, get dressed, throw my dirty work uniform into the laundry bins, go to the punch clock, punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _5th_ day of _APRIL_, 2019 in Lyon Station, Pennsylvania.

_____
DALE J. HAWKINS

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
                 Plaintiff,         )      Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
                 Defendant.         )
                                    )

**DECLARATION OF EDWARD ANDREW HECKER**

1.      My name is Edward Andrew Hecker.  I have personal knowledge of the facts set

forth in this declaration, and I could and would testify competently to them under oath if called

as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have

worked at the Company since May of 2007.   My current position is One Shot Formation

Operator at the A3 Plant.  I have worked in this position since November of August of 2008.

3.      As a One Shot Formation Operator, I am responsible for shooting the racks with

batteries on them with a computer gun. This device and this procedure load in the information

about the batteries. It also provides other necessary information about charging the batteries.

Next I hook the leads to batteries on the rack. Then I start charging the batteries. I make sure the

batteries are being charged correctly according to the program. I also fill out the necessary

paperwork to show the batteries are being charged correctly according to the specific program. A

few days later, I take the leads off the rack. I then move the rack wherever I can so the finish line

Ex. 1002-230

can take them on to the next step. In moving the racks I make space so new racks can be brought in, hooked up and charged.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.30 per hour plus department bonus, and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a One Shot Formation Operator, I wear the following personal protective equipment: a Uniform, Steel-Toe Boots, Safety Glasses, Gloves and Face Shield. I put on my Uniform, Steel-Toe Boots and Safety Glasses in the locker room. I put on my Gloves and Face Shield at my work station.

6.      I usually arrive to the A3 Plant at 10:25p.m. Once I arrive I punch in. I then get my uniform and go to my personal locker and change into my Uniform, Steel-Toe Boots and Safety Glasses. I then go to the formation room and to my workstation.

7.      It usually takes me five minutes to change into Uniform, Steel-Toe Boots and Safety Glasses and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 6:30a.m.  I am allowed to leave the floor at 6:35a.m.

10.      Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin, I take my shower and then I towel off. I then return to my locker and put on my street clothes. I then leave the locker room and then punch out. The ten minutes provided to

me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of March, 2019 in Lyon Station, Pennsylvania.

_____
Edward Andrew Hecker

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
                    Plaintiff,      )        Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
                    Defendant.      )
                                    )

**DECLARATION OF DEAN HEFFELFINGER**

1.      My name is Dean Heffelfinger.  I have personal knowledge of the facts set forth

in this declaration, and I could and would testify competently to them under oath if called as a

witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have

worked at the Company since mid to late 2015.  My current position is an assembly material

handler at the A2 Plant.  I have worked in this position for about a year.  I previously worked as

a COS floater at the A2 Plant.  I worked in this position from mid to late 2015 through about one

year ago.

3.      As an assembly material handler, I am responsible for moving material from one

area to another, including batteries, case covers, and other materials.

4.      I work the second shift.  I work Monday through Friday.  I receive time and a half

pay for all hours worked over forty in a work week.

5.      As an assembly material handler, I wear the following personal protective

equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Respirator when

Ex. 1002-231

needed; and Hard Hat as needed. I put on my Uniform, Boots, and Safety Glasses in the locker room. I put on my Ear Plugs while walking from the locker room to my work station. I put on my Respirator and/or Hard Hat (as needed) at my work station.

6.     I usually arrive to the A2 Plant at 1:45 p.m. Once I arrive I get my Uniform, change, and go to the lunchroom. I usually clock in at the lunchroom, leave the lunchroom and go to the work floor at 2:16 p.m.

7.     It usually takes me 5 minutes to change into my uniform, boots, and safety glasses and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation. I often use this grace period to report to my workstation.

9.     I usually stop work at my work station at 10:15 p.m. I am allowed to leave the floor at 10:20 p.m.

10.    Once I leave the floor, I perform the following activities: go downstairs, get a shower and change into my personal clothes, clock out, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____ day of ____, 2019 in Lyon Station, Pennsylvania.

Dean Heffelfinger

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, )<br>SECRETARY OF LABOR, UNITED )<br>STATES DEPARTMENT OF LABOR, )<br>                                                   )<br>                           Plaintiff,      )<br>v.                                            )<br>                                                   )<br>EAST PENN MANUFACTURING )<br>COMPANY,                             )<br>                                                   )<br>                           Defendant.  )<br>                                                   ) | Case No. 5:18-cv-01194-GEKP |

**DECLARATION OF BRIAN HEHNLY**

1.      My name is Brian Hehnly and I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March of 2005.  My current position is a Pasting Take Off at the A1 Plant.  I have worked as a Pasting Take Off since October of 2015. I previously worked in Rawfill in the A4 plant from October 2012 through October of 2015.

3.      As a Pasting Take Off, I am responsible for pulling the plates off the line, scraping/brushing the plates/edges off, and cleaning up as you go.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid approximately $20/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As a Pasting Take Off I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; Respirator and Ear Plugs. I put on my

Ex. 1002-232

uniform and safety glasses in the locker room. I put my safety glasses and respirator on as I walk onto the floor. I put on all my other PPE equipment at my work station.

7.      I usually arrive to the A1 Plant at 6:47am.  Once I arrive I punch in, grab my respirator, go to the locker room, grab my uniform, change and head to the floor.

8.      It usually takes me 2 minutes to change into my uniform and 1 minute to walk to my work station.

9.      I usually stop work at my work station at 2:50pm. I am allowed to leave the floor at 2:50pm.

10.     Once I leave the floor, I perform the following activities: put my respirator/uniform in the bin, go to the locker room, take my uniform off, shower, change into my street clothes, wait to clock out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April 2019 in Lyon Station, Pennsylvania.

Brian Hehnly

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR,<br><br>              Plaintiff,<br>v.<br><br>EAST PENN MANUFACTURING<br>COMPANY,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 5:18-cv-01194-GEKP |

**DECLARATION OF KEITH HEINEMANN**

1.       My name is Keith Heinemann.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.       I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November of 2017.  My current position is Material Handler in the Pasting Department at the A-2 Plant.  I have worked in this position since the inception of my employment.

3.       As a Material Handler in the Pasting Department in the A-2 Plant, I take cured lead plates and arrange for their appropriate storage for later use in the battery production process. I also take uncured lead plates and place them in the curing ovens. Finally, I stock coils of grids in preparation for the grids to have paste applied to them.

4.       I work the third shift.  I work Monday through Friday.  I am paid a base rate of $19.45/hr., with shift differential and exclusive of production incentives.  I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-233

5.      As a Material Handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves (multiple varieties); Hard Hat; and Ear Plugs. I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room.  I put on other forms of my PPE, as needed, on the work floor.

6.      I usually arrive at the A-2 Plant at 9:30 PM.  Once I arrive, I immediately change my clothes and then perform personal tasks such as using the restroom, looking at my phone and socializing with coworkers in the Break Room.  Afterwards, I clock in and then proceed immediately to my workstation in the Pasting Department.

7.      It usually takes me 5 minutes to change into my Uniform, Safety Glasses and Boots.  I put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work between 6:00 AM.  I then leave the floor at 6:05 AM and walk to the locker room.

9.      Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, and change into my street clothes.  The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of March, 2019 in Lyon Station, Pennsylvania.

**KEITH HEINEMANN**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR, | )<br>)<br>)<br>) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | )<br>) | |
| EAST PENN MANUFACTURING<br>COMPANY, | )<br>)<br>) | |
| Defendant. | )<br>) | |

### DECLARATION OF JEFFREY HELLER

1.     My name is Jeffrey Heller. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2008. My current position is Mechanic A at the A3 Plant. I have worked in this position since December of 2017. I previously worked as a Mechanic B at the A3 Plant. I worked in this position from June of 2012 through December of 2017.

3.     As a Mechanic A, I am responsible for performing preventative maintenance on the machines and equipment and installing new machines and equipment.

4.     I work the first shift. I work Monday through Friday. I am paid $26.10 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Mechanic A, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and, depending on the task, I wear: Face

**Ex. 1002-234**

Shield; Respirator; and Hard Hat. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my remaining personal protective equipment at my work station.

6.      I usually arrive to the A3 Plant at 5:20 a.m. Once I arrive I punch in, go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:20 p.m. and I am allowed to leave the floor at that time.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of April, 2019 in Lyon Station, Pennsylvania.

_____
JEFFREY HELLER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, | ) |
| SECRETARY OF LABOR, UNITED | ) |
| STATES DEPARTMENT OF LABOR, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| | ) |
| v. | ) |
| | ) |
| EAST PENN MANUFACTURING | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF STEPHANIE HENN**

1.      My name is Stephanie Henn.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December of 2000. My current position is Finish Floater at the S1 Plant. I have worked in this position since January of 2019. I previously worked as a Finisher at the S1 Plant. I have worked in this position since October 2010.

3.      As a Finish Floater, I am responsible for anything in the department to fill in where needed on the Finish Line and/or to aid in production.

4.      I work the first shift.    My shift begins at 6:45am and ends at 2:45pm.  I work Monday through Friday. I am paid $19.10 and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Floater, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs and occasionally a face shield and hardhat.  I put on

**Ex. 1002-235**

my uniform and boots in the locker room. I put on my safety glasses while walking from the locker room to my work station. I put on my gloves, earplugs at my work station. ⌊

6.     I usually arrive to the S1 Plant at 6:30am  Once I arrive I punch in at 6:31am and go change in the locker room.

7.     I usually scan my time card to clock in at 6:31am.

8.     It usually takes me 5 minutes to change into my uniform.

9.     I usually arrive at my work station at 6:37am and stand and wait for my work assignment from my supervisor.

10.    I usually stop work at my work station at 2:25pm to clean up.  I am allowed to leave the floor at 2:35pm.

11.    It usually takes me 1 minute to walk to the locker room and a minute or 2 to change out of my uniform.

12.    It usually takes me about 10 minutes to shower at the end of my shift.

13.    After my shift ends, I usually clock out at 2:47pm.

14.    I usually leave the S1 Plant at 2:47pm.

15.    The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

16.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

17.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of March, 2019 in Lyon Station, Pennsylvania.

Stephanie Henn
Stephanie Henn

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                          )
SECRETARY OF LABOR, UNITED                    )
STATES DEPARTMENT OF LABOR,                   )
                                              )
                 Plaintiff,                   )    Case No. 5:18-cv-01194-GEKP
v.                                            )
                                              )
EAST PENN MANUFACTURING                       )
COMPANY,                                      )
                                              )
                 Defendant.                   )
                                              )

**DECLARATION OF ALEX HEPNER**

1.      My name is Alex Hepner.  I have personal knowledge of the facts set forth in this

declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have

worked at the Company since April 18th, 2016.  My current position is Grid Caster Operator at

the S1 Plant.  I have worked in this position since September 2017.  I previously worked as a

Plate Prep Operator at the S1 Plant.  I worked in this position from April of 2016 through

September of 2017.

3.      As a Grid Caster I am responsible for Casting Grids out of lead, checking

thickness and weight, checking for quality issues, drossing the pot, and loading lead into lead

pot.

4.      I work the second shift.  I work Monday through Friday.  I am paid $22.00/hr. and

I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Grid Caster, I wear the following personal protective equipment: Uniform;

Safety Glasses; Metatarsel Steel-Toe Boots; Gloves; Ear Plugs, Facesheild occasionally,

Ex. 1002-236

Respirator occasionally. I put on my uniform, safety shoes in the locker room. On my way into the plant, I put on my safety glasses. I put on my earplugs and gloves at my work station.

6.      I usually arrive to the S1 Plant at 1:40PM. Once I arrive, I walk down, grab my uniform, put my lunchbox into the lunchroom, and then go get changed. I also use the restroom and then sit in lunchroom until my clock in time. I then clock in at 2:01PM. I then go grab my respirator and then proceed to the floor.

7.      It usually takes me 2 minutes to change into my uniform and 2 to 3 minutes to walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 10:00 pm.   I am allowed to leave the floor at 10:05pm.

10.     Once I leave the floor, I perform the following activities: remove my uniform and shower, put my street clothes on, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March 2019 in Lyon Station, Pennsylvania.

*Alex Hepner*

Alex Hepner

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF BRADLEY S. HERBEIN

1.      My name is Bradley S. Herbein.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2012.  My current position is Construction Crew at the Central Services Plant.  I have worked in this position since June of 2015.  I previously worked as a Maintenance Helper at the IM2  Plant.  I worked in this position from December of 2012 through June of 2015.

3.      As a Construction Crew, I am responsible for building repair.

4.      I work the first shift.  I work  Monday through Friday.  I am paid approximately $ 23 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Construction Crew, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; Respirator; Hard Hat; Welding  Hood  (when  required);  Welding  Jacket  (when  required);  Welding  Gloves  (when

Ex. 1002-237

required).   I put on my uniform, boots and safety glasses in the locker room.  I put on my Gloves; Ear Plugs; Face Shield; Respirator; Hard Hat; Welding Hood (when required); Welding Jacket (when required); Welding Gloves (when required)  at my work station.

6.     I usually arrive to the Central Services Plant at 6:47 am.  Once I arrive I punch in, go to the lunch room, put my lunch box on the shelf, go to my uniform locker, take out my uniform, go into the locker room, take off my street clothes, put on my uniform, boots and safety glasses, go to my workstation.

7.     It usually takes me five minutes to change into my uniform, boots and safety glasses.  It usually takes me one minute to walk from the locker room to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 2:40 pm.  I am allowed to leave the floor at 2:48 pm..

9.     Once I leave the floor, I perform the following activities: go to the locker room, change out of my uniform, take dirty uniform to the dirty laundry bins, go to the shower, take a shower, dry off, go back to my personal locker, put on my street clothes, go back to the lunch room, grab my lunch box off the shelf, go to the punch clock, punch out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April, 2019 in Lyon Station, Pennsylvania.

BRADLEY S. HERBEIN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,　　　　　　)
SECRETARY OF LABOR, UNITED　　 )
STATES DEPARTMENT OF LABOR,　 )
　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　 )　　Case No. 5:18-cv-01194-GEKP
v.　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　)
EAST PENN MANUFACTURING　　　　 )
COMPANY,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　 )
　　　　　　　　　　　　　　　　)

## DECLARATION OF MARLYN HEREDIA

1.　　　My name is Marlyn Heredia.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.　　　I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March of 2005.  My current position is an enveloper at the A4 Plant.  I have worked in this position since November of 2012.

3.　　　As an enveloper, I am responsible for loading positive and negative lead plates into their respective envelopes.

4.　　　I work the first shift.  I work Monday through Friday. I work mandatory overtime and voluntary overtime when offered. I am paid $19.40/hr. and line bonuses and I receive time and a half pay for all hours worked over forty in a workweek.

5.　　　As an enveloper, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Cloth and Rubber Gloves; Ear Plugs; Apron (optional); and

Ex. 1002-238

Respirator. I put on my Uniform; Safety Glasses; and Steel-Toe Boots in the locker room. I put on my Cloth and Rubber Gloves; Ear Plugs; Apron (optional); and Respirator at my work station.

6.      I usually arrive to the A4 Plant at 6:17 AM. Once I arrive I clock in, get my uniform from my uniform locker, go to my personal locker in the locker room to change from my street clothes into my uniform and steel-toe boots, put on safety glasses, use the restroom, get my respirator from the respirator shelve, get my other PPE from my personal cubby on the floor, and then go to my workstation.

7.      It usually takes me five (5) minutes to change into my uniform and steel-toe boots, put on my safety glasses, get my other PPE, and walk to my workstation. I can put on my other PPE while at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:10 PM. I am allowed to leave the floor at 2:20 PM.

9.      Once I leave the floor, I perform the following activities: go to the locker room, get towel, use the restroom, take off my uniform, take a shower, change into my street clothes in the shower stall, and clock out. The ten (10) minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of March, 2019 in Lyon Station, Pennsylvania.

Marlyn Heredia

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
                   Plaintiff,       )      Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
                   Defendant.       )
                                    )

## DECLARATION OF JONATHAN HERFLICKER

1.      My name is Jonathan Herflicker.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 2014.  My current position is Welder Operator Assembly at the A4 Plant.  I have worked in this position since August of 2018. I previously worked as a welder operator in the S1 plant. I worked in this position from January 2014 until August 2018.

3.      As a Welder Operator, I am responsible for making sure the inside of the battery is welded correctly.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.85 per hour, plus department bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Welder Operator, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs and a Respirator as needed. I put

Ex. 1002-239

on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my Gloves, Ear Plugs and Respirator as needed at my work station.

6.      I usually arrive to the A4 Plant at 9:50p.m.  Once I arrive, I go my uniform locker and remove my uniform and gear and go to my personal locker to get dressed. I then I punch in and then I go to the floor to my workstation to start the day.

7.      It usually takes me about five minutes to change into my uniform and boots and glasses and to walk to my work station. I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:10a.m.  I am allowed to leave the floor at 6:18a.m.

9.      Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin, I take my shower and then I towel off. I then return to my locker and put on my street clothes. I then leave the locker room and then punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and suffer no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___27___ day of ___MARCH___, 2019 in Lyon Station, Pennsylvania.

_Jonathan Herflicker_
Jonathan Herflicker

Ex. 1002-240

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,              )
SECRETARY OF LABOR, UNITED        )
STATES DEPARTMENT OF LABOR,       )
                                  )
            Plaintiff,            )    Case No. 5:18-cv-01194-GEKP
                                  )
v.                                )
                                  )
EAST PENN MANUFACTURING           )
COMPANY,                          )
                                  )
            Defendant.            )
                                  )

**DECLARATION OF GEORGE HERMAN**

1.      My name is George Herman I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October 1977.  My current position is Unigy II Group Burner Burner at the S1 Annex Plant.  I have worked as a Unigy II Group Burner since April 1999.

3.      As a Unigy II Group Burner, I am responsible for melting the lugs of the plates together with a torch and lead stick.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid $27.25/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.      As a Unigy II Group Burner, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves, Respirator/Papr, and Earplugs.  I put on my uniform and safety shoes in the locker room. I put on my safety glasses on the way to my workstation. I put on my gloves, earplugs, and respirator/Papr at my work station station.

7.     I usually arrive to the S1 Annex Plant at 5:45am.  Once I arrive I go into the locker room, grab my uniform, change into my uniform, go to work floor and get things ready, then walk to smoke shack and have breakfast and cigarette, then clock in, go to the bathroom, and then go my work station.

8.     It usually takes me 5 minutes to change into my uniform and 2 minute to walk to my workstation.

9.     I usually stop work at my work station at 2:15pm. I am allowed to leave the floor at 2:35pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March 2019 in Lyon Station, Pennsylvania.

George Herman

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                        )
SECRETARY OF LABOR, UNITED                  )
STATES DEPARTMENT OF LABOR,                 )
                                            )
        Plaintiff,              )     Case No. 5:18-cv-01194-GEKP
                                            )
v.                                          )
                                            )
EAST PENN MANUFACTURING                     )
COMPANY,                                    )
                                            )
        Defendant.              )
                                            )

**DECLARATION OF ARNULFO HERNANDEZ**

1.     My name is Arnulfo Hernandez.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April of 2006.  My current position is Pasting Takeoff at the A3 Plant.  I have worked in this position since April of 2006.

3.     As a Pasting Takeoff, I am responsible for scraping, brushing, and stacking plates.

4.     I work the first shift.  I work Monday through Friday.  I am paid $19.40 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Pasting Takeoff, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Apron, at times; Face Shield, when washing down; and Respirator. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment at my work station.

Ex. 1002-241

6.      I usually arrive to the A3 Plant at 6:58 a.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, go to the lunchroom and wait until it is time to punch in.  I then punch in and go to my work station.

7.      It usually takes me six minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 3:00 p.m.  I am allowed to leave the floor at 3:05 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of March, 2019 in Lyon Station, Pennsylvania.


ARNULFO HERNANDEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF ELISBEL HERNANDEZ**

1.      My name is Elisbel Hernandez.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 2015.  My current position is COS Auto Stacker in the Industrial Building.  I have worked in this position since November of 2017.  Prior to that, I was employed as a COS Cell Stuffer from July of 2015 to November of 2017.

3.      As a COS Auto Stacker, my duties include pulling formed battery plates from the pallets and feeding them into the machine that creates battery cells.

4.      I work the third shift, Monday through Friday.  I am paid a base rate of $20.00/hr., inclusive of shift differential, but exclusive of production incentives.  As a COS Auto Stacker, I receive time and a half pay for all hours worked over forty in a workweek.

Page 1 of 3

Ex. 1002-242

5.      As a COS Auto Stacker, I wear the following personal protective equipment: Uniform; Safety Glasses; Respirator; Gloves; Ear Plugs; Hard Hat; and Steel-Toe Rubber Boots. I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room. I put on my other PPE, as necessary, on the work floor.

6.      I usually arrive at the Industrial Building at 9:35 PM. Once I arrive, I clock in immediately and then I change my clothes. Then, I proceed to my work station.

7.      It usually takes me about 5 minutes to change into my Uniform, Boots and Glasses.

8.      I work until 5:00 AM. I then get 30 minutes to clean up my work area, and another 5 minutes to wash my hands before heading to the locker room. I am permitted to leave the work floor at 5:35 AM.

9.       Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, change into my street clothes and clock out. The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9 day of April, 2019 in Lyon Station, Pennsylvania.

**ELISBEL HERNANDEZ**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF LUIS HERNANDEZ**

1.      My name is Luis Hernandez.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March of 2010.  My current position is Leader at the Central Services Plant.  I have worked in this position since January of 2011.

3.      As a Leader, I am responsible for delivering and scheduling clothing.

4.      I work the First shift. I work Monday through Friday.  I am paid $ 23 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves.   I put on my uniform and boots in the locker room.  I put on my safety glasses while walking from the locker room to my work station.  I put on my gloves at my work station.

Ex. 1002-243

6.      I usually arrive to the  Central Services Plant at 6:10 am.  Once I arrive I clock in, go to the lunch room, leave my lunch kettle on the shelf, go to my uniform locker, get my work uniform, go to my personal locker, take off my street clothes, change into my work uniform, go to my workstation.

7.      It usually takes me three minutes to change into my uniform, boots and safety glasses. It usually takes one minute to walk from the locker room to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 3:50 pm.  I am allowed to leave the floor at 3:50 pm.

9.      Once I leave the floor, I perform the following activities: go to the locker room, undress, go to the shower, shower, grab a towel, dry off, dress, throw away my dirty clothes in the dirty bins, go to the lunch room, get my kettle, go to the punch clock, punch out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___1^st___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

_____
LUIS HERNANDEZ

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,              )
SECRETARY OF LABOR, UNITED        )
STATES DEPARTMENT OF LABOR,       )
                                  )
   Plaintiff,      ) Case No. 5:18-cv-01194-GEKP
v.                                )
                                  )
EAST PENN MANUFACTURING           )
COMPANY,                          )
                                  )
   Defendant.       )
                                  )

## DECLARATION OF SALVADOR HERNANDEZ

1. My name is Salvador Hernandez. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April of 2017. My current position is Reaction Pot Operator B at the Oxide 1 Plant. I have worked in this position since January of 2019. I previously worked as a Cleanup at the OX1 Plant. I worked in this position from April of 2017 through January of 2019.

3. As a Reaction Pot Operator B, I am responsible for loading and melting lead and producing oxide.

4. I work the second shift. I work Monday through Friday. I am paid $19.10 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5. As a Reaction Pot Operator B, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Apron; Face Shield;

Ex. 1002-244

Respirator; and Hard Hat. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my remaining personal protective equipment while walking from the locker room to my work station or at my work station.

6.     I usually arrive to the OX1 Plant at 3:40 p.m. Once I arrive I punch in, put my lunch in the lunch room, go to the uniform locker, get my uniform, go to the clean-side locker and put on my uniform, go to the dirty-side locker and put on my steel-toe boots, and go to the lunch room until it is time to report to my work station. I then go to my work station.

7.     It usually takes me five minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 11:45 p.m. I am allowed to leave the floor at 11:55 p.m.

9.     Once I leave the floor, I perform the following activities: I punch out, go to the dirty-side locker, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, go to the clean-side locker, dress in my street clothes, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April, 2019 in Lyon Station, Pennsylvania.


SALVADOR HERNANDEZ

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
        Plaintiff,    )    Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
        Defendant.    )
                                    )

## DECLARATION OF ELVIN HERRERA-WARNER

1.     My name is Elvin Herrera-Warner.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 2015.  My current position is Hyrate Operator at the A3 Plant.  I have worked in this position since the end of 2018.  I previously worked as a floater in finishing at the A3 Plant.  I worked in this position from middle of 2018 through the end of 2018.  I previously worked in drying for 1 year, from approximately 2016 through the middle of 2018.  I previously worked in cable casting in the Kutztown facility, from my hiring in August 2015 to 2016.

3.     As a Hyrate Operator, I am responsible for checking the battery to make sure the inside and outside of each battery is made correctly and that the batteries are clean and ready.

Ex. 1002-245

4.      I work the third shift.  I work Sunday evening through Friday morning.  I am paid at least $19/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Hyrate Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Apron; Respirator. I put on my Uniform, Boots, and Safety Glasses in the locker room.  I put on my Gloves, Ear Plugs, Apron, and Respirator at my work station.

6.      I usually arrive to the A3 Plant at 10:35 p.m.  Once I arrive I clock in, get my uniform, go to my personal locker, take off my personal clothes and put them in my locker, change into my uniform and go onto the work floor.

7.      It usually takes me 5 minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 6:28 a.m., and perform organizing work. I am allowed to leave the floor at 6:35 a.m.

10.     Once I leave the floor, I perform the following activities: I get a towel, go to my locker, take my uniform off, shower, change into my personal clothing, then clock out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of _____, 2019 in Lyon Station, Pennsylvania.

_____
Elvin Herrera-Warner

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,          )
SECRETARY OF LABOR, UNITED    )
STATES DEPARTMENT OF LABOR,   )
                              )
            Plaintiff,        )      Case No. 5:18-cv-01194-GEKP
v.                            )
                              )
EAST PENN MANUFACTURING       )
COMPANY,                      )
                              )
            Defendant.        )
                              )

**DECLARATION OF JEREMY HERTZOG**

1.      My name is Jeremy Hertzog.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May of 1999.  My current position is Battery Hookup at the A3 Plant.  I have worked in this position since September of 2008.

3.      As a Battery Hookup, I am responsible for hooking up batteries to the rectifier, removing batteries from the rectifier, and operating the computer.

4.      I work the first shift.  I work Monday through Friday.  I am paid $19.75 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Battery Hookup, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Face Shield.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my Gloves and Face Shield at my work station.

Ex. 1002-246

6.      I usually arrive to the A3 Plant at 6:41 a.m.  Once I arrive I punch in, go to my uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station between 2:20 p.m. and 2:25 p.m.  I am allowed to leave the floor at 2:35 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, wait until it is time to punch out, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April, 2019 in Lyon Station, Pennsylvania.

JEREMY HERTZOG

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,　　　　　)
SECRETARY OF LABOR, UNITED　　)
STATES DEPARTMENT OF LABOR,　)
　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　)　　Case No. 5:18-cv-01194-GEKP
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
EAST PENN MANUFACTURING　　　)
COMPANY,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　)
　　　　　　　　　　　　　　　　)

## DECLARATION OF KYLE HESS

1.　　My name is Kyle Hess. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.　　I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March 2015. My current position is compu press operator at the A4 Plant. I have worked in this position since February 2018. I previously worked as an extruder operator at the Kutztown Plant. I worked in this position from March 2015 through February 2018.

3.　　As a compu press operator, I am responsible for making the grids that go inside the batteries. I am one of a four-man crew, rotating through as press operator, one of two pot tenders, and strip maker.

4.　　I work the third shift. I work Monday through Friday. I am paid $21.25/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.　　As a compu press operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield as needed; Respirator;

Ex. 1002-247

and Hard Hat as needed. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my Gloves; Ear Plugs; Face Shield (as needed); Respirator; and Hard Hat (as needed) at my work station.

6.      I usually arrive to the A4 Plant at 10:33 p.m. Once I arrive I clock in, get my uniform, go and change, and go to the floor.

7.      It usually takes me 7 minutes to change into my uniform and boots and 2 minutes to walk to my workstation. I can put on my other PPE while at my workstation.

8.      I usually stop work at my work station at 6:32 a.m. I am allowed to leave the floor at 6:32 a.m.

9.      Once I leave the floor, I perform the following activities: walk to the locker room, undress, shower, put on street clothes, then clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _27th_ day of _March_____, 2019 in Lyon Station, Pennsylvania.

_Kyle Hess_
Kyle Hess

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA, )
SECRETARY OF LABOR, UNITED )
STATES DEPARTMENT OF LABOR, )
)
      Plaintiff, ) Case No. 5:18-cv-01194-GEKP
)
v. )
)
EAST PENN MANUFACTURING )
COMPANY, )
)
      Defendant. )
)

### DECLARATION OF CURTIS HETZER

1.    My name is Curtis Hetzer. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January 2005. My current position is a Foreperson at the S1 Plant. I have worked in this position since June of 2013.

3.    As a Foreperson I am responsible for over seeing department leaders, taking care of personnel issues, handling production and hiring issues, working closely with Management.

4.    I work the second shift. I work Monday through Friday. I am paid $27.20/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.    As a Foreperson, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; and Gloves, Earplugs, Apron, Hard Hat and a Face Shield as needed. I put on my uniform safety glasses and safety shoes in the locker room. I put other equipment as needed at my work station.

Ex. 1002-248

6.      I usually arrive to the S1 Plant at 12:50PM.  Once I arrive I get my uniform and change, get a drink of water and punch in and head to the floor.

7.      It usually takes me 4 minutes to change into my uniform and 2 minute to walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:10 pm.  I am allowed to leave the floor at 10:10 pm

9.      Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform and shower, put my street clothes on, drop my towel off, put my boots away, punch out and go home.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of March 2019 in Lyon Station, Pennsylvania.

Curtis Hetzer

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, <br> SECRETARY OF LABOR, UNITED <br> STATES DEPARTMENT OF LABOR, <br><br>            Plaintiff, <br><br> v. <br><br> EAST PENN MANUFACTURING <br> COMPANY, <br><br>          Defendant. | ) <br> ) <br> ) <br> ) <br> )   Case No. 5:18-cv-01194-GEKP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF TIMOTHY HILBERT**

1.     My name is Timothy Hilbert.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February 2003.  My current position is Maintenance Leader at the S1 Plant.  I have worked in this position since August 2012.

3.     As a Leader, I am responsible for assigning work to maintenance mechanics and dealing with work orders to keep things operational in the plant.

4.     I work the first shift.  I work Monday through Friday.

5.     I am paid $29.50/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.     As a Leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Safety Boots; Gloves occasionally; Face shield occasionally; Hard hat when needed; Respirator when needed; and Earplugs.

Ex. 1002-249

7.     I put on my uniform, safety glasses and safety shoes in the locker room.  I put on my gloves and earplugs and other equipment as needed at my work station.

8.     I usually arrive to the S1 Plant at 6:50am.  Once I arrive I usually get my uniform, clock in,  go in the lunchroom, go get changed in the locker room and then head to the floor.

9.     It usually takes me 3-4 minutes to change into my uniform and 2 minutes to walk to my workstation.

10.    I am allowed to leave the floor at 3:50pm.

11.    Once I leave the floor, I perform the following activities: go down to the locker room, remove my uniform and shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

12.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

13.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of March 2019 in Lyon Station, Pennsylvania.



Timothy Hilbert

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                        )
SECRETARY OF LABOR, UNITED                  )
STATES DEPARTMENT OF LABOR,                 )
                                            )
        Plaintiff,                 )        Case No. 5:18-cv-01194-GEKP
                                            )
v.                                          )
                                            )
EAST PENN MANUFACTURING                     )
COMPANY,                                    )
                                            )
        Defendant.                 )
                                            )

## DECLARATION OF KEVIN HILDENBRAND

1.    My name is Kevin Hildenbrand.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July 2010.  My current position is a COS Leader at the S1 Plant.  I have worked in this position since October 2012.

3.    As a COS Leader I am responsible for assigning COS employees work for the day, monitoring employee's work quality, helping out with training employees, running machines and fixing/maintaining the equipment in the department.

4.    I work the second shift.  I work Monday through Friday.  I am paid $24.95/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.    As a COS Leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves occasionally; Ear Plugs occasionally; Face Shield occasionally;  Respirator occasionally;  Hard Hat occasionally.  I put on my uniform and safety

Ex. 1002-250

shoes in the locker room. On my way into the plant, I put on my safety glasses. I put on my earplugs and gloves and other equipment as needed at my work station.

6.      I usually arrive to the S1 Plant at 2:00PM. Once I arrive I go to the lunchroom to eat lunch, get my uniform and change and then clock in and go to the office.

7.      It usually takes me 3 minutes to change into my uniform and 1 minute to walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I stop my work and at the same time am allowed to leave the floor at 10:50pm to go shower.

9.      Once I leave the floor, I perform the following activities: remove my uniform and shower, put my street clothes on, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March 2019 in Lyon Station, Pennsylvania.

Kevin Hildenbrand

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,        )
SECRETARY OF LABOR, UNITED    )
STATES DEPARTMENT OF LABOR,   )
                                  )
            Plaintiff,       )    Case No. 5:18-cv-01194-GEKP
v.                          )
                                  )
EAST PENN MANUFACTURING     )
COMPANY,                   )
                                  )
            Defendant.    )
                                  )

## DECLARATION OF JAYME HINNERSHITZ

1.      My name is Jayme Hinnershitz.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November 2018.  My current position is continuous grid caster at the S1 Plant.  I have worked in this position since November 2018.

3.      As a continuous grid caster, I am responsible for making negative grids, and making sure these are up to spec.  I am also responsible for making sure the machines run correctly and safely.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.85/hr. plus shift differential and bonus, and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a continuous grid caster, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; Respirator; and Hard

Ex. 1002-251

Hat as needed. I put on my Uniform, Safety Glasses, and Boots in the locker room. I put on my Gloves and Ear Plugs as soon as I enter the work floor. I put on my Face Shield (as needed); Respirator (as needed); and Hard Hat (as needed) at my work station.

6. I usually arrive to the S1 Plant at 9:45 p.m. Once I arrive I clock in, get my clothing from my locker, go to the locker room, get changed, and go to the work floor.

7. It usually takes me 5 minutes to change into my uniform and boots. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8. I usually stop work at my work station at 5:50 a.m. I am allowed to leave the floor at 5:50 a.m.

9. Once I leave the floor, I perform the following activities: go to my locker, take my uniform off, go to the shower, shower, go back to my locker and get dressed, place my uniform in the appropriate bins, clock out, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10. I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11. I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___2___ day of ___April___, 2019 in Lyon Station, Pennsylvania.


_____
Jayme Hinnershitz

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
        Plaintiff,             )   Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
        Defendant.             )
                                    )

## DECLARATION OF OSCAR HINOJOSA

1.      My name is Oscar Hinojosa.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March of 2003.  My current position is Raw Fill at the A3 Plant.  I have worked in this position since November of 2017.  I previously worked as a Raw Fill at the A2 Plant.  I worked in this position from March of 2017 through November of 2017. I previously worked as a Raw Fill at the A3 Plant.  I worked in this position from October 0f 2014 through March of 2017.

3.      As a Raw Fill, I am responsible for operating the machine that fills batteries with acid.

4.      I work the first shift.  I work Thursday through Sunday.  I am paid $19.10 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-252

5.      As a Raw Fill, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Goggles. I put on my Uniform, Steel-Toe Boots, and Safety Glasses in the locker room.  I put on my Gloves and Goggles at my work station.

6.      I usually arrive to the A3 Plant between 4:20 a.m. and 4:25 a.m.  Once I arrive I punch in, go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, and go to my work station.

7.      It usually takes me five minutes or less to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:15 p.m.  I am allowed to leave the floor at 2:20 p.m.

9.      Once I leave the floor, I perform the following activities:  I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of March, 2019 in Lyon Station, Pennsylvania.

OSCAR HINOJOSA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,               )
SECRETARY OF LABOR, UNITED         )
STATES DEPARTMENT OF LABOR,        )
                                   )
                Plaintiff,         )     Case No. 5:18-cv-01194-GEKP
                                   )
v.                                 )
                                   )
EAST PENN MANUFACTURING            )
COMPANY,                           )
                                   )
                Defendant.         )
                                   )

**DECLARATION OF DANE HIRYAK**

1.      My name is Dane Hiryak.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January 2010.  My current position is Plate Prep Operator at the S1 Plant.  I started that job in October 2018.  Prior to that I worked in the Forming Room from January 2010 to October 2018

3.      As a Plate Prep Operator, I am responsible for making sure that formed plates are run through a machine to be shaped and ready to be placed inside a battery cell.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid $20/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.      As a Plate Prep Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs.  I put on my uniform and safety

Ex. 1002-253

shoes in the locker room. As I walk to the plant floor, I put on my safety glasses.   I put on any other equipment as needed at my work station.

7.      I usually arrive to the S1 Plant at 6:30am.   Once I arrive, I punch in, grab my uniform, change, and then go to the workplace.

8.      It usually takes me 4 minutes to change into my uniform and 2 minutes to walk to my workstation.   I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime. There is a five minute grace period after my shift starts to report to my work station at the start of my shift.

9.      I usually stop work at my work station at 2:20 pm.  I am allowed to leave the floor at 2:35pm.

10.     Once I leave the floor, I perform the following activities: remove my uniform and shower, punch out and go home.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March 2019 in Lyon Station, Pennsylvania.

Dane Hiryak

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                          )
SECRETARY OF LABOR, UNITED                    )
STATES DEPARTMENT OF LABOR,                   )
                                              )
           Plaintiff,             )     Case No. 5:18-cv-01194-GEKP
                                              )
v.                                            )
                                              )
EAST PENN MANUFACTURING                       )
COMPANY,                                      )
                                              )
           Defendant.             )
                                              )

## DECLARATION OF MASON HOFFMAN

1.     My name is Mason Hoffman. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March 2017. My current position is machine operator at the A4 Plant. I have worked in this position since March 2017.

3.     As a machine operator, I am responsible for cleaning the pots, running the strip, and making grids.

4.     I work the third shift. I work Monday through Friday. I am paid $21.45/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a machine operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Metatarsal Boots; Gloves; Ear Plugs; Face Shield as needed; Respirator as needed; Hard Hat as needed. I put on my Uniform and Boots in the locker room. I put on my

Ex. 1002-254

Safety Glasses immediately before entering the work floor. I put on my Gloves; Ear Plugs; Face Shield (as needed); Respirator (as needed); Hard Hat (as needed) at my work station.

6.    I usually arrive to the A4 Plant at 10:50 p.m.  Once I arrive I clock in, get my uniform, change, then go to the work floor.

7.    It usually takes me 5 minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation.

8.    I usually stop work at my work station at 6:47 a.m.  I am allowed to leave the floor at 6:47 a.m.

9.    Once I leave the floor, I perform the following activities: undress, shower, dress in my own clothing, and clock out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of March, 2019 in Lyon Station, Pennsylvania.

Mason Hoffman

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
                  Plaintiff,        )       Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
                  Defendant.        )
                                    )

## DECLARATION OF RANDOLPH C. HOUCK

1.      My name is Randolph C. Houck.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March of 2000.  My current position is Finishing/Capper at the A4 Plant.  I have worked in this position since March of 2012.

3.      As a Finishing/Capper, I am responsible for pulling batteries off the rack and capping batteries.

4.      I work the first shift.  I work Monday through Friday.  I am paid $19.10/hr. plus line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Finishing/Capper, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs, Apron, Face Shield. I put on my Uniform, Safety Glasses, Steel-Toe Boots, in the locker room.  I put on my Gloves, Ear Plugs, Apron, and Face Shield at my work station.

**Ex. 1002-255**

6.     I usually arrive to the A4 Plant at 5:45am.  Once I arrive I go to my uniform locker and put on my uniform. Then I go into the breakroom. Then I walk to the Finishing department.

7.     It usually takes me three minutes to change into my uniform, boots and glasses and walk to my workstation.  I can put on my other PPE at the workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation.

9.     I usually stop work at my work station at 1:50pm.  I am allowed to leave the floor at 2:05pm.

10.     Once I leave the floor, I walk straight to the locker room. Then I take off my used uniform, put my boots in my locker, I then take my used uniform and put it in the laundry bin. I then shower and towel off. I return to my locker, change into my street clothes and clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this $\underline{21}$ day of $\underline{3}$, 2019 in Lyon Station, Pennsylvania.

Randolph C. Houck

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| v. | ) ) |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

**DECLARATION OF MATTHEW HOUPTLEY**

1.      My name is Matthew Houptley.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October 2001.  My current position is material handler at the A2 Plant.  I have worked in this position since 2012.  I previously worked as a pasting machine robot operator at the A2 Plant.  I worked in this position from 2012 through 2007.

3.      As a material handler, I am responsible for moving coils and racks as needed.

4.      I work the first shift.  I work  Monday through Friday.  I am paid $21.00/hr. or $22.00/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a material handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Respirator as needed; Hard Hat. I put on my Uniform and Boots in the locker room.  I put on my Glasses while walking from the

**Ex. 1002-256**

locker room to my work station. I put on my Gloves, Ear Plugs, and Hard Hat at my work station.

6.     I usually arrive to the A2 Plant at 5:50 a.m. Once I arrive I put my clothing on in the locker room and then clock in. I never wait to clock in.

7.     It usually takes me about 3 minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation. I frequently use this grace period to report to my workstation.

9.     I usually stop work at my work station about 2:00 p.m. I am allowed to leave the floor between 2:00 p.m. to 2:05 p.m.

10.    Once I leave the floor, I perform the following activities: go to shower, change, and then clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __19__ day of __March__ _____, 2019 in Lyon Station, Pennsylvania.

_____

Matthew Houptley

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF CORY HRICIK

1.       My name is Cory Hricik.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.       I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 2017.  My current position is COS Enveloper Series II at the S1 Plant.  I have worked in this position since January of 2017.

3.       As a COS Enveloper Series II, I am responsible for taking plates off the rack; I break them up and feed the plates into the machine.

4.       I work the third shift.  I work Monday through Friday.  I am paid $19.80 per hour, plus piece rate.  I receive time and a half pay for all hours worked over forty hours in a workweek.

5.       As a COS Enveloper Series II, I wear the following personal protective equipment: a Uniform, Steel-Toe Boots, Safety Glasses, Gloves, Ear Plugs and a Respirator as needed. I put on my Uniform, Steel-Toe Boots and Safety Glasses in the locker room. I put on my Gloves, Ear Plugs and Respirator as needed at my work station.

Ex. 1002-257

6.      I usually arrive to the S1 Plant at 10:15p.m.   Once I arrive I grab my uniform, boots and safety glasses. I go to my locker and change. Then I punch in and walk to the leader's desk in the COS Department. I can pick up my PPE there and go to my work station.

7.      It usually takes me five minutes to change into my uniform, boots and safety glasses and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:35a.m.  I am allowed to leave the floor at 6:50a.m.

9.      Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin, I take my shower and then I towel off. I then return to my locker and put on my street clothes. I then leave the locker room and then punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __4__ day of ___APRIL___, 2019 in Lyon Station, Pennsylvania.

Cory Hricik

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF CINTIA HUERTAS

1.      My name is Cintia Huertas.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March of 2018.  My current position is Assembly Floater at the S1 Plant.  I have worked in this position since March of 2018 at the S1 Plant.

3.      As an Assembly Floater, I am responsible for knowing all the positions in the Assembly department.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.85, plus department bonus. I receive time and a half pay for all hours worked over forty hours in a workweek.

5.      As an Assembly Floater, I wear the following personal protective equipment: a Uniform, Steel-Toe Boots, Safety Glasses, Gloves, Ear Plugs, and Respirator as needed and Hard

Hat as needed. I put on my Uniform, Steel-Toe Boots and Safety Glasses in the locker room.  I

put on my Gloves, Ear Plugs, and Respirator as needed and Hard Hat as need at my work station.

6.      I usually arrive to the S1Plant at 10:20p.m.  Once I arrive I punch in, get my

uniform go inside the locker room and get changed. I then walk out to my workstation.

7.      It usually takes me five to change into my Uniform, Steel-Toe Boots and Safety

Glasses and walk to my workstation.  I can put on my other PPE at my workstation at the start of

my worktime.

8.      There is a five minute grace period after my shift starts to report to my

workstation. I frequently use this grace period to report to my workstation.

9.      I usually stop work at my work station at 6:15a.m.  I am allowed to leave the floor

at 6:20a.m.

10.     Once I leave the floor, I perform the following activities: I return to the locker

room remove my boots first and I put them in my locker. Then I grab street clothes and

everything I need for the shower and go to the shower. I undress, shower and towel off. After

that I get dressed and then I put my used uniform in the laundry bin. Then I then I return to my

locker and get my purse and keys. I then punch out and leave.  The ten minutes provided to me at

the end of my shift to go to the locker room, shower, and change into my street clothes is

sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and

overtime hours associated with my regular production work as well as my donning/doffing and

showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and

choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___4___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

_____
Cintia Huertas

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF KENNETH HUGHES SR.**

1.      My name is Kenneth Hughes Sr. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May 2014.  My current position is a Maintenance Mechanic at the A1 Plant.  I have worked as Maintenance Mechanic since May 2014.

3.      As a Maintenance Mechanic, I am responsible for maintaining the COS department and TBS COS department and anything maintenance related.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid $26.55/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As a Maintenance Mechanic I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; Earplugs; Respirator when necessary; Face Shield when necessary; Hard Hat when necessary. I put my uniform, safety shoes, and safety

Ex. 1002-259

glasses, and earplugs on in the locker room. I put on my gloves, respirator, face shield, and hard hat at the work station.

7.      I usually arrive to the A1 Plant at 5:47am.  Once I arrive I clock in, put my lunch bag on the shelf in the lunch room, go into the locker room, grab my uniform, change into my uniform, and then head to my work station.

8.      It usually takes me 6 minutes to change into my uniform and 1 minute to walk to my work station.

9.      I usually stop work at my work station at 2:40PM. I am allowed to leave the floor at 2:50PM.

10.     Once I leave the floor, I perform the following activities: go to the locker room, take my uniform off, shower, change into my street clothes, and clock out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April 2019 in Lyon Station, Pennsylvania.

Kenneth Hughes Sr.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                      )
SECRETARY OF LABOR, UNITED                )
STATES DEPARTMENT OF LABOR,               )
                                          )
                Plaintiff,                )   Case No. 5:18-cv-01194-GEKP
                                          )
v.                                        )
                                          )
EAST PENN MANUFACTURING                   )
COMPANY,                                  )
                                          )
                Defendant.                )
                                          )

### DECLARATION OF KATELYN HUMMEL

1.      My name is Katelyn Hummel. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2008. My current position is Raw Fill at the A3 Plant. I have worked in this position since January of 2017. I previously worked as a Finisher at the A3 Plant. I worked in this position from October of 2014 through January of 2017.

3.      As a Raw Fill, I am responsible for filling empty batteries with acid, hooking them up, and getting them ready for formation.

4.      I work the first shift. I work Monday through Friday. I am paid approximately $19.00 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Raw Fill, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Goggles. I put on my Uniform, Steel-Toe Boots,

**Ex. 1002-260**

and Safety Glasses in the locker room. I put on my remaining personal protective equipment at my work station.

6.    I usually arrive to the A3 Plant at 6:00 a.m. Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, punch in, and go to my work station.

7.    It usually takes me seven minutes to change into my uniform and boots and two minutes to walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.    I usually stop work at my work station at 2:15 p.m. I am allowed to leave the floor at 2:20 p.m.

9.    Once I leave the floor, I perform the following activities: I go to the locker room, grab a towel, remove my uniform and steel-toe boots, shower, dress in my street clothes, punch out, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March, 2019 in Lyon Station, Pennsylvania.

KATELYN HUMMEL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>EAST PENN MANUFACTURING COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 5:18-cv-01194-GEKP |

## DECLARATION OF DENNIS HUNSICKER

1.       My name is Dennis Hunsicker.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.       I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July 2012.  My current position is general maintenance mechanic at the A4 Plant.  I have worked in this position since July 2012.

3.       As a general maintenance mechanic, I am responsible for fixing any broken machines and performing preventative maintenance.

4.       I work the third shift.  I work Monday through Friday.  I am paid at least $25/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.       As a general maintenance mechanic, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield as needed; Respirator as needed; Hard Hat as needed; electrical PPE as needed. I put on my Uniform, Safety

Ex. 1002-261

Glasses, and Boots in the locker room.  I put on my Gloves; Ear Plugs; Face Shield as needed; Respirator as needed; Hard Hat as needed; electrical PPE as needed at my work station

6.      I usually arrive to the A4 Plant at 10:30 p.m.  Once I arrive I go to the break room and read a paper, clock in, get my uniform, go to the locker room and change into my uniform, then go to the shop.

7.      It usually takes me 5 minutes to change into my uniform and 2 minutes to walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:47 a.m., depending on the maintenance I am performing.  I am allowed to leave the floor at 6:47 a.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, take off my uniform, shower, change in to my street clothes, clock out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _3RD_ day of _APRIL_____, 2019 in Lyon Station, Pennsylvania.


_Dennis Hunsicker_
Dennis Hunsicker

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,          )
SECRETARY OF LABOR, UNITED   )
STATES DEPARTMENT OF LABOR,  )
                               )
         Plaintiff,       )   Case No. 5:18-cv-01194-GEKP
v.                          )
                               )
EAST PENN MANUFACTURING    )
COMPANY,                      )
                               )
        Defendant.     )
                               )

## DECLARATION OF JUSTIN M. HUYETT

1.      My name is Justin M. Huyett.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 1997.  My current position is quality auditor in raw fill and formation at the A4 Plant.  I have worked in this position since October of 2012.

3.      As a quality auditor, I am responsible for assuring the quality of the products that are processed through raw fill and formation meet specifications from the starting materials to the intermediate steps to the final product before being released to the next department.

4.      I work the first shift.  I work Monday through Friday.  I work mandatory overtime and voluntary overtime when offered.  I am paid $22.55/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a quality auditor, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Latex Gloves; Ear Plugs as needed; and Face Shield

Ex. 1002-262

as required.  I put on my Uniform; Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my Latex Gloves; Ear Plugs; and Face Shield at my work station.

6.      I usually arrive to the A4 Plant at 6:01 AM.  Once I arrive I clock in, go to my uniform locker to get my uniform, go to my personal locker in the locker room, change from my street clothes into my uniform and steel-toe boots, put on my safety glasses, and walk to my workstation.

7.      It usually takes me five (5) minutes to change into my uniform and steel-toe boots, and put on my safety glasses.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five (5) minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 2:00 PM.  I am allowed to leave the floor at 2:05 PM.

10.     Once I leave the floor, I perform the following activities: go to my personal locker in the locker room, take off my uniform and steel-toe boots, put my uniform in the laundry bin, get a towel, take a shower, change into my street clothes, put towel in the laundry bin, and clock out.  The ten (10) minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of March, 2019 in Lyon Station, Pennsylvania.

Justin M. Huyett

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
                      Plaintiff,        )        Case No. 5:18-cv-01194-GEKP
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
                      Defendant.        )
                                        )

**DECLARATION OF AUSTIN ISAMOYER**

1.      My name is Austin Isamoyer.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December 2017.  My current position is material handler at the A3 Plant.  I have worked in this position since February 2019.  I previously worked as an acid leveler/capper at the A3 Plant.  I worked in this position from December 2017 through February 2019.

3.      As a material handler, I am responsible for picking up pallets after batteries are placed on them, wrapping the pallets and applying stickers, then placing the pallets in the correct trailer.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.00/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-263

5.      As a material handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Hard Hat as needed. I put on my Uniform, Safety Glasses, and Boots in the locker room.  I put on my Ear Plugs, Gloves, and Hard Hat (as needed) at my work station.

6.      I usually arrive to the A3 Plant at 10:35 p.m.  Once I arrive I clock in as I walk to my uniform locker, go to the locker room, get dressed, and go to the work floor.

7.      It usually takes me 7 minutes to change into my uniform and boots and 2 minutes to walk to my workstation.  I can put on my other PPE while at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 6:30 a.m. and perform clean-up.  I am allowed to leave the floor at 6:35 a.m.

10.     Once I leave the floor, I perform the following activities: I go upstairs and outside to the smoke shack and smoke a cigarette, go back inside, grab a towel, undress, shower, get changed into my clothes, clock out, and go home.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _29_ day of _March_, 2019 in Lyon Station, Pennsylvania.


_Austin Isamoyer_
Austin Isamoyer

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                )
      Plaintiff,                )   Case No. 5:18-cv-01194-GEKP
v.                                  )
                                )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                )
      Defendant.                )
                                )

## DECLARATION OF ANIL ISARDAT

1.      My name is Anil Isardat.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May of 2003.  My current position is an enveloper at the A4 Plant. I have worked in this position since January of 2013.

3.      As an enveloper, I am responsible for operating the machine that puts positive and negative plates into their respective envelopes.

4.      I work the first shift.  I work Monday through Friday.  I work mandatory overtime and voluntary overtime when offered.  I am paid $19.40/hr. and piece rate bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As an enveloper, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Rubber Gloves; Ear Plugs; and Respirator. I put on my Uniform and Steel-Toe Boots in the locker room.  I put on my Safety Glasses while walking

Ex. 1002-264

from the locker room to my work station.  I put on my Rubber Gloves; Ear Plugs; and Respirator at my work station.

6.    I usually arrive to the A4 Plant at 6:12 AM.  Once I arrive I go my uniform locker to get my uniform, go to my personal locker in the locker room to change from my street clothes into my uniform and steel-toe boots, use the restroom, clock in and walk to my workstation.

7.    It usually takes me five (5) minutes to change into my uniform and steel-toe boots.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.    I usually stop work at my work station at 2:10 PM.  I am allowed to leave the floor at 2:20 PM.

9.    Once I leave the floor, I perform the following activities: go to my personal locker in the locker room, get a towel, take off my uniform, take a shower, change into my street clothes, put my uniform and towel in the laundry bins, and clock out.  The ten (10) minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March, 2019 in Lyon Station, Pennsylvania.

_____
Anil Isardat

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                        )
SECRETARY OF LABOR, UNITED         )
STATES DEPARTMENT OF LABOR,     )
                                                                )
                Plaintiff,              )        Case No. 5:18-cv-01194-GEKP
v.                                                              )
                                                                )
EAST PENN MANUFACTURING         )
COMPANY,                                             )
                                                                )
              Defendant.           )
                                                                )

## DECLARATION OF ASYA JACKSON

1.      My name is Asya Jackson.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 2016.  My current position is Heat Seal Operator in the A-2 Plant.

3.      As a Heat Seal Operator in the A-2 Plant, I am responsible for inspecting batteries for proper welding, proper plate count and any other deficiencies.

4.      I work the third shift.  I work Monday through Friday.  I am paid a base rate of $19.35/hr., exclusive of shift differential and production incentives. I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Heat Seal Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my other forms of PPE, as needed, on the work floor.

Ex. 1002-265

6.      I usually arrive at the A-2 Plant about 10:10 PM.  Once I arrive, I gather my uniform, change my clothes and put my lunch on a shelf in the lunch room.  Then, I clock in and I walk to my work station and begin work.

7.      It usually takes me 5 minutes to change into my Uniform, Safety Glasses and Boots.

8.      I usually stop production work around 6:05 AM.  On most work days, I am permitted to leave the floor at 6:17 AM.

9.      Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, and change into my street clothes.  The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of March, 2019 in Lyon Station, Pennsylvania.

**ASYA JACKSON**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,  )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR,  )
                                )
         Plaintiff,  )   Case No. 5:18-cv-01194-GEKP
                                )
v.  )
                                )
EAST PENN MANUFACTURING  )
COMPANY,  )
                                )
         Defendant.  )
                                )

### DECLARATION OF VINCENT JACKSON

1.     My name is Vincent Jackson. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February of 2006. My current position is One Shot Formation Operator at the Industrial Plant. I have worked in this position since January of 2019. I previously worked as a Raw Fill at the Industrial Plant. I worked in this position from October of 2016 through January of 2019.

3.     As a One Shot Formation Operator, I am responsible for shooting the racks with the batteries on them with a computer gun. This procedure loads in the information about the batteries and provides other necessary information about charging the batteries. Then I hook the leads to batteries on the rack. Then I start charging the batteries and make sure they are being charged correctly, according to the program. I also fill out the necessary paperwork to show the batteries are being charged correctly according to the specific program. A few days later, I take

Ex. 1002-266

the leads off the rack. I then move the rack wherever I can so the finish line can take them on to the next step. In moving the racks I make space so new racks can be brought in, hooked up and charged.

4.     I work the third shift. I work Monday through Friday. I am paid $19.95 per hour plus department bonus, and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a One Shot Formation Operator, I wear the following personal protective equipment: a Uniform, Steel-Toe Boots, Safety Glasses, Gloves and Face Shield. I put on my Uniform, Steel-Toe Boots and Safety Glasses, in the locker room. I put on my Gloves and Face Shield at my work station.

6.     I usually arrive to the Industrial Plant at 10:00p.m. Once I arrive I punch in. I then get my uniform and go to my personal locker and change into my Uniform, Steel-Toe Boots and Safety Glasses. I then go to the formation room and to my workstation.

7.     It usually takes me five minutes to change into my Uniform, Steel-Toe Boots and my Safety Glasses and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 6:10a.m. I am allowed to leave the floor at 6:18a.m.

9.     Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin, I take my shower and then I towel off. I then return to my locker and put on my street clothes. I then leave the locker room and then punch out. The ten minutes provided to

me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _10th_ day of __April__, 2019 in Lyon Station, Pennsylvania.

_____
Vincent Jackson

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,        )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR, )
                            )
       Plaintiff,       )   Case No. 5:18-cv-01194-GEKP
v.                          )
                            )
EAST PENN MANUFACTURING     )
COMPANY,                    )
                            )
       Defendant.       )
                            )

## DECLARATION OF ROSALE JADION

1.      My name is Rosale Jadion.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July 2013.  My current position is material handler at the A3 Plant. I have worked in this position since June 2018.  I previously worked as a dryline floater at the Topton Plant.  I worked in this position from July 2013 through June 2018.

3.      As a material handler, I am responsible for making sure the line does not run out of plates, taking off the rack and staging it in the appropriate location, and bringing new racks as needed.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.10/hr. plus shift differential and bonus, and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-267

5.      As a material handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Hard Hat. I put on my Uniform, Safety Glasses, Boots, and Hard Hat in the locker room.  I put on my Ear Plugs and Gloves while when I get on my forklift/stack truck.

6.      I usually arrive to the A3 Plant at 9:50 p.m.  Once I arrive I get my uniform and go to my personal locker, change into my uniform, clock in, and go to the work floor.

7.      It usually takes me 6 minutes to change into my uniform.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 5:55 a.m.  I am allowed to leave the floor at 6:03 a.m.

10.     Once I leave the floor, I perform the following activities: I get a towel on the way to my locker, go to my locker, get my shower supplies, remove my uniform, shower, dress in my personal clothing, put my uniform in the proper bin, clock out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __02__ day of __April__, 2019 in Lyon Station, Pennsylvania.

_____
Rosale Jadion

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR, | )<br>)<br>)<br>) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | )<br>) | |
| EAST PENN MANUFACTURING<br>COMPANY, | )<br>)<br>) | |
| Defendant. | )<br>) | |

**DECLARATION OF MICHAEL JAROMNAK**

1.     My name is Michael Jaromnak.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2018.  My current position is Concast Floater in the Industrial Building.  I have worked in this position since the inception of my employment.

3.     As a Concast Floater, I am responsible for filling in for employees who are absent due to vacations, illness or medical leave. My duties include cleaning the lead pots, assisting the Concast Operators in setting up the Concast Machine, unloading lead pig trailers, loading and unloading coil trailers, miscellaneous other tasks.

4.     I work the third shift, Monday through Friday.  I am paid a base rate of $19.80/hr., inclusive of shift differential, but exclusive of production incentives.  As a Concast Floater, I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-268

5. As a Concast Floater, I wear the following personal protective equipment: Uniform; Safety Glasses; Respirator; Gloves; Ear Plugs; Face Shield; Hard Hat; and Steel-Toe/Metatarsal Boots. I put on my Uniform, Safety Glasses and Boots in the locker room. I put on my other PPE, as necessary, on the work floor.

6. I usually arrive at the Industrial Building at 10:45 PM. Once I arrive, put my lunch bag on a shelf in the Break Room, collect my uniform and clock in. Then, I change my clothes. After changing, I proceed directly to my work station.

7. It usually takes me 5 minutes to change into my Uniform, Boots and Glasses.

8. I work until 6:50 AM. I am permitted to leave the work floor at 6:50 AM.

9. Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, change into my street clothes and clock out. The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10. I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11. I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8ᵗʰ day of April , 2019 in Lyon Station, Pennsylvania.

**MICHAEL JAROMNAK**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,          )
SECRETARY OF LABOR, UNITED    )
STATES DEPARTMENT OF LABOR,   )
                              )
        Plaintiff,          )   Case No. 5:18-cv-01194-GEKP
v.                            )
                              )
EAST PENN MANUFACTURING       )
COMPANY,                      )
                              )
        Defendant.          )
                              )

### DECLARATION OF DUANE JENNE

1.     My name is Duane Jenne and I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September 1986.  My current position is Glass Mat Operator at the A1 Plant.  I have worked as a Glass Mat Operator since April 2009.

3.     As a Glass Mat Operator, I am responsible for glue the glass mat to the grey sheet by running it through a machine that dispenses glue which then dries to the glass mat.

4.     I work the first shift.  I work Monday through Friday.

5.     I am paid approximately $22.00/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.     As a Glass Mat Operator I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves as necessary. I put on my uniform, safety shoes in the locker room. I put on my safety glasses on the way to my work station.  I put on my gloves at my work station.

Ex. 1002-269

7.     I usually arrive to the A1 Plant at 5:50am.  Once I arrive I go the locker room, grab my uniform, change into my uniform, clock in, then sit in the lunchroom, and then head to my work station.

8.     It usually takes me 5 minutes to change into my uniform and 2 minutes to walk to my work station.

9.     I usually stop work at my work station at 2:20pm. I am allowed to leave the floor at 2:20pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, take my uniform off, shower, change into my street clothes, clock out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of April 2019 in Lyon Station, Pennsylvania.

_____
Duane Jenne

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF EVAN JERASA**

1.      My name is Evan Jerasa.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 2018.  My current position is Paste Machine Operator at the Industrial Plant.  I have worked in this position since July of 2018.

3.      As a Paste Machine Operator, I am responsible for making sure the machine has paper; that the paper is properly pasted onto the plates and that the plates are cut correctly. I am responsible for making sure everything done is to specifications.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.95 per hour plus line bonus and I receive time and a half pay for all hours worked over forty hours in a workweek.

5.      As a Paste Machine Operator, I wear the following personal protective equipment: a Uniform, Steel-Toe Boots, Safety Glasses, Gloves, Ear Plugs, Respirator as needed and Hard

Ex. 1002-270

Hat as needed. I put on my Uniform, Steel-Toe Boots and Safety Glasses the locker room. I put on my Gloves, Ear Plugs, Respirator as needed and Hard Hat as needed.

6.      I usually arrive to the Industrial Plant at 9:40p.m. Once I arrive I punch in, I go get my uniform, I put my lunchbox in the lunch room and then go to my personal locker. I then change into my uniform and PPE. I then head out to the work floor.

7.      It usually takes me six minutes to change into my Uniform, Steel-Toe Boots and Safety Glasses and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 5:50a.m.  I am allowed to leave the floor at 5:50a.m.

10.     Once I leave the floor, I perform the following activities: I go to the locker room. I remove my boots and put them in my locker. I take off my used uniform and put it in the laundry bin. I then shower and towel off. I return to my locker and put on my street clothes, punch out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___9th___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

_____
Evan Jerasa

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,      )
SECRETARY OF LABOR, UNITED    )
STATES DEPARTMENT OF LABOR,  )
                                )
         Plaintiff,       )   Case No. 5:18-cv-01194-GEKP
v.                            )
                                )
EAST PENN MANUFACTURING    )
COMPANY,                     )
                                )
        Defendant.     )
                                )

## DECLARATION OF GENESIS JIMINIAN

1.      My name is Genesis Jiminian.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February of 2013.  My current position is Post Burner at the A3 Plant.  I have worked in this position since November of 2015.  I previously worked as an Acid Leveler Capper at the A3 Plant.  I worked in this position from October of 2014 through November of 2015.

3.      As a Post Burner, I am responsible for burning the terminals on batteries.

4.      I work the second shift.  I work Monday through Friday.  I am paid $19.55 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Post Burner, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Face Shield, depending on the task.  I

Ex. 1002-271

put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment at my work station.

6.     I usually arrive to the A3 Plant at 2:05 p.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, go to the lunch room ,wait until it is time to punch in, then I punch in and return to the lunch room until it is time to report to my work station, then I go to my work station.

7.     It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 10:10 p.m.  I am allowed to leave the floor at 10:18 p.m.

9.     Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, change into my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April, 2019 in Lyon Station, Pennsylvania.


_____
GENESIS JIMINIAN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, ) | |
| SECRETARY OF LABOR, UNITED ) | |
| STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:18-cv-01194-GEKP |
| ) | |
| v. ) | |
| ) | |
| EAST PENN MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF ELVERT JOGA**

1.     My name is Elvert Joga. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2015. My current position is Quality Control at the A2 Plant. I have worked in this position since April of 2017. I previously worked as a Paste Machine Operator at the S1 Plant. I worked in this position from August of 2015 through April of 2017.

3.     As a Quality Control, I am responsible for conducting quality audits.

4.     I work the second shift. I work Monday through Friday. I am paid $22.75 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Quality Control, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Respirator. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my remaining

**Ex. 1002-272**

personal protective equipment while walking from the locker room to my work station or at my work station.

6.    I usually arrive to the A2 Plant between 1:50 p.m. and 1:55 p.m.  Once I arrive I punch in, go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, go to the bathroom and wash my hands, put on my safety glasses, and go to my work station.

7.    It usually takes me six minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.    I usually stop work at my work station at 9:50 p.m. and I am allowed to leave the floor at that time.

9.    Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of April, 2019 in Lyon Station, Pennsylvania.

_____
ELVERT JOGA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                   )
SECRETARY OF LABOR, UNITED             )
STATES DEPARTMENT OF LABOR,            )
                                       )
                    Plaintiff,         )      Case No. 5:18-cv-01194-GEKP
                                       )
v.                                     )
                                       )
EAST PENN MANUFACTURING                )
COMPANY,                               )
                                       )
                    Defendant.         )
                                       )

### DECLARATION OF JAMES JOHN

1.     My name is James John.  I have personal knowledge of the facts set forth in this

declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have

worked at the Company since April of 1999.  My current position is Plate Prep Operator in the S-

1 Plant.  I have worked in this position since July of 2017.  Before that, I was an Assembler in

the S-1 Plant for about 1 year, from 2016 to 2017.  Prior to that, I was a Material Handler in the

S-1 Plant from 2012 to 2016.

3.     As a Plate Prep Operator in the S-1 Plant, I am responsible for cutting lead plates

to a size required by the specifications of a particular battery type.  I then stack the re-sized

plates on a pallet for transportation to the COS Department.

4.     I work the third shift, Monday through Friday.  I am paid a base rate of

approximately $20.18/hr., exclusive of shift differential and production incentives. I receive time

and a half pay for all hours worked over forty in a workweek.

Ex. 1002-273

5.      As a Plate Prep Operator in the S-1 Plant, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Respirator; Gloves; and Ear Plugs. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my other forms of PPE, as needed, on the work floor.

6.      I usually arrive early at the S-1 Plant, about 9:00 PM.  Once I arrive, I gather my uniform and change my clothes immediately. After changing, I head directly to the Break Room where I spend some time reading.  Afterwards, I clock in and then spend some time speaking with co-workers before heading to my work station to begin working.

7.      It usually takes me 5 minutes to change into my Uniform, Safety Glasses and Boots.

8.      I usually stop production work at 6:20 AM, at which time I spend 10 minutes cleaning up my work area.  On most work days, I am permitted to leave the floor a little early at 6:30 AM.

9.      Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, change into my street clothes and clock out.  The 15 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __8__ day of __4__, 2019 in Lyon Station, Pennsylvania.


_____

**JAMES JOHN**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
                  Plaintiff,        )      Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
                  Defendant.        )
                                    )

## DECLARATION OF MICHAEL JONES

1.      My name is Michael Jones.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2012.  My current position is Quality Control Floater at the A3 Plant.  I have worked in this position since August of 2014.

3.      As a Quality Control Floater, I am responsible for filling gaps in coverage in Quality Control, completing special projects as assigned, and data gathering.

4.      I work the second shift.  I work Monday through Friday.  I am paid approximately $22.15 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Quality Control Floater, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; and Respirator. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment at my work station.

Ex. 1002-274

6.      I usually arrive to the A3 Plant at 1:50 p.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, go to the lunch room, maybe have something to eat, punch in, and go to my work station.

7.      It usually takes me four minutes to change into my uniform and boots and five minutes to walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 9:50 p.m.  I am allowed to leave the floor at 10:05 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, grab a towel, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March, 2019 in Lyon Station, Pennsylvania.

_____

MICHAEL JONES

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DECLARATION OF ROBIN JONES

1.      My name is Robin Jones.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February of 2010.  My current position is Wet Finisher at the A4 Plant.  I have worked in this position since February of 2019. I previously worked as an Acid leveler at the A2 Plant.  I worked in this position from April of 2016 through February of 2019.

3.      As a Wet Finisher, I am responsible for making sure the batteries are filled with battery acid to the proper level and that the batteries are capped.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.30 per hour plus department bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Wet Finisher, I wear the following personal protective equipment: a Uniform Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs, and Face Shield. I put on my Uniform Safety Glasses and Steel-Toe Boots in the locker rooms. I put on my Safety Glasses, while

Ex. 1002-275

walking from the locker room to my work station.   I put on my Gloves, Ear Plugs and Face Shield at my work station.

6.      I usually arrive to the A4 Plant at 9:45p.m.  Once I arrive I get my uniform, I get dressed, put on my boots and then go to the lunch room and I wait in the lunchroom to punch in. After I punch in I walk to my department.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 5:55a.m.  I am allowed to leave the floor at 6:05a.m.

10.      Once I leave the floor, I perform the following activities: I go to the locker room. I remove my boots and put them in my locker. I take off my used uniform and put it in the laundry bin. I then shower and towel off. I return to my locker and put on my street clothes, punch out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __28__ day of __March__, 2019 in Lyon Station, Pennsylvania.

Robin Jones

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,         )
SECRETARY OF LABOR, UNITED     )
STATES DEPARTMENT OF LABOR,    )
                                )
            Plaintiff,     )   Case No. 5:18-cv-01194-GEKP
v.                            )
                                )
EAST PENN MANUFACTURING     )
COMPANY,                     )
                                )
           Defendant.    )
                                )

## DECLARATION OF TIMOTHY J. JONES

      1.     My name is Timothy J. Jones.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

      2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 2002.  My current position is material handler at the Smelter Annex Plant.  I have worked in this position since December of 2013.  I previously worked as a smelter at the Smelter Plant.  I worked in this position from November of 2010 through December of 2013.

      3.     As a material handler, I am responsible for transferring the lead pigs from inventory on to rollers in preparation for use in the die cast machines, and transferring the finished die cast terminals from the die cast machines on to storage racks after preparing the manifest in preparation for coating.

Ex. 1002-276

4.      I work the first shift.  I work Monday through Friday.  I work mandatory overtime every fourth weekend and voluntary overtime when offered.  I am paid $20.85/hr. and annual bonuses, and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a material handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Ear Plugs as necessary; and Hard Hat as necessary.  I put on my Uniform and Steel-Toe Boots in the locker room.  I put on my Safety Glasses while walking from the locker room to my work station.  I put on my Ear Plugs and Hard Hat at my work station.

6.      I usually arrive to the Smelter Annex Plant at 5:50 AM.  Once I arrive I get my uniform from my uniform locker, go to the lunchroom to put away my lunch bag, go to my personal locker in the locker room, change from my street clothes into my uniform and steel-toe boots, get my safety glasses from my personal locker, go to the lunch room to have a cup of coffee and read the paper, wait to clock in, clock in, go to my locker on the floor to get my hard hat, and walk to my workstation.

7.      It usually takes me five (5) minutes to change into my uniform and steel-toe boots.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      There is a five (5) minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 2:00 PM.  I am allowed to leave the floor at 2:20 PM.

10.     Once I leave the floor, I perform the following activities: go to the locker room, get a towel, go to my personal locker in the locker room, put my safety glasses away in my

personal locker, take off my uniform and steel-toe boots, take a shower, change into my street clothes, put my uniform and towel in the laundry bins, go to lunchroom to get my lunch bag, wait to clock out, and clock out. The ten (10) minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11. I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12. I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April, 2019 in Lyon Station, Pennsylvania.

Timothy J. Jones

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
            Plaintiff,                  )      Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
            Defendant.                  )
                                        )

## DECLARATION OF JOSEPH R. JUNTUNEN

1.      My name is Joseph R. Juntunen.  I have personal knowledge of the facts set forth

in this declaration, and I could and would testify competently to them under oath if called as a

witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have

worked at the Company since July of 1988.  My current position is Con-Cast Operator at the

Industrial Automotive Plant.  I have worked in this position since approximately April of 1989.

3.      As a Con-Cast Operator, I am responsible for making negative battery grids on a

rotating mold.

4.      I work the first shift.  I work Monday through Friday, and sometimes Saturdays.  I

am paid $19.40/hr. plus variable production bonus, and I receive time and a half pay for all hours

worked over forty in a workweek.

5.      As a Con-Cast Operator, I wear the following personal protective equipment:

Uniform; Safety Glasses; Steel-Toe Boots with Metatarsal Guard; Gloves; Ear Plugs; Face

Shield (as needed); Respirator (as needed); Hard Hat (as needed).   I put on my Uniform, Steel-

**Ex. 1002-277**

Toe Boots and Safety glasses in the locker room. I put on my Ear Plugs, Face Shield (as needed), Respirator (as needed) and Hard Hat (as needed) at my work station.

6.     I usually arrive to the Industrial Automotive Plant between 6:15 and 6:30 am. Once I arrive I grab my uniform, put on uniform and boots and wait to clock in.

7.     It usually takes me 5 to 7 minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 2:30 pm. I am allowed to leave the floor at 2:35 pm.

9.     Once I leave the floor, I perform the following activities: undress, shower and put on street clothes. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20_ day of _March_, 2019 in Lyon Station, Pennsylvania.

_Joseph R. Juntunen_
JOSEPH R. JUNTUNEN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
          Plaintiff,         )     Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
          Defendant.         )
                                    )

### DECLARATION OF STEPHEN KACHMAR

1.     My name is Stephen Kachmar. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2003. My current position is Foreperson.   I have worked at this position since February of 2014.

3.     As a Foreperson, I am responsible for coordinating mold repair and coordinate workflow for / crew.

4.     I work the first shift.   I work overtime as needed. I am paid approximately $27.05/hr. for regular time, and I receive time and a half pay for all hours worked over forty hours in a workweek.

5.     As a Foreperson, I wear the following personal protective equipment (PPE): Safety Glasses, Ear Plugs, and Steel-Toe Boots. I put on my personal protective equipment at 5 minutes before shift. I voluntary wear a uniform.

Ex. 1002-278

6.      I usually arrive to the IM2 Plant at 5:00 AM.  Once I arrive I clock in at 5:30 AM.

7.      It usually takes me 5 minutes to get my PPE and walk to my workstation.

8.      I usually stop work at my work station at dependent on workflow, but typically 5:15-5:30 PM.

9.      Once I leave the floor, I perform the following activities: Change clothes and shower, but voluntary.   The time provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _2 7_ day of _A ρ ri l_, 2019 in Lyon Station, Pennsylvania.

_____
STEPHEN KACHMAR

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF DERIK KALIN**

1.      My name is Derik Kalin.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 2013.  My current position is Paste Utility/Floater at the Industrial Plant.  I have worked in this position since July of 2017.  I previously worked as a Pasting Take Off at the Industrial Plant.  I worked in this position from October of 2014 to July of 2017.

3.      As a Paste Utility/Floater, I am responsible for doing to do all the jobs in the paste department.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.95 per hour plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Paste Floater, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs, and Respirator as needed, and Hard Hat as needed. I put on my Uniform, Steel-Toe Boots and Safety Glasses in the locker

Ex. 1002-279

room.  I put on/in my ear plugs, my Gloves, Respirator as needed, Hard Hat as needed at my work station.

6.      I usually arrive to the Industrial Plant at 9:35p.m.  Once I arrive I put my lunch box on shelf in the break room.  I then get my clothes from my personal locker, I go to my locker and I put on my uniform, boots, and safety glasses. I clock in and I then walk to the Paste Department.

7.      It usually takes me five minutes to change into my uniform, boots and safety glasses and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 5:30a.m.  I am allowed to leave the floor at 5:50a.m.

10.      Once I leave the floor, I perform the following activities: I go to the locker room. I remove my boots and put them in my locker. I take off my used uniform and put it in the laundry bin. I then shower and towel off. I return to my locker and put on my street clothes, punch out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __9__ day of __April__, 2019 in Lyon Station, Pennsylvania.


_____
Derik Kalin

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, | ) |
| SECRETARY OF LABOR, UNITED | ) |
| STATES DEPARTMENT OF LABOR, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| | ) |
| v. | ) |
| | ) |
| EAST PENN MANUFACTURING | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF DEREK KANAVINS**

1.    My name is Derek Kanavins. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2007. My current position is Dry Charge Leader at the S1 Plant. I have worked in this position since August of 2013. I previously worked as a Utility at the S1 Plant. I worked in this position from November 2011 through August 2013.

3.    As a Leader, I am responsible for giving employees work assignments, training employees, and keeping production running and doing production checks throughout the shift.

4.    I work the second shift. My shift begins at 1:45pm and ends at 10:15pm. I work Monday through Friday. I am paid $24.95 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.    As a Leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Rubber Boots; Gloves; Ear Plugs; Apron (sometimes); Face Shield

**Ex. 1002-280**

(sometimes) ; Respirator (sometimes); Hard Hat (sometimes). I put on my uniform and boots in the locker room. I put on my glasses while walking from the locker room to my work station. I put on my hearing protection at my work station. I put the other equipment on at my work station as needed.

6.      I usually arrive to the S1 Plant at 1:30pm and have a drink in my car. Once I arrive in the plant, I punch in right away at 1:31pm and then dress and go up to my department.

7.      It usually takes me about 2 minutes to change into my uniform. After I have changed into my uniform, I go to the bathroom and then go to the plant floor.

8.      I usually arrive at my work station at 1:45pm.

9.      I usually stop work at my work station at 10:10pm.

10.     It usually takes me 1 minute to walk to the locker room and 1 minute to change out of my uniform.

11.     It usually takes me 5 minutes to shower at the end of my shift.

12.     After my shift ends, I usually change into my street clothes and then scan out around 10:23pm

13.     I usually leave the S1 Plant at 10:23pm.

14.     The time provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

15.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

16.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of March, 2019 in Lyon Station, Pennsylvania.

Derek Kanavins

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,  )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR,  )
   )
          Plaintiff,  )   Case No. 5:18-cv-01194-GEKP
   )
v.  )
   )
EAST PENN MANUFACTURING  )
COMPANY,  )
   )
          Defendant.  )
   )

## DECLARATION OF JEFFREY KAUFFMAN

1.     My name is Jeffrey Kauffman and I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2006. My current position is a Material Handler at the A1 Plant. I have worked as a Material Handler since September of 2010.

3.     As a Material Handler, I am responsible for bringing employees materials to keep the lines running.

4.     I work the first shift. I work Monday through Friday.

5.     I am paid approximately $22/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.     As a Material Handler I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; Ear Plugs; and a Hard Hat as needed. I put on my uniform, safety glasses and safety shoes in the locker room. I put on all other PPE equipment as needed at my work station.

Ex. 1002-281

7.     I usually arrive to the A1 Plant at 6:15am.  Once I arrive I punch in, go into the locker room, grab my uniform, change into my uniform, and head to my work station.

8.     It usually takes me 5 minutes to change into my uniform and 1 minute to walk to my work station.

9.     I usually stop work at my work station at 2:20pm. I am allowed to leave the floor at 2:20pm.

10.    Once I leave the floor, I perform the following activities: go to the locker room, take my uniform off, shower, change into my street clothes, put my contacts in, punch out and then go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of April 2019 in Lyon Station, Pennsylvania.

Jeffrey Kauffman

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF BRIAN KECK

1.     My name is Brian Keck.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February 1996.  My current position is assembly COS take off at the A2 Plant.  I have worked in this position since approximately 2012.

3.     As an assembly COS take off, I am responsible for racking batteries on honeycombs and skids and inspecting the batteries before they go to the next department.

4.     I work the second shift.  I work Monday through Friday.  I am paid $19.20/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As an assembly COS take off, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; Ear Plugs; Respirator as needed; Hard Hat as needed. I put on my Uniform and Steel-Toe Shoes in the locker room.  I put on my Safety Glasses while walking from the lunch room and before I get to the work floor.  I put on my Gloves and Ear Plugs at my work station.

Ex. 1002-282

6.      I usually arrive to the A2 Plant at 1:45 p.m.  Once I arrive I go to my locker to get my uniform, go to my locker in the locker room and change into my uniform.  I go upstairs to the lunch room and talk to friends, then clock in at the lunch room.

7.      It usually takes me about 5 to 7 minutes to change into my uniform and boots, and about 1 minute to walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation. I usually use this grace period to report to my workstation.

9.      I usually stop work at my work station at 10:15 p.m.  I am allowed to leave the floor between 10:15 p.m. and 10:20 p.m.

10.     Once I leave the floor, I perform the following activities: I go back to my locker, take off my uniform, shower, and put my street clothes back on.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed this _2 0_ day of ___m nn h___, 2019 in Lyon Station, Pennsylvania.

_____

Brian Keck

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
                    Plaintiff,          )    Case No. 5:18-cv-01194-GEKP
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
                    Defendant.          )
                                        )

## DECLARATION OF MARY KECK

1.      My name is Mary Keck.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May of 1992.  My current position is Booster/Adjuster in the Industrial Building.  I have worked in this position since the inception of my employment.

3.      As a Booster/Adjuster, I am responsible for monitoring and adjusting the levels of acid and water in large commercial batteries to ensure compliance with Company and customer specifications.

4.      I work the third shift, Monday through Friday.  I am paid a base rate of $20.00/hr., inclusive of shift differential but exclusive of production incentives.  As a Booster/Adjuster, I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Booster/Adjuster, I wear the following personal protective equipment: Uniform; Safety Glasses; Respirator; Gloves; Ear Plugs; Face Shield; and Steel-Toe Boots. I put

Ex. 1002-283

on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room.  I put on my other PPE, as necessary, on the work floor.

6.      I usually arrive at the  Industrial Building between 10:03 and 10:04 PM.  Once I arrive, I clock in immediately and then I change my clothes.  After changing, I spend some time talking with co-workers in the locker room until it is time to begin working.  Then, I proceed to my work station.

7.      It usually takes me 5 minutes to change into my Uniform, Boots and Glasses.

8.      I work until 5:45 AM, when I spend about 15 minutes cleaning my work area.   I am permitted to leave the work floor at 6:05 AM.

9.       Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, change into my street clothes and clock out.  The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _8_ day of _April_, 2019 in Lyon Station, Pennsylvania.

_____

**MARY KECK**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                     )
SECRETARY OF LABOR, UNITED               )
STATES DEPARTMENT OF LABOR,              )
                                         )
                    Plaintiff,           )        Case No. 5:18-cv-01194-GEKP
v.                                       )
                                         )
EAST PENN MANUFACTURING                  )
COMPANY,                                 )
                                         )
                    Defendant.           )
                                         )

**DECLARATION OF JUSTIN W. KEHM**

1.     My name is Justin W. Kehm.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2009.  My current position is in Paste Mixer at the A4 Plant.  I have worked in this position since August of 2018.  I previously worked as a cover Machine Operator at the A4 Plant.  I worked in this position from June of 2017 through August of 2018.  I previously worked as a Material Handler at the A4 Plant.  I worked in this position from March of 2017 through June of 2017.  I previously worked as a Paste Machine Operator at the A4 Plant.  I worked in this position from October of 2010 through March of 2017.

3.     As a Paste Mixer, I am responsible for mixing the paste to be used by the machine to make paste plates.

Ex. 1002-284

4.      I work the second shift.  I work Monday through Friday.  I am paid $19.75 per hour plus line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Paste Mixer, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs and a Respirator as needed. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my Gloves, Ear Plugs and Respirator as needed at my work station.

6.      I usually arrive to the A4 Plant at 12:30p.m.  Once I arrive I go in the locker room and change my clothes into my uniform. Then I punch in and head to the mixing booth in the Paste Shop.

7.      It usually takes me five minutes to change into my uniform, boots and safety glasses and walk to the mixing booth in the Paste Shop.  I can put on my other PPE at the mixing booth in the Paste Shop when I need it for a job.

8.      I usually stop work at my work station at 9:30 p.m.  I am allowed to leave the floor at 9:35 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room; I remove my boots and put them in my locker; I take off my used uniform and put it in the laundry bin; I then shower and towel off; I return to my locker and put on my street clothes, punch out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _22_ day of _March_ ___, 2019 in Lyon Station, Pennsylvania.

_____
Justin W. Kehm

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,           )
SECRETARY OF LABOR, UNITED     )
STATES DEPARTMENT OF LABOR,    )
                               )
            Plaintiff,          )      Case No. 5:18-cv-01194-GEKP
                               )
v.                             )
                               )
EAST PENN MANUFACTURING        )
COMPANY,                       )
                               )
            Defendant.          )
                               )

**DECLARATION OF JASON KELLER**

1.      My name is Jason Keller.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June 1997.  My current position is Warehouse Material Handler at the S1 Plant.  I have worked in this position since February 2008.

3.      As a Warehouse Material Handler, I am responsible for using a forklift to load and unload trailers and transport materials throughout the plant.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid $20.35 /hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.      As a Material Handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves occasionally; respirator occasionally; and a Hard Hat.  I put on my uniform and safety shoes in the locker room.  I put my safety glasses on

Ex. 1002-285

the way to my work station.  I put on my Hard Hat and other equipment as required at my work station.

7.     I usually arrive to the S1 Plant at 6:40am.  Once I arrive I usually grab my uniform, swipe in and go get changed in the locker room and then head to the floor.

8.     It usually takes me 5 minutes to change into my uniform and 2 minutes to walk to my workstation.  There is a five minute grace period after my shift starts to report to my workstation.

9.     I usually stop work at my work station either at 2:45pm depending on my job.  I am allowed to leave the floor at 2:50pm.

10.     Once I leave the floor, I perform the following activities: go down to the locker room, remove my uniform and shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22st day of March 2019 in Lyon Station, Pennsylvania.

Jason Keller

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,　　　　　　)
SECRETARY OF LABOR, UNITED　　)
STATES DEPARTMENT OF LABOR,　)
　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　)　　Case No. 5:18-cv-01194-GEKP
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
EAST PENN MANUFACTURING　　　　)
COMPANY,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　)
　　　　　　　　　　　　　　　　)

## DECLARATION OF JOSEPH KELLY

1.　　　My name is Joseph Kelly. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.　　　I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 2011. My current position is Dry End Finisher at the A4 Plant. I have worked in this position since September of 2018. I previously worked as a Pasting Take-Off Operator at the A3 Plant. I worked in this position from January of 2011 through January of 2017.

3.　　　As a Dry End Finisher I am responsible to finish the batteries with the correct labels, handles and post protectors. During my shift, there are three of use who work on my line as dry end finishers and we divide up the jobs as follows: When I work as a designated dropper, I scan the orders in preparation for shipping. When I am doing the job as a labeler I put labels on the batteries. When I do the last job I am responsible for putting handles and post protectors on batteries. As dry end finishers we rotate jobs during the shift, that way none of us get bored.

Ex. 1002-286

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.30 plus department bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Dry End Finisher, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves optional and Ear Plugs optional. I put on my Uniform and Steel-Toe Boots in the locker room. I put on my Safety Glasses while walking from the locker room to my work station. I put on my Gloves-optional, Ear Plugs-optional at my work station.

6.      I usually arrive to the A4 Plant at 9:30p.m.  Once I arrive I go to the locker room and dress. Then I go to the lunch room and drop my lunch off. I then grab a coffee and sit in the lunch room and wait until punch in time. After I punch in, I go straight out to the floor to my workstation.

7.      It usually takes me five minutes to change into my uniform and boots. After I change I punch in. Then I walk to my work station.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 6:00a.m.  I am allowed to leave the floor at 6:05a.m.

10.      Once I leave the floor, I perform the following activities: I go to the locker room. I remove my boots and put them in my locker. I take off my used uniform and put it in the laundry bin. I then shower and towel off. I return to my locker and put on my street clothes,

punch out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _28_ day of _March_____, 2019 in Lyon Station, Pennsylvania.


_____
Joseph Kelly

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR, | )<br>)<br>)<br>) |
| Plaintiff, | )  Case No. 5:18-cv-01194-GEKP |
| v. | )<br>) |
| EAST PENN MANUFACTURING<br>COMPANY, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**DECLARATION OF JONATHAN KEMNER**

1. My name is Jonathan Kemner. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 2017. My current position is a Pasting QA at the S1 Plant since October of 2018. I Previously worked as a Paste Mixer in S1 Plant since August 2017.

3. As a Pasting QA, I am responsible for making sure the plates are up to spec and have proper thickness, weight, dimensions, and temperatures.

4. I work the second shift. I work Monday through Friday.

5. I am paid $21.00/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6. As a QA, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs. I put on my uniform, safety glasses and safety shoes in the locker room. I put on my earplugs and gloves at my work station.

**Ex. 1002-287**

7.     I usually arrive to the S1 Plant at 2:30pm.  Once I arrive I grab my uniform, clock in, enter into the locker room, and then change into uniform.

8.     It usually takes me 4 minutes to change into my uniform and 1 minute to walk to my workstation.

9.     I usually stop work at my work station at 10:30 pm.  I am allowed to leave the floor at 10:35 pm.

10.    Once I leave the floor, I perform the following activities: walk down to the locker room, wash hands, remove my uniform, put uniform into bins, change into my street clothes, and punch out and go home.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March 2019 in Lyon Station, Pennsylvania.

Jonathan Kemner

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, ) | |
| SECRETARY OF LABOR, UNITED ) | |
| STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:18-cv-01194-GEKP |
| ) | |
| v. ) | |
| ) | |
| EAST PENN MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DECLARATION OF SEAN KERSCHNER

1.     My name is Sean Kerschner. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January 2011. My current position is as an assembly technician at the A2 Plant. I have worked in this position since 2017. I previously worked as an assembly floater at the A2 Plant. I worked in this position from 2016 through 2017. I previously worked as a post burner at the A2 Plant. I worked in this position from 2012 through 2016.

3.     As an assembly technician, I am responsible for performing a variety of tasks from working on machinery, setting up lines, troubleshooting problems, and assisting bosses with paperwork as needed.

4.     I work the first shift. I work Monday through Friday. I am paid approximately $19.00/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a work week.

**Ex. 1002-288**

5. As an assembly technician, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield as needed; Respirator as needed. I put on my Uniform and Steel-Toe Boots in the locker room. I put on my Safety Glasses while walking from the locker room to my work station. I put on my Ear Plugs, Gloves, Face Shield (as needed) and Respirator (as needed) at my work station.

6. I usually arrive to the A2 Plant at 5:25 a.m. Once I arrive I change into my Uniform, go for a cigarette and/or soda, use the bathroom if needed, clock in, and go to the floor.

7. It usually takes me 2 minutes to change into my uniform and boots and about 3 to 4 minutes to walk to my workstation after clocking in. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8. There is a five minute grace period after my shift starts to report to my workstation. I usually use this grace period to report to my workstation.

9. I usually stop work at my work station at 2:10 p.m. and perform cleaning work. I am allowed to leave the floor before 2:17 p.m. or 2:20 p.m.

10. Once I leave the floor, I perform the following activities: go to my locker, get a cigarette and smoke, then shower and change into my personal clothes and wait to clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11. I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12. I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

12. I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March , 2019 in Lyon Station, Pennsylvania.

Sean Kerschner

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF MARVIN KING**

1.      My name is Marvin King. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May 1997.  My current position is a Plant Custodian at the A1 Plant.  I have worked as a Plant Custodian since January 2017. I previously worked as an Over The Road Driver since June 2007.

3.      As a Plant Custodian, I am responsible for running the floor scrubber through the plant, cleaning and maintaining the men's and women's bathrooms, gathering scrap wood and placing into recycle bins, and taking out the various trashes.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid $19.30/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As a Plant Custodian I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; Ear Plugs as needed; Hard Hat as necessary; and Respirator as necessary. I put my uniform and safety shoes on in the locker room. I put my

Ex. 1002-289

safety glasses on as I walk onto the floor. I put on my gloves, ear plugs, hard hat, and respirator at the work station.

7.      I usually arrive to the A1 Plant at 6:45am.  Once I arrive I go into the locker, grab my uniform, go to my personal locker, change into my uniform, go into the lunch room and check in with co workers, and then clock in and head to my work station.

8.      It usually takes me 5 minutes to change into my uniform and 1 minute to walk to my work station.

9.      I usually stop work at my work station at 2:50pm. I am allowed to leave the floor at 2:50pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April 2019 in Lyon Station, Pennsylvania.

_____
Marvin King

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,　　　　　)
SECRETARY OF LABOR, UNITED　　)
STATES DEPARTMENT OF LABOR,　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　)　　Case No. 5:18-cv-01194-GEKP
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
EAST PENN MANUFACTURING　　　)
COMPANY,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　)
　　　　　　　　　　　　　　　　　)

## DECLARATION OF ANDREW T. KLEIN

1.　　My name is Andrew T. Klein. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.　　I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2010. My current position is an Electrical Maintenance Technician at the A4 Plant. I have worked in this position since June of 2014.

3.　　As an Electrical Maintenance Technician, I am responsible for maintaining and repairing electrical systems and equipment.

4.　　I work the first shift. I work Monday through Friday. I am paid $28.35 and I receive time and a half pay for all hours worked over forty in a workweek.

5.　　As an Electrical Maintenance Technician, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs, Face Shield, Respirator when needed, Hard Hat as needed. I put on my Uniform, Safety Glasses,

Ex. 1002-290

Steel-Toe Boots, in the locker room. I put on my Gloves, Ear Plugs, Face Shield, Respirator when needed, Hard Hat as needed at my work station.

6.      I usually arrive to the A4 Plant at 6:00a.m. Once I arrive I go to my locker. I get changed and then I punch in. Then I go to the lunchroom and eat my breakfast. I then go out to the maintenance shop.

7.      It usually takes me three to five minutes to change into my uniform, boots and glasses and walk to my workstation.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 3:15pm. I am allowed to leave the floor at 3:17pm.

10.     Once I leave the floor, I perform the following activities: I go to the locker room. I remove my boots and put them in my locker. I take off my used uniform and put it in the laundry bin. I then shower and towel off. I return to my locker and put on my street clothes, punch out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed this __3l__ day of __March__, 2019 in Lyon Station, Pennsylvania.

Andrew T. Klein

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF ANITA KLEMM

1.      My name is Anita Klemm.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 2005.  My current position is Assembly Take Off/Dunk Tank at the A4 Plant.  I have worked in this position since April 2016. I previously worked as Finish Line Dry End at the A3. I held that position from July 2006 to April 2016.

3.      As an Assembly Take Off/Dunk Tank employee, I am responsible for taking batteries off the line and putting them on the pallet. I also place the batteries into the dunk tank to check for leaks.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.20 per hour, plus department bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As an Assembly Take Off/Dunk Tank employee, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots and Gloves. I put on my

Ex. 1002-291

Uniform, Safety Glasses, and Steel-Toe Boots on in the bathroom stall in the locker room. I put on my Gloves on at my work station.

6.      I usually arrive to the A4 Plant at 10:00p.m. Once I arrive, I go to my uniform locker and remove my uniform and gear and go to the bathroom to change in the bathroom stall in the locker room. I then go the lunch room and wait until I can punch in. Then I go to the floor to my workstation to start the day.

7.      It usually takes me about five minutes to change into my uniform and boots and glasses and to walk to my work station. I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:17a.m.  I am allowed to leave the floor at 6:18a.m.

9.      Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin, I take my shower and then I towel off. I then return to my locker and put on my street clothes. I then leave the locker room and then punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and suffer no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of March, 2019 in Lyon Station, Pennsylvania.

Anita Klemm

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
                 Plaintiff,         )        Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
                 Defendant.         )
                                    )

**DECLARATION OF RANDALL KLINE**

1.     My name is Randall Kline.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 2011.  My current position is Acid Mixer at the A4 Plant.  I have worked in this position since January of 2011.

3.     As an Acid Mixer, I am responsible for maintaining twenty-four, 2,000 gallon tanks and two 500 gallon tanks. I am also responsible for assisting employees from the formation room with charging batteries. I also receive acid trucks when they make deliveries.

4.     I work the third shift.  I work Monday through Friday.  I am paid $19.95 per hour.

5.     As an Acid Mixer, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs and Face Shield. I put on my Uniform, Safety Glasses, Steel-Toe Boots, in the locker room.  I put on my Gloves, Ear Plugs and Face Shield at my work station.

Ex. 1002-292

6.     I usually arrive to the A4 Plant at 10:30p.m.  Once I arrive I punch in. I then go to my locker and get my uniform, boots and safety glasses. Once changed I proceed to my work station.

7.     It usually takes me five minutes to change into my uniform, boots and my safety glasses and walk to my workstation.  I can put on my other PPE when I arrive at my workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation.

9.     I usually stop work at my work station at 6:40a.m.  I am allowed to leave the floor at 6:45.

10.    Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin, I take my shower and then I towel off. I then return to my locker and put on my street clothes. I then leave the locker room and then punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _28_ day of _March_____, 2019 in Lyon Station, Pennsylvania.


_Randall A. Kline_____
Randall Kline

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,         )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR, )
                              )
           Plaintiff,      )   Case No. 5:18-cv-01194-GEKP
                              )
v.                              )
                              )
EAST PENN MANUFACTURING    )
COMPANY,                    )
                              )
          Defendant.     )
                              )

### DECLARATION OF TIFFANY KLINE

1.     My name is Tiffany Kline. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2012. My current position is Finisher at the A3 Plant. I have worked in this position since November of 2016. I previously worked as a Hyrate Operator at the A3 Plant. I worked in this position from October of 2014 through November of 2016

3.     As a Finisher, I am responsible for labeling batteries, applying accessories to batteries, and putting batteries on skids.

4.     I work the second shift. I work Monday through Friday. I am paid $19.10 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Finisher, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs. I put on my Uniform, Steel-Toe Boots, and Safety Glasses in the locker room. I put on my Gloves and Ear Plugs at my work station.

Ex. 1002-293

6.      I usually arrive to the A3 Plant between 2:25 p.m. and 2:30 p.m.  Once I arrive I go to my personal locker and put my personal belongings in the locker, go to the uniform locker and get my uniform, go back to my personal locker and change into my Uniform and Steel-Toe Boots, punch in, and walk to my workstation.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:30 p.m.  I am allowed to leave the floor at 10:35 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, grab towels, remove my uniform and steel-toe boots, shower, dress in my street clothes, gather my personal belongings, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March, 2019 in Lyon Station, Pennsylvania.

TIFFANY KLINE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,  )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR,  )
                                    )
          Plaintiff,  )     Case No. 5:18-cv-01194-GEKP
v.  )
                                      )
EAST PENN MANUFACTURING  )
COMPANY,  )
                                      )
          Defendant.  )
                                      )

## DECLARATION OF JEFFREY KOHLER

1.     My name is Jeffrey Kohler. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November of 1997. My current position is Leader at the Oxide 1 Plant. I have worked in this position since March of 2019. I previously worked as a Reaction Pot Operator A at the OX1 Plant. I worked in this position from November of 1987 through March of 2019.

3.     As a Leader, I am responsible for supervising people and production and assisting the Superintendents in the daily running of the Plants.

4.     I work the first shift. I work Monday through Friday. I am paid 27.50 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; Respirator; and Hard Hat. I put on my

Ex. 1002-294

Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment while walking from the locker room to my work station or at my work station.

6.     I usually arrive to the OX1 Plant at 7:45 a.m.  Once I arrive I go to the lunch room, put my lunch in the refrigerator, go to the uniform locker, get my uniform, go to the clean-side locker and put on my uniform, go to the dirty-side locker and put on my steel-toe boots, and go to my work station.  As a Leader, I do not punch in or out on the timeclock; rather, I record my time worked by manually recording it and giving it to the Superintendent.

7.     It usually takes me three minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 3:45 p.m. and I am allowed to leave the floor at that time.

9.     Once I leave the floor, I perform the following activities: I go to the lunch room and wait until it is time for the other employees to punch out.  I then go to the dirty-side locker, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, go to the clean-side locker, dress in my street clothes, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of April, 2019 in Lyon Station, Pennsylvania.


JEFFREY KOHLER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                          )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,      )
                                                                    )
                        Plaintiff,                       )          Case No. 5:18-cv-01194-GEKP
                                                                    )
v.                                                                 )
                                                                    )
EAST PENN MANUFACTURING             )
COMPANY,                                                )
                                                                    )
                        Defendant.                    )
                                                                    )

**DECLARATION OF LISA KOPICZ**

1.        My name is Lisa Kopicz. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.        I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2005. My current position is Dry End Finisher at the A4 Plant. I have worked in this position since May of 2014.

3.        As a Dry End Finisher I am responsible to finish the batteries with the correct labels, handles and post protectors. During my shift I am designated the dropper. I scan the orders in preparation for shipping.

4.        I work the second shift. I work Monday through Friday. I am paid $19.30 plus line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.        As a Dry End Finisher, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves optional, Ear Plugs (optional). I put on my Uniform, Safety Glasses, Steel-Toe Boots in the locker room. I put on my Gloves (optional) and Ear Plugs (optional) at my work station.

**Ex. 1002-295**

6.     I usually arrive to the A4 Plant at 1:30p.m. Once I arrive I go to the locker room and dress. Then I go to the lunch room until punch in time. After I punch in I go straight to the floor.

7.     It usually takes me five minutes to change into my uniform, boots and safety glasses and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 10:00p.m. I am allowed to leave the floor at 10:05p.m.

9.     Once I leave the floor, I go to the locker room. Then I remove my boots and put them in my locker. I then take off my used uniform and put it in the laundry bin. I then shower and towel off. I return to my locker and put on my street clothes, punch out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of _____, 2019 in Lyon Station, Pennsylvania.

Lisa Kopicz

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                 )
SECRETARY OF LABOR, UNITED           )
STATES DEPARTMENT OF LABOR,          )
                                     )
            Plaintiff,               )        Case No. 5:18-cv-01194-GEKP
v.                                   )
                                     )
EAST PENN MANUFACTURING              )
COMPANY,                             )
                                     )
            Defendant.               )
                                     )

## DECLARATION OF DEREK KRAMER

1.      My name is Derek Kramer.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May of 2015.  My current position is Enveloper Series II at COS the A4 Plant. I have worked in this position Enveloper Series II since July of 2017.   I previously worked as a Dry Charge Operator the A1 Plant. I worked in this position from May of 2015 through July 2017.

3.      As an Enveloper Series II, I am responsible for taking plates off the rack; I break them up and feed the plates into the machine.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.60 per hour, plus line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As an Enveloper Series II, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs and a Respirator as needed. I put

Ex. 1002-296

on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my Gloves, Ear Plugs and Respirator as needed at my work station.

6.      I usually arrive to the A4 Plant at 10:15p.m.  Once I arrive, I punch in. I go my uniform locker and remove my uniform and gear and go to my personal locker to get dressed. Then I go to the floor and go to my workstation to start the day.

7.       It usually takes me about five minutes to change into my uniform and boots and glasses and to walk to my work station. I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:10a.m.  I am allowed to leave the floor at 6:20a.m.

9.      Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin, I take my shower and then I towel off. I then return to my locker and put on my street clothes. I then leave the locker room and then punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and suffer no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of March , 2019 in Lyon Station, Pennsylvania.

Derek Kramer

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
                    Plaintiff,          )     Case No. 5:18-cv-01194-GEKP
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
                    Defendant.          )
                                        )

**DECLARATION OF DALE KRANTZ**

1.      My name is Dale Krantz I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 1986.  My current position is an Enveloper at the A1 Plant. I have worked as an Enveloper since January 1987.

3.      As an Enveloper, I am responsible for taking off groups from the enveloping machine and loading positive and negative plates into the enveloping machine.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid $22.41/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As an Enveloper I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; Ear Plugs, and Respirator when necessary. I put my uniform and safety shoes on in the locker room. I put on my safety glasses on my way to my workstation. I put on my gloves, earplugs, and respirator at the work station.

**Ex. 1002-297**

7.     I usually arrive to the A1 Plant at 6:05am.  Once I arrive I go into the locker room, grab my uniform, change into my uniform, then go into the lunch room, and then clock in and head to my work station.

8.     It usually takes me 5 minutes to change into my uniform and 2 minutes to walk to my work station.

9.     I usually stop work at my work station at 2:05PM. I am allowed to leave the floor at 2:20PM.

10.     Once I leave the floor, I perform the following activities: go to the locker room, get my punch card, clock out, shower, change into my street clothes, and then go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April 2019 in Lyon Station, Pennsylvania.

_Dale E Krantz_
Dale Krantz

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
          Plaintiff,     )      Case No. 5:18-cv-01194-GEKP
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
          Defendant.     )
                                        )

## DECLARATION OF GEORGE KRESSLEY

1.    My name is George Kressley. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December of 2009. My current position is COS Enveloper in the S-1 Plant. I have worked in this position since the inception of my employment.

3.    As a COS Enveloper in the S-1 Plant, I am responsible for putting lead plates on the enveloping machine so they can be counted, wrapped (enveloped), stacked and put into the battery cases.

4.    I work the third shift. I work Monday through Friday. I am paid a base rate of approximately $20.00/hr., exclusive of shift differential and production incentives. I receive time and a half pay for all hours worked over forty in a workweek.

5.    As a COS Enveloper, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Respirator; Gloves; and Ear Plugs. I put on my

Ex. 1002-298

Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my other forms of PPE, as needed, on the work floor.

      6.     I usually arrive at the S-1 Plant at 10:45 PM.  Once I arrive, I clock in immediately, gather my uniform and change my clothes. After changing, I head directly to my work station to begin working immediately.

      7.     It usually takes me less than 5 minutes to change into my Uniform, Safety Glasses and Boots.

      8.     I usually stop production work between 6:40 to 6:45 AM, at which time I clean up my work area.  On most work days, I am permitted to leave the floor at 6:50 AM.

      9.     Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, change into my street clothes and clock out.  The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

      10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

      11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __4__ day of __April__, 2019 in Lyon Station, Pennsylvania.

**GEORGE KRESSLEY**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
        Plaintiff,            )   Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
        Defendant.            )
                                    )

## DECLARATION OF RYAN KRICK

1.    My name is Ryan Krick.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April 2014.  My current position is Terminal Post Burner at the S1 Plant.  I have worked in this position since April 2014.

3.    As a Terminal Burner, I am responsible for burning terminal posts onto different types of batteries or pour lead into a mold to make a terminal posts on the assembly line.

4.    I work the first shift.  I work Monday through Friday.

5.    I am paid $19.25 /hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.    As a Terminal Burner, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs.  I put on my uniform, safety shoes in the locker room. On my way into the plant, I put on my safety glasses. I put on my earplugs and gloves at my work station.

Ex. 1002-299

7.      I usually arrive to the S1 Plant at 6:18am.  Once I arrive, I punch in, grab my uniform and change, and sometimes go to the lunchroom and then go to the workplace.

8.      It usually takes me 3 minutes to change into my uniform and 2.5 minutes to walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.   I am aware that there is a five minute grace period to arrive at my work station after my start time.

9.      I usually stop work at my work station at 2:15 pm.   I am allowed to leave the floor at 2:20pm.

10.     Once I leave the floor, I perform the following activities: remove my uniform and shower, punch out and go home.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March 2019 in Lyon Station, Pennsylvania.

Ryan Krick

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF ALEX KRINER

1.      My name is Alex Kriner.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 0f 2018.  My current position is Pasting Takeoff Operator at the A-2 Plant.  I have worked in this position since the inception of my employment.

3.      As a Pasting Takeoff Operator in the A-2 Plant, I ensure the machine that applies paste to the lead grids at the beginning phase of the battery manufacturing process is operating efficiently and smoothly.  I also perform periodic quality checks to ensure that the product is within Company specifications.

4.      I work the third shift.  I work Monday through Friday.  I am paid a base rate of $19.95/hr., with shift differential and exclusive of production incentives.  I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Pasting Takeoff Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves (multiple varieties); Respirator;

Ex. 1002-300

and Ear Plugs. I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room.  I put on other forms of my PPE, as needed, on the work floor.

6.      I usually arrive at the A-2 Plant at 9:35 PM.  Once I arrive, I use the restroom and then change my clothes. Afterwards, I clock in and then walk to my workstation in the Pasting Department and begin work.

7.      It usually takes me 5 minutes to change into my Uniform, Safety Glasses and Boots and walk to my work station.  I put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work between 6:00 and 6:05 AM.  I then leave the floor at 6:05 AM and walk to the locker room.

9.      Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, and change into my street clothes.  The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March, 2019 in Lyon Station, Pennsylvania.

**ALEX KRINER**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                          )
SECRETARY OF LABOR, UNITED                    )
STATES DEPARTMENT OF LABOR,                   )
                                              )
        Plaintiff,                    )       Case No. 5:18-cv-01194-GEKP
                                              )
v.                                            )
                                              )
EAST PENN MANUFACTURING                       )
COMPANY,                                      )
                                              )
        Defendant.                    )
                                              )

## DECLARATION OF BRIAN KUNKEL

1.      My name is Brian Kunkel. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March of 2010. My current position is in Maintenance Mechanic at the A1 Plant. I have worked in this position since November of 2011.

3.      As a Maintenance Mechanic, I am responsible for the daily maintenance of the production facility at the A1 plant.

4.      I work the third shift. I work Monday through Friday. I am paid 26.60 hourly and I receive time and a half pay for all hours worked over forty hours in a workweek. I am paid from when I punch in to when I punch out.

5.      As a Maintenance Mechanic, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs, Face Shield at needed, Respirator as needed and Hard Hat as needed. I put on my Uniform, Safety Glasses, and Steel-

**Ex. 1002-301**

Toe Boots in the locker room. I put on my Gloves, Ear Plugs, Face Shield at needed, Respirator as needed and Hard Hat as needed at my work station.

6.      I usually arrive to the A1 Plant at 9:40p.m. Once I arrive I punch in, then I get my uniform, put my uniform on. I then go to the mechanic's shop.

7.      It usually takes me five minutes to change into my uniform, boots and safety glasses and walk to the Mechanic's shop. I can put on my other PPE at the Mechanic's shop when I need it for a job.

8.      As a Maintenance Mechanic when I am finished with my day, because I have no set end time, I return to the locker room.

9.      Once I leave the floor, I perform the following activities: I go to the locker room. I remove my boots and put them in my locker. I take off my used uniform and put it in the laundry bin. I then shower and towel off. I return to my locker and put on my street clothes, punch out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___11___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

_Brian Kunkel_
Brian Kunkel

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
          Plaintiff,              )   Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
          Defendant.              )
                                    )

## DECLARATION OF PETER KUNKLEMAN

1.     My name is Peter Kunkleman. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November of 1975. My current position is Offbearer at the A2 Plant. I have worked in this position since March of 2016. I previously worked as a Welder at the A2 Plant. I worked in this position from June of 2013 through March of 2016.

3.     As an Offbearer, I am responsible for removing assembled batteries from the line and putting them on skids.

4.     I work the first shift. I work Monday through Friday. I am paid $19.00 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As an Offbearer, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs. I put on my Uniform, Safety Glasses,

**Ex. 1002-302**

and Steel-toe boots in the locker room. I put on my Gloves and Ear Plugs while walking from the locker room to my work station or at my work station.

6.      I usually arrive to the A2 Plant at 6:00 a.m. Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, punch in, go to the smoke shack and smoke a cigarette, then go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station between 2:15 p.m. and 2:20 p.m. I am allowed to leave the floor at 2:20 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of April, 2019 in Lyon Station, Pennsylvania.

PETER KUNKLEMAN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
                    Plaintiff,      )       Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
                    Defendant.      )
                                    )

**DECLARATION OF RUSSELL KUNKLEMAN**

1.      My name is Russell Kunkleman.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 1983.  My current position is Gel Fill/Activation Leader at the S1 Plant.  I have worked in this position since August 2000.

3.      As a Leader, I am responsible for assigning duties to employees and helping to train and work with employees, solving problems with equipment, meeting daily production goals and keep an eye on quality.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid $24.95/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.      As a Leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves occasionally; Ear Plugs occasionally; Goggles occasionally.  I

Ex. 1002-303

put on my uniform and safety shoes in the locker room. As I walk to the plant floor, I put on my safety glasses. I put on any other equipment as needed at my work station.

7.    I usually arrive to the S1 Plant at 5:45am. Once I arrive, I punch in, grab my uniform, change, go to office and check mail and then go to the workplace.

8.    It usually takes me 4 minutes to change into my uniform and 1 minute to walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

9.    I usually stop work at my work station at 2:45 pm. I am allowed to leave the floor at 2:50pm.

10.    Once I leave the floor, I perform the following activities: stop in the office to drop off paperwork, remove my uniform and shower, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March 2019 in Lyon Station, Pennsylvania.

Russell Kunkleman

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF CHRISTOPHER KUTZ**

1.      My name is Christopher Kutz.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 1997.  My current position is Superintendent of Oxide 1 and 2 at the Oxide 2 Plant.  I have worked in this position since January of 2013.

3.      As a Superintendent, I am responsible for monitoring people and production and making sure the plants are operating efficiently.

4.      I work the first shift.  I work Monday through Friday.  I am paid approximately$27.85 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Superintendent, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield, depending on the task; Respirator; and Hard Hat, when operating a fork lift.  I put on my Uniform, Safety Glasses,

**Ex. 1002-304**

and Steel-Toe Boots in the locker room. I put on my remaining personal protective equipment while walking from the locker room to my work station or at my work station as needed.

6.      I usually arrive to the Oxide 2 Plant between 4:30 a.m. and 5:00 a.m. Once I arrive I put my lunch box in the lunch room, go to the uniform locker, get my uniform, go to the clean-side locker and put on my uniform, go to the dirty-side locker and put on my steel-toe boots, and go to my work station. As a Superintendent, I do not punch in or out on the timeclock; rather, I record my time worked by manually recording it.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 5:30 p.m. and I am allowed to leave the floor at that time.

9.      Once I leave the floor, I perform the following activities: I go to the dirty-side locker, remove my uniform and steel-toe boots, shower, go to the clean-side locker, dress in my street clothes, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of April, 2019 in Lyon Station, Pennsylvania.

CHRISTOPHER KUTZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF MILES LAHUE**

1.      My name is Miles Lahue.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December 2009.  My current position is series 2 enveloper at the A4 Plant.  I have worked in this position since November 2014.  I previously worked as an industrial grid caster at Industrial.  I worked in this position from 2012 through November 2014.

3.      As an enveloper series 2, I am responsible for loading positive and negative plates into a feeder to separate the positive from the negative and make the group that goes inside the cell.

4.      I work the third shift.  I work Sunday night through Friday morning.  I am paid at least $25/hr. average and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a enveloper series 2, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Respirator as needed. I put on

Ex. 1002-305

my Uniform and Boots in the locker room.  I put on my Safety Glasses while walking from the locker room to my work station.  I put on my Ear Plugs and Respirator (as needed) at my work station.

6.      I usually arrive to the A4 Plant at 10:15 a.m.  Once I arrive I get my uniform from my uniform locker, clock in, go change into my uniform, then go to the work floor.

7.      It usually takes me 5 minutes to change into my uniform and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation

9.      I usually stop work at my work station at 6:07 a.m. and perform clean-up.  I am allowed to leave the floor at 6:20 a.m.

10.     Once I leave the floor, I perform the following activities: leave the floor, go to the locker room, undress, shower, get dressed, clock out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of May , 2019 in Lyon Station, Pennsylvania.

_____
Miles Lahue

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                   )
SECRETARY OF LABOR, UNITED             )
STATES DEPARTMENT OF LABOR,            )
                                       )
          Plaintiff,          )     Case No. 5:18-cv-01194-GEKP
v.                                     )
                                       )
EAST PENN MANUFACTURING                )
COMPANY,                               )
                                       )
          Defendant.          )
                                       )

## DECLARATION OF SHAWN F. LAKY

1.     My name is Shawn F. Laky. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November of 2012. My current position is Off-Bearer at the A-4 Plant. I have worked in this position since approximately August of 2016. I previously worked as a Group Dropper Off-Bearer at the A-1 Plant. I worked in this position from November of 2012 through August of 2016.

3.     As an Off-Bearer, I am responsible for putting batteries on palettes.

4.     I work the second shift. I work Monday through Friday and sometimes Sunday (as needed). I am paid approximately $18.00/hr. plus variable production bonus and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-306

5. As an Off-Bearer, I wear the following personal protective equipment (PPE): Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs. I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room. I put on my Ear Plugs at my work station.

6. I usually arrive to the A-4 Plant at 2:00 pm. Once I arrive, I grab my uniform, put on my uniform, talk to colleagues and wait to clock in.

7. It usually takes me 8 minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8. There is a five minute grace period after my shift starts to report to my workstation.

9. I usually stop work at my work station at 10:12 pm. I am allowed to leave the floor at 10:17 pm.

10. Once I leave the floor, I perform the following activities: undress, shower, put on my street clothes and clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11. I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12. I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___27___ day of ___March___, 2019 in Lyon Station, Pennsylvania.

SHAWN F. LAKY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,  )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR,  )
                                       )
         Plaintiff,  )    Case No. 5:18-cv-01194-GEKP
v.  )
                                         )
EAST PENN MANUFACTURING  )
COMPANY,  )
                                         )
         Defendant.  )
                                         )

## DECLARATION OF JUDY LANDIS

1.      My name is Judy Landis.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July 2007.  My current position is Gel Fill/Racker at the S1 Plant. I have worked in this position since November July 2007.

3.      As a Gel Fill/Racker, I am responsible for helping with filling batteries from the assembly line with gel to prepare for activation.

4.      I work the first shift.  I work Monday through Friday.

5.      I receive time and a half pay for all hours worked over forty in a workweek.

6.      As a Gel Fill/Racker, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face shield.  I put on my uniform, safety shoes in the locker room.  On my way into the plant, I put on my safety glasses.  I put on my earplugs, gloves and face shield at my work station.

Ex. 1002-307

7.      I usually arrive to the S1 Plant at 5:50 am. Once I arrive, I grab my uniform and change, read a magazine in my locker room and then punch in and then go to the workplace.

8.      It usually takes me 5 minutes to change into my uniform and 2 minutes to walk to my workstation. I can put on my PPE while walking to my workstation or at my workstation at the start of my worktime. I am aware that there is a five minute grace period after my shift starts to arrive at my work station after my start time.

9.      I usually stop work at my work station at 2:10pm. I am allowed to leave the floor at 2:20pm.

10.     Once I leave the floor, I perform the following activities: remove my uniform and shower, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March 2019 in Lyon Station, Pennsylvania.

Judy Landis

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, | ) |
| SECRETARY OF LABOR, UNITED | ) |
| STATES DEPARTMENT OF LABOR, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| | ) |
| v. | ) |
| | ) |
| EAST PENN MANUFACTURING | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF PATRICK LANDIS**

1.      My name is Patrick Landis.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November 2005.  My current position is Finisher at the S1 Plant.  I have worked in this position since November of 2015.  I previously worked as a Gel Fill Floater at the S1 Plant.  I worked in this position from October of 2014 through November of 2015.

3.      As a Finisher, I am responsible for getting batteries on pallets, manifesting, and packaging batteries for shipment.

4.      I work the first shift.   My shift begins at 6:45am and ends at 2:45pm.  I work Monday through Friday.  I am paid $19.30 and I receive time and a half pay for all hours worked over forty in a workweek.

**Ex. 1002-308**

5. As a Finisher, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs. I put on my uniform, safety glasses, boots in the locker room. I put on my ear plugs and gloves at my work station.

6. I usually arrive to the S1 Plant at 5:55am. Once I arrive I go to the lunchroom and drop off my coffee and paper in the lunchroom and then go change into my uniform in the locker room. I then return to the lunchroom and drink my 24 ounce coffee and wait to clock in to work.

7. I usually scan my time card to clock in at 6:35am. Then I go to the locker room and return my badge and newspaper to my locker and then head upstairs

8. It usually takes me about 2 minutes to change into my uniform. After I have changed into my uniform, I go to the lunchroom and relax before work.

9. I usually arrive at my work station at 6:40am and stand there for 5-6 minutes. There is a five minute grace period after my shift starts to report to my workstation

10. I usually stop work at my work station at 2:27pm. Then, I clean up my work station. I am allowed to leave the floor at 2:35pm.

11. It usually takes me 2 minutes to walk to the locker room and change out of my uniform.

12. It usually takes me 5 minutes to shower at the end of my shift.

13. After my shift ends, I usually wait at least 2 minutes the timeclock to punch out at 2:45pm. I am always at the clock before it is time to punch out.

14. I usually scan my time card to clock out at 2:45pm

15. I usually leave the S1 Plant at 2:45pm.

16.     The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

17.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

18.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of March, 2019 in Lyon Station, Pennsylvania.

_____
Patrick Landis

Ex. 1002-309

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
            Plaintiff,              )       Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
            Defendant.              )
                                    )

**DECLARATION OF BRADLEY LANE**

1.      My name is Bradley Lane. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March 2011.  My current position is a COS/Dynamac Floater at the A1 Plant.  I have worked as a COS/Dynamac Floater since October 2018. I previously I worked as a COS/Dynamac Operator since July 2015. I previously worked as an Extrusion Operator A in Kutztown Wire & Cable since September 2011.

3.      As a COS/Dynamac Floater, I am responsible for operating the Envelopers, operating the Dynamac machines, and covering for people who are absent or leave early.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid $21.00/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As a COS/Dynamac Floater I wear the following personal protective equipment: Uniform; Safety Glasses; Metatarsal Steel-Toe Shoes; Gloves; Ear Plugs; Respirator as needed, Hard Hat as needed. I put my uniform and safety shoes on in the locker room. I put my safety

glasses on as I walk onto the floor. I put on my gloves, ear plugs, respirator, and hard hat at the work station.

7.      I usually arrive to the A1 Plant at 6:25am.  Once I arrive I clock in, go into the locker room, grab my uniform, change into my uniform, and then go to my work station.

8.      It usually takes me 3 minutes to change into my uniform and 1 minute to walk to my work station.

9.      I usually stop work at my work station at 2:10pm. I am allowed to leave the floor at 2:20pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April 2019 in Lyon Station, Pennsylvania.

Bradley Lane

Ex. 1002-310

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,          )
SECRETARY OF LABOR, UNITED    )
STATES DEPARTMENT OF LABOR,   )
                              )
           Plaintiff,   )   Case No. 5:18-cv-01194-GEKP
v.                            )
                              )
EAST PENN MANUFACTURING       )
COMPANY,                      )
                              )
           Defendant.   )
                              )

### DECLARATION OF KEVIN LAPP

1.      My name is Kevin Lapp and I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November 2013.  My current position is a Quality Auditor at the A1 Plant.  I have worked as a Quality Auditor since January 2017. I previously worked as an Enveloper in A1 since January 2015. I previously worked in the Refinery at the Smelter since November 2013.

3.      As a Quality Auditor, I am responsible for doing quality checks on batteries in COS, checking groups, cased batteries, envelopes, and paper.

4.      I work the second shift.  I work Monday through Friday.

5.      I am paid approximately $22.00/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As a Quality Auditor I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves when necessary; and Earplugs. I put on my

uniform and safety shoes in the locker room. I put on my safety glasses on my way to my work station. I put on my gloves and ear plugs at my work station.

7.      I usually arrive to the A1 Plant at 2:20pm.  Once I arrive I punch in, go into the locker room, change into my uniform, and go to my work station.

8.      It usually takes me 5 minutes to change into my uniform and 1 minute to walk to my work station.

9.      I usually stop work at my work station at 10:15pm. I am allowed to leave the floor at 10:15pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, take my uniform off, shower, change into my street clothes, punch out and then go home. The ten minutes provided to me at the end of my shift to go the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift tim.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of April 2019 in Lyon Station, Pennsylvania.

Kevin Lapp

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,            )
SECRETARY OF LABOR, UNITED      )
STATES DEPARTMENT OF LABOR,     )
                                )
            Plaintiff,          )        Case No. 5:18-cv-01194-GEKP
                                )
v.                              )
                                )
EAST PENN MANUFACTURING         )
COMPANY,                        )
                                )
            Defendant.          )
                                )

## DECLARATION OF LIBORIO LARA

1.      My name is Liborio Lara.  I have personal knowledge of the facts set forth in this

declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have

worked at the Company since September of 2008.  My current position is Plate Prep Operator in

the S-1 Plant.  I have worked in this position since December of 2009.

3.      As a Plate Prep Operator in the S-1 Plant, I am responsible for cutting lead plates

to a size required by the specifications of a particular battery type.  I then stack the re-sized

plates on a pallet for transportation to the COS Department.

4.      I work the third shift, Monday through Friday.  I am paid a base rate of

approximately $19.60/hr., inclusive of shift differential and exclusive of production incentives. I

receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Plate Prep Operator in the S-1 Plant, I wear the following personal protective

equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs. I put on my

Ex. 1002-311

Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my other forms of PPE, as needed, on the work floor.

6.     I usually arrive at the S-1 Plant at 10:30 PM.   Once I arrive, I clock in immediately, gather my uniform and change my clothes. After changing, I head directly to my work station to begin working immediately.

7.     It usually takes me 5-7 minutes to change into my Uniform, Safety Glasses and Boots.

8.     I usually stop production work at 6:20 AM, at which time I spend 15 minutes cleaning up my work area.  On most work days, I am permitted to leave the floor at 6:35 AM.

9.     Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, change into my street clothes and clock out.  The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10 day of April, 2019 in Lyon Station, Pennsylvania.

**LIBORIO LARA**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,              )
SECRETARY OF LABOR, UNITED        )
STATES DEPARTMENT OF LABOR,       )
                                  )
            Plaintiff,        )   Case No. 5:18-cv-01194-GEKP
                                  )
v.                                )
                                  )
EAST PENN MANUFACTURING           )
COMPANY,                          )
                                  )
            Defendant.        )
                                  )

## DECLARATION OF TIM LARKIN

1.     My name is Tim Larkin. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 2010. My current position is Maintenance Supervisor at the A4 Plant. I have worked in this position since April of 2014.

3.     As a Maintenance Supervisor, I am responsible for the daily maintenance of the production facility at the A4 plant and I am charged with the supervision of 18 employees.

4.     I work the first shift. I work Monday through Friday. I am paid $29.25 and I receive time and a half pay for all hours worked over forty in a workweek. I am paid punch-to-punch.

5.     As a Maintenance Supervisor, I wear the following personal protective equipment: a Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield as needed; Respirator as needed; Hard Hat as needed. I put on my Uniform, Safety Glasses, and

Ex. 1002-312

Steel-Toe Boots in the locker room. I put on my Gloves, Ear Plugs, and Face Shield (as needed), Respirator (as needed), Hard Hat (as needed) at my work station.

6.     I usually arrive to the A4 Plant at 7:32 am. Once I arrive I punch in, put lunchbox on the shelf in the lunch room and go to the locker room. I then change into my uniform and head to my office.

7.     It usually takes me five to six minutes to change into my uniform, boots, and glasses and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation.

9.     As a Maintenance Supervisor when I am finished with my day, because I have no set end time, I return to the locker room.

10.     Once I leave the floor, I perform the following activities: I go to the locker room. I remove my boots and put them in my locker. I take off my used uniform and put it in the laundry bin. I then shower and towel off. I return to my locker and put on my street clothes, punch out and leave. It takes me less than 10 minutes to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _21_ day of _MARCH_ , 2019 in Lyon Station, Pennsylvania.

Tim Larkin

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,            )
SECRETARY OF LABOR, UNITED      )
STATES DEPARTMENT OF LABOR,     )
                                )
                    Plaintiff,  )      Case No. 5:18-cv-01194-GEKP
v.                              )
                                )
EAST PENN MANUFACTURING         )
COMPANY,                        )
                                )
                    Defendant.  )
                                )

**DECLARATION OF BRUCE G. LAURENT JR**

1.      My name is Bruce G. Laurent Jr.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2012.  My current position is quality assurance at the Smelter Annex Plant.  I have worked in this position since November of 2015.  I previously worked as a quality assurance at the A2 Plant.  I worked in this position from May of 2013 through November of 2015.

3.      As a quality assurance, I am responsible for quality assurance to find non-conformances and quarantining same.

4.      I work the second shift.  I work Monday through Friday.  I work mandatory overtime every other weekend.  I am paid approximately $23.40/hr. and annual plant-wide bonuses, and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-313

5.      As a quality assurance, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Work Gloves; Ear Plugs; Face Shield as required; and Hard Hat as required. I put on my Uniform; Safety Glasses; and Steel-Toe Boots in the locker room. I put on my Ear Plugs; Face Shield; and Hard Hat at my work station.

6.      I usually arrive to the Smelter Annex Plant at 2:27 PM. Once I arrive I clock in, go to the lunchroom to put away my lunch bag, go to my uniform locker to get my uniform, go to my personal locker, change from my street clothes to my uniform and steel-toe boots, put on my safety glasses, and walk to my workstation.

7.      It usually takes me five (5) minutes to change into my uniform and steel-toe boots, put on my safety glasses, and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation. I frequently use this grace period to report to my workstation.

9.      I usually stop work at my work station at 2:25 PM. I am allowed to leave the floor at 2:25 PM.

10.     Once I leave the floor, I perform the following activities: go to the locker room, get a towel, go to my personal locker, take off my uniform and steel-toe boots, take a shower, change into my street clothes, put my uniform and towel in the laundry bins, go to lunchroom to get my lunch bag, and clock. The ten (10) minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of April, 2019 in Lyon Station, Pennsylvania.

Bruce G. Laurent Jr.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
|  | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
|  | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

### DECLARATION OF KYLE LAWHORNE

1.      My name is Kyle Lawhorne.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 2013.  My current position is Formation Floater at the S1 Annex Plant.  I have worked as a Formation Floater since December of 2018. I previously worked as a Dry Charge Operator in the S1 Annex Building since December 2015. I previously worked as a Formation Attendant since August 2013.

3.      As a Forming Room Floater, I am responsible for watering and reading the acid tanks, pulling, dropping, burning positive and negative plates, and also running the dry charge ovens.

4.      I work the second shift.  I work Monday through Friday.

5.      I am paid $19.40/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

**Ex. 1002-314**

6.      As a Formation Floater, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves, Respirator occasionally, Earplugs, Hard Hat occasionally, Face Shield occasionally, and Apron occasionally.  I put on my uniform and safety shoes in the locker room. I put on my safety glasses on my way to the work station. I put on my gloves, respirator, face shield, hard hat, apron, and ear plugs on at my work station.

7.      I usually arrive to the S1 Annex Plant at 1:40pm.  Once I arrive I go into the lunchroom and eat food, clock in, and then grab my uniform, go into the locker room, change into uniform, and then walk to my walk station.

8.      It usually takes me 2 minutes to change into my uniform and 1 minute to walk to my workstation.

9.      I usually stop work at my work station at 10:00pm. I am allowed to leave the floor at 10:05pm.

10.      Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of March 2019 in Lyon Station, Pennsylvania.

Kyle Lawhorne

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, <br> SECRETARY OF LABOR, UNITED <br> STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> EAST PENN MANUFACTURING <br> COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )  Case No. 5:18-cv-01194-GEKP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF JAMES LEBLANC**

1.     My name is James LeBlanc. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December of 2004. My current position is Refinery Pots at the Smelter Plant. I have worked in this position since 2016. I previously worked as a Reverb Furnace Operator at the Smelter Plant. I worked in this position from 2008 through 2016.

3.     As a Refinery Pots, I am responsible for removing lead from the reverb and blast furnaces and using it to make alloys.

4.     I work the first shift. I work a rotating schedule of six days on followed by two days off. I am paid approximately $21 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-315

5.      As a Refinery Pots, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; Respirator; Hard Hat. I put on all of my personal protective equipment in the locker room.

6.      I usually arrive to the Smelter Plant at between 7:25 a.m. and 7:30 a.m. Once I arrive I go to the uniform locker room and retrieve my coveralls uniform and respirator. I then go to the clean locker, place my coveralls and respirator on the bench and go to the dirty locker to get my boots. I change into my uniform and boots then go to the smoke shack. At 7:49 a.m. I return to the locker room and get my respirator. I then go to the dirty locker and get my hard hat, and gloves. I then proceed to my work station where I clock in at 7:53 a.m. (it is automatically adjusted to 7:45 a.m.).

7.      It usually takes me six minutes to change into my uniform and other personal protective equipment and walk to my workstation.

8.      I usually stop work at my work station at 3:50 p.m. I am allowed to clock out and leave the floor at 3: 55 p.m. (which is automatically adjusted to 4:15 p.m.).

9.      Once I leave the floor, I perform the following activities: I clock out at 3:55 p.m., go to the dirty locker, remove my boots, hard hat and safety glasses and put them in the dirty locker and throw my ear plugs in the garbage. I then go to the laundry chute and place my respirator and uniform in the chutes. I then go to the clean locker, undress, shower, change into my street clothes, and leave. The twenty minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March, 2019 in Lyon Station, Pennsylvania.

JAMES LEBLANC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) |
| Plaintiff, | )   Case No. 5:18-cv-01194-GEKP |
| v. | ) ) |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

**DECLARATION OF AUBREY LEE**

1.      My name is Aubrey Lee.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2018.  My current position is in the laundry at the Central Services Plant.

3.      As a person who works in the Laundry at Central Services Plant, I am responsible for washing, drying and folding uniforms and towels.

4.      I work the third shift.  I work Monday through Friday. I am paid $18.85 per hour and I receive time and a half pay for all hours worked over forty hours in a workweek.

5.      As a person who works in the Laundry at Central Services Plant, I wear the following personal protective equipment: Uniform, Steel-Toe Boots, Safety Glasses and Gloves as needed. I put on my Uniform, Steel-Toe Boots, Safety Glasses and Gloves in the locker room.

Ex. 1002-316

6.     I usually arrive to the Central Services Plant at 10:40p.m. Once I arrive I punch in, then I get my uniform and go to my personal locker. I then change into my Uniform, Steel-Toe Boots, Safety Glasses and Gloves. I then go to the Laundry room.

7.     It usually takes me five minutes to change into my Uniform, Steel-Toe Boots, Safety Glasses and gloves, and walk to the laundry.

8.     There is a five minute grace period after my shift starts to report to my workstation.

9.     I usually stop work at my work station at 6:15a.m. I am allowed to leave the floor at 6:50a.m.

10.     Once I leave the floor, I perform the following activities: I go the locker room, and remove my boots. I then grab what I need for the shower, along with my street clothes and head for the shower. I then change out of my uniform and take my shower, then I towel off. I then put on my street clothes. I then take my used uniform and put it in the laundry bin. Next I return to my locker. Then I put everything away, leave the locker room and then punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _12_ day of _April_, 2019 in Lyon Station, Pennsylvania.

Aubrey Lee

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
                    Plaintiff,          )     Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
                    Defendant.          )
                                        )

**DECLARATION OF JESUS LEIJA**

1.      My name is Jesus Leija.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 2016.  My current position is formation floater at the S1 Plant.  I have worked in this position since November 2016.  I previously worked as a trainee at COS at the S1 Plant.  I worked in this position from August 2016 through November 2016.

3.      As a formation floater, I am responsible for doing all workers' jobs as needed, whenever somebody does not show to work.

4.      I work the third shift.  I work Monday through Friday.  I am paid about $20/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a formation floater, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Apron; Respirator; and Hard Hat. I put on my Uniform, Safety Glasses, and Boots in the locker room.  I put on my Gloves; Ear Plugs; Apron; Respirator; and Hard Hat at my work station.

Ex. 1002-317

6.      I usually arrive to the S1 Plant at 10:12 p.m.  Once I arrive I punch in, get my uniform, go to my locker, change, and go to the work floor.

7.      It usually takes me 5 minutes to change into my uniform and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 5:55 a.m. and perform clean-up.  I am allowed to leave the floor at 6:05 a.m.

9.      Once I leave the floor, I perform the following activities: put my respirator in the bucket, put my boots on the boot rack, go to the locker room, undress, shower, change in to my personal clothing, clock out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___1st___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

_____
Jesus Leija

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
               Plaintiff,           )   Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
               Defendant.           )
                                    )

## DECLARATION OF CODY LENGEL

1.     My name is Cody Lengel.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December of 2018.  My current position is Pasting Takeoff Operator at the A-2 Plant.  I have worked in this position since the inception of my employment.

3.     As a Pasting Takeoff Operator in the A-2 Plant, I ensure the machine applies paste to the lead grids at the beginning phase of the battery manufacturing process, and that the machinery is operating efficiently and smoothly.  In addition, I perform periodic quality checks to ensure that the product is within Company specifications. I also check the weights and symmetry of the plates.

4.     I work the third shift.  I work Monday through Friday.  I am paid a base rate of $19.95/hr., with shift differential.  I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-318

5.      As a Pasting Takeoff Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves (multiple varieties); Respirator; and Ear Plugs. I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room. I put on other forms of my PPE, as needed, on the work floor.

6.      I usually arrive at the A-2 Plant at 9:50 PM. Once I arrive, I clock in immediately and then change my clothes. Afterwards, I use the restroom and then walk to my workstation in the Pasting Department and begin work.

7.      It usually takes me 5 minutes to change into my Uniform, Safety Glasses and Boots and walk to my work station. I put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at 6:05 AM. I then leave the floor at 6:05 AM and walk to the locker room.

9.      Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, and change into my street clothes. The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March, 2019 in Lyon Station, Pennsylvania.

_____

**CODY LENGEL**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
              Plaintiff,            )    Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
              Defendant.            )
                                    )

## DECLARATION OF MARK LENHARDT

1.      My name is Mark Lenhardt.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2011.  My current position is Leader at the A3 Plant.  I have worked in this position since June of 2014.

3.      As a Leader, I am responsible for supervising and overseeing maintenance at the Plant.

4.      I work the second shift.  I work Monday through Friday.  I am paid $29.25 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; Respirator; and Hard Hat.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment at my work station.

Ex. 1002-319

6.      I usually arrive to the A3 Plant at 1:45 p/m.  Once I arrive I punch in, go to my uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:48 p.m. and I am allowed to leave the floor at that time.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of April, 2019 in Lyon Station, Pennsylvania.

_____

MARK LENHARDT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF CHARLES LENHART, III**

1.      My name is Charles Lenhart, III. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since Aril of 2007. My current position is Reaction Pot Operator B at the Oxide 1 Plant. I have worked in this position since November of 2015. I previously worked as a Reaction Pot Helper at the OX1 Plant. I worked in this position from January of 2012 through November of 2015.

3.      As a Reaction Pot Operator B, I am responsible for loading and melting lead and taking and analyzing samples.

4.      I work the first shift. I work Monday through Friday. I am paid $19.10 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Reaction Pot Operator B, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield;

Ex. 1002-320

Respirator; and Hard Hat.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment at my work station.

6.      I usually arrive to the OX1 Plant at 3:30 a.m.  Once I arrive I go to the uniform locker, get my uniform, go to the clean-side locker and change into my uniform, go to the dirty-side locker and put on my steel-toe boots, punch in, and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 3:50 p.m. and I am allowed to leave the floor at that time.

9.      Once I leave the floor, I perform the following activities: I go to the bathroom and wash my hands, go to the lunch room and wait until it is time to punch out, punch out, go to the dirty-side locker, remove my steel-to boots and uniform, put my uniform in the laundry bin, shower, go to the clean-side locker, dress in my street clothes, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th ay of April, 2019 in Lyon Station, Pennsylvania.


_____

CHARLES LENHART, III

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,           )
SECRETARY OF LABOR, UNITED     )
STATES DEPARTMENT OF LABOR,    )
                               )
            Plaintiff,         )        Case No. 5:18-cv-01194-GEKP
                               )
v.                             )
                               )
EAST PENN MANUFACTURING        )
COMPANY,                       )
                               )
            Defendant.         )
                               )

**DECLARATION OF JEFF LEONE**

1.    My name is Jeff Leone. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since 2012. My current position is compu press operator at the A4 Plant. I have worked in this position since 2012.

3.    As a compu press operator, I am responsible for running a press that makes grids for the batteries, tending pots and sampling them, and making the strip that goes on the punch.

4.    I work the third shift. I work Sunday night through Friday morning. I am paid $21.25/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.    As a compu press operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; Respirator; and Hard Hat. I put on my Uniform, Safety Glasses, and Boots in the locker room. I put on my Gloves; Ear Plugs; Face Shield; Respirator; and Hard Hat at my work station.

Ex. 1002-321

6.      I usually arrive to the A4 Plant at 10:25 p.m.  Once I arrive I clock in, go to my locker and get my uniform, go to the locker room and change into my uniform, then proceed to the work floor.

7.      It usually takes me 8 minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation.

8.      There is a five minute grace period after my shift starts to report to my workstation. I sometimes use this grace period to report to my workstation.

9.      I usually stop work at my work station at 6:30 a.m.  I am allowed to leave the floor at 6:32 a.m.

10.     Once I leave the floor, I perform the following activities: take off my uniform, grab a towel, shower, change into my street clothes, leave the locker room, clock out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _27_ day of _MArch_, 2019 in Lyon Station, Pennsylvania.

_____
Jeff Leone

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
        Plaintiff,           )    Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
        Defendant.           )
                                    )

## DECLARATION OF JENNIFER LERCH

1.     My name is Jennifer Lerch.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 2013.  My current position is finishing floater at the A4 Plant.  I have worked in this position since August 2013.

3.     As a finishing floater, I am responsible for rotating through a variety of positions, as needed.

4.     I work the first shift.  I work Thursday, Friday, Saturday, and Sunday.  I am paid at least $19/hr. plus bonus, plus an additional shift differential of $6/hr. on weekends, and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a finishing floater, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots or Rubber Boots depending on the assigned job; Gloves; Ear Plugs; Goggles; and Hard Hat (as needed).  I put on my Uniform, Boots, and Safety

Ex. 1002-322

Glasses in the locker room. I put on my Gloves; Ear Plugs; Goggles; and Hard Hat (as needed) at my work station.

6.    I usually arrive to the A4 Plant at 4:05 a.m. Once I arrive I clock in, go to the locker room and get my uniform, go to my locker and get dressed in my uniform, take my lunch to the lunch room, and go to the work floor.

7.    It usually takes me 5 minutes to change into my uniform and 4 minutes to walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.    I usually stop work at my work station at 2:00 p.m. I am allowed to leave the floor at 2:05 p.m.

9.    Once I leave the floor, I perform the following activities: go to the locker room, get my street clothing out of my locker, take off my boots, go to the shower room and undress, shower, change into my street clothing, clock out, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __11__ day of __April__, 2019 in Lyon Station, Pennsylvania.

_mrs Jennifer Lynn Lerch._
Jennifer Lerch

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, | ) | |
| SECRETARY OF LABOR, UNITED | ) | |
| STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF RYAN LESAGONICZ

1.      My name is Ryan Lesagonicz and I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2010.  My current position is Retail Sales at the A1 Plant.  I have worked in Retail Sales since September of 2014.

3.      In Retail Sales, I am responsible for waiting on customers, answering phones, and stocking shelves.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid approximately $20/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      In Retail Sales I wear the following personal protective equipment: Uniform; Safety Glasses; and Steel-Toe Shoes. I put on my uniform, safety shoes and safety glasses in the locker room.

**Ex. 1002-323**

7.      I usually arrive to the A1 Plant at 6:30am.  Once I arrive I grab my uniform, change, punch in, and then head to my work station.

8.      It usually takes me 3 minutes to change into my uniform and 3 minutes to walk to my work station.

9.      I usually stop work at my work station at 2:45pm. I am allowed to leave the floor at 2:50pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, take my uniform off, shower, change into my street clothes, clock out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April 2019 in Lyon Station, Pennsylvania.

Ryan Lesagoniez

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
             Plaintiff,        )    Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
             Defendant.       )
                                    )

## DECLARATION OF DAVID LICHTENWALNER

1.      My name is David Lichtenwalner.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November of 1997.  My current position is Site Supervisor at the Central Services Plant.  I have worked in this position since October of 2014.

3.      As a Site Supervisor, I am responsible for supervising, and handling of the maintenance department throughout the Company.

4.      I work the Second shift. I work Monday through Friday.  I am paid approximately $ 31.50 per hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Site Supervisor, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs;  Hard Hat; Face Shield (when required); Rubber Gloves (when working with electricity); Balaclava (when required); Arc rated shirt (when required).    I put on my uniform, and boots in the locker room.  I put on my Safety

Ex. 1002-324

Glasses; Gloves; Ear Plugs;   Hard Hat;   Face Shield (when required); Rubber Gloves (when working with electricity); Balaclava (when required); Arc rated shirt (when required) at my work station.

6.    I usually arrive to the Central Services Plant at 2:45 pm.  Once I arrive I  scan in, go to the lunch room, put my lunch box on the shelf, go to the locker room, go to my locker, get dressed, go to my workstation.

7.    It usually takes five minutes to change into my uniform, and boots. It usually takes two minutes to walk from the locker room to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.    I usually stop work at my work station at 11:50 pm.  I am allowed to leave the floor at 11:50 pm.

9.    Once I leave the floor, I perform the following activities: go to my uniform locker, get my uniform for the next day, go to my personal locker, get undressed, go and take a shower, go back to my personal locker, get dressed, go to the punch clock, scan out.    The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.   I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____ day of ___April___ , 2019 in Lyon Station, Pennsylvania.


_____
DAVID LICTENWALNER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
              Plaintiff,            )      Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
              Defendant.            )
                                    )

**DECLARATION OF PRESTON LICHTENWALNER**

1.      My name is Preston Lichtenwalner.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May 2012.  My current position is a Pasting Takeoff Operator at the S1 Plant.  I have worked in this position since May 2012.

3.      As a Pasting Take-off Operator, I am responsible for ensuring that pasted plates are high quality and in spec and skidding the plates to go to the next department.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid $19.65/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.      As a Pasting Takeoff Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear plugs, Face shield occasionally, and respirator occasionally.  I put on my uniform, glasses and safety shoes in the

Ex. 1002-325

locker room.  I put on my safety glasses on my way to the workstation.  I put on my gloves and ear plugs at my work station.

7.      I usually arrive to the S1 Plant at 6:49am.  Once I arrive I usually punch in, grab my uniform, go get changed in the locker room and then head to the floor.

8.      It usually takes me 2-3 minutes to change into my uniform and 1-2 minutes to walk to my workstation.

9.      I usually stop work at my work station either at 2:45pm depending on my job.  I am allowed to leave the floor at 2:50pm.

10.     Once I leave the floor, I perform the following activities: go down to the locker room, remove my uniform and shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22st day of March 2019 in Lyon Station, Pennsylvania.

Preston Lichtenwalner

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
                  Plaintiff,            )      Case No. 5:18-cv-01194-GEKP
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
                  Defendant.            )
                                        )

**DECLARATION OF NOEL LLANOS**

1.      My name is Noel Llanos.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May of 201.  My current position is Pasting Floater at the A1 Plant.  I have worked in this position since August of 2017.

3.      As a Pasting Floater, I am responsible for knowing how to do all jobs in the Pasting Department. I fill in when there is a vacancy.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.95 per hour plus line bonus and I receive time and a half pay for all hours worked over forty hours in a workweek.

5.      As a Pasting Floater, I wear the following personal protective equipment: a Uniform, Steel-Toe Boots, Safety Glasses, Gloves, Ear Plugs, Face Shield as needed and Respirator as needed, Hard Hat as needed. I put on my Uniform, Steel-Toe Boots, and Safety

Ex. 1002-326

Glasses in the locker room. I put on my Gloves, Ear Plugs, Face Shield as needed and Respirator as needed and Hard Hat a at my work station.

6.    I usually arrive to the A1 Plant at 10:45p.m.  Once I arrive, I punch in, go to my locker, get changed and then go out to the Pasting Department.

7.    It usually takes me five minutes to change into my Uniform, Steel-Toe Boots, and Safety Glasses and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.    I usually stop work at my work station at 6:45a.m. I am allowed to leave the floor at 6:50a.m.

9.    Once I leave the floor, I perform the following activities: I go to the locker room. I remove my boots and put them in my locker. I take off my used uniform and put it in the laundry bin. I then shower and towel off. I return to my locker and put on my street clothes, punch out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __12__ day of __April__, 2019 in Lyon Station, Pennsylvania.

_____
Noel Llanos

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, ) | |
| SECRETARY OF LABOR, UNITED ) | |
| STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:18-cv-01194-GEKP |
| ) | |
| v. ) | |
| ) | |
| EAST PENN MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF KIM LONG**

1. My name is Kim Long. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 1997. My current position is Material Handler Finishing Room at the Industrial/Automotive Plant. I have worked in this position since July of 2012.

3. As a Material Handler Finishing Room at the Industrial/Automotive Plant, I am responsible for on the wet end checking volts, checking the specific gravity of the acid inside the batteries. I then inspect the batteries and then put them on the lift to move them down the lines.

4. I work the third shift. I work Monday through Friday. I am paid $19.20 per hour plus department bonus and I receive time and a half pay for all hours worked over forty hours in a workweek.

5. As a Material Handler Finishing Room at the Industrial/Automotive Plant, I wear the following personal protective equipment: a Uniform, Steel-Toe Boots, Safety Glasses, Gloves, Face Shield as needed and Hard Hat. I put on my Uniform, Steel-Toe Boots, and Safety

**Ex. 1002-327**

Glasses in the locker room. I put on my Gloves, Face Shield as needed and Hard Hat at my work station.

6.      I usually arrive to the Industrial/Automotive Plant at 10:15p.m. Once I arrive I then get my uniform and go to my personal locker and change into my Uniform, Steel-Toe Boots and Safety Glasses. I punch in and then head out to floor.

7.      It usually takes me five minutes to change into my Uniform, Steel-Toe Boots and Safety Glasses and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:27a.m. I am allowed to leave the floor at 6:33a.m.

9.      Once I leave the floor, I perform the following activities: I go the locker room, remove Safety Glasses and Steel-Toe Boots; then I put my boots away. I take my street clothes inside the shower. I then remove my uniform and take my used uniform and put it in the laundry bin. I take my shower and then I towel off. I then return to my locker room and punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___11___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

_____Kim   Long_____
Kim Long

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,               )
SECRETARY OF LABOR, UNITED         )
STATES DEPARTMENT OF LABOR,        )
                                   )
              Plaintiff,           )    Case No. 5:18-cv-01194-GEKP
                                   )
v.                                 )
                                   )
EAST PENN MANUFACTURING            )
COMPANY,                           )
                                   )
              Defendant.           )
                                   )

**DECLARATION OF JUAN LOPEZ**

1.      My name is Juan Lopez.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2005.  My current position is COS Takeoff at the A2 Plant. I have worked in this position since June of 2005.

3.      As a COS Takeoff, I am responsible for inspecting batteries and sending them down the line.

4.      I work the second shift.  I work Monday through Friday.  I am paid an average of approximately $28.00 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a COS Takeoff, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Respirator.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal

Ex. 1002-328

protective equipment while walking from the locker room to my work station or at my work station.

6.      I usually arrive to the A2 Plant at 2:20 p.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, punch in, and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:25 p.m.  I am allowed to leave the floor at 10:35.pm.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of April, 2019 in Lyon Station, Pennsylvania.

JUAN LOPEZ

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,   )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR, )
           )
    Plaintiff,   )  Case No. 5:18-cv-01194-GEKP
v.          )
           )
EAST PENN MANUFACTURING  )
COMPANY,      )
           )
    Defendant.  )
           )

### DECLARATION OF ODANEURKYS PIMENTEL LOPEZ

1. My name is Odaneurkys Pimentel Lopez.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2. I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February of 2019.  My current position is Cleanup at the Oxide 1 Plant.  I have worked in this position since February of 2019.

3. As a Cleanup, I am responsible for vacuuming and mopping oxide and wiping down the machines.

4. I work the second shift.  I work Monday through Friday.  I am paid $20.40 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5. As a Cleanup, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Apron; Face Shield; Respirator; and Hard Hat. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my

Ex. 1002-329

exhibitsticker.com

remaining personal protective equipment while walking from the locker room to my work station or at my work station.

6.      I usually arrive to the OX1 Plant between 3:40 p.m. and 3:45 p.m.  Once I arrive I put my lunch in the lunch room, punch in, go to the uniform locker, get my uniform, go to the clean-side locker and put on my uniform, go to the dirty-side locker and put on my steel-toe boots, and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 11:50 p.m.  I am allowed to leave the floor at 11:55 p.m.

9.      Once I leave the floor, I perform the following activities: I punch out, go to the dirty-side locker, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, go to the clean-side locker, dress in my street clothes, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April, 2019 in Lyon Station, Pennsylvania.

ODANEURKYS PIMENTEL LOPEZ

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,       )
SECRETARY OF LABOR, UNITED   )
STATES DEPARTMENT OF LABOR,  )
                           )
           Plaintiff,        )   Case No. 5:18-cv-01194-GEKP
v.                        )
                           )
EAST PENN MANUFACTURING     )
COMPANY,                )
                           )
          Defendant.     )
                           )

## DECLARATION OF FRANK R. LOPEZ-OCASIO

1.     My name is Frank R. Lopez-Ocasio. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2014. My current position is set up operator at the Smelter Annex Plant. I have worked in this position since August of 2017. I previously worked as a hand caster at the Smelter Annex Plant. I worked in this position from August of 2014 through August of 2017.

3.     As a set up operator, I am responsible for setting up the coating lines and the heat seal machine.

4.     I work the second shift. I work Monday through Friday. I work mandatory overtime and voluntary overtime when offered. I am paid $21.80/hr., and I receive time and a half pay for all hours worked over forty in a workweek.

**Ex. 1002-330**

5.     As a set up operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Heat and Rubber Gloves; Apron as necessary; Face Shield as necessary; and Hard Hat as necessary.  I put on my Uniform; Safety Glasses; and Steel-Toe Boots in the locker room.  I put on my Heat and Rubber Gloves; Apron; Face Shield; and Hard Hat at my work station.

6.     I usually arrive to the Smelter Annex Plant at 2:15 PM.  Once I arrive I go to my personal locker in the locker room to get my uniform locker key, go to my uniform locker to get my uniform, clock in, go to the lunch room to put away my lunch bag, to go my personal locker to change from my street clothes into my uniform and steel-toe boots, put on my safety glasses, and walk to my workstation.

7.     It usually takes me five (5) minutes to change into my uniform and steel-toe boots, put on my safety glasses, and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.     There is a five (5) minute grace period after my shift starts to report to my workstation. I sometimes use this grace period to report to my workstation.

9.     I usually stop work at my work station at 10:45 PM.  I am allowed to leave the floor at 10:50 PM.

10.     Once I leave the floor, I perform the following activities: go to the locker room, get a towel, go to my personal locker, take off my uniform, put my uniform in the laundry bin, take a shower, change into my street clothes, put towel in laundry bin, go to lunch room to get my lunch bag, and clock out.  The ten (10) minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April, 2019 in Lyon Station, Pennsylvania.


                                                        _____
                                                        Frank R. López-Ocasio

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, | ) |
| SECRETARY OF LABOR, UNITED | ) |
| STATES DEPARTMENT OF LABOR, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| | ) |
| v. | ) |
| | ) |
| EAST PENN MANUFACTURING | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF BRYAN LOPEZ-TEJADA**

1.     My name is Bryan Lopez-Tejada. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March of 2014. My current position is Quality Control at the A2 Plant. I have worked in this position since January of 2019. I previously worked as a Quality Control at the S1 Plant. I worked in this position from August of 2014 through January of 2019.

3.     As a Quality Control, I am responsible for auditing the production process.

4.     I work the second shift. I work Monday through Friday. I am paid $22.00 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Quality Control, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; and Respirator. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my remaining

**Ex. 1002-331**

personal protective equipment while walking from the locker room to my work station or at my work station.

6.      I usually arrive to the A2 Plant at 1:50 p.m.  Once I arrive I punch in, go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 9:40 p.m.  I am allowed to leave the floor at 9:50 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed this 10th day of April, 2019 in Lyon Station, Pennsylvania.

BRYAN LOPEZ-TEJADA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF EDGAR LORAH

1.      My name is Edgar Lorah.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November of 2005.  My current position is Material Handler in the Industrial Building.  I have worked in this position since April of 2006.  Prior to that, I worked as a Grid Caster from November of 2005 to April of 2006.

3.      As a Material Handler, my duties include unloading tractor trailers with lead and inventory plates.  I also perform other, miscellaneous tasks including assisting Grid Cast Operators with clean up duties.

4.      I work the third shift, Monday through Friday.  I am paid a base rate of $19.00, inclusive of shift differential, but exclusive of production incentives.  As a Material Handler, I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-332

5.      As a Material Handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Gloves; Ear Plugs; Face Shield; Hard Hat; and Steel-Toe/Metatarsal Boots.  I put on my Uniform, Safety Glasses and Boots in the locker room.  I put on my other PPE, as necessary, on the work floor.

6.      I usually arrive at the Industrial Building at 10:40 PM.  Once I arrive, I clock in immediately and then I change my clothes.  After changing, I proceed to my work station.

7.      It usually takes me 5 minutes to change into my Uniform, Boots and Glasses.

8.      I work until 6:47 AM.   I am permitted to leave the work floor at 6:50 AM.

9.       Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, change into my street clothes and clock out.  The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___9___ day of ___Apr___, 2019 in Lyon Station, Pennsylvania.

_____

**EDGAR LORAH**

Ex. 1002-333

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,  )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR,  )
)
          Plaintiff,  )   Case No. 5:18-cv-01194-GEKP
v.  )
)
EAST PENN MANUFACTURING  )
COMPANY,  )
)
          Defendant.  )
)

## DECLARATION OF ANDRELY LORENZO-CASTILLO

1.     My name is Andrely Lorenzo-Castillo and I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September 2012.  My current position is a Case Puncher at the A1 Plant.  I have worked as a Case Puncher since January 2015. I previously worked as a Post Burner in A1 since 2012.

3.     As a Case Puncher, I am responsible for making sure the cases are going down the line in the right direction, making sure the holes are the correct diameter and matches up to the first piece.

4.     I work the second shift.  I work Monday through Friday.

5.     I am paid approximately $17.00/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.     As a Case Puncher I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; and Earplugs. I put on my uniform, safety shoes, and safety glasses in the locker room. I put on my earplugs and gloves at my work station.

7.      I usually arrive to the A1 Plant at 2:45PM.  Once I arrive I put my lunch box on the shelf in the lunch room, then go into the locker room, change into my uniform, and then sit in the lunch room and wait, and then clock in and go to my work station.

8.      It usually takes me 4 minutes to change into my uniform and 1 minute to walk to my work station.

9.      I usually stop work at my work station at 11:00pm. I am allowed to leave the floor at 11:05pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, take my uniform off, shower, change into my street clothes, and then go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April 2019 in Lyon Station, Pennsylvania.

Andrely Lorenzo-Castillo

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                  )
SECRETARY OF LABOR, UNITED            )
STATES DEPARTMENT OF LABOR,           )
                                      )
                    Plaintiff,        )      Case No. 5:18-cv-01194-GEKP
                                      )
v.                                    )
                                      )
EAST PENN MANUFACTURING               )
COMPANY,                              )
                                      )
                    Defendant.        )
                                      )

## DECLARATION OF TIMOTY LUTZ

1.     My name is Timothy Lutz. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 1994. My current position is Forming Room Operator at the Industrial Automotive Plant. I have worked in this position since October of 2017. I previously worked as an Operator B at the Oxide 1 Plant. I worked in this position from approximately October of 2006 through October of 2017.

3.     As a Forming Room Operator, I am responsible for attaching racks and starting programs to charge batteries.

4.     I work the first shift. I work Thursday through Sunday. I am paid approximately $19.00/hr. plus a $6.00/hr weekend differential, plus a variable production bonus, and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Forming Room Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Face Shield. I put on my

Ex. 1002-334

Uniform, Safety Glasses and Steel-Toe Boots in the locker room. I put on my Gloves and Face Shield at my work station.

6.     I usually arrive to the Industrial Automotive Plant at 4:16 am. Once I arrive I clock in, get my uniform, put on my uniform, put on safety glasses and boots and walk to my work station.

7.     It usually takes me 7 to 8 minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 2:15 pm. I am allowed to leave the floor at 2:17 pm.

9.     Once I leave the floor, I perform the following activities: go to locker room, undress, shower, put on street clothes and wait to clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _21<sup>st.</sup>_ day of _March_ , 2019 in Lyon Station, Pennsylvania.

_TIMOTHY LUTZ_

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,  )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR,  )
                                         )
                Plaintiff,  )    Case No. 5:18-cv-01194-GEKP
v.  )
                                         )
EAST PENN MANUFACTURING  )
COMPANY,  )
                                         )
                Defendant.  )
                                         )

## DECLARATION OF BRITTNEY MAGROWSKI

1.    My name is Brittney Magrowski.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August 2018.  My current position is COS enveloper series 2 at the A4 Plant.  I have worked in this position since August 2018.

3.    As a COS enveloper series 2, I am responsible for loading the machine by making sure the groups are correct and paper is aligned properly, and if the machine is down, help out other individuals or perform clean-up.

4.    I work the third shift.  I Monday through Friday.  I am paid at least $23/hr. average rate and I receive time and a half pay for all hours worked over forty in a workweek.

5.    As a COS enveloper series 2, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Respirator as needed. I put on my Uniform, Safety Glasses, and Boots in the locker room.  I put on my Ear Plugs while walking

Ex. 1002-335

from the locker room to my work station.  I put on my Gloves and Respirator (when needed) at my work station.

6.    I usually arrive to the A4 Plant at 10:20 a.m.  Once I arrive I clock in, put my lunch bag in the lunch room, walk to the first set of lockers to get my uniform, walk to the other set of lockers to get changed, and then go to the work floor.

7.    It usually takes me 5 minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.    There is a five minute grace period after my shift starts to report to my workstation

9.    I usually stop work at my work station at 6:10 a.m. and perform cleanup.  I am allowed to leave the floor at 6:20 a.m.

10.    Once I leave the floor, I perform the following activities: take off the uniform and put it in the bins, take a shower, change into normal clothes, clock out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _28_ day of _March_, 2019 in Lyon Station, Pennsylvania.

Brittney Magrowski

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,               )
SECRETARY OF LABOR, UNITED         )
STATES DEPARTMENT OF LABOR,        )
                                   )
            Plaintiff,             )     Case No. 5:18-cv-01194-GEKP
                                   )
v.                                 )
                                   )
EAST PENN MANUFACTURING            )
COMPANY,                           )
                                   )
            Defendant.             )
                                   )

**DECLARATION OF VICTORIA MALDONADO**

1.      My name is Victoria Maldonado.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2012.  My current position is Enveloper Series II at the A4 Plant.  I have worked in this position since August of 2014.

3.      As an Enveloper Series II, I am responsible for taking plates off the rack; I break them up and feed the plates into the machine.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19.60 per hour, plus line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As an Enveloper Series II, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs and a Respirator as needed. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my Gloves, Ear Plugs and Respirator as needed at my work station.

**Ex. 1002-336**

6.      I usually arrive to the A4 Plant at 10:15.  Once I arrive I punch in. I grab my uniform, boots and safety glasses. I go to my locker and change. I then walk to the leaders desk in the formation room and pick up my PPE and go to my work station.

7.      It usually takes me five minutes to change into my uniform, boots and safety glasses and walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:10a.m.  I am allowed to leave the floor at 6:20a.m.

9.      Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin, I take my shower and then I towel off. I then return to my locker and put on my street clothes. I then leave the locker room and then punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __28__ day of __March__ , 2019 in Lyon Station, Pennsylvania.


Victoria Maldonado

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
           Plaintiff,           )    Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
           Defendant.           )
                                    )

## DECLARATION OF DOMINIC MALONE

1.     My name is Dominic Malone. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2013. My current position is Compupress at the A3 Plant. I have worked in this position since September of 2014.

3.     As a Compupress, I am responsible for making grids.

4.     I work the first shift. I work Monday through Friday. I am paid 21.25$ /hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Compupress, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; Respirator; Hard Hat, when operating a truck. I put on my Uniform, Steel-Toe Boots, and Safety Glasses in the locker room. I put on my remaining personal protective equipment at my work station.

Ex. 1002-337

6.      I usually arrive to the A3 Plant between 6:40 a.m. and 6:42 a.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform, steel-toe boots, and safety glasses, punch in, and go to the floor, getting my ear plugs on the way to the floor.

7.      It usually takes me five minutes to change into my uniform, boots, and safety glasses and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:45 p.m.  I am allowed to leave the floor at 2:48p.m.

9.      Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, shower, change into my street clothes, clock out, then leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March, 2019 in Lyon Station, Pennsylvania.

DOMINIC MALONE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                        )
SECRETARY OF LABOR, UNITED                  )
STATES DEPARTMENT OF LABOR,                 )
                                            )
                Plaintiff,                  )   Case No. 5:18-cv-01194-GEKP
                                            )
v.                                          )
                                            )
EAST PENN MANUFACTURING                     )
COMPANY,                                    )
                                            )
                Defendant.                  )
                                            )

**DECLARATION OF ANGELA MANCUSO**

1.     My name is Angela Mancuso. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2010. My current position is Assembly Floater at the Industrial Automotive Plant. I have worked in this position since September of 2018. I previously worked as a Post Burner at the A2, A3 and Industrial Plants. I worked in this position: in the A2 Plant from September of 2012 through September of 2016; in the Industrial Plant from June of 2018 through September of 2018; in the A3 Plant ((from October of 2010 through September of 2012) & (from September of 2016 through June of 2018)). I was hired as as a Hy-Rate Operator from October of 2010 through September of 2012.

3.     As an Assembly Floater, I am responsible for the following jobs: offbearer, post burner, heat seal operator, welder operator, leak testor, pin stamper, material handler, preventive

Ex. 1002-338

maintenance, fill in the line when either people are out or if someone must step off the line for any particular reason.

4.     I work the second shift. I work Monday through Friday, unless we are under mandatory overtime in which I work from Sunday through Friday. I am aware that with bonus that I am paid $ 25 per hour. I receive time and a half pay for all hours worked over forty in a workweek.

5.     As an Assembly Floater, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Hard Hat (when I am operating a tow motor or stack truck; burning gloves. I put on my uniform, boots and safety glasses in the locker room. I put on all the remaining PPE: Ear Plugs, Hard Hat (if required), gloves and burning gloves (when required) at my work station.

6.     I usually arrive to the Automotive Industrial Plant at 2:10 pm. Once I arrive I walk to my uniform locker, grab my uniform from my locker, I take said uniform into locker room, go into my locker change into my uniform, put on my boots, safety glasses, pen in pocket, purse goes into locker, take my lunch bag, walk it into the break room to place it on a shelf, walk to the punch clock, scan my card to clock in.

7.     It usually takes me five minutes to change into my uniform, boots, and safety glasses and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     I usually stop work at my work station at 10:15 pm. I am allowed to leave the floor at 10:20 pm.

9.     Once I leave the floor, I perform the following activities: walk to the locker room, go to my locker, unlock the locker, remove boots and uniform, remove shower caddy, grab a

towel, sandals, head to the shower, take shower, dispose of towel, uniform in laundry bins, walk back to locker, change into street clothes, put away shower caddy, get my personal belongings out of my locker, head to the punch clock, punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _2 1_ day of _March_, 2019 in Lyon Station, Pennsylvania.

_____
ANGELA MANCUSO

Ex. 1002-339

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, ) ) ) ) | |
| Plaintiff, ) | Case No. 5:18-cv-01194-GEKP |
| v. ) ) | |
| EAST PENN MANUFACTURING COMPANY, ) ) ) | |
| Defendant. ) ) | |

## DECLARATION OF MATTHEW MANLEY

1.      My name is Matthew Manley and I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March 2017.  My current position is a Heat Seal Operator at the A1 Plant.  I have worked as a Heat Seal Operator since April 2018. I previously worked as a Group Dropper in A1 since March 2017.

3.      As a Heat Seal Operator, I am responsible for making sure batteries are okay internally and placing cover onto battery for heat sealing process.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid approximately $22.50/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As a Heat Seal Operator I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; and Ear Plugs. I put on my uniform, safety shoes, and safety glasses in the locker room. I put on my gloves and ear plugs on the floor.

7.      I usually arrive to the A1 Plant at 2:50PM.  Once I arrive I go the locker room, grab my uniform, change into my uniform, wait in the lunch room, clock in, wait in the lunch room, and then head to my work station.

8.      It usually takes me 3 minutes to change into my uniform and 1 minute to walk to my work station.

9.      I usually stop work at my work station at 10:55pm. I am allowed to leave the floor at 11:05pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, take my uniform off, shower, change into my street clothes, clock out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of April 2019 in Lyon Station, Pennsylvania.

_____

Matthew Manley

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,           )
SECRETARY OF LABOR, UNITED     )
STATES DEPARTMENT OF LABOR,    )
                               )
        Plaintiff,         )   Case No. 5:18-cv-01194-GEKP
                               )
v.                             )
                               )
EAST PENN MANUFACTURING        )
COMPANY,                       )
                               )
        Defendant.         )
                               )

## DECLARATION OF SAMBA MANSARAY

1.      My name is Samba Mansaray.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March of 2019.  My current position is Laundry Utility at the Central Services Plant.  I have worked in this position since March of 2019.

3.      As a Laundry Utility, I am responsible for washing, drying, sorting, folding, and packing clothing.

4.      I work the second shift.  I work Monday through Friday.  I am paid $ 18.65 /hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Laundry Utility, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves.. I put on my uniform, boots, and safety glasses in the locker room.  I put on my gloves at my work station.

Ex. 1002-340

6.      I usually arrive to the Central Services Plant at 2:43 pm.  Once I arrive I go to the lunch room, drop off my lunch bag, go to the punch clock, wait at punch clock, clock in, go to my uniform locker, get my work uniform, go to the locker room, go to my personal locker, change out of my clothes and into my work uniform, go to my workstation.

7.      It usually takes me six minutes to change into my uniform, boots and safety glasses and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:50 pm.  I am allowed to leave the floor at 10:50 pm.

9.      Once I leave the floor, I perform the following activities: go to the locker room, go to my personal locker, take off my work uniform, put dirty work uniform in the dirty bins, go to the shower, take shower, grab a towel, dry off, go back to my personal locker, get changed, go to the time clock, wait in line to punch out, punch out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _5ᵗʰ_ day of _April_, 2019 in Lyon Station, Pennsylvania.

_____
SAMBA MANSARAY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF MICHAEL MANTZ**

1.     My name is Michael Mantz.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June 1995. My current position is a Pasting Technician at the S1 Plant. I have worked in this position since December 2009.

3.     As a Pasting Technician, I am responsible for set lines up, maintenance work, rebuild equipment so lines run smoothly.

4.     I am on first shift.  I work Monday through Friday.  I am paid $23 /hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Pasting Technician, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; occasionally a Face shield; and occasionally a hard hat.  I put on my uniform and safety shoes in the locker room.  I put on my

Ex. 1002-341

safety glasses while walking from the locker room to my work station. I put on my earplugs and gloves at my work station.

6. I usually arrive to the S1 Plant at 6:01am. Once I arrive I punch in, grab my uniform out of my locker, change, go into the lunchroom then I go onto the floor.

7. It usually takes me 6 minutes to change into my uniform and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8. I usually stop work at my work station at 2:05pm. I am allowed to leave the floor at 2:05pm.

9. Once I leave the floor, I perform the following activities: wait until the locker room has cleared out, remove my uniform and shower, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10. I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11. I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March 2019 in Lyon Station, Pennsylvania.

Michael Mantz

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, | ) |
| SECRETARY OF LABOR, UNITED | ) |
| STATES DEPARTMENT OF LABOR, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| | ) |
| v. | ) |
| | ) |
| EAST PENN MANUFACTURING | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF RYAN MARKS**

1.      My name is Ryan Marks. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November of 2009. My current position is leader in raw fill at the A4 Plant. I have worked in a supervisory role in raw fill from January 2011. I was in the A3 Plant from May 2015 to December 2015, and then I returned to supervision of raw fill in A4 Plant.

3.      As a leader in raw fill, I am responsible for paperwork, setting up the lines, tasking employees for the day, making sure equipment is running properly and fixing break downs in equipment.

4.      I work the first shift. I work Monday through Friday. Usually, I voluntarily work overtime on Saturdays and Sundays. I am paid approximately $25 an hour . I receive time and a half pay for all hours worked over forty in a workweek.

**Ex. 1002-342**

5.    As a leader in raw fill, I wear the following personal protective equipment: uniform, safety glasses, steel-toe boots, and gloves if needed. I put on my uniform and boots and safety glasses in the locker room. At my work station, I put on my gloves if needed.

6.    I usually arrive to the A4 Plant at about 5:40 a.m. Once I arrive I go clock in right away. Then, I go put my lunch box in lunch room, and then grab clothing from hallway locker; and then go to the locker room to change into my uniform and PPE.

7.    It usually takes me seven to eight minutes to change into my uniform and boots and safety glasses and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.    There is a five minute grace period after my shift starts to report to my workstation.

9.    I usually stop work at 2:30 to 2:35 p.m. I leave the floor at 2:35 p.m. to turn in the paperwork. After turning in the paperwork, I leave the office at 2:40 p.m.

10.    Once I leave the office, I perform the following activities: I go to the locker room and take my uniform and boots off and then take a shower. Then, I put on my street clothes and immediately clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___19___ day of ___March___, 2019 in Lyon Station, Pennsylvania.

Ryan Marks

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR, | )<br>)<br>)<br>) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | )<br>) | |
| EAST PENN MANUFACTURING<br>COMPANY, | )<br>)<br>) | |
| Defendant. | )<br>) | |

## DECLARATION OF DIOGRIS MARTINEZ

1.  My name is Diogris Martinez. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.  I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March of 2011. My current position is Finisher at the A3 Plant. I have worked in this position since August of 2018. I previously worked as a Floater at the IM2 Plant. I worked in this position from March of 2011 through August of 2018.

3.  As a Finisher, I am responsible for putting labels on batteries, making sure the batteries are free of defects, and putting batteries on pallets.

4.  I work the first shift. I work Monday through Friday. I am paid $19.10 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.  As a Finisher, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my Gloves and Ear Plugs at my work station.

**Ex. 1002-343**

6. I usually arrive to the A3 Plant between 6:40 a.m. and 6:45 a.m. Once I arrive I punch in, go to my personal locker, change into my uniform, which I keep in my personal locker, and steel-toe boots, and go to my work station.

7. It usually takes me five minutes to change into my uniform and boots. I can put on my other PPE at my workstation at the start of my worktime.

8. There is a five minute grace period after my shift starts to report to my workstation. I occasionally use this grace period to report to my workstation.

9. I usually stop work at my work station at 2:30 p.m. I am allowed to leave the floor at 2:35 p.m.

10. Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform, place my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11. I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12. I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April, 2019 in Lyon Station, Pennsylvania.

DIOGRIS MARTINEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,            )
SECRETARY OF LABOR, UNITED      )
STATES DEPARTMENT OF LABOR,     )
                                )
                    Plaintiff,  )      Case No. 5:18-cv-01194-GEKP
v.                              )
                                )
EAST PENN MANUFACTURING         )
COMPANY,                        )
                                )
                    Defendant.  )
                                )

**DECLARATION OF ELVIS MARTINEZ**

1.      My name is Elvis Martinez and I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November 2005.  My current position is Material Handler at the A1 Plant.  I have worked as a Material Handler since November 2005.

3.      As a Material Handler, I am responsible for maintaining the production lines with materials and supplies and making sure batteries that are being shipped to other buildings are good quality.

4.      I work the second shift.  I work Monday through Friday.

5.      I am paid $19.35/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As a Material Handler I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; and Gloves as necessary; and Hard Hat as necessary.

**Ex. 1002-344**

I put on my uniform, safety shoes, and safety glasses in the locker room. I put on my gloves and hard hat at the work station.

7.      I usually arrive to the A1 Plant at 2:50PM.  Once I arrive I go into the locker room, grab my uniform, change into my uniform, and then wait in the lunch room. I then clock in and sit and wait in the lunch room and finally go to my work station.

8.      It usually takes me 3 minutes to change into my uniform and 1 minute to walk to my work station.

9.      I usually stop work at my work station at 11:00PM. I am allowed to leave the floor at 11:05PM.

10.     Once I leave the floor, I perform the following activities: go to the locker room, take my uniform off, shower, change into my street clothes, and clock out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April 2019 in Lyon Station, Pennsylvania.

Elvis Martinez

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
        Plaintiff,      )   Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
        Defendant.      )
                                        )

## DECLARATION OF JEFFREY MARTINEZ

1.     My name is Jeffrey Martinez.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November 2007.  My current position is finish specification leader at the A4 Plant.  I have worked in this position since May 2017.  I previously worked as a raw fill at the A4 Plant.  I worked in this position from 2012 through May 2017.

3.     As a finish specification leader, I am responsible for the movement of labels at East Penn.

4.     I work the first shift.  I work Monday through Saturday.  I am paid $24.95/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a finish specification leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves (as needed); Hard Hat (as

Ex. 1002-345

needed). I put on my Uniform, Boots, and Safety Glasses in the locker room. I put on my Gloves (as needed) and Hard Hat (as needed) on the work floor.

6.      I usually arrive to the A4 Plant at 5:50 a.m. Once I arrive I clock in, get my uniform, go to the locker room and change into my uniform, then go to the work floor.

7.      It usually takes me 4 minutes to change into my uniform and 2 minutes to walk to the office area of A4. I can put on my other PPE at my workstation as needed.

8.      I usually stop work and leave the floor at 2:50 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, take off my uniform, shower, put on my personal clothing, clock out, and leave. The time provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __11__ day of __April__, 2019 in Lyon Station, Pennsylvania.

_____
Jeffrey Martinez

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
         Plaintiff,            )     Case No. 5:18-cv-01194-GEKP
                                        )
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
         Defendant.            )
                                        )

## DECLARATION OF MARVIN MARTINEZ

1.     My name is Marvin Martinez.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April of 2013.  My current position is Con Cast Operator at the A3 Plant.  I have worked in this position since October of 2017.  I previously worked as a Compupress Operator at the A3 Plant.  I worked in this position from October of 2016 through October of 2017. I previously worked as a Grid Cast Operator in the A3 Plant.  I worked in this position from April of 2013 through October of 2016.

3.     As a Con Cast Operator, I am responsible for manufacturing negative battery plates.

4.     I work the first shift.  I work Monday through Friday.  I am paid approximately $19.00 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-346

5.      As a Con Cast Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; Respirator; and Hard Hat, when operating a fork lift. I put on my Uniform, Steel-Toe Boots, and Safety Glasses in the locker room. I put on my remaining personal protective equipment at my work station.

6.      I usually arrive to the A3 Plant at 6:20 a.m. Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, walk to the cafeteria and relax and eat a snack, punch in, and report to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:31 p.m. I am allowed to leave the floor at 2:33 p.m.

9.      Once I leave the floor, I perform the following activities: I punch out, walk to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, change into my street clothes, and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of March, 2019 in Lyon Station, Pennsylvania.

MARVIN MARTINEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,         )
SECRETARY OF LABOR, UNITED   )
STATES DEPARTMENT OF LABOR,  )
                            )
         Plaintiff,      )    Case No. 5:18-cv-01194-GEKP
v.                       )
                            )
EAST PENN MANUFACTURING    )
COMPANY,                )
                            )
         Defendant.    )
                            )

**DECLARATION OF PEDRO MARTINEZ**

1.     My name is Pedro Martinez.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2000.  My current position is Material Handler at the A3 Plant.  I have worked in this position since December of 2016.  I previously worked as a Floater at the A3 Plant.  I worked in this position from September of 2016 through December of 2016.  I previously worked as a Paste Mixer at the A3 Plant.  I worked in this position from March of 2009 through September of 2016.

3.     As a Material Handler, I am responsible for moving material to the trailer.

4.     I work the first shift.  I work Monday through Friday.  I am paid $19.00 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Material Handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves, depending on the task; Ear Plugs; and Hard

**Ex. 1002-347**

Hat, depending on the task.  I put on my Uniform, Steel-Toe Boots, and Safety Glasses in the locker room.  I put on my remaining personal protective equipment at my work station.

6.      I usually arrive to the A3 Plant between 6:30 a.m. and 6:35 a.m.  Once I arrive I punch in, go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:30 p.m.  I am allowed to leave the floor at 2:35 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April, 2019 in Lyon Station, Pennsylvania.

_____
PEDRO MARTINEZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, | ) |
| SECRETARY OF LABOR, UNITED | ) |
| STATES DEPARTMENT OF LABOR, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:18-cv-01194-GEKP |
| | ) |
| v. | ) |
| | ) |
| EAST PENN MANUFACTURING | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF BALTAZAR MARTINEZ-ALAMANZA**

1.      My name is Baltazar Martinez-Alamanza. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 2014. My current position is Pasting Take-Off Operator at the A4 Plant. I have worked in this position since November 2016. I previously worked at Kutztown Wire as a drawing and bunching operator from July 2014 until November 2016.

3.      As a Pasting Take-Off Operator, I am responsible for monitoring the robots to make sure the plates are good quality. I check plates for thickness, moisture content, and assisting the Pasting Machine Operator at the front of the line.

4.      I work the third shift. I work Monday through Friday. I am paid $19.95 per hour plus line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-348

5.      As a Pasting Take-Off Operator, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs and a Respirator as needed. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my Gloves, Ear Plugs and Respirator as needed at my work station.

6.      I usually arrive to the A4 Plant at 9:30p.m. Once I arrive I go put my lunchbox on the shelf. I then go my uniform locker and remove my uniform and gear and go to my personal locker to get dressed. Then I go and punch in. I then go to the floor to my workstation to start the day.

7.      It usually takes me about five minutes to change into my uniform and boots and glasses and to walk to my work station. I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift start to report to my work station.

9.      I usually stop work at my work station at 5:45a.m. I am allowed to leave the floor at 5:50a.m.

10.     Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin, I take my shower and then I towel dry. I then return to my locker and put my street clothes on. I then leave the locker room and then punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11. I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12. I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and suffer no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _27_ day of _March_____, 2019 in Lyon Station, Pennsylvania.

Baltazar Martinez-Alamanza

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,  )
SECRETARY OF LABOR, UNITED  )
STATES DEPARTMENT OF LABOR,  )
                              )
            Plaintiff,  )  Case No. 5:18-cv-01194-GEKP
v.  )
                              )
EAST PENN MANUFACTURING  )
COMPANY,  )
                              )
           Defendant.  )
                              )

## DECLARATION OF DWAYNE MATHIAS

1.    My name is Dwayne Mathias. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April of 1988. My current position is Oxide Operator at the Oxide 1 Plant. I have worked in this position since July of 2005.

3.    As an Oxide Operator, I am responsible for putting lead in pots, melting the lead, and turning it into power.

4.    I work the first shift. I work Monday through Friday. I am paid $19.10 and I receive time and a half pay for all hours worked over forty in a workweek.

5.    As an Oxide Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield; Respirator, depending on the task; and Hard Hat, when operating a fork truck. I put on my Uniform, Safety

Ex. 1002-349

Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment at my work station.

6.      I usually arrive to the OX1 Plant at 7:45 a.m.  Once I arrive I punch in, put my lunch box in the lunch room, go to the uniform locker, get my uniform, go to my clean-side locker and change into my uniform, go the dirty-side locker and put on my steel-toe boots, and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 3:50 p.m.  I am allowed to leave the floor at 3:55 p.m.

9.      Once I leave the floor, I perform the following activities: I punch out, go to the dirty-side locker and remove my uniform and steel-toe boots, put my boots in the locker and my uniform in the laundry bin, shower, go to the clean-side locker, dress in my street clothes, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April, 2019 in Lyon Station, Pennsylvania.

_____
DWAYNE MATHIAS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                 )
SECRETARY OF LABOR, UNITED           )
STATES DEPARTMENT OF LABOR,          )
                                     )
              Plaintiff,             )    Case No. 5:18-cv-01194-GEKP
                                     )
v.                                   )
                                     )
EAST PENN MANUFACTURING              )
COMPANY,                             )
                                     )
              Defendant.             )
                                     )

## DECLARATION OF DARYL MAURER SR.

1.     My name is Darryl Maurer Sr. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 1989. My current position is Connector Burner at the Industrial Automotive Plant. I have worked in this position since September of 2016. I previously worked as an Over the Road Truck Driver at the Topton Plant. I worked in this position from December of 1993.

3.     As a Connector Burner, I am responsible for connecting lead straps to the positive and negative posts of batteries.

4.     I work the first shift. I work Monday through Friday. I am paid approximately $18.50/hr. plus variable production bonus and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-350

5.     As a Connector Burner, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Hard Hat (as required). I put on my Uniform, Steel-Toe Boots and Safety Glasses in the locker room. I put on my Ear Plugs while walking from the locker room to my work station. I put on my Gloves and Hard Hat (as required) at my work station.

6.     I usually arrive to the Industrial Automotive Plant at 5:45 am. Once I arrive, I put lunch away, get uniform, put on uniform and wait to clock in.

7.     It usually takes me 8-10 minutes to change into my uniform and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation.

9.     I usually stop work at my work station at 2:00 pm. I am allowed to leave the floor at 2:05 pm.

10.     Once I leave the floor, I perform the following activities: undress, shower put on my street clothes and wait to clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___19th___ day of ___MARCH___, 2019 in Lyon Station, Pennsylvania.

**DARYL MAURER SR.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
                    Plaintiff,          )    Case No. 5:18-cv-01194-GEKP
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
                    Defendant.          )
                                        )

**DECLARATION OF STEPHEN MAYO**

1.      My name is Stephen Mayo.  I have personal knowledge of the facts set forth in
this declaration, and I could and would testify competently to them under oath if called as a
witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have
worked at the Company since February 2018.  My current position is material handler at the S1
Plant.  I have worked in this position since March 2019.  I previously worked as a floater at the
S1 Plant.  I worked in this position from February 2018 through March 2019.

3.      As a material handler, I am responsible for loading the line with batteries and
taking the batteries to be shipped.

4.      I work the third shift.  I work Monday through Friday.  I am paid $19/hr. plus
bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a material handler, I wear the following personal protective equipment:
Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Hard Hat (as needed). I put on

Ex. 1002-351

my Uniform, Safety Glasses, and Boots in the locker room. I put on my Ear Plugs (as needed) and my Hard Hat (as needed) at my work station.

6.      I usually arrive to the S1 Plant at 10:20 p.m. Once I arrive I go to my locker for my uniform, then clock in, go to the locker room and change, take my lunch bag to the lunch room, and head upstairs to the work floor.

7.      It usually takes me 4 minutes to change into my uniform and boots and 2 minutes to walk to my workstation. I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:15 a.m. and perform clean-up. I am allowed to leave the floor at 6:20 a.m.

9.      Once I leave the floor, I perform the following activities: go to my locker, change, take a shower, change into my personal clothing, get my lunch bag, clock out, and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _April_ day of ___4___, 2019 in Lyon Station, Pennsylvania.

Stephen Mayo

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF BRITTANY MCANDREW

1.     My name is Brittany McAndrew.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since May 2018.  My current position is enveloper series 2 at the A4 Plant.  I have worked in this position since May 2018.

3.     As an enveloper series 2, I am responsible for loading plates into feeders to create groups.

4.     I work the third shift.  I work Sunday evening through Friday morning.  I am paid $21.76/hr. average and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As an enveloper series 2, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Respirator. I put on my

Ex. 1002-352

Uniform, Safety Glasses, and Boots in the locker room.  I put on my Gloves, Ear Plugs, and Respirator at my work station.

6.     I usually arrive to the A4 Plant at 10:16 a.m.  Once I arrive I clock in, go to the locker room, get my uniform, put my belongings away, change, and go to the work floor.

7.     It usually takes me 6 minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while at my workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation

9.     I usually stop work at my work station at 6:10 a.m. and perform clean-up.  I am allowed to leave the floor at 6:20 a.m.

10.    Once I leave the floor, I perform the following activities: walk to the locker room, wash my hands, undress, shower, change back into my regular clothing, then clock out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___28___ day of __March__, 2019 in Lyon Station, Pennsylvania.

_____
Brittany McAndrew

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,          )
SECRETARY OF LABOR, UNITED    )
STATES DEPARTMENT OF LABOR,   )
                              )
              Plaintiff,      )      Case No. 5:18-cv-01194-GEKP
v.                            )
                              )
EAST PENN MANUFACTURING       )
COMPANY,                      )
                              )
              Defendant.      )
                              )

**DECLARATION OF JAMES MCCOY**

1.      My name is James McCoy.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February of 2019.  My current position is Plate Prep Operator at the S1 Plant.  I have worked in this position since February of 2019.

3.      As a Plate Prep Operator, I am responsible for loading plates into a machine. Before I put the plates into the machine I check the plates for quality. When the plates come out the other side of the machine, I brush them off. I then check the plates for quality. I then stack them onto a skid to be taken away by the material handler.

4.      I work the third shift.  I work Monday through Friday.  I am paid $18.75 and I receive time and a half pay for all hours worked over forty hours in a workweek.

5.      As a Plate Prep Operator, I wear the following personal protective equipment: a Uniform Steel-Toe Boots, Safety Glasses, Gloves, Ear Plugs and a Respirator as needed. I put on

Ex. 1002-353

my Uniform and Steel-Toe Boots in the locker room.  I put on my Safety Glasses, Gloves, Ear Plugs and a Respirator as needed at my work station.

6.      I usually arrive to the S1 Plant at 10:20p.m.  Once I arrive I punch in I go to the uniform locker and pick up my uniform. I then go to my locker in the locker room and put on my Uniform, Steel-Toe Boots. Once dressed, and go to the Plate Prep Floor.

7.      It usually takes me five minutes to change into my uniform and walk to Plate Prep Floor. I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 6:20a.m.  I am allowed to leave the floor at 6:35a.m.

9.      Once I leave the floor, I perform the following activities: I go the locker room, remove my uniform and boots; then I put my boots away. I then take my used uniform and put it in the laundry bin. Then I take my shower and then I towel off. I then return to my locker and put on my street clothes. I then leave the locker room and then I punch out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___5___ day of ___April___, 2019 in Lyon Station, Pennsylvania.

_James McCoy_
James McCoy

Ex. 1002-354

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
                 Plaintiff,         )      Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
                 Defendant.         )
                                    )

### DECLARATION OF STEVEN MECKEL

1.      My name is Steven Meckel and I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 1991.  My current position is Material Handler at the A1 Plant.  I have worked as a Material Handler since January of 2019.  I previously worked as a COS Enveloper in the A1 plant from August of 1991 through January of 2019.

3.      As a Material Handler, I am responsible for maintaining the production lines with materials and supplies and making sure batteries that are being shipped to other buildings are good quality.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid $22.50/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.      As a Material Handler I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; Ear Plugs; Respirator and Hard Hat as

necessary. I put on my uniform and safety shoes in the locker room. I put my safety glasses, ear plugs and respirator on as I walk onto the floor.  I put on my gloves and hard hat as needed at the work station.

7.      I usually arrive to the A1 Plant at 6:15am.  Once I arrive I punch in, go into the locker room, grab my uniform, change into my uniform then go to my work station.

8.      It usually takes me 8 minutes to change into my uniform and 1 minute to walk to my work station.

9.      I usually stop work at my work station at 2:20pm. I am allowed to leave the floor at 2:20pm.

10.      Once I leave the floor, I perform the following activities: I go have a cigarette, then go to the locker room, take my uniform off, shower, change into my street clothes, and clock out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of April 2019 in Lyon Station, Pennsylvania.

Steven Meckel

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF ALLEN MECKES

1.      My name is Allen Meckes.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2015.  My current position is Grid Casting Operator at the A3 Plant.  I have worked in this position since December of 2016.  I previously worked as a Material Handler at the A3 Plant.  I worked in this position from October of 2015 through December of 2016.

3.      As a Grid Casting Operator, I am responsible for corking the molds and putting grids on racks.

4.      I work the second shift.  I work Monday through Friday.  I am paid $20.45 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Grid Casting Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield, depending on the

**Ex. 1002-355**

task; and Respirator, depending on the task.  I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment at my work station.

6.      I usually arrive to the A3 Plant at 2:10 p.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, go to the lunch room and wait until it is time to punch in.  I then punch in and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 10:35 p.m. and I am allowed to leave the floor at that time.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of April, 2019 in Lyon Station, Pennsylvania.

ALLEN MECKES

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA,<br>SECRETARY OF LABOR, UNITED<br>STATES DEPARTMENT OF LABOR, | )<br>)<br>)<br>) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | )<br>) | |
| EAST PENN MANUFACTURING<br>COMPANY, | )<br>)<br>) | |
| Defendant. | )<br>) | |

**DECLARATION OF CHRISTOPER MEDERO**

1.　　My name is Christopher Medero.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.　　I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 2011.  My current position is finish line material handler at the A4 Plant.  I have worked in this position since February of 2018.  I previously worked as a finisher at the A4 Plant.  I worked in this position from August of 2016 through February of 2018.  Further, I previously worked as a floater finisher at the A4 Plant.  I worked in this position from February of 2015 through August of 2016.  Yet further, I previously worked as a finish line acid leveler capper at the A4 Plant.  I worked in this position from August of 2012 through February of 2015.

3.　　As a finish line material handler, I am responsible for supplying the batteries and supplies (e.g. caps) for the lines of the department and for taking the empty racks to raw fill.

Ex. 1002-356

4.      I work the weekend shift.  I work Thursday through Sunday.  I work voluntary overtime when available.  I am paid $19.20/hr. and department bonuses, and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a finish line material handler, I wear the following personal protective equipment: Uniform; Safety Glasses; Rubber Steel-Toe Boots; Latex Gloves; Ear Plugs; Face Shield as required; and Hard Hat as required.  I put on my Uniform; Safety Glasses; and Rubber Steel-Toe Boots in the locker room.  I put on my Ear Plugs while walking from the locker room to my work station.  I put on my Latex Gloves; Ear Plugs; Face Shield; and Hard Hat at my work station.

6.      I usually arrive to the A4 Plant at 1:50 PM.  Once I arrive I go to the lunch room to put away my lunch bag, go to my uniform locker to get my uniform, go to my personal locker, change from my street clothes to my uniform and rubber steel-toe boots, put on my safety glasses, go outside to smoking area to wait to clock in, and then clock in.

7.      It usually takes me four (4) minutes to change into my uniform and rubber steel-toe boots, and put on my safety glasses.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 12:00 AM.  I am allowed to leave the floor at 12:05 AM.

9.      Once I leave the floor, I perform the following activities: go to my personal locker, take off my uniform and rubber steel-tow boots, put my uniform in the laundry bin, get a towel, take a shower, change into my street clothes, put towel in laundry bin, and clock out.  The ten (10) minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of March, 2019 in Lyon Station, Pennsylvania.

_____
Christopher Medero

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                      )
SECRETARY OF LABOR, UNITED                )
STATES DEPARTMENT OF LABOR,               )
                                          )
      Plaintiff,                        )          Case No. 5:18-cv-01194-GEKP
                                          )
v.                                        )
                                          )
EAST PENN MANUFACTURING                   )
COMPANY,                                  )
                                          )
      Defendant.                        )
                                          )

## DECLARATION OF JAMES MELANDER

1.      My name is James Melander. I have personal knowledge of the facts set forth in

this declaration, and I could and would testify competently to them under oath if called as a

witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have

worked at the Company twice since May of 1998. My current position is Machine Operator at

the Injection Molding 2 (IM2) Plant. I have worked in this position since March of 2011.

3.      As a Machine Operator, I am responsible for operating an Auto Frit Welder,

Manual Frit Welder and Manual Heat Sealer and I am also a backup Material Handler.

4.      I work the first shift. I work Monday through Friday with occasional weekends.

I am paid $18.40/hr. plus incentives, and I receive time and a half pay for all hours worked over

forty in a workweek.

5.      As a Machine Operator, I wear the following personal protective equipment:

Safety Glasses; Steel-Toe Shoes; Gloves; Ear Plugs and Hard Hat when needed. I arrive at the

plant wearing my Steel-Toe Shoes. I put on my Safety Glasses in the locker room. I put on my

**Ex. 1002-357**

Ear Plugs when I enter the floor. I put on my Gloves at my work station. I do not wear a uniform.

6.     I usually arrive to the IM2 Plant at 6:15 AM. Once I arrive, I go to the break room and have a cup of coffee, clock in at approximately 6:50 AM, go to the locker room, put on my safety glasses, obtain my tool box and then go downstairs to the floor.

7.     It usually takes me 5 minutes to put on my safety glasses and obtain my tool box and walk to my work station. I can put on my other PPE while walking to my work station or at my work station at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my work station. I occasionally use this grace period to report to my work station.

9.     I usually stop work at my work station at 2:45 PM. I am allowed to leave the floor at 2:55 PM.

10.     Once I leave the floor, I perform the following activities: I go to the locker room to change my glasses, put my tool box in my locker, obtain my personal items and then wait to clock out. I am not required to shower.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20th_ day of _March_ , 2019 in Lyon Station, Pennsylvania.

_____
James Melander

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,       )
SECRETARY OF LABOR, UNITED   )
STATES DEPARTMENT OF LABOR,  )
                          )
         Plaintiff,     )   Case No. 5:18-cv-01194-GEKP
v.                      )
                          )
EAST PENN MANUFACTURING    )
COMPANY,                )
                          )
        Defendant.    )
                          )

**DECLARATION OF JOSE MELENDEZ**

1.     My name is Jose Melendez. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March 2001. My current position is a Grid Casting Operator at the A1 Plant. I have worked as a Grid Casting Operator since April 2007.

3.     As a Grid Casting Operator, I am responsible for creating grids, performing inspections on product and machine, drossing the lead pots, and cleaning and vacuuming area around machines.

4.     I work the first shift. I work Monday through Friday.

5.     I am paid $24.00/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.     As a Grid Casting Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Metatarsal Shoes; Gloves; Ear Plugs; Face Shield as needed,

**Ex. 1002-358**

Green Welding Jacket as needed; and Respirator as needed.  I put on my uniform and safety shoes on in the locker room. I put my safety glasses on as I walk onto the floor. I put on my gloves, ear plugs, face shield, green welding jacket, and respirator at my workstation.

7.      I usually arrive to the A1 Plant at 6:20am.  Once I arrive I sit in the lunch room, have a cup of coffee, I then clock in, walk into the locker room, grab my uniform, change into my uniform, and head to my work station.

8.      It usually takes me 3 minutes to change into my uniform and 3 minutes to walk to my work station.

9.      I usually stop work at my work station at 2:25pm. I am allowed to leave the floor at 2:35pm.

10.      Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform, place uniform into bin, grab my towel and soap from my locker, shower, change into my street clothes, punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April 2019 in Lyon Station, Pennsylvania.

Jose Melendez

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                    )
SECRETARY OF LABOR, UNITED              )
STATES DEPARTMENT OF LABOR,             )
                                        )
            Plaintiff,        )     Case No. 5:18-cv-01194-GEKP
v.                                      )
                                        )
EAST PENN MANUFACTURING                 )
COMPANY,                                )
                                        )
            Defendant.        )
                                        )

### DECLARATION OF MARK MELETA

    1.    My name is Mark Meleta.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

    2.    I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March 2018.  My current position is COS enveloper series 2 at the A4 Plant.  I have worked in this position since November 2018.  I previously worked as a COS enveloper series 2 at the A2 Plant.  I worked in this position from March 2018 through November 2018.

    3.    As a COS enveloper series 2, I am responsible for loading the plates into the machine and checking the groups to prevent defective groups from being placed into batteries.

    4.    I work the third shift.  I work Sunday evening through Friday morning.  I am paid $21.37/hr. average and I receive time and a half pay for all hours worked over forty in a workweek.

    5.    As a COS enveloper series 2, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Respirator as needed. I put on

**Ex. 1002-359**

my Uniform, Safety Glasses, and Boots in the locker room.  I put on my Gloves; Ear Plugs; and Respirator (as needed) at my work station.

6.      I usually arrive to the A4 Plant at 10:05 a.m.  Once I arrive I go to my clothing locker to get my uniform, go to my personal locker and get dressed, sometimes I stand waiting at the time clock, then clock in when appropriate and go to the work floor.

7.      It usually takes me 6 minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 6:10 a.m. and perform clean-up.  I am allowed to leave the floor at 6:20 a.m.

10.      Once I leave the floor, I perform the following activities: go to the locker room, put my shirt in the dirty shirt bin, go to my locker and get undressed, shower, get dressed in my clothing, walk my towel to the dirty towel bin, clock out and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _28_ day of _MARCH_, 2019 in Lyon Station, Pennsylvania.

_____
Mark Meleta

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF FLORACIO MENDEZ

1.      My name is Floracio Mendez.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2015.  My current position is COS Enveloper in the A-3 Plant.  I have held this position since the inception of my employment.   As a COS Enveloper in the A-3 Plant, I am responsible for putting lead plates on the enveloping machine so they can be counted, wrapped (enveloped), stacked and put into the battery cases.

3.      I work the third shift.  I work Monday through Friday.  I am paid approximately $19.90/hr., inclusive of shift differential but exclusive of incentive compensation. I receive time and a half pay for all hours worked over forty in a workweek.

4.      As a COS Enveloper, I wear the following personal protective equipment: Uniform; Safety Glasses; Gloves (various types); Respirator; Ear Plugs and Steel-Toe Boots. I

Ex. 1002-360

put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room.  The other elements of my PPE I put on, as necessary, at my work station.

5.      I usually arrive to the A-3 Plant at 10:05 PM. I gather my uniform and my boots and change my clothes. Then, I clock in and walk directly to my work station on the plant floor.

6.      It usually takes me about 5 minutes to change into my uniform, safety glasses and boots. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

7.      I usually stop work at my work station at 5:45 AM, at which time I spend 15 or so minutes cleaning my work area.  Then, I leave the floor at exactly 6:03 AM.

8.      Once I leave the floor, I perform the following activities: walk to the locker room, remove my uniform, shower, dress in my street clothes, and then clock out.  The 12 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

9.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

10.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ⁴ day of April, 2019 in Lyon Station, Pennsylvania.

**FLORACIO MENDEZ**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,           )
SECRETARY OF LABOR, UNITED     )
STATES DEPARTMENT OF LABOR,    )
                               )
              Plaintiff,        )      Case No. 5:18-cv-01194-GEKP
                               )
v.                             )
                               )
EAST PENN MANUFACTURING        )
COMPANY,                       )
                               )
              Defendant.        )
                               )

**DECLARATION OF RICHARD MENGEL, JR.**

1.     My name is Richard Mengel, Jr.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 1988.  My current position is Leader at the A3 Plant.  I have worked in this position since March of 2001.

3.     As a Leader, I am responsible for scheduling people and products, supervising employees, and keeping production moving.

4.     I work the first shift.  I work Monday through Friday.  I am paid approximately $25.00 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves, depending on the task; Ear Plugs; Face Shield, depending on the task; and Hard Hat, when operating a stack truck.  I put on my Uniform, Safety Glasses, and

Ex. 1002-361

Steel-Toe Boots in the locker room.  I put on remaining personal protective equipment at my work station.

6.      I usually arrive to the A3 Plant at 5:30 a.m.  Once I arrive I punch in, get my key, go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, and to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 1:50 p.m. and I am allowed to leave the floor at that time.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my steel-toe boots, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April, 2019 in Lyon Station, Pennsylvania.

RICHARD MENGEL, JR.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
            Plaintiff,              )     Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
            Defendant.              )
                                    )

## DECLARATION OF TODD MENGEL

1.      My name is Todd Mengel.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June 2001.  My current position is assembly floater at the A4 Plant.  I have worked in this position since 2011.

3.      As a assembly floater, I am responsible for set up the machines, make sure if there are changeovers we keep the lines running.

4.      I work the third shift.  I work Monday through Friday.  I am paid between $19/hr. and $20/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a assembly floater, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; Ear Plugs; Respirator as needed. I put on my Uniform, Steel-Toe Shoes, and Safety Glasses in the locker room.  I put on my Ear Plugs, Gloves, and Respirator as needed at my work station.

Ex. 1002-362

6.      I usually arrive to the A4 Plant at 10:00 p.m.  Once I arrive I put my uniform on, punch in, and go out onto the floor.

7.      It usually takes me 3 minutes to change into my uniform and boots about 3 minutes and walk to my workstation.  I can put on my other PPE while at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 6:15 a.m. and perform clean-up.  I am allowed to leave the floor at 6:20 a.m.

10.     Once I leave the floor, I perform the following activities: get undressed, grab a towel, throw my uniform in the bin, grab a shower, change, clock out.  Sometimes I have to wait a minute or two to clock out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _27_ day of _MARCH_, 2019 in Lyon Station, Pennsylvania.

_Todd J. Mengel_
Todd Mengel

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, ) | |
| SECRETARY OF LABOR, UNITED ) | |
| STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:18-cv-01194-GEKP |
| ) | |
| v. ) | |
| ) | |
| EAST PENN MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF MATTHEW MERKEL**

1.      My name is Matthew Merkel. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 2010. My current position is in Maintenance Mechanic at the A1 Plant. I have worked in this position since February of 2016.

3.      As a Maintenance Mechanic, I am responsible for the daily maintenance of the production facility at the A1 plant.

4.      I work the third shift. I work Monday through Friday. I am paid 26.85 hourly and I receive time and a half pay for all hours worked over forty hours in a workweek. I am paid from when I punch in to when I punch out.

5.      As a Maintenance Mechanic, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs, Face Shield as needed, Respirator as needed and Hard Hat as needed. I put on my Uniform, Safety Glasses, and Steel-

**Ex. 1002-363**

Toe Boots in the locker room. I put on my Gloves, Ear Plugs, Face Shield as needed, Respirator as needed and Hard Hat as needed at my work station.

6.     I usually arrive to the A1 Plant at 10:00p.m. Once I arrive I punch in, then I get my uniform, put my uniform on. I then go to the mechanic's shop.

7.     It usually takes me five minutes to change into my uniform, boots and safety glasses and walk to the Mechanic's shop. I can put on my other PPE at the Mechanic's shop when I need it for a job.

8.     As a Maintenance Mechanic when I am finished with my day, because I have no set end time, I return to the locker room.

9.     Once I leave the floor, I perform the following activities: I go to the locker room. I remove my boots and put them in my locker. I take off my used uniform and put it in the laundry bin. I then shower and towel off. I return to my locker and put on my street clothes, punch out and leave. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __11__ day of __April__ , 2019 in Lyon Station, Pennsylvania.

_Matthew Merkel_

Matthew Merkel

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,        )
SECRETARY OF LABOR, UNITED    )
STATES DEPARTMENT OF LABOR,  )
                          )
        Plaintiff,     )   Case No. 5:18-cv-01194-GEKP
v.                       )
                          )
EAST PENN MANUFACTURING    )
COMPANY,                 )
                          )
        Defendant.    )
                          )

## DECLARATION OF CODY MERTZ

1.     My name is Cody Mertz. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since July of 2017. My current position is COS Takeoff at the A3 Plant. I have worked in this position since July of 2017.

3.     As a COS Takeoff, I am responsible for checking batteries as they come off the machine and making sure they are within specifications, emptying cases, and loading batteries onto racks.

4.     I work the second shift. I work Monday through Friday. I am paid $19.55 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a COS Takeoff, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Ear Plugs. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room. I put on my Gloves and Ear Plugs at my work station.

**Ex. 1002-364**

6.      I usually arrive to the A3 Plant at 1:30 p.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, go to the lunch room and wait until it is time to punch in.  I then punch in and go to my work station.

7.      It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 9:50 p.m.  I am allowed to leave the floor at 10:03 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of March, 2019 in Lyon Station, Pennsylvania.

CODY MERTZ

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                      )
SECRETARY OF LABOR, UNITED                )
STATES DEPARTMENT OF LABOR,               )
                                          )
        Plaintiff,                      )        Case No. 5:18-cv-01194-GEKP
                                          )
v.                                        )
                                          )
EAST PENN MANUFACTURING                   )
COMPANY,                                  )
                                          )
        Defendant.                      )
                                          )

**DECLARATION OF JOE MEST**

1.  My name is Joe Mest. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.  I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since April of 1980. My current position is hi-rater at the finish line at the A2 Plant. I have worked in this position since 2016. I previously worked in gel activation at the S1 Plant. I worked in this position from 2001 through 2016.

3.  As a hi-rater, I am responsible for removing bad batteries after they are machine-checked as they move down the line.

4.  I work the first shift. I work Monday through Friday. I am paid $19.10/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.  As a hi-rater, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; and Ear Plugs. I put on my Uniform and Steel-Toe Boots in the locker room. I put on my Safety Glasses and Ear Plugs at my work station.

Ex. 1002-365

6.     I usually arrive to the A2 Plant at 5:15 a.m. Once I arrive I come in, grab my uniform, change at my locker, use the bathroom, smoke a cigarette in the smoke shack, come back into the building to the lunchroom at about 5:55 a.m., find out which line I am on, and clock in and head onto the floor..

7.     It usually takes me about 5 minutes to change into my uniform and boots and about 1 minute to walk from the lunchroom where I clock in, to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.     There is a five minute grace period after my shift starts to report to my workstation I usually use this grace period to report to my workstation and prepare my area.

9.     I usually stop work at my work station at 2:00 p.m. and clean up my area and stow my tools. I am allowed to leave the floor at 2:05 p.m.

10.     Once I leave the floor, I perform the following activities: remove my uniform, shower, dress in my street clothes, and wait a couples minutes to clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20_ day of _MARCH_, 2019 in Lyon Station, Pennsylvania.

_____
Joe Mest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,           )
SECRETARY OF LABOR, UNITED     )
STATES DEPARTMENT OF LABOR,    )
                               )
              Plaintiff,       )     Case No. 5:18-cv-01194-GEKP
                               )
v.                             )
                               )
EAST PENN MANUFACTURING        )
COMPANY,                       )
                               )
              Defendant.       )
                               )

## DECLARATION OF MIKE MEYERS

1.      My name is Mike Meyers.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since October of 2014.  My current position is Floater – Forming Room in S-1 Plant.  I have held this position since July of 2017.   As a Floater – Forming Room, I fill-in for Forming Room employees who are absent due to illness, vacation, medical leave, etc.

3.      I work the third shift.  I work Monday through Friday.  I am paid approximately $19.25/hr., with shift differential but exclusive of incentive compensation. I receive time and a half pay for all hours worked over forty in a workweek.

4.      As a Floater – Forming Room, I wear the following personal protective equipment: Uniform; Safety Glasses; Gloves; Ear Plugs; Apron; Goggles; Respirator; Hard Hat; Face Shield and Steel-Toe Boots. I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room.  The other elements of my PPE I put on, as necessary, at my work station.

Ex. 1002-366

5.      I usually arrive to the S-1 Plant at 10:05 PM.  I clock in immediately, change my clothes and then go directly to my work station.

6.      It usually takes me about 5 minutes to change into my uniform and boots. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

7.      I usually stop work at my work station at 5:50 AM, at which time I spend 5-10 minutes cleaning my work area.  Then, I leave the floor at 6:05 AM.

8.      Once I leave the floor, I perform the following activities: walk to the locker room, remove my uniform, shower, dress in my street clothes, and then clock out.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

9.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

10.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April, 2019 in Lyon Station, Pennsylvania.

**MIKE MEYERS**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,               )
SECRETARY OF LABOR, UNITED         )
STATES DEPARTMENT OF LABOR,        )
                                   )
           Plaintiff,              )      Case No. 5:18-cv-01194-GEKP
                                   )
v.                                 )
                                   )
EAST PENN MANUFACTURING            )
COMPANY,                           )
                                   )
           Defendant.              )
                                   )

## DECLARATION OF ROBBIE MIERZEJEWSKI

1.      My name is Robbie Mierzejewski.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 2010.  My current position is Industrial Paste Mixer in the Pasting Department, located in the Industrial Building.  I have worked in this position since April of 2017.  Before that, I was an Industrial Grid Cast Floater from December 2014 to April 2017.  Previous to that job, I served as a COS Material Handler from September 2012 to December 2014.

3.      As an Industrial Paste Mixer, I am responsible for mixing lead paste used in pasting lead grids prior to the forming process.

Ex. 1002-367

4.      I work the third shift, Monday through Friday.  I am paid a base rate of $19.80/hr., inclusive of shift differential, but exclusive of production incentives.  As an Industrial Paste Mixer, I receive time and a half pay for all hours worked over forty in a workweek.

5.      As an Industrial Paste Mixer, I wear the following personal protective equipment: Uniform; Safety Glasses; Respirator; Gloves; Ear Plugs; and Steel-Toe Boots.  I put on my Uniform, Safety Glasses and Boots in the locker room.  I put on my other PPE, as necessary, on the work floor.

6.      I usually arrive at the Industrial Building at 9:40 P.M.  Once I arrive, I collect my uniform and clock in. Then, I change my clothes.  After changing, I proceed directly to my work station.

7.      It usually takes me 5 minutes to change into my Uniform, Boots and Glasses.

8.      Depending on how quickly the Pasting lines operate on my shift, I stop production work between 5:00 and 5:25 AM, at which time I clean my work area.   I am permitted to leave the work floor at 5:35 AM.

9.       Once I leave the floor, I perform the following activities: I walk to the locker room, remove my dirty work uniform, take a shower, change into my street clothes and clock out.  The 10 minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work, as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _9_ day of _April_, 2019 in Lyon Station, Pennsylvania.

**ROBBIE MIERZEJEWSKI**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,              )
SECRETARY OF LABOR, UNITED        )
STATES DEPARTMENT OF LABOR,       )
                                  )
            Plaintiff,            )    Case No. 5:18-cv-01194-GEKP
                                  )
v.                                )
                                  )
EAST PENN MANUFACTURING           )
COMPANY,                          )
                                  )
            Defendant.            )
                                  )

### DECLARATION OF HEATHER MILES

1.      My name is Heather Miles.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since  June of 2004.  My current position is a raw fill operator at the A4 Plant.  I have worked as a raw fill operator since September of 2014. Previous to working as a raw fill operator , I worked on the finish line as an acid capper leveler at the A4 Plant. I worked on finish line December 2011 to September 2014.

3.      As a raw fill operator, I am responsible for putting batteries on the line, filling them with acid, and racking them.

4.      I work the first shift. I work Monday through Friday. Sometimes, I work overtime on Saturdays and Sundays. I am paid approximately $23 an hour. I am paid a weekly bonus of about $130 for my production. I receive time and a half pay for all hours worked over forty in a workweek.

**Ex. 1002-368**

5.      As a raw fill operator, I wear the following personal protective equipment: uniform, safety glasses, steel-toe rubber boots, gloves, face shield, and ear plugs. I put on my uniform and boots in the locker room. Right before I come on the floor, I put my safety glasses on. At my work station, I put on my gloves and face shield and ear plugs.

6.      I usually arrive to the A4 Plant at 6:31 a.m. Once I arrive, I go straight to clock in. Then, I go to the locker room and change into my uniform and boots and safety glasses. Then, I go to my department.

7.      It usually takes me five minutes to change into my uniform and boots and safety glasses and walk to the department.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop working at 2:30 p.m. I am allowed to leave the floor at 2:35 p.m.

10.     Once I leave the floor, I perform the following activities:  I go to the locker room and take my uniform and boots off and then take a shower. Then, I put on my street clothes and immediately go to clock out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __20th__ day of __March__, 2019 in Lyon Station, Pennsylvania.

Heather Miles

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,          )
SECRETARY OF LABOR, UNITED    )
STATES DEPARTMENT OF LABOR,  )
                                 )
         Plaintiff,           )   Case No. 5:18-cv-01194-GEKP
                                 )
v.                             )
                                 )
EAST PENN MANUFACTURING     )
COMPANY,                   )
                                 )
         Defendant.       )
                                 )

## DECLARATION OF CHAD MICHAEL MILLER

1.     My name is Chad Michael Miller.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since December of 1996.  My current position is Pasting Room Leader at the A4 Plant.  I have worked in this position since December of 2008.

3.     As a Pasting Leader, I am responsible for Supplying gloves for all employees on the shop floor, assisting in shift change overs, I get the lines running at the beginning of the shift; I troubleshoot broken machines and maintain quality assurance, I fill out daily paper reports, I hand out paychecks, I cover for missing employees, I total end of shift production numbers and fill out written reports for each line.

4.     I am paid $25.05 per/hr. and I receive time and a half pay for all hours worked over forty in a workweek and I receive time and a half pay for all hours worked over forty in a workweek.

**Ex. 1002-369**

5.      As a Pasting Leader, I wear the following personal protective equipment: my Uniform, Steel-Toe Boots, Safety Glasses, Gloves, Ear Plugs, Face Shield if grinding, and Respirator as needed, Hard Hat. I put on my Uniform and Steel-Toe Boots and Safety Glasses in the locker room.  I put on my Safety Glasses while walking from the locker room to my work station.  I put on my Gloves, Ear Plugs, Face Shield if grinding, and Respirator as needed, Hard Hat as needed, at my work station.

6.      I usually arrive to the A4 Plant at 5:40 a.m.  Once I arrive I punch in, I go get my uniform, I put my lunchbox in the lunch room and then go to my personal locker. I then change into my uniform and PPE. I then head out to the work floor.

7.      It usually takes me 5 minutes to change into my uniform my PPE and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 1:50p.m. I am allowed to leave the floor at 1:50 p.m.

10.     Once I leave the floor, I perform the following activities: I go to my locker, I remove my boots and my clothing, I grab my scrub sponge, and then take my used uniform and put it the laundry bin. I then shower, and towel off. After that I punch out usually between 2:04 p.m. to 2:05 p.m. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12. I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March , 2019 in Lyon Station, Pennsylvania.

Chad Michael Miller

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) | |
| | ) | |
| EAST PENN MANUFACTURING COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

**DECLARATION OF CLAYTON MILLER**

1.     My name is Clayton Miller.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since February of 1995.  My current position is Forming Room Operator at the A3 Plant.  I have worked in this position since August of 2003.

3.     As a Forming Room Operator, I am responsible for hooking up uncharged batteries and charging them.

4.     I work the first shift.  I work Monday through Friday.  I am paid $19.35 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Forming Room Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; and Face Shield. I put on my Uniform, Safety Glasses, and Steel-Toe Boots in the locker room.  I put on my remaining personal protective equipment at my work station.

**Ex. 1002-370**

6.      I usually arrive to the A3 Plant at 6:35 a.m.  Once I arrive I go to the uniform locker, get my uniform, punch in, go to my personal locker, change into my uniform and steel-toe boots, and go to my work station.

7.      It usually takes me four minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      I usually stop work at my work station at 2:32 p.m.  I am allowed to leave the floor at 2:35 p.m.

9.      Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March, 2019 in Lyon Station, Pennsylvania.

CLAYTON MILLER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,           )
SECRETARY OF LABOR, UNITED     )
STATES DEPARTMENT OF LABOR,    )
                               )
        Plaintiff,          )    Case No. 5:18-cv-01194-GEKP
v.                             )
                               )
EAST PENN MANUFACTURING        )
COMPANY,                       )
                               )
        Defendant.          )
                               )

## DECLARATION OF GREGORY MILLER

1.      My name is Gregory Miller.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 2004.  My current position is Hyrate Operator at the A3 Plant.  I have worked in this position since April of 2018.  I previously worked as a Dry End Finisher at the A3 Plant.  I worked in this position from September of 2017 through April of 2018. I previously worked as a Hyrate Operator at the A3 Plant.  I worked in this position from September of 2015 through September of 2017.  I previously worked as a Dry End Finisher at the A3 Plant.  I worked in this position from May of 2010 through September of 2015.

3.      As a Hyrate Operator, I am responsible for drying the batteries, buffing the posts, making sure the batteries are free of defects, and capping batteries.

4.      I work the first shift.  I work Monday through Friday.  I am paid $19.10 and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-371

5.       As a Hyrate Operator, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; and Ear Muffs.  I put on my Uniform, Steel-Toe Boots, and Safety Glasses in the locker room.  I put on my Ear Plugs and Ear Muffs at my work station.

6.       I usually arrive to the A3 Plant at 6:23 a.m.  Once I arrive I put my lunch box in the lunch room, go to the uniform locker and get my uniform, punch in, go to my personal locker, change into my uniform and steel-toe boots, and go to my work station.

7.       It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.       I usually stop work at my work station at 2:30 p.m.  I am allowed to leave the floor at 2:35 p.m.

9.       Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April, 2019 in Lyon Station, Pennsylvania.

GREGORY MILLER

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                      )
SECRETARY OF LABOR, UNITED                )
STATES DEPARTMENT OF LABOR,               )
                                          )
           Plaintiff,          )      Case No. 5:18-cv-01194-GEKP
                                          )
v.                                        )
                                          )
EAST PENN MANUFACTURING                   )
COMPANY,                                  )
                                          )
           Defendant.          )
                                          )

### DECLARATION OF JASON MILLER

1.     My name is Jason Miller.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since March 1994.  My current position is as a floater in assembly at the A2 Plant.  I have worked in this position since 2010.

3.     As a floater in assembly, I am responsible for helping with wherever the slow points might be on a given process, and doing changeovers and setting up lines.

4.     I work the first shift.  I work Monday through Friday.  I am paid $19.65/hr. plus bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a floater in assembly, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Hard Hat as needed. I put on my Uniform and Boots in the locker room.  I put on my Gloves, Ear Plugs, and Hard Hat (if needed) at my work station.

Ex. 1002-372

6.    I usually arrive to the A2 Plant at 6:19 a.m. Once I arrive I get my Uniform from the locker, punch the clock, get dressed in my uniform and go onto the floor.

7.    It usually takes me 5 to 6 minutes to change into my uniform and boots and walk to my workstation. I can put on my other PPE while walking to my workstation or at my workstation at the start of my worktime.

8.    There is a five minute grace period after my shift starts to report to my workstation. I usually use this grace period to report to my workstation.

9.    I usually stop work at my work station at 2:15 p.m. and perform cleanup. I am allowed to leave the floor at 2:15 p.m. to 2:20 p.m.

10.   Once I leave the floor, I perform the following activities: grab my lunch box, grab a towel, take off my uniform and throw it in the bin, take a shower, get dressed, and stand to wait at the punch clock. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.   I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.   I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20_ day of _March_____, 2019 in Lyon Station, Pennsylvania.

_____
Jason Miller

**Ex. 1002-373**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| EAST PENN MANUFACTURING COMPANY, | ) ) ) |
| Defendant. | ) ) |

Case No. 5:18-cv-01194-GEKP

**DECLARATION OF SCOTT MILLER**

1.     My name is Scott Miller and I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since June of 1995.  My current position is a Battery Analysis at the A1 Plant.  I have worked as a Battery Analysis since January of 2013.

3.     As a Battery Analysis, I am responsible for battery teardowns and determine why the battery failed.

4.     I work the first shift.  I work Monday through Friday.

5.     I am paid approximately $22/hr. and I receive time and a half pay for all hours worked over forty in a work week.

6.     As a Battery Analysis I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Shoes; Gloves; Ear Plugs as needed; Face Shield as needed; and a Hard Hat as needed. I put on my uniform and safety shoes in the locker room. I put on my safety glasses as I am walking onto the floor.  I put on all other PPE equipment as needed at my work station.

7.    I usually arrive to the A1 Plant at 6:20am.  Once I arrive I clock in, go into the locker room, grab my uniform, change into my uniform, and head to my work station.

8.    It usually takes me 5 minutes to change into my uniform and 1 minute to walk to my work station.

9.    I usually stop work at my work station at 2:00pm. I am allowed to leave the floor at 2:20pm.

10.    Once I leave the floor, I perform the following activities: go to the locker room, take my uniform off, shower, change into my street clothes, punch out and then go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.    I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.    I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of April 2019 in Lyon Station, Pennsylvania.

Scott Miller

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
        Plaintiff,               )   Case No. 5:18-cv-01194-GEKP
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
        Defendant.               )
                                    )

## DECLARATION OF TIMOTHY DAVID MILLER

1.     My name is Timothy David Miller.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.     I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since August of 1976.  My current position is Paste Machine Operator at the A4 Plant.  I have worked in this position since November of 2009.

3.     As a Paste Machine Operator, I am responsible for making sure the machine has paper, that it is pasted correctly, cut correctly and to make sure the product is made to specifications.

4.     I work the first shift.  I work Monday through Friday.  I am paid $19.75 per hour, plus line bonus and I receive time and a half pay for all hours worked over forty in a workweek.

5.     As a Pasting Machine Operator, I wear the following personal protective equipment: a Uniform, Safety Glasses, Steel-Toe Boots, Gloves, Ear Plugs, Respirator as needed.

Ex. 1002-374

I put on my Uniform, Safety Glasses and Steel-Toe Boots in the locker room. I put on my Gloves, Ear Plugs, and Respirator as needed at my work station.

6.      I usually arrive to the A4 Plant at 5:20 a.m.  Once I arrive I go to my uniform locker,  grab my uniform and head into the locker room. I then change into my uniform and out of my street clothes. I then go and punch in after 5:31a.m. I then will use the bathroom if necessary, if not I will head to the shop floor and work station.

7.      It usually takes me 5 minutes to change into my uniform, boots and safety glasses and then I walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 1:45p.m.  I am allowed to leave the floor at 1:50p.m.

10.      Once I leave the floor, I perform the following activities: I go to the locker room put my used uniform in the laundry bin, shower and towel off and then I put on my street clothes and punch out, usually around at 2:05p.m. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __20__ day of __MARCH__, 2019 in Lyon Station, Pennsylvania.

_Timothy David Miller_
Timothy David Miller

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                       )
SECRETARY OF LABOR, UNITED                 )
STATES DEPARTMENT OF LABOR,                )
                                           )
                    Plaintiff,             )     Case No. 5:18-cv-01194-GEKP
v.                                         )
                                           )
EAST PENN MANUFACTURING                    )
COMPANY,                                   )
                                           )
                    Defendant.             )
                                           )

## DECLARATION OF TIMOTHY MILLER

1.      My name is Timothy Miller.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since November 2013.  My current position is grid casting leader at the A4 Plant.  I have worked in this position since November 2017.  I previously worked as a Concast floater at the A4 Plant.  I worked in this position from July 2015 through November 2017.  I previously worked as Concast operator at the A4 Plant.  I worked in this position from November 2013 through July 2015.

3.      As a grid casting leader, I am responsible for making sure the machines keep running and helping people out.

4.      I work the third shift.  I work Monday through Friday.  I am paid $25.15/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

Ex. 1002-375

5.      As a grid casting leader, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves as needed; Ear Plugs; Face Shield as needed; Respirator as needed; and Hard Hat as needed. I put on my Uniform and Boots in the locker room. I put on my Ear Plugs and Safety Glasses while walking from the locker room to my work station. I put on my Gloves, Face Shild, Respirator, and Hard Hat at my work station.

6.      I usually arrive to the A4 Plant at 9:48 p.m.  Once I arrive I clock in, get my uniform, dress, get paperwork, then head to the work floor.

7.      It usually takes me 4 minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE while walking to my workstation or at my workstation.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop work at my work station at 6:27 p.m.  I am allowed to leave the floor at 6:27 p.m.

10.      Once I leave the floor, I perform the following activities: go to my locker, get undressed, shower, put my clothes on, clock out, then leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or

providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _28_ day of _March_, 2019 in Lyon Station, Pennsylvania.

_Timothy Miller_
Timothy Miller

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,               )
SECRETARY OF LABOR, UNITED         )
STATES DEPARTMENT OF LABOR,        )
                                   )
        Plaintiff,         )   Case No. 5:18-cv-01194-GEKP
v.                                 )
                                   )
EAST PENN MANUFACTURING            )
COMPANY,                           )
                                   )
        Defendant.         )
                                   )

## DECLARATION OF CHRISTOPHER MILLINGTON

1.      My name is Christopher Millington.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since January of 2011.  My current position is Floater at the A3 Plant.  I have worked in this position since November of 2015.  I previously worked as an Automatic Post Burner at the A2 Plant.  I worked in this position from March of 2014 through November of 2015.

3.      As a Floater, I am responsible for covering for absent employees and various other tasks including setting up the line and clean up.

4.      I work the second shift.  I work Monday through Friday.  I am paid $19.65 / hour and I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a Floater, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Ear Plugs; Face Shield, depending on the task; and Hard Hat,

Ex. 1002-376

when operating a stack truck.  I put on my Uniform, Steel-Toe Boot, and Safety Glasses in the locker room.  I put on my remaining personal protective equipment at my work station.

6.     I usually arrive to the A3 Plant between 1:27 p.m. and 1:30 p.m.  Once I arrive I go to the uniform locker, get my uniform, go to my personal locker, change into my uniform and steel-toe boots, go to the lunch room and wait until it is time to punch in.  I then punch in and go to my work station.

7.     It usually takes me five minutes to change into my uniform and boots and walk to my workstation.  I can put on my other PPE at my workstation at the start of my worktime.

8.     I usually stop work at my work station between 10:14 p.m. and 10:15 p.m.  I am allowed to leave the floor between 10:18 p.m. and 10:20 p.m.

9.     Once I leave the floor, I perform the following activities: I go to the locker room, remove my uniform and steel-toe boots, put my uniform in the laundry bin, shower, dress in my street clothes, punch out, and leave.  The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

10.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

11.     I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March, 2019 in Lyon Station, Pennsylvania.

_____
CHRISTOPHER MILLINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA,                )
SECRETARY OF LABOR, UNITED          )
STATES DEPARTMENT OF LABOR,         )
                                    )
        Plaintiff,           )    Case No. 5:18-cv-01194-GEKP
                                    )
v.                                  )
                                    )
EAST PENN MANUFACTURING             )
COMPANY,                            )
                                    )
        Defendant.           )
                                    )

## DECLARATION OF JOSE MIRANDA

1.      My name is Jose Miranda.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 2012 .  My current position is a raw fill operator at the A4 Plant.  I have worked raw fill since March of 2019. Previous to working raw fill, I worked on pasting at the A2 Plant. I worked pasting from September 2012 to March 2019.

3.      As a raw fill operator, I am responsible for fill the batteries with acid, and racking them.

4.      I work the first shift. I work Monday through Friday. When there is overtime, I sometimes work Saturdays.  I am paid approximately $18.70 an hour. I receive time and a half pay for all hours worked over forty in a workweek.

5.      As a raw fill operator, I wear the following personal protective equipment: uniform, safety glasses, steel-toe rubber boots, gloves, and face shield. I put on my uniform and

Ex. 1002-377

boots and my safety glasses in the locker room. At my work station, I put on my gloves and face shield.

6.      I usually arrive to the A4 Plant at 6:20 a.m. Once I arrive, I go straight to the cubby in the hallway and get my clothes. Then, I go to the locker room and change into my uniform and boots and safety glasses. Then, I go to the cafeteria and use my phone. Then, I clock in.

7.      It usually takes me six minutes to change into my uniform and boots and safety glasses and walk to the department.

8.      There is a five minute grace period after my shift starts to report to my workstation.

9.      I usually stop working at 2:25 p.m. I am allowed to leave the floor at 2:35 p.m.

10.      Once I leave the floor, I perform the following activities:  I go to the locker room and take my uniform and boots off and then take a shower. Then, I put on my street clothes and immediately go to clock out. Usually, I wait one or two minutes before clocking out. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.      I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.      I have agreed to make this statement voluntarily, entirely of my own free will and choice.  It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of March , 2019 in Lyon Station, Pennsylvania.

Jose Miranda

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

R. ALEXANDER ACOSTA,                          )
SECRETARY OF LABOR, UNITED        )
STATES DEPARTMENT OF LABOR,    )
                                                                 )
                        Plaintiff,                      )        Case No. 5:18-cv-01194-GEKP
v.                                                             )
                                                                 )
EAST PENN MANUFACTURING           )
COMPANY,                                             )
                                                                 )
                        Defendant.                  )
                                                                 )

### DECLARATION OF DAVID MOHREY

1.      My name is David Mohrey.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them under oath if called as a witness.

2.      I am employed by East Penn Manufacturing Company ("Company") and have worked at the Company since September of 1991.  My current position is Unigy 2 Fill/Activation and Dump Technician ("Technician") at the S1 Plant.  I have worked in this position since January 2013.

3.      As a Technician, I am responsible for working with Unigy II batteries and doing maintenance work on equipment and products.

4.      I work the first shift.  I work Monday through Friday.

5.      I am paid $23.75/hr. and I receive time and a half pay for all hours worked over forty in a workweek.

6.      As a technician, I wear the following personal protective equipment: Uniform; Safety Glasses; Steel-Toe Boots; Gloves; Face shield; Hard hat and Earplugs.  I put on my

Ex. 1002-378

uniform, and safety shoes in the locker room. I put on my safety glasses on the way to the work station. I put on my gloves, face shield, hard hat and earplugs at my work station.

7.      I usually arrive to the S1 Plant at 4:51am. Once I arrive I usually grab my uniform and go get changed, then punch in and head to the floor.

8.      It usually takes me 3 minutes to change into my uniform and 1.5 minutes to walk to my workstation. There is a five minute grace period after my shift starts to report to my work station. Occasionally I have been a few minutes past my start time on the floor and utilized the grace period.

9.      I usually stop work at my work station at 1:40pm. I am allowed to leave the floor at 1:50pm.

10.     Once I leave the floor, I perform the following activities: go to the locker room, remove my uniform and shower, change into my street clothes, wait to punch out and go home. The ten minutes provided to me at the end of my shift to go to the locker room, shower, and change into my street clothes is sufficient for me to perform these activities.

11.     I believe that I have been properly and fully compensated for all straight time and overtime hours associated with my regular production work as well as my donning/doffing and showering activities before and after my regularly scheduled shift time.

12.     I have agreed to make this statement voluntarily, entirely of my own free will and choice. It has been explained to me that I will receive no benefit for making this statement or providing any particular statement in this document, and no detriment for refusing to make a statement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.