## NOTICE TO EMPLOYEES OF EAST PENN

By Order of the U.S. District Court for the Eastern District of Pennsylvania, East Penn is prohibited from questioning its employees about their hours worked or compensation received in before the date on this Notice.

Any employee who has previously signed any declarations for East Penn about these issues is hereby informed that their declarations will not be used against them by East Penn in any way, that they have not waived any rights under the Fair Labor Standards Act, and that their declarations will not be offered into evidence by East Penn or otherwise used at trial in the ongoing Fair Labor Standards Act litigation seeking back wages for allegedly unpaid overtime owed to East Penn employees. *Secretary of Labor v. East Penn Manufacturing Company, Inc.*, Civil No. 5:18-cv-01194-GEKP.

Any employee who has been asked to submit a declaration about these topics on or after April 6, 2020, should report this contact to Oscar Hampton, Regional Solicitor, U.S. Department of Labor, 170 S. Independence Mall West, Philadelphia, PA 19106 or by telephone at 215-861-5121.

Dated: _____                    _____

                                                                                                        The Honorable Gene E. K. Pratter
U.S. District Judge