# F O H   M E M O R A N D U M   O F   A N A L Y S I S

Document no.  191

Analysis date: 6/12/56

Subject:  Compensation for Clothes-Changing Time

To:  Michael, Spohn, Bert & Friedrich
     Milwaukee 2, Wisconsin

From:  Lundquist

Document Date:  4/20/56

Problem or Background:

   Whether clothes-changing time may be compensated for on a formula basis.

Opinion or Instruction:   An employer may set up a formula by which employees
are allowed given amounts of time to perform clothes changing and wash-up
activities provided the time set is reasonable in relation to the actual time
required to perform such activities.  The time allowed will be considered reasonable
if a majority of the employees usually perform the  activities within the given
time.

Recommendation:  Include as FOH 31b011
Clothes-changing and wash-up time on a formula basis. (as a new section and as
worded in above opinion.)

Prepared by:  GBC

71