Adv ce Insert #37
Page 31b01·31b06
August 10, 1956

FIELD OPERATIONS HANDBOOK

ADD as a new FOH section following 31b01:

31b011 Clothes-changing and wash-up time on a formula basis.  An employer may set up a formula by which employees are allowed given amounts of time to perform clothes-changing and wash-up activities provided the time set is reasonable in relation to the actual time required to perform such activities.  The time allowed will be considered reasonable if a majority of the employees usually perform the activities within the given time."

ADD THE NEW FOH SECTION AND TITLE IN TABLE OF CONTENTS

72

DOL-FOIA-00000052