IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE SCALIA,[1] *Acting Secretary of Labor,* *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| EAST PENN MANUFACTURING CO., INC., *Defendant* | : : : | No. 18-1194 |

## ORDER

AND NOW, this 12th day of June, 2020, upon consideration of the Secretary's Motion for Protective Order (Doc. No. 203); the Response in Opposition (Doc. No. 207); the Reply in Support (Doc. No. 208); the Sur-reply in Opposition (Doc. No. 211); oral argument held on May 29, 2020; the unredacted versions of the confidential informants' declarations the Secretary submitted for *in camera* review; East Penn Manufacturing Co., Inc.'s Notice of Filing (Doc. No. 220); the Secretary's Praecipe to File Declaration (Doc. No. 219); and East Penn's Motion to Strike Praecipe to File Declaration, or in the Alternative to Set a Briefing Schedule (Doc. No. 221), it is **ORDERED** that, for the reasons set forth in the accompanying Memorandum:

1. The Secretary's Motion for Protective Order (Doc. No. 203) is **DENIED**;

2. East Penn's Motion to Strike (Doc. No. 221) is **DENIED**;[2] and

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Secretary of Labor Eugene Scalia has been substituted for R. Alexander Acosta as the plaintiff in this action.

[2] As noted in the accompanying Memorandum, the Court's denial of East Penn's Motion to Strike should not be cited by either party as an indication of the Court's approval or disapproval of the Secretary's invocation of the informer's privilege at this time.

1

3. On or before June 29, 2020 East Penn shall communicate to all employees who signed declarations that that they can receive copies of their declarations upon the employee's request.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE
