IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTIN J. WALSH** | : |
| *Secretary of Labor,* | :    **CIVIL ACTION** |
|        *Plaintiff* | : |
| v. | : |
| **EAST PENN MANUFACTURING CO., INC,** | :    **No. 18-1194** |
|        *Defendant* | : |

## ORDER

**AND NOW**, this 6th day of April, 2021, upon consideration of the Secretary's Motion to Compel East Penn to Timely Supplement Employee Contact Information (Doc. No. 252), East Penn's Response in Opposition (Doc. No 256), and the Secretary's Reply in Support of the Motion (Doc. No. 259), it is **ORDERED** that the Motion to Compel (Doc. No. 252) is **GRANTED**. East Penn shall supplement its July 2018 production with the names and contact information for its hourly employees in Pennsylvania by April 27, 2021.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1