IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN J. WALSH,<br>*Secretary of Labor,* | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | |
| EAST PENN MANUFACTURING<br>CO., INC., | : | No. 18-1194 |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 9th day of June, 2021, upon consideration of the Secretary's Motion to Sanction East Penn for Issuing a Letter to its Employees (Doc. No. 263), East Penn's Response in Opposition (Doc. No. 264), and the Court's prior Orders (Doc. Nos. 81, 261), it is **ORDERED** that the Motion to Sanction (Doc. No. 263) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE