UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>          Plaintiffs,<br>v.<br><br>EAST PENN MANUFACTURING COMPANY, INC.,<br><br>          Defendant. | Case No. 5:18-cv-01194-GEKP |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR KELLY OELTJENBRUNS

I, Daniel B. Huyett, respectfully move for admission *pro hac vice* of Kelly Oeltjenbruns in the above-captioned matter. I am admitted to practice and in good standing before the U.S. District Court of the Eastern District of Pennsylvania. I have entered my notice of appearance in this case. The Declaration of Kelly Oeltjenbruns in support of this Motion is attached.

Dated: June 18, 2021

Respectfully submitted,

/s/*Daniel B. Huyett*
Daniel B. Huyett (PA I.D. 21385)
STEVENS & LEE, P.C.
111 North Sixth Street, P.O. Box 679
Reading, PA 19603-0679
Telephone: (610) 478-2219
Facsimile: (202) 988-0801
dbh@stevenslee.com

*Counsel for Defendant*
*East Penn Manufacturing Company*

## **CERTIFICATE OF SERVICE**

I, Daniel B. Huyett, hereby certify that a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* for Kelly Oeltjenbruns was filed electronically and was made available for viewing and downloading via the Court's CM/ECF system, and all counsel of record was served via the Court's CM/ECF system notification.

Dated:  June 18, 2021                                  s/*Daniel B. Huyett*
                                                                       Daniel B. Huyett (PA I.D. 21385)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 5:18-cv-01194-GEKP |
| v. | ) ) | |
| EAST PENN MANUFACTURING COMPANY, INC., | ) ) ) | |
| Defendant. | ) ) | |

### **DECLARATION OF KELLY OELTJENBRUNS**

I, Kelly Oeltjenbruns, hereby state as follows:

1. This declaration is made in support of the motion for my *pro hac vice* admission before this Court by Daniel B. Huyett.

2. I was admitted to the bar in the State of Minnesota on December 28, 2018. I am a member in good standing in this bar.

3. I have been admitted to the following federal courts:

| Court | Date |
|---|---|
| District of Minnesota | December 2019 |
| Seventh Circuit | March 2021 |
| Fourth Circuit | May 2021 |

4. I have never been suspended from the practice of law in any jurisdiction nor received any public reprimand by the highest disciplinary authority of any bar in which I am a member.

5.  I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agree to be bound by both sets of Rules for the duration of this case.

6.  If *pro hac vice* status is granted, I will in good faith continue to advise my sponsoring counsel of the current status of this case and of all material developments therein.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 18, 2021

Kelly Oeltjenbruns