IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN J. WALSH,<br>*Secretary of Labor,*[1]<br>*Plaintiff*<br>v.<br>EAST PENN MANUFACTURING CO., INC.,<br>*Defendant* | : : : : : : : : : | CIVIL ACTION<br><br><br><br>No. 18-1194 |

## ORDER

AND NOW, this 15th day of September, 2021, upon consideration of East Penn's Motion for Reconsideration for the Limited Purpose of Addressing Clear Errors of Law and Fact (Doc. No. 275), the Secretary's Response in Opposition (Doc. No. 277), and East Penn's Reply in Support of its Motion (Doc. No. 278), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that East Penn's Motion for Reconsideration (Doc. No. 275) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The latest Secretary of Labor, Martin J. Walsh, is substituted for Eugene Scalia as the plaintiff in this action. Fed. R. Civ. P. 25(d).