IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN J. WALSH,<br>*Secretary of Labor*,[1]<br>*Plaintiff*<br>v.<br><br>EAST PENN MANUFACTURING<br>CO., INC.,<br>*Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br>No. 18-1194 |

**ORDER**

AND NOW, this 22nd day of November, 2021, upon consideration of East Penn's Motion *in Limine* to Preclude at Trial Evidence Related to Employees That Do No Wear Uniforms or PPE (Doc. No. 281), the Secretary's Response in Opposition (Doc. No. 283), and East Penn's Reply in Support (Doc. No. 284), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that East Penn's Motion (Doc. No. 281) is **GRANTED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The latest Secretary of Labor, Martin J. Walsh, is substituted for Eugene Scalia as the plaintiff in this action. Fed. R. Civ. P. 25(d).

1