IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN J. WALSH,[1] *Secretary of Labor*, | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | |
| EAST PENN MANUFACTURING CO., INC., | : | No. 18-1194 |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 20th day of April, 2022, upon consideration of the Secretary's Motion for Sanctions (Doc. No. 288-3), East Penn's Motion to Depose the Confidential Informant (Doc. No. 290), the Secretary's Response in Opposition to the Motion to Depose the Confidential Informant (Doc. No. 293), East Penn's Reply in Support of Motion to Depose the Confidential Informant (Doc. No. 294), the hearing held on December 14, 2021, the Court's Order finding the Motion to Depose moot (Doc. No. 298), East Penn's Response in Opposition to the Motion for Sanctions (Doc. No. 300-1), the Secretary's Reply in Support of the Motion for Sanctions (Doc. No. 308-1), East Penn's Sur-Reply in Opposition to the Motion for Sanctions (Doc. No. 309), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Secretary's Motion for Sanctions (Doc. No. 288-3) is **DENIED**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The current Secretary of Labor, Martin J. Walsh, is substituted for Eugene Scalia as the plaintiff in this action. Fed. R. Civ. P. 25(d).

1