IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTIN J. WALSH,** *Secretary of Labor,*[1] *Plaintiff* v. **EAST PENN MANUFACTURING CO., INC.,** *Defendant* | : : : : : : : : : | **CIVIL ACTION** No. 18-1194 |

## ORDER

AND NOW, this 30th day of November, 2022, upon consideration of East Penn Manufacturing Company, Inc.'s Motion to Bifurcate Trial (Doc. No. 313), the Secretary's Response in Opposition (Doc. No. 315), East Penn's Submission Regarding Trial Evidence Related to the State-of-Mind Issue of Willfulness Under the FLSA (Doc. No. 342), the Secretary's response in opposition (Doc. No. 343), East Penn's reply (Doc. No. 346), and the Secretary's sur-reply in opposition (Doc. No. 347) it is **ORDERED** that East Penn's Motion (Doc. No. 313) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The latest Secretary of Labor, Martin J. Walsh, is substituted for Eugene Scalia as the plaintiff in this action. Fed. R. Civ. P. 25(d).