IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> EAST PENN MANUFACTURING CO., <br><br> Defendant. | ) ) ) ) ) ) ) Civil No. 5:18-cv-01194-GEKP ) ) ) ) ) ) |

**PLAINTIFF'S PROPOSED JURY INTERROGATORIES**

1. How many unpaid minutes did East Penn suffer or permit the average employee to work each day?

   _____ per employee/per day

2. If you provided a number for No. 1, has East Penn proven that the time you concluded was unpaid was de minimis?[1]

   YES _____   NO_____

3. If you answered "No" for No. 2, was East Penn's conduct willful?

   YES _____   NO_____

---

[1] The Secretary submits jury interrogatory no. 2 subject to his pending motion on the de minimis defense. *See* Dkt. 374. The Secretary's position is that de minimis should not go on the jury interrogatories.

Dated: January 27, 2023

Mailing Address:

U.S. Department of Labor
Office of the Regional Solicitor
1835 Market Street, Mailstop SOL/22
Philadelphia, PA 19103-2968

(215) 861-5162 (fax)

Respectfully submitted,

**UNITED STATES DEPARTMENT OF LABOR**

Seema Nanda
Solicitor of Labor

*/s/ Elizabeth Kuschel*
Oscar L. Hampton III,
Regional Solicitor (MO ID# 36778)
Adam F. Welsh, Regional
Counsel for Wage & Hour (PA ID# 84988)
Elizabeth A. Kuschel,
Senior Trial Attorney (PA ID# 318537)
Alexander E. Gosfield,
Senior Trial Attorney (PA ID# 209537)
hampton.oscar@dol.gov
welsh.adam@dol.gov
kuschel.elizabeth.a@dol.gov
gosfield.alexander.e@dol.gov
(215) 861-5124