UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN WALSH, SECRETARY OF LABOR, | ) | |
| U.S. DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 5:18-cv-01194-GEKP |
| | ) | |
| EAST PENN MANUFACTURING CO. | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* FOR TONYA M. GRAY

I, Daniel B. Huyett, respectfully move for admission *pro hac vice* of Tonya M. Gray in the above-captioned matter.

I am admitted to practice and in good standing before the U.S. District Court of the Eastern District of Pennsylvania.

I have entered my notice of appearance in this case.

The Declaration of Tonya M. Gray in support of this Motion is attached.

Tonya M. Gray's firm name, address, phone number and email is:

> Hunton Andrews Kurth LLP
> 1445 Ross Avenue, Suite 3700
> Dallas, TX  75202
> 214 659 4545
> tonyagray@HuntonAK.com

Dated: February 7, 2023

Respectfully submitted,

/s/ *Daniel B. Huyett*
Daniel B. Huyett (PA I.D. 21385)
STEVENS & LEE, P.C.
111 North Sixth Street, P.O. Box 679
Reading, PA 19603-0679
Telephone:  (610) 478-2219
Facsimile:  (202) 988-0801
daniel.huyett@stevenslee.com
*Counsel for Defendant*
*East Penn Manufacturing Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN WALSH, SECRETARY OF LABOR, | ) | |
| U.S. DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 5:18-cv-01194-GEKP |
| | ) | |
| EAST PENN MANUFACTURING CO. | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF TONYA M. GRAY

I, Tonya M. Gray, hereby state as follows:

1.      This declaration is made in support of the motion for my *pro hac vice* admission before this Court by Daniel B. Huyett.

2.      I was admitted to the bar in the State of Texas on November 3, 1999.  I am a member in good standing in that bar.

3.      I have been admitted to the following federal courts:

| | |
|---|---|
| U.S. District Court for the Northern District of Texas | June 27, 2000 |
| U.S. District Court for the Eastern District of Texas | September 10, 2001 |
| U.S. District Court for the Western District of Texas | November 14, 2001 |
| U.S. District Court for the Southern District of Texas | October 17, 2001 |
| U.S. District Court for North Dakota | January 18, 2017 |
| U.S. District Court for Colorado | June 9, 2015 |
| U.S. Court of Appeals for the Fifth Circuit | July 2, 2002 |
| U.S. Court of Appeals for the Federal Circuit | June 29, 2004 |
| Supreme Court of the United States | November 4, 2019 |

4.     I have never been suspended from the practice of law in any jurisdiction nor received any public reprimand by the highest disciplinary authority of any bar in which I am a member.

5.     I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agree to be bound by both sets of Rules for the duration of this case.

6.     If *pro hac vice* status is granted, I will in good faith continue to advise my sponsoring counsel of the current status of this case and of all material developments therein.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 7, 2023

Tonya M. Gray
Hunton Andrews Kurth LLP
1445 Ross Avenue, Suite 3700
Dallas, TX  75202
214 659 4545
tonyagray@HuntonAK.com