IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN J. WALSH,<br>*Secretary of Labor*,[1]<br>　　　　*Plaintiff*<br>　v.<br><br>EAST PENN MANUFACTURING<br>CO., INC.,<br>　　　　*Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br>No. 18-1194 |

## ORDER

AND NOW, this 10th day of February, 2023, upon consideration of the Motion for *Pro Hac Vice* Admission of Tonya M. Gray (Doc. No. 486), it is **ORDERED** that the Motion (Doc. No. 486) is **GRANTED** and Tonya M. Gray, Esquire is admitted in this case *pro hac vice* for East Penn Manufacturing Company. Counsel shall (i) familiarize and comport herself in accordance with the Pennsylvania Rules of Professional Conduct and the rules of this Court, and (ii) presenting counsel, to wit, Daniel B. Huyett, Esquire shall continue to have responsibility for this matter during its pendency before the Court. Pursuant to this Order, Tonya M. Gray, Esquire shall be permitted to participate in all aspects of the instant litigation on behalf of East Penn Manufacturing Company.[2]

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The latest Secretary of Labor, Martin J. Walsh, is substituted for Eugene Scalia as the plaintiff in this action. Fed. R. Civ. P. 25(d).

[2] Counsel must request access to ECF through a PACER account. Information about this process can be found on the Court's website by using the following link: https://www.paed.uscourts.gov/nextgen-cmecf.