IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN J. WALSH, | : | |
| *Secretary of Labor,*[1] | : | CIVIL ACTION |
|     *Plaintiff* | : | |
|     v. | : | |
| | : | |
| EAST PENN MANUFACTURING | : | |
| CO., INC., | : | No. 18-1194 |
|     *Defendant* | : | |

## ORDER

AND NOW, this 13th day of February, 2023, upon consideration of the Secretary's Motion to Amend Schedule A (Doc. No. 324), East Penn's Response (Doc. No. 328), and the Secretary's Reply (Doc. No. 330), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion (Doc. No. 324) is **GRANTED**, provided that the names of the two individuals identified as temporary workers shall be removed from the operative Schedule A.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The latest Secretary of Labor, Martin J. Walsh, is substituted for Eugene Scalia as the plaintiff in this action. Fed. R. Civ. P. 25(d).