IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN J. WALSH, *Secretary of Labor,*[1] | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| EAST PENN MANUFACTURING CO., INC., | : | No. 18-1194 |
| *Defendant* | : | |

## ORDER

AND NOW, this 13th day of February, 2023, upon consideration of East Penn's Motion in Limine to Exclude Temporary Employees from Trial (Doc. No. 331), the Secretary's Response (Doc. No. 338), and East Penn's Reply (Doc. No. 339), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion (Doc. No. 331) is **GRANTED**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The latest Secretary of Labor, Martin J. Walsh, is substituted for Eugene Scalia as the plaintiff in this action. Fed. R. Civ. P. 25(d).