IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE SU,<br>*Acting Secretary of Labor*,[1]<br>　　　*Plaintiff*<br>　　v.<br><br>EAST PENN MANUFACTURING<br>CO., INC.,<br>　　　*Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br>No. 18-1194 |

**ORDER**

AND NOW, this 29th day of March, 2023, upon consideration of East Penn Manufacturing Co.'s Motion to Preclude Evidence Regarding Piece Rate Work Performed by Certain Employees on Schedule A (Doc. No. 528), the Secretary's Response in Opposition (Doc. No. 533), and East Penn's Reply (Doc. No. 534), it is **ORDERED** that East Penn Manufacturing Co.'s Motion (Doc. No. 528) is **GRANTED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The latest Secretary of Labor, Julie Su, is substituted for Martin Walsh as the plaintiff in this action. Fed. R. Civ. P. 25(d).

1