IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE SU,<br>*Acting Secretary of Labor,*[1]<br>*Plaintiff*<br>v.<br><br>EAST PENN MANUFACTURING<br>CO., INC.,<br>*Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br>No. 18-1194 |

**O R D E R**

**AND NOW**, this 5th day of April, 2023, upon consideration of East Penn Manufacturing Co.'s Motion to Exclude PX-1 and Associated Summaries of East Penn Employee Declarations (Doc. No. 530), the Secretary's Response in Opposition (Doc. No. 538), East Penn's Reply (Doc. No. 541), the Secretary's Surreply (Doc. No. 542), and *voir dire* conducted before the Court on March 31, 2023, it is **ORDERED** that East Penn Manufacturing Co.'s Motion (Doc. No. 530) is **GRANTED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The latest Secretary of Labor, Julie Su, is substituted for Martin Walsh as the plaintiff in this action. Fed. R. Civ. P. 25(d).

1