UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE SU, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> EAST PENN MANUFACTURING CO., <br><br> Defendant. | Civil No. 5:18-cv-01194 |

**ORDER DENYING THE SECRETARY'S
MOTION FOR JUDGMENT AS A MATTER OF LAW**

**AND NOW**, this _____ day of _____, 2023, upon consideration of the Secretary's Motion for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50(a), it is ORDERED that the Motion is DENIED.

By the Court:

_____
GENE E.K. PRATTER
United States District Judge