UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE SU, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>EAST PENN MANUFACTURING CO.,<br><br>Defendant. | Civil No. 5:18-cv-01194 |

**ORDER GRANTING EAST PENN'S**
**MOTION FOR JUDGMENT AS A MATTER OF LAW**

**AND NOW**, this _____ day of _____, 2023, upon consideration of East Penn's Renewed Motion for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50(a), it is ORDERED that the Motion is GRANTED. Judgment is hereby GRANTED and ENTERED in favor of East Penn Manufacturing Company on all matters on which the Secretary carries the burden of proof.

By the Court:

_____
GENE E.K. PRATTER
United States District Judge