UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE SU,<br>*Acting Secretary of Labor,*[1]<br>          *Plaintiff*<br>     v.<br><br>EAST PENN MANUFACTURING<br>CO., INC.,<br>          *Defendant* | CIVIL ACTION<br><br><br><br><br>No. 18-1194 |

## CIVIL JUDGMENT

Before the Honorable Gene E.K. Pratter

**AND NOW**, this 31st day of May, 2023, in accordance with the Jurors' Answers to the Court's Interrogatories on the Verdict Form (Doc. No. 589) and read into the record on May 9, 2023 following a jury trial,

**IT IS ORDERED** that Judgment be and the same is hereby entered in favor of plaintiff the Secretary of Labor and against defendant East Penn Manufacturing Co., Inc.

BY THE COURT
ATTEST:

*/s/ Michael Coyle*
Michael Coyle, Deputy Clerk

---

[1]     The latest Secretary of Labor, Julie Su, is substituted for Martin Walsh as the plaintiff in this action. Fed. R. Civ. P. 25(d).