IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE SU,<br>*Acting Secretary of Labor,*<br>　　　*Plaintiff*<br>　　v.<br><br>EAST PENN MANUFACTURING<br>CO., INC.,<br>　　　*Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br>No. 18-1194 |

## ORDER

**AND NOW** on this 17th day of October, 2023, upon consideration of the Secretary's Motion to Alter Judgment to Include Liquidated Damages (Doc. No. 593), the responses to the Motion, and oral argument presented on September 5, 2023, the Motion is **DENIED** as set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE