IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE SU,<br>*Acting Secretary of Labor*,<br>*Plaintiff*<br>v.<br><br>EAST PENN MANUFACTURING<br>CO., INC.,<br>*Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br>No. 18-1194 |

## ORDER

AND NOW on this 7th day of November, 2023, upon consideration of East Penn Manufacturing Company's Motion for Judgment as a Matter of Law Under Rule 50(b) or, in the Alternative, For a New Trial Under Rule 59(a) or Remittitur Under Rule 59(e) (Doc. No. 638), the responses to the Motion, and oral argument presented on September 5, 2023, the Motion is **DENIED** as set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE