IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A. SU, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> EAST PENN MANUFACTURING CO., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil No. 5:18-cv-01194-GEKP |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor, appeals to the United States Court of Appeals for the Third Circuit from the district court's judgment entered in this action on May 31, 2023 (ECF 591) and the Memorandum Opinion (ECF 667) and Order (ECF 668) entered in this action on October 17, 2023. The Acting Secretary is exempt from the payment of fees under Fed. R. App. Proc. 3(e).

Dated: January 8, 2024

Mailing Address:

U.S. Department of Labor
Office of the Regional Solicitor
1835 Market Street, Mailstop SOL/22
Philadelphia, PA 19103-2968

(215) 861-5162 (fax)

Respectfully submitted,

**UNITED STATES DEPARTMENT OF LABOR**

Seema Nanda
Solicitor of Labor

*/s/ Alexander E. Gosfield*
Samantha N. Thomas
Acting Regional Solicitor (PA ID# 319903)
Adam F. Welsh, Regional
Counsel for Wage & Hour (PA ID# 84988)
Alexander E. Gosfield,
Senior Trial Attorney (PA ID# 209537)
Elizabeth A. Kuschel,
Senior Trial Attorney (PA ID# 318537)
thomas.samantha.n@dol.gov
welsh.adam@dol.gov
gosfield.alexander.e@dol.gov

2

kuschel.elizabeth.a@dol.gov
(215) 861-5124

kuschel.elizabeth.a@dol.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 8, 2024, I electronically filed the foregoing Notice of Appeal with the Clerk of Court by using the CM/ECF system, which will provide notice and an electronic link to this document to the attorneys of record in this case.

*/s/ Alexander E. Gosfield*
Alexander E. Gosfield
Senior Trial Attorney