UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 24-1046, 24-1059
_____

SECRETARY, UNITED STATES DEPARTMENT OF LABOR,
Cross-Appellant (No. 24-1059)

v.

EAST PENN MANUFACTURING COMPANY, INC.,
Appellant (No. 24-1046)

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 5:18-cv-01194)
District Judge: Honorable Gene E.K. Pratter

_____

Argued: September 23, 2024 (No. 24-1046)
Submitted: September 23, 2024 (No. 24-1059)

Before: KRAUSE, BIBAS, and AMBRO, *Circuit Judges*
_____

JUDGMENT
_____

These causes came to be considered on the record from the U.S. District Court for the Eastern District of Pennsylvania and were argued and submitted on September 23, 2024.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgments entered on October 17, 2023, and November 7, 2023, are hereby **AFFIRMED**. Costs will be taxed against Appellant in No. 24-1046 and Cross-Appellant in No. 24-1059. All of the above in accordance with the Opinion of this Court.

ATTEST:
s/Patricia S. Dodszuweit
Clerk

Dated: December 19, 2024

Certified as a true copy and issued in lieu of a formal mandate on February 28, 2025

Teste:
**Clerk, U.S. Court of Appeals for the Third Circuit**